UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

May 03, 2010

FILED
CLERK'S OFFICE

**UNITED STATES JUDICIAL PANEL**
on
**MULTIDISTRICT LITIGATION**

**IN RE: CHECKING ACCOUNT**
**OVERDRAFT LITIGATION**

| | | |
|---|---|---|
| Ramona Trombley, et al. v. National City Bank, | ) | |
|     D. District of Columbia, C.A. No. 1:10-232 | ) | MDL No. 2036 |

**ORDER REINSTATING STAY OF CONDITIONAL TRANSFER ORDER**

A conditional transfer order was filed in this action (*Trombley*) on April 15, 2010. In the absence of any known opposition to the proposed transfer, the stay of transmittal with regard to *Trombley* was lifted on April 30, 2010, and the action was transferred to the Southern District of Florida. The Panel has now learned of a potential defect in service of its April 15, 2010, order upon the parties. Accordingly, the Panel will reinstate the conditional transfer order in *Trombley* in order to permit the parties to pursue any opposition to transfer.

IT IS THEREFORE ORDERED that the stay of the Panel's conditional transfer order designated as "CTO-16" filed on April 15, 2010, is REINSTATED insofar as it relates to this action. In accordance with Rule 7.4, any party opposing transfer shall file a notice of opposition on or before May 17, 2010.

FOR THE PANEL:

*[signature]*

Jeffery N. Lüthi
Clerk of the Panel