# UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

| | |
|---|---|
| RAMONA TROMBLEY, et. al.,<br>on behalf of herself and all others similarly situated,<br><br>                    Plaintiffs,<br><br>          -v-<br><br>NATIONAL CITY BANK<br><br>                    Defendant. | Civil Action No. 1:10-CV-00232<br><br> Judge John D. Bates |

**DECLARATION OF ROGER HELLER IN SUPPORT OF OBJECTIONS OF ROBERT MATOS TO PLAINTIFF'S MOTION FOR PRELIMINARY APPROVAL OF <u>PROPOSED CLASS ACTION SETTLEMENT</u>**

I, ROGER HELLER, declare and state:

1.      I am an attorney at the law firm of Lieff, Cabraser, Heimann & Bernstein LLP, a member of the Plaintiffs' Executive Committee in *In re Checking Account Overdraft Litig.*, Multidistrict Litigation Proceeding No. 2036 (S.D. Fla.).  I have personal knowledge of the matters set forth herein, and could and would testify competently thereto if called upon to do so.

2.      Attached hereto as **Exhibit A** is a true and correct copy of the March 11, 2010 Order Ruling on Omnibus Motions to Dismiss entered in *In re Checking Account Overdraft Litig.*, MDL No. 2036, S.D. Fla. Case No. 09-MD-02036-JLK.

3.      Attached hereto as **Exhibit B** is a true and correct copy of the Transcript of Proceedings held on May 13, 2010 in *Gutierrez v. Wells Fargo & Co.*, N.D. Cal. No. C 07-5923 WHA.

4.      Attached hereto as **Exhibit C** is a true and correct copy of the Findings and Fact and Conclusions of Law After Bench Trial, dated August 10, 2010, in *Gutierrez v. Wells Fargo & Co.*, N.D. Cal. No. C 07-5923 WHA.

5.      Attached hereto as **Exhibit D** is a true and correct copy of of the Appellants' Opening Brief filed in *Petrus v. Closson, et al.*, California Court of Appeal, First Appellate District, Case No. A125963, *et al.*

6.      Attached hereto as **Exhibit E** is a true and correct copy of the Declaration of Daniel G. Lamb, Jr. *Re Smith v. Wells Fargo Bank, N.A., et al.* Settlement, filed in in *Gutierrez v. Wells Fargo & Co.*, N.D. Cal. No. C 07-5923 WHA.

7.      Attached hereto as **Exhibit F** is a true and correct copy of Plaintiffs-Appellees' Petition For Rehearing En Banc, filed in *Cappuccitti v. DirecTV, Inc.*, Case No. 09-14107-BB (11th Cir.).

8.      Attached hereto as **Exhibit G** is a true and correct copy of DirecTV, Inc.'s Petition For Panel Rehearing or Rehering En Banc, filed in *Cappuccitti v. DirecTV, Inc.*, Case No. 09-14107-BB (11th Cir.).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 13th day of August 2010 at San Francisco, California.



                    */s/ Roger Heller*

Roger Heller

888786.1