UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

Aug 09, 2010

FILED
CLERK'S OFFICE

**IN RE: CHECKING ACCOUNT
OVERDRAFT LITIGATION**

Ramona Trombley, et al. v. National City Bank,  )   MDL No. 2036
D. District of Columbia, C.A. No. 1:10-232   )

## ORDER VACATING CONDITIONAL TRANSFER ORDER

**Before the entire Panel**[*]: Plaintiffs and defendant National City Bank in an action pending in the District of the District of Columbia (*Trombley*) have separately moved, pursuant to Rule 7.4, R.P.J.P.M.L., 199 F.R.D. 425, 435-36 (2001), to vacate the Panel's order conditionally transferring the action to MDL No. 2036. Plaintiffs' Lead Counsel and Plaintiffs' Executive Committee in the MDL oppose the two motions.

After considering all argument of counsel, we will grant the motions to vacate. The moving parties have informed the Panel that they have reached a settlement that, if approved, will fully resolve *Trombley*. In light of this development, we conclude that transfer of the action to MDL No. 2036 is not presently warranted.[1]

IT IS FURTHER ORDERED that the Panel's conditional transfer order designated as "CTO-16" in MDL No. 2036 is vacated.

PANEL ON MULTIDISTRICT LITIGATION

Robert L. Miller, Jr.
Acting Chairman

John G. Heyburn II, Chairman[*]    Kathryn H. Vratil
David R. Hansen                    W. Royal Furgeson, Jr.
Frank C. Damrell, Jr.              Barbara S. Jones

---

[*] Judge Heyburn took no part in the disposition of this matter.

[1] In the event that the settlement is not approved or does not fully resolve *Trombley*, nothing in this order bars future transfer of the action to MDL No. 2036.