# UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

| | |
|---|---|
| RAMONA TROMBLEY, et al.,<br>on behalf of herself and all others similarly<br>situated,<br><br>Plaintiffs,<br><br>-v-<br><br>NATIONAL CITY BANK, et al.,<br><br>Defendants. | Case No. 1:10-CV-00232<br><br>The Honorable John D. Bates |

## DECLARATION OF JEFFREY D. KALIEL
## IN SUPPORT OF PLAINTIFF'S SUPPLEMENTAL BRIEF AND RESPONSE TO OBJECTIONS OF ROBERT MATOS

I, Jeffrey D. Kaliel, hereby declare as follows:

1.     I graduated from Yale Law School in 2005. I am now an attorney with the law firm of Tycko & Zavareei LLP ("T&Z"), and am an active member of the bars of the District of Columbia and California. I also am a member of the following federal court bars: the District Courts for the Southern District of California, the Northern District of Illinois and the Eastern District of Michigan. In addition, I have been admitted *pro hac vice* in federal and state courts.

2.     I am competent to testify to the matters stated herein. I submit this declaration in support of Plaintiff's Supplemental Brief and Response to Objections of Robert Matos.

3.     I am one of the attorneys representing the named plaintiffs, Ramona Trombley, Jeff Doehner and Brian Wells in this putative class action lawsuit against National City Bank ("National City" or "Defendant").

4.     Shortly after we entered into a settlement agreement with National City, we undertook to perform confirmatory discovery, as provided for by the settlement agreement.

5.      During ongoing confirmatory discovery, National City provided me with copies of the following documents related to the disclosures provided by National City to its customers regarding its posting practices and overdraft fee policies:

    a.      Sample "Overdraft/Non-Sufficient Funds Notice, attached hereto as Exhibit 1.

    b.      Cash Reserve Line Agreement, Effective 4/28/08, attached hereto as Exhibit 2.

    c.      Cash Reserve Line Agreement, Effective 6/19/04, attached hereto as Exhibit 3.

    d.      Cash Reserve Line Agreement, Effective 7/22/06, attached hereto as Exhibit 4.

    e.      Personal Account Agreement, Effective 9/1/02, attached hereto as Exhibit 5.

    f.      Personal Account Agreement, Effective 4/1/01, attached hereto as Exhibit 6.

    g.      Personal Account Agreement, Effective 7/1/03, attached hereto as Exhibit 7.

    h.      Personal Account Agreement, Effective 6/2/08, attached hereto as Exhibit 8.

    i.      Personal Account Agreement, Effective 6/19/04, attached hereto as Exhibit 9.

    j.      Personal Account Agreement, Effective 3/12/05, attached hereto as Exhibit 10.

    k.      Personal Account Agreement, Effective 7/22/06, attached hereto as Exhibit 11.

    l.      "Welcome.  A Guide to Your New Bank Accounts and Services," attached hereto as Exhibit 12.

6.      On September 3, 2010, I traveled to Pittsburgh, Pennsylvania to interview James Kemp, Vice President Cross Products Initiative at PNC Bank.  Mr. Kemp was employed by National City during the class period and is knowledgeable about National City's operations, including its posting practices, overdraft fee policies, and disclosures made to customers.

7.      Mr. Kemp informed me of National City's precise transaction posting order during the class period, including National City's practices on grouping and reordering the different transaction types.

8.     Mr. Kemp explained the content of National City's marketing materials with regard to the practices at issue in the lawsuit.

9.     Mr. Kemp described his discussions with Information Technology specialists at PNC regarding the storage of overdraft fee data, and represented that an account-by-account, transaction-by-transaction analysis of damages in this case would not be possible with the data and format of the data currently extant.

10.     Mr. Kemp described the process National City employed when a customer incurred an overdraft fee, including the mailing of overdraft fee notices by U.S. Mail and also by other means, if requested by the accountholder.

11.     Mr. Kemp described National City's acquisition of seven banks:  Allegiant (2003), Provident (2004), Wayne (2004), Pioneer (2005), Harbor (2006), Fidelity (2006), and MidAmerica (2007).  Mr. Kemp explained that customers of these banks were converted to National City customers on a date (the "conversion date") several months after the announcement of the acquisition.

12.     Prior to the conversion date, according to Mr. Kemp, each customer received a full-color brochure describing National City's policies, including posting order and overdraft fee policies.  Exhibit 12 is an example of one such brochure.

13.     On the conversion date, all customers of acquired banks were given new account numbers by National City.

14.     Mr. Kemp described National City's acquisition by PNC in 2008.  He stated that the conversion of customers was not finally completed until June 2010.

15.     Mr. Kemp described National City's ability to perform its audit function under the claims process envisioned by the settlement agreement.  Mr. Kemp stated that National City

representatives could review individual account statements to verify submitted claims and identify fraudulent activity.  Mr. Kemp stated that this process will be extremely time-consuming and burdensome.

16.     On September 7, 2010, I had a telephonic interview with Eugene Lucci, Vice-President, Revenue Management & Cross-Product Initiatives at PNC Bank.  Mr. Lucci is familiar with the storage of data relating to overdraft fees incurred by National City customers.

17.     Mr. Lucci explained that data existed that showed, on a monthly basis, the gross number or overdraft fees charged to individual accounts.

18.     Mr. Lucci explained that this data is derived from the notices that National City sent, via U.S. Mail, after a customer incurred an overdraft fee.

19.     Such data exists in "fields" which, at significant cost to National City, can be formed into a database that can be used by a third party to identify fees assessed in given months.

20.     Mr. Lucci stated that, to the best of his knowledge, National City did not capture "time stamp" information for transactions other than ATM transactions.


On this 8th day of September, 2010, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

_____
Jeffrey D. Kaliel

# Exhibit 1

# National City

**NATIONAL CITY BANK**
POST OFFICE BOX 5756
CLEVELAND OHIO 44101



12/18/06

## Overdraft/Non-Sufficient Funds Notice

On 12/18/06, there was not enough money in your National City checking account ████████
to cover the debit items we received that day. We took the following action:

| Debit Item(s) Received | Action | National City Fee |
|---|---|---|
| $606.59 | RETURNED | $30.00 CHARGED |
| $1,600.00 | RETURNED | $30.00 CHARGED |

As a result, the final available balance* in your account after posting was      -$59.50
**A deposit to your account may be required to avoid incurring future fees.**

National City offers several ways to protect your account from overdrafts or non-sufficient funds.
For more information about overdraft protection options, or if you have any questions about this
notice, contact your National City branch or call our customer service center at 1-800-738-3888.

## Thank you for choosing National City.

Returned:  As a result of the non-sufficient funds (NSF), debit item was returned unpaid to the merchant or payee.
Paid/Acct. Overdrawn:  Debit item was paid and charged to the account. This action caused the account to be overdrawn.

*Available balance - This is the total balance in your account less deposited funds not yet available for your use, pending
debit card transactions, and holds placed on your account. If you have overdraft protection, funds available through
overdraft protection are also included in this amount.

Branch:  794

Region: 01

# Exhibit 2



# Cash Reserve℠ Line Agreement

### National City Bank

### Effective 4/28/08

**NationalCity.**

This is the Agreement that applies to your Cash Reserve Line ("Line") with National City Bank ("Bank"). Your Cash Reserve Line is a line of credit that provides overdraft protection for your designated National City checking account ("Checking Account").

You promise to pay all amounts due on your Line. If your Checking Account is now a joint account or you subsequently add a joint account owner, you and your joint account owners promise to pay and are jointly and individually responsible for all amounts due on the Line. "You" means all joint account owners of the Checking Account. If you let someone else access your Checking Account and thereby use the Line, you and any joint account owner are responsible for all Advances made by that person, whether or not you have notified us that the person will be using your Checking Account and whether or not the amount of the actual use exceeds your permission.

Your rights in the Line and to the use of credit extended thereunder are not assignable by operation of law or otherwise.

**Your Maximum Cash Reserve Line of Credit**
The maximum indebtedness on your Line at any time may not exceed the amount of credit which the Bank has established for your Line ("Maximum Credit"). You may apply for an increase in that Maximum Credit at any time. In this Agreement, the term "Credit-in-use" means the total amount of indebtedness on your Line at any time, excluding accrued but unpaid interest. Your Cash Reserve balance ("Balance") is Credit-in-use plus accrued but unpaid interest.

**How to Use the Line**
The Bank will make a loan from your Line to your Checking Account in multiples of $50 ("Advance") whenever the payment of a check or other debit (such check or other debit is called an "Item") would result in overdrawing your Checking Account.

If an Advance would cause you to exceed your Maximum Credit, the Bank in its sole discretion may:

a) Not pay the Item. Fees applicable to non-sufficient fund Items on your Checking Account will apply;
b) Pay the Item by advancing remaining available Line; or

c) Pay the Item by overdrawing your Checking Account. Fees applicable to overdrafts on your Checking Account will apply.

**Statements**

We send only one statement for each Checking Account. Statement information regarding your Line is included in your Checking Account Statement ("Statement"). If there are two or more joint account owners we send the Statement to the first named owner on the Checking Account. Each Statement covers a statement period. "Statement Period" means the days between the closing date shown on the last Statement we sent you and the closing date on your current Statement.

**Finance Charge**

The Bank charges a finance charge in any Statement Period in which you have Credit-in-use. The finance charge accrues from the date the Advance is made to the date payment is posted to your Line.

The finance charge shall be computed, after application of payments, credits and debits, by multiplying the daily periodic rate times the number of days in the Statement Period times the Average Daily Balance. To get the Average Daily Balance, the Bank takes the beginning balance of your Line for each day of the Statement Period, adds any new Advances and subtracts any payments, credits and unpaid, accrued interest. This gives the Bank the daily balance. Then, the Bank adds up all the daily balances for the Statement Period and divides by the total number of days in the Statement Period. This gives the Bank the Average Daily Balance.

The **FINANCE CHARGE** shall be computed at a daily periodic rate of 0.06794% which corresponds to an **ANNUAL PERCENTAGE RATE** of 24.8%.

**Fees**

A monthly fee of $3.00 will be charged to your Checking Account at Statement Closing Date to maintain your Line unless waived as part of the pricing for certain Checking Account products as disclosed in Pricing Schedule for Personal Accounts.

If your Line is 60 days past due **and** your payment is returned, there will be a return payment fee of $35.00.

If your Line is 60 days past due **and** your payment is late for the next statement due date **and** the outstanding balance is less that $500.00, there will be a late payment

fee of $29.00 or if the outstanding balance is $500.00 or more, then there will be a late payment fee of $39.00.

**Payments**

On your Statement Closing Date, the Bank will deduct payments automatically ("Minimum Automatic Payment") from your Checking Account for any month in which you have a Balance. The amount of the Minimum Automatic Payment will be the greater of:

    a) 3% of the Balance on the Statement Closing Date; or

    b) $10.00, or a lesser amount if such lesser amount would pay the Balance in full.

Minimum Automatic Payments are first applied to accrued but unpaid interest, then to Credit-in-use.

You must have on deposit in your Checking Account, on the Statement Closing Date, an amount at least equal to your Minimum Automatic Payment for that Statement Period.

At your request, the Bank will increase the amount of the Minimum Automatic Payment to a fixed amount ("Fixed Payment"), and the Fixed Payment will appear on your Statement thereafter as the minimum amount due for your Line, unless:

    a) The Minimum Automatic Payment is greater than the Fixed Payment, or

    b) You have repaid your Balance in full.

In either event, the Bank will calculate the Minimum Automatic Payment in accordance with the usual formula until you again select a Fixed Payment.

**Prepayment**

You may prepay all or part of your Balance at any time without penalty. All prepayments are first applied to accrued but unpaid interest, if any, from a previous Statement Period, then to Credit-in-use, and such prepayment is applied at the time Bank receives it.

If a prepayment equals or exceeds your Balance less accrued interest for the current statement period, the Bank will deposit any difference into your Checking Account. If thereafter during the Statement Period you have no further Advances, the interest charged for the Statement Period will be charged against your Checking Account on the Statement Closing Date.

The Minimum Automatic Payment will be waived if

the sum of all prepayments during the Statement Period equals or exceeds the Minimum Automatic Payment as of the Statement Closing Date. If the sum of all prepayments during a Statement Period is less than the Minimum Automatic Payment, the difference will become the Minimum Automatic Payment for that Statement Period. Interest charged for that Statement Period will be computed on the Statement Closing Date and paid by application of subsequent payment(s) or prepayment(s).

**Default**
If you become insolvent or bankrupt, are declared legally incapacitated, die, exceed your Maximum Credit, fail to maintain your Line as provided in this Agreement, default under any obligation to the Bank or fail to pay the Bank any sums when due, or if the Bank in good faith believes you will not be able to meet the repayment requirements due to an adverse change in your financial circumstances, then you shall be in default.

If you are in default, or if your Checking Account is closed, or if you notify the Bank that you do not agree to any amendment to this Agreement of which the Bank has notified you, then the Bank may immediately suspend your use of the Line and you must immediately pay in full your Balance subject to any restrictions under applicable law. The Bank will not extend further credit to you under this Agreement.

To the extent permitted by 11 USC 506, Bank shall be entitled to reasonable court costs and attorney's fees for independent counsel that Bank hires. Interest after termination, whether in the absence of any judgment (or of any litigation) or prior to or after the issuance of a judgment by a court of competent jurisdiction, shall until the balance is paid in full, accrue upon the outstanding unpaid Credit-in-use at the contractual rate in effect at the time of termination or at the highest rate permitted by law, whichever is less.

Failure of the Bank to exercise any of its rights under this Agreement shall not be a waiver of any of its rights. Bank may take other actions not listed in this Agreement and if Bank does so, it will not lose its rights under this Agreement. Bank may accept late payments or partial payments without losing any of its rights. **If your payment is marked with the words "Paid in Full" or similar language, you must send**

**your payment to the Telephone Banking Center address listed on your Statement.** If your payment is made to any other address, Bank may accept the payment without losing any of its rights.

## Suspension or Termination of Line

The Bank may suspend your use of the Line or terminate this Agreement at any time and for any reason subject to any restrictions under applicable law by giving you written notice. You may terminate this Agreement at any time as to further Advances by giving written notice to the Bank. You will also be deemed to have terminated this Agreement if you notify the Bank that you do not agree to this Agreement or to any amendment to this Agreement of which the Bank has notified you. Upon termination either by Bank or by you, Bank will not extend further credit under this Agreement. Termination by either Bank or you will not relieve you of any of your obligations existing under this Agreement prior to termination.

## Amendments

The Bank has the right to change any of the terms of this Agreement at any time. The Bank will notify you of the changes by sending notice to your address shown on our records. To the extent permitted by law, changes in terms will apply to all outstanding Balances on the date the change becomes effective as well as to new Advances.

## Law That Applies

You understand that Bank is a national bank located in Ohio, and that Bank's decision to extend the Line to you was made in Ohio. Therefore, this Agreement and your use of the Line shall be governed by and construed in accordance with (a) Federal laws and regulations including but not limited to 12 USC § 85 and (b) the laws of Ohio, to the extent Ohio laws are not preempted by federal laws or regulations, and without regard to conflict of law principles. If it is determined for any reason that any part of this Agreement is invalid or unenforceable, this shall not affect the validity of enforceability of any other provision, and this Agreement will then read as if the invalid or unenforceable part were not there.

## New Information

You must tell the Bank at once if you change your name, address or employment.

**Billing Errors**

Please see the important information regarding your rights to dispute billing errors ("Your Billing Rights") printed with this Agreement.

**Privacy**

**You agree that except as otherwise prohibited by law, we may provide to others, including, but not limited to, consumer credit reporting agencies, information about our transactions and experiences with you. Also, we and our affiliates (collectively "National City") may share with each other all information about you that National City has or may obtain for the purposes, among other things, of evaluating credit applications or offering you products or services that National City believes may be of interest to you. Under the Fair Credit Reporting Act, there is certain credit information that cannot be shared about you (unless you are a business) if you tell National City by writing to National City Corporation, Attention: Office of Consumer Privacy, P.O. Box 4068, Kalamazoo, MI 49009. If you write to us, you must include your name, address, account number and social security number in your correspondence.** You also agree that we have an established business relationship with you and unless otherwise prohibited by law, National City may contact you to offer you products and services that National City believes may be of interest to you. Such contacts are not unsolicited, and National City may contact you by telephone and with an automated dialing and announcing device or by fax at any telephone number you have given to us, including the telephone number on your application, or by email or other form of electronic communication and we may monitor telephone calls with you to assure quality service. You waive any rights to confidentiality and authorize us to obtain any information about you held by the bureau of motor vehicles or similar entity.

### Notice to All Borrowers

A negative credit report reflecting on your credit record may be submitted to a consumer (credit) reporting agency if you fail to fulfill the terms of your credit obligations. If you believe that we have information about you that is inaccurate or that we have reported or may report to a credit reporting agency information about you that is inaccurate, please notify us of the specific information that you believe is inaccurate by writing to National City Bank, Locator #7116, P.O. Box 5570, Cleveland, Ohio 44101-0570.

**MISSOURI:** Oral agreements or commitments to loan money, extend credit or to forbear from enforcing repayment of a debt including promises to extend or renew such debt are not enforceable. To protect you (borrower(s)) and us (creditor) from misunderstanding or disappointment, any agreements we reach covering such matters are contained in this writing, which is the complete and exclusive statement of the agreement between us, except as we may later agree in writing to modify it.

**OHIO:** The Ohio laws against discrimination require that all creditors make credit equally available to all credit worthy customers, and that credit reporting agencies maintain separate credit histories on each individual request. The Ohio civil rights commission administers compliance with this law.

### YOUR BILLING RIGHTS
### KEEP THIS NOTICE FOR FUTURE USE

This notice contains important information about your rights and our responsibilities under the Fair Credit Billing act. Your bill for the Line is part of the Cash Reserve section on your Checking Account statement.

**Notify Us In Case of Errors or Questions About Your Bill**

If you think your bill is wrong, or if you need more information about a transaction on your bill, write us on a separate sheet at the Telephone Banking Center address listed on your bill. Write to us as soon as possible. We must hear from you no later than 60 days after we sent you the first bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights.

In your letter, give us the following information:

- Your name and account number
- The dollar amount of the suspected error.
- Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are not sure about.

If you have authorized us to pay your bill automatically from your Checking Account, you can stop the payment on any amount you think is wrong. To stop the payment, your letter must reach us three business days before the automatic payment is scheduled to occur.

**Your Rights and Our Responsibilities After We Receive Your Written Notice**

We must acknowledge your letter within 30 days, unless we have corrected the error by then. Within 90 days, we must either correct the error or explain why we believe the bill was correct.

After we receive your letter, we cannot try to collect any amount you question, or report you as delinquent. We can continue to bill you for the amount you question, including finance charges, and we can apply any unpaid amount against your credit limit. You do not have to pay any questioned amount while we are investigating, but you are still obligated to pay the parts of your bill that are not in question.

If we find that we made a mistake on your bill, you will not have to pay any finance charges related to any questioned amount. If we did not make a mistake, you may have to pay finance charges, and you will have to make up any missed payments on the questioned amount. In either case, we will send you a statement of the amount you owe and the date that it is due.

If you fail to pay the amount that we think you owe, we may report you as delinquent. However, if our explanation does not satisfy you and you write to us within ten days telling us that you still refuse to pay, we must tell anyone we report you to that you have a question about your bill. And, we must tell you the name of anyone we report you to that the matter has been settled between us when it finally is.

If we do not follow these rules, we cannot collect the first $50 of the questioned amount, even if your bill was correct.

## IMPORTANT INFORMATION ABOUT PROCEDURES FOR OPENING A NEW ACCOUNT

To help the government fight the funding of terrorism and money laundering activities, Federal law requires all financial institutions to obtain, verify, and record information that identifies each person who opens an account.

What this means for you:  When you open an account we will ask you for your name, address, date of birth, and other information that will allow us to identify you. We may also ask to see your driver's license or other identifying documents.

## National City.

NationalCity.com
National City Bank, Member FDIC
©2008, National City Corporation®          71-0177-00 (Rev. 04/08)

# Exhibit 3

# Cash Reserve[SM]
# Line Agreement

**National City Bank of Indiana**
**The Madison Bank and Trust Company**
**(a National City Company)**

**Effective 6/19/04**

**National City**®

This is the Agreement that applies to your Cash Reserve Line ("Line") with one of the National City member banks listed on the cover ("Bank"). Your Cash Reserve Line is a line of credit that provides overdraft protection for your designated National City checking account ("Checking Account").

You promise to pay all amounts due on your Line. If your Checking Account is now a joint account or you subsequently add a joint account owner, you and your joint account owners promise to pay and are jointly and individually responsible for all amounts due on the Line. "You" means all joint account owners of the Checking Account. If you let someone else access your Checking Account and thereby use the Line, you and any joint account owner are responsible for all Advances made by that person, whether or not you have notified us that the person will be using your Checking Account and whether or not the amount of the actual use exceeds your permission.

Your rights in the Line and to the use of credit extended thereunder are not assignable by operation of law or otherwise.

**Your Maximum Cash Reserve Line of Credit**
The maximum indebtedness on your Line at any time may not exceed the amount of credit which the Bank has established for your Line ("Maximum Credit"). You may apply for an increase in that Maximum Credit at any time. In this Agreement, the term "Credit-in-use" means the total amount of indebtedness on your Line at any time, excluding accrued but unpaid interest. Your Cash Reserve balance ("Balance") is Credit-in-use plus accrued but unpaid interest.

**How to Use the Line**
The Bank will make a loan from your Line to your Checking Account in multiples of $50 ("Advance") whenever the payment of a check or other debit (such check or other debit is called an "Item") would result in overdrawing your Checking Account.

If an Advance would cause you to exceed your Maximum Credit, the Bank in its sole discretion may:

a) Not pay the Item. Fees applicable to non-sufficient fund Items on your Checking Account will apply;

b) Pay the Item by advancing remaining available Line; or

c) Pay the Item by overdrawing your Checking Account. Fees applicable to overdrafts on your Checking Account will apply.

## Statements

We send only one statement for each Checking Account. Statement information regarding your Line is included in your Checking Account statement (Statement). If there are two or more joint account owners we send the Statement to the first named owner on the Checking Account. Each Statement covers a statement period. "Statement Period" means the days between the closing date shown on the last Statement we sent you and the closing date on your current Statement.

## Finance Charge

The Bank charges a finance charge in any Statement Period in which you have Credit-in-use. The finance charge accrues from the date the Advance is made to the date payment is posted to your Line.

The finance charge shall be computed, after application of payments, credits and debits, by multiplying the daily periodic rate times the number of days in the Statement Period times the Average Daily Balance. To get the Average Daily Balance, the Bank takes the beginning balance of your Line for each day of the Statement Period, adds any new Advances and subtracts any payments, credits and unpaid, accrued interest. This gives the Bank the daily balance. Then, the Bank adds up all the daily balances for the Statement Period and divides by the total number of days in the Statement Period. This gives the Bank the Average Daily Balance.

FINANCE CHARGE shall be computed at a daily periodic rate of 0.05425%, which corresponds to an ANNUAL PERCENTAGE RATE of 19.8013%.

A monthly fee of $2.00 will be charged to your Checking Account at Statement Closing Date to maintain your Line.

**Payments**

On your Statement Closing Date, the Bank will deduct payments automatically ("Minimum Automatic Payment") from your Checking Account for any month in which you have a Balance. The amount of the Minimum Automatic Payment will be the greater of:

a) 3% of the Balance on the Statement Closing Date; or

b) $10.00, or a lesser amount if such lesser amount would pay the Balance in full.

Minimum Automatic Payments are first applied to accrued but unpaid interest, then to Credit-in-use.

You must have on deposit in your Checking Account, on the Statement Closing Date, an amount at least equal to your Minimum Automatic Payment for that Statement Period.

At your request, the Bank will increase the amount of the Minimum Automatic Payment to a fixed amount ("Fixed Payment"), and the Fixed Payment will appear on your Statement thereafter as the minimum amount due for your Line, unless:

a) The Minimum Automatic Payment is greater than the Fixed Payment, or

b) You have repaid your Balance in full.

In either event, the Bank will calculate the Minimum Automatic Payment in accordance with the usual formula until you again select a Fixed Payment.

**Prepayment**

You may prepay all or part of your Balance at any time without penalty. All prepayments are first applied to accrued but unpaid interest, if any, from a previous Statement Period, then to Credit-in-use, and such prepayment is applied at the time Bank receives it.

If a prepayment equals or exceeds your Balance less accrued interest for the current statement period, the Bank will deposit any difference into your Checking Account. If thereafter during the Statement Period you have no further Advances, the interest charged for the Statement Period will be charged against your Checking Account on the Statement Closing Date.

The Minimum Automatic Payment will be waived if the sum of all prepayments during the Statement Period equals or exceeds the Minimum Automatic Payment as of the Statement Closing Date. If the sum of all prepayments during a Statement Period is less than the Minimum Automatic Payment, the difference will become the Minimum Automatic Payment for that Statement Period. Interest charged for that Statement Period will be computed on the Statement Closing Date and paid by application of subsequent payment(s) or prepayment(s).

**Security Interest**
You grant to the Bank a security interest in all your deposits with the Bank and with the Bank's affiliates and agree that your Line will be secured by any security interest, created by pledge, assignment or security agreement, in any property, except real estate or a dwelling, described in any secured obligations acquired by the Bank if that security agreement also secures all other obligations of yours to the Bank.

**Default**
If you become insolvent or bankrupt, are declared legally incapacitated, die, exceed your Maximum Credit, fail to maintain your Line as provided in this Agreement, default under any obligation to the Bank or fail to pay the Bank any sums when due, or if the Bank in good faith believes you will not be able to meet the repayment requirements due to an adverse change in your financial circumstances, then you shall be in default.

If you are in default, or if your Checking Account is closed, or if you notify the Bank that you do not agree to any amendment to this Agreement of which the Bank has notified you, then the Bank may immediately suspend your use of the Line and you must immediately pay in full your Balance subject to any restrictions under applicable law. The Bank will not extend further credit to you under this Agreement.

To the extent permitted by 11 USC 506, Bank shall be entitled to reasonable court costs and attorney's fees for independent counsel that Bank hires. Interest after termination, whether prior to or after judgement by a court of competent

jurisdiction, shall accrue upon the outstanding unpaid Credit-in-use at the contractual rate in effect at the time of termination until the Balance is paid in full or at the highest rate permitted by law, whichever is less.

Failure of the Bank to exercise any of its rights under this Agreement shall not be a waiver of any of its rights. Bank may take other actions not listed in this Agreement and if Bank does so, it will not lose its rights under this Agreement. Bank may accept late payments or partial payments without losing any of its rights. **If your payment is marked with the words "Paid in Full" or similar language, you must send your payment to the Telephone Banking Center address listed on your statement.** If your payment is made to any other address, Bank may accept the payment without losing any of its rights.

### Suspension or Termination of Line
The Bank may suspend your use of the Line or terminate this Agreement at any time and for any reason subject to any restrictions under applicable law by giving you written notice. You may terminate this Agreement at any time as to further Advances by giving written notice to the Bank. You will also be deemed to have terminated this Agreement if you notify the Bank that you do not agree to this Agreement or to any amendment to this Agreement of which the Bank has notified you. Upon termination either by Bank or by you, Bank will not extend further credit under this Agreement. Termination by either Bank or you will not relieve you of any of your obligations existing under this Agreement prior to termination.

### Amendments
The Bank has the right to change any of the terms of this Agreement at any time. The Bank will notify you of the changes by sending notice to your address shown on our records. To the extent permitted by law, changes in terms will apply to all outstanding Balances on the date the change becomes effective as well as to new Advances.

### Law That Applies
This Agreement and your use of the Line will be governed by federal law and where not pre

empted by or in conflict with federal law, the laws of the State of Indiana. If it is determined for any reason that any part of this Agreement is invalid or unenforceable, this shall not affect the validity of enforceability of any other provision, and this Agreement will then read as if the invalid or un-enforceable part were not there.

**New Information**
You must tell the Bank at once if you change your name, address or employment.

**Billing Errors**
Please see the important information regarding your rights to dispute billing errors ("Your Billing Rights") printed with this Agreement.

**Sharing Information**
Except as otherwise prohibited by law, Bank may provide to others, including but not limited to, consumer credit reporting agencies, information about our transactions and experiences with you. Also, Bank and its affiliates (collectively "National City") may share with each other all information about you for the purposes, among other things, of evaluating credit applications or offering products and services that National City believes may be of interest to you. Under the Fair Credit Reporting Act there is certain credit information that cannot be shared about you (unless you are a business) if you tell National City by writing to National City Corporation, Attention: Office of Consumer Privacy, P.O. Box 4068, Kalamazoo, MI 49009. You must include your name, address, account number and social security number.

In this Agreement, the term "affiliates" means current and future affiliates of Bank, including, but not limited to, the following National City Corporation subsidiaries: National City Bank, National City Bank of Indiana, National City Bank of the Midwest, National City Bank of Pennsylvania, National City Bank of Southern Indiana, National City Home Loan Services, Inc., First Franklin Financial Corporation, National City Bank of Kentucky, Madison Bank and Trust Company, National City Mortgage Co., and National City Mortgage Services Co.

**Credit Bureau Reporting Notice**
**You are hereby notified that a negative credit**

report reflecting on your credit record may be submitted to a consumer (credit) reporting agency if you fail to fulfill the terms of your credit obligations. If you believe that we have information about you that is inaccurate or that we have reported or may report to a credit reporting agency information about you that is inaccurate, please notify us of the specific information that you believe is inaccurate by writing to National City, P.O. Box 94982, Cleveland, Ohio 44101, Attn: Credit Bureau Disputes, Locator 7113.

**Customer Contact**

You agree that you and Bank have an established business relationship, and unless otherwise prohibited by law, that National City may contact you to offer you products and services that National City believes may be of interest to you. Such contacts are not unsolicited, and National City may contact you by telephone or by an automated dialing and announcing device or by fax, e-mail or other form of electronic communication and National City may monitor telephone calls with you to assure quality service.

---

**YOUR BILLING RIGHTS**
**KEEP THIS NOTICE FOR FUTURE USE**

This notice contains important information about your rights and our responsibilities under the Fair Credit Billing act. Your bill for the Line is part of the Cash Reserve section on your Checking Account statement.

**Notify Us In Case of Errors or Questions About Your Bill**

If you think your bill is wrong, or if you need more information about a transaction on your bill, write us on a separate sheet at the Telephone Banking Center address listed on your bill. Write to us as soon as possible. We must hear from you no later than 60 days after we sent you the first bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights.

In your letter, give us the following information:
- Your name and account number
- The dollar amount of the suspected error.
- Describe the error and explain, if you can, why you believe there is an error. If you need

report reflecting on your credit record may be submitted to a consumer (credit) reporting agency if you fail to fulfill the terms of your credit obligations. If you believe that we have information about you that is inaccurate or that we have reported or may report to a credit reporting agency information about you that is inaccurate, please notify us of the specific information that you believe is inaccurate by writing to National City, P.O. Box 94982, Cleveland, Ohio 44101, Attn: Credit Bureau Disputes, Locator 7113.

**Customer Contact**
You agree that you and Bank have an established business relationship, and unless otherwise prohibited by law, that National City may contact you to offer you products and services that National City believes may be of interest to you. Such contacts are not unsolicited, and National City may contact you by telephone or by an automated dialing and announcing device or by fax, e-mail or other form of electronic communication and National City may monitor telephone calls with you to assure quality service.

### YOUR BILLING RIGHTS
### KEEP THIS NOTICE FOR FUTURE USE
This notice contains important information about your rights and our responsibilities under the Fair Credit Billing act. Your bill for the Line is part of the Cash Reserve section on your Checking Account statement.

**Notify Us In Case of Errors or Questions About Your Bill**
If you think your bill is wrong, or if you need more information about a transaction on your bill, write us on a separate sheet at the Telephone Banking Center address listed on your bill. Write to us as soon as possible. We must hear from you no later than 60 days after we sent you the first bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights.

In your letter, give us the following information:
- Your name and account number
- The dollar amount of the suspected error.
- Describe the error and explain, if you can, why you believe there is an error. If you need

more information, describe the item you are not sure about.

If you have authorized us to pay your bill automatically from your Checking Account, you can stop the payment on any amount you think is wrong. To stop the payment, your letter must reach us three business days before the automatic payment is scheduled to occur.

**Your Rights and Our Responsibilities After We Receive Your Written Notice**

We must acknowledge your letter within 30 days, unless we have corrected the error by then. Within 90 days, we must either correct the error or explain why we believe the bill was correct.

After we receive your letter, we cannot try to collect any amount you question, or report you as delinquent. We can continue to bill you for the amount you question, including finance charges, and we can apply any unpaid amount against your credit limit. You do not have to pay any questioned amount while we are investigating, but you are still obligated to pay the parts of your bill that are not in question.

If we find that we made a mistake on your bill, you will not have to pay any finance charges related to any questioned amount. If we did not make a mistake, you may have to pay finance charges, and you will have to make up any missed payments on the questioned amount. In either case, we will send you a statement of the amount you owe and the date that it is due.

If you fail to pay the amount that we think you owe, we may report you as delinquent. However, if our explanation does not satisfy you and you write to us within ten days telling us that you still refuse to pay, we must tell anyone we report you to that you have a question about your bill. And, we must tell you the name of anyone we report you to that the matter has been settled between us when it finally is.

If we do not follow these rules, we cannot collect the first $50 of the questioned amount, even if your bill was correct.

**NationalCity**®

71-0177-60 (Rev. 06/04)

NationalCity.com • Member FDIC • ©2004, National City Corporation®

# Exhibit 4

# Cash Reserve<sup>SM</sup> Line Agreement

## National City Bank

### Effective 7/22/06

**NationalCity**®

This is the Agreement that applies to your Cash Reserve Line ("Line") with National City Bank ("Bank"). Your Cash Reserve Line is a line of credit that provides overdraft protection for your designated National City checking account ("Checking Account").

You promise to pay all amounts due on your Line. If your Checking Account is now a joint account or you subsequently add a joint account owner, you and your joint account owners promise to pay and are jointly and individually responsible for all amounts due on the Line. "You" means all joint account owners of the Checking Account. If you let someone else access your Checking Account and thereby use the Line, you and any joint account owner are responsible for all Advances made by that person, whether or not you have notified us that the person will be using your Checking Account and whether or not the amount of the actual use exceeds your permission.

Your rights in the Line and to the use of credit extended thereunder are not assignable by operation of law or otherwise.

**Your Maximum Cash Reserve Line of Credit**
The maximum indebtedness on your Line at any time may not exceed the amount of credit which the Bank has established for your Line ("Maximum Credit"). You may apply for an increase in that Maximum Credit at any time. In this Agreement, the term "Credit-in-use" means the total amount of indebtedness on your Line at any time, excluding accrued but unpaid interest. Your Cash Reserve balance ("Balance") is Credit-in-use plus accrued but unpaid interest.

**How to Use the Line**
The Bank will make a loan from your Line to your Checking Account in multiples of $50 ("Advance") whenever the payment of a check or other debit (such check or other debit is called an "Item") would result in overdrawing your Checking Account.

If an Advance would cause you to exceed your Maximum Credit, the Bank in its sole discretion may:

a) Not pay the Item. Fees applicable to non-sufficient fund Items on your Checking Account will apply;

b) Pay the Item by advancing remaining available Line; or

c) Pay the Item by overdrawing your Checking Account. Fees applicable to overdrafts on your Checking Account will apply.

**Statements**

We send only one statement for each Checking Account. Statement information regarding your Line is included in your Checking Account Statement ("Statement"). If there are two or more joint account owners we send the Statement to the first named owner on the Checking Account. Each Statement covers a statement period. "Statement Period" means the days between the closing date shown on the last Statement we sent you and the closing date on your current Statement.

**Finance Charge**

The Bank charges a finance charge in any Statement Period in which you have Credit-in-use. The finance charge accrues from the date the Advance is made to the date payment is posted to your Line.

The finance charge shall be computed, after application of payments, credits and debits, by multiplying the daily periodic rate times the number of days in the Statement Period times the Average Daily Balance. To get the Average Daily Balance, the Bank takes the beginning balance of your Line for each day of the Statement Period, adds any new Advances and subtracts any payments, credits and unpaid, accrued interest. This gives the Bank the daily balance. Then, the Bank adds up all the daily balances for the Statement Period and divides by the total number of days in the Statement Period. This gives the Bank the Average Daily Balance.

For Accounts located in **Indiana, Kentucky** and **Ohio** branches, the **FINANCE CHARGE** shall be computed at a daily periodic rate of 0.05699% which corresponds to an **ANNUAL PERCENTAGE RATE** of 20.8014%.

For Accounts located in **Pennsylvania** branches, the **FINANCE CHARGE** shall be computed at a daily periodic rate of 0.04877% which corresponds to an **ANNUAL PERCENTAGE RATE of** 17.8011%.

For Accounts located in **Illinois, Michigan** and **Missouri,** the **FINANCE CHARGE** shall be computed at a daily periodic rate of 0.04931% which corresponds to an **ANNUAL PERCENTAGE RATE** of 18%.

A monthly fee of $3.00 ($1.50 where branch of Account is in Illinois except for Madison, Monroe and St. Clair counties) will be charged to your Checking Account at Statement Closing Date to maintain your Line.

**Payments**
On your Statement Closing Date, the Bank will deduct payments automatically ("Minimum Automatic Payment") from your Checking Account for any month in which you have a Balance. The amount of the Minimum Automatic Payment will be the greater of:
  a) 3% of the Balance on the Statement Closing Date; or
  b) $10.00, or a lesser amount if such lesser amount would pay the Balance in full.

Minimum Automatic Payments are first applied to accrued but unpaid interest, then to Credit-in-use.

You must have on deposit in your Checking Account, on the Statement Closing Date, an amount at least equal to your Minimum Automatic Payment for that Statement Period.

At your request, the Bank will increase the amount of the Minimum Automatic Payment to a fixed amount ("Fixed Payment"), and the Fixed Payment will appear on your Statement thereafter as the minimum amount due for your Line, unless:
  a) The Minimum Automatic Payment is greater than the Fixed Payment, or
  b) You have repaid your Balance in full.

In either event, the Bank will calculate the Minimum Automatic Payment in accordance with the usual formula until you again select a Fixed Payment.

**Prepayment**

You may prepay all or part of your Balance at any time without penalty. All prepayments are first applied to accrued but unpaid interest, if any, from a previous Statement Period, then to Credit-in-use, and such prepayment is applied at the time Bank receives it.

If a prepayment equals or exceeds your Balance less accrued interest for the current statement period, the Bank will deposit any difference into your Checking Account. If thereafter during the Statement Period you have no further Advances, the interest charged for the Statement Period will be charged against your Checking Account on the Statement Closing Date.

The Minimum Automatic Payment will be waived if the sum of all prepayments during the Statement Period equals or exceeds the Minimum Automatic Payment as of the Statement Closing Date. If the sum of all prepayments during a Statement Period is less than the Minimum Automatic Payment, the difference will become the Minimum Automatic Payment for that Statement Period. Interest charged for that Statement Period will be computed on the Statement Closing Date and paid by application of subsequent payment(s) or prepayment(s).

**Security Interest**

You grant to the Bank a security interest in all your deposits with the Bank and with the Bank's affiliates and agree that your Line will be secured by any security interest, created by pledge, assignment or security agreement, in any property, except real estate or a dwelling, described in any secured obligations acquired by the Bank if that security agreement also secures all other obligations of yours to the Bank.

**Default**

If you become insolvent or bankrupt, are declared legally incapacitated, die, exceed your Maximum Credit, fail to maintain your Line as provided in this Agreement, default under any obligation to the Bank or fail to pay the Bank any sums when due, or if the Bank in good faith believes you will not be able to meet the repayment requirements due to an adverse change in your financial circumstances, then you shall be in default.

If you are in default, or if your Checking Account is closed, or if you notify the Bank that you do not agree to any amendment to this Agreement of which the Bank has notified you, then the Bank may immediately suspend your use of the Line and you must immediately pay in full your Balance subject to any restrictions under applicable law. The Bank will not extend further credit to you under this Agreement.

To the extent permitted by 11 USC 506, Bank shall be entitled to reasonable court costs and attorney's fees for independent counsel that Bank hires. Interest after termination, whether prior to or after judgment by a court of competent jurisdiction, shall accrue upon the outstanding unpaid Credit-in-use at the contractual rate in effect at the time of termination until the Balance is paid in full or at the highest rate permitted by law, whichever is less.

Failure of the Bank to exercise any of its rights under this Agreement shall not be a waiver of any of its rights. Bank may take other actions not listed in this Agreement and if Bank does so, it will not lose its rights under this Agreement. Bank may accept late payments or partial payments without losing any of its rights. **If your payment is marked with the words "Paid in Full" or similar language, you must send your payment to the Telephone Banking Center address listed on your Statement.** If your payment is made to any other address, Bank may accept the payment without losing any of its rights.

**Suspension or Termination of Line**
The Bank may suspend your use of the Line or terminate this Agreement at any time and for any reason subject to any restrictions under applicable law by giving you written notice. You may terminate this Agreement at any time as to further Advances by giving written notice to the Bank. You will also be deemed to have terminated this Agreement if you notify the Bank that you do not agree to this Agreement or to any amendment to this Agreement of which the Bank has notified you. Upon termination either by Bank or by you, Bank will not extend further credit under this Agreement. Termination by either Bank or you will not relieve you of any of your obligations

existing under this Agreement prior to termination.

**Amendments**

The Bank has the right to change any of the terms of this Agreement at any time. The Bank will notify you of the changes by sending notice to your address shown on our records. To the extent permitted by law, changes in terms will apply to all outstanding Balances on the date the change becomes effective as well as to new Advances.

**Law That Applies**

This Agreement and your use of the Line will be governed by federal law and where not pre-empted by or in conflict with federal law, the laws of the State where branch of Account is located. If it is determined for any reason that any part of this Agreement is invalid or unenforceable, this shall not affect the validity of enforceability of any other provision, and this Agreement will then read as if the invalid or unenforceable part were not there.

**New Information**

You must tell the Bank at once if you change your name, address or employment.

**Billing Errors**

Please see the important information regarding your rights to dispute billing errors ("Your Billing Rights") printed with this Agreement.

**Privacy**

**You agree that except as otherwise prohibited by law, we may provide to others, including, but not limited to, consumer credit reporting agencies, information about our transactions and experiences with you. Also, we and our affiliates (collectively "National City") may share with each other all information about you that National City has or may obtain for the purposes, among other things, of evaluating credit applications or offering you products or services that National City believes may be of interest to you. Under the Fair Credit Reporting Act, there is certain credit information that cannot be shared about you**

**(unless you are a business) if you tell National City by writing to National City Corporation, Attention: Office of Consumer Privacy, P.O. Box 4068, Kalamazoo, MI 49009. If you write to us, you must include your name, address, account number and social security number in your correspondence.** You also agree that we have an established business relationship with you and unless otherwise prohibited by law, National City may contact you to offer you products and services that National City believes may be of interest to you. Such contacts are not unsolicited, and National City may contact you by telephone and with an automated dialing and announcing device or by fax at any telephone number you have given to us, including the telephone number on your application, or by email or other form of electronic communication and we may monitor telephone calls with you to assure quality service. You waive any rights to confidentiality and authorize us to obtain any information about you held by the bureau of motor vehicles or similar entity.

### Notice To All Borrowers

**A negative credit report reflecting on your credit record may be submitted to a consumer (credit) reporting agency if you fail to fulfill the terms of your credit obligations. If you believe that we have information about you that is inaccurate or that we have reported or may report to a credit reporting agency information about you that is inaccurate, please notify us of the specific information that you believe is inaccurate by writing to National City Bank, Locator #7116, P.O. Box 5570, Cleveland, Ohio 44101-0570.**

### YOUR BILLING RIGHTS
### KEEP THIS NOTICE FOR FUTURE USE

This notice contains important information about your rights and our responsibilities under the Fair Credit Billing act. Your bill for the Line is part of the Cash Reserve section on your Checking Account statement.

**Notify Us In Case of Errors or Questions About Your Bill**

If you think your bill is wrong, or if you need more information about a transaction on your bill, write us on a separate sheet at the Telephone Banking Center address listed on your bill. Write to us as soon as possible. We must hear from you no later than 60 days after we sent you the first bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights.

In your letter, give us the following information:

- Your name and account number
- The dollar amount of the suspected error.
- Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are not sure about.

If you have authorized us to pay your bill automatically from your Checking Account, you can stop the payment on any amount you think is wrong. To stop the payment, your letter must reach us three business days before the automatic payment is scheduled to occur.

**Your Rights and Our Responsibilities After We Receive Your Written Notice**

We must acknowledge your letter within 30 days, unless we have corrected the error by then. Within 90 days, we must either correct the error or explain why we believe the bill was correct.

After we receive your letter, we cannot try to collect any amount you question, or report you as delinquent. We can continue to bill you for the amount you question, including finance charges, and we can apply any unpaid amount against your credit limit. You do not have to pay any questioned amount while we are investigating, but you are still obligated to pay the parts of your bill that are not in question.

If we find that we made a mistake on your bill, you will not have to pay any finance charges related to any questioned amount. If we did not make a mistake, you may have to pay finance charges, and you will have to make up any missed payments on the questioned amount. In either case, we will send you a statement of the amount you owe and the date that it is due.

If you fail to pay the amount that we think you owe, we may report you as delinquent. However, if our explanation does not satisfy you and you write to us within ten days telling us that you still refuse to pay, we must tell anyone we report you to that you have a question about your bill. And, we must tell you the name of anyone we report you to that the matter has been settled between us when it finally is.

If we do not follow these rules, we cannot collect the first $50 of the questioned amount, even if your bill was correct.

# National City.

71-0177-00 (07/06)

NationalCity.com • Member FDIC • ©2006, National City Corporation®

# Exhibit 5

# Personal
# Account Agreement

### Effective 9/1/02

# National City.

**Definitions**

"<u>Agreement</u>" means this Personal Account Agreement sometimes referred to in other documents as Rules or Rules for Personal Accounts. "<u>Bank</u>" is one of the following: National City Bank, National City Bank of Indiana, National City Bank of Kentucky, National City Bank of Michigan/Illinois, National City Bank of Pennsylvania or National City Bank of Southern Indiana, each a national bank, or The Madison Bank and Trust Company, an Indiana bank. "<u>Depositor</u>" is the person signing the signature card or any other document approved by Bank for Free Checking, Free Checking for Students, Regular Checking, National City ValuePak Checking, Premium Interest Checking, Premium Interest Checking PLUS, Money Management Checking, National City Works, National City Sweep Account, National City Asset Management Account, Personal Checking, Personal Checking with Savers Option, Basic Checking, Self-Serve Checking, Interest Checking, Interest Checking PLUS, Money Market Checking, Classic Plus Checking, Credit Rewards, Checking with Interest, Classic Choice Regular Checking, Classic Choice Interest Checking, I/MAX Regular Checking, I/MAX Interest Checking, Prestige Checking, OMNI Checking, Promotional Checking, Silver Star Plus Checking, Cash Management Checking and Privilege First Checking ("Checking Account"); and Statement Savings, Savings Builder, Money Market Savings, Preferred Money Market Savings, Indexed Investment Account, Passbook Savings, Serious Savers, Premier Money Market Savings, Preferred Investment Account, Funeral Trust Savings, AnydayEveryday Savings, First Savings, First Rate Fund, Connections Savings, Superior Performance Fund and Retirement Money Market Savings ("Savings Account"); and includes the plural as well as the singular. Either "Checking Account" or "Savings Account" may be referred to as "<u>Account</u>". "<u>Check</u>" is a written order signed by Depositor directing Bank to pay a sum of money on demand. "<u>Item</u>" is a check, draft, or other instrument, whether or not negotiable, deposited to the Account for collection or paid against the Account. "<u>Entry</u>" is a request or order for the deposit or payment of money to or from the Account by means of electronic fund transfer. The term "<u>Cash</u>" means any U.S. coin or currency. "<u>Ledger Balance</u>" is all Cash, Items or Entries which have been deposited less any Items or Entries which have been returned unpaid, withdrawals from the Account, any Entry paid from the Account, and fees and charges. "<u>Business Day</u>" is any day on which Bank is open to the public for carrying on substantially all of its banking functions, but does not include Saturdays, Sundays, or legal holidays. A "<u>Special Depository Facility</u>" is a mechanical or electronic device at which Bank can receive Cash, Items, and Entries and includes night depositories and automated

1

teller machines. The term "State" means the state where the branch of Account is located.

**Agreement; Amendments**

Bank agrees to maintain the Account for Depositor and to perform according to this Agreement. Depositor, by signing the signature card for the Account, by using the Account or by permitting an authorized signer to use the Account, agrees to the provisions of this Agreement which are subject to amendment and further agrees that this Agreement is binding on Depositor's successors, representatives and assigns. Bank may from time to time adopt new provisions or fees or amend this Agreement and Bank's Pricing Schedule which shall be binding upon Depositor after notice has been mailed to Depositor at the last address shown for the Account on Bank's records, by posting in branches of Bank or as otherwise permitted by law. Changes pursuant to bank regulatory authority shall be effective per such regulation without further notice.

**Ownership of Account**

The Account's signature card shall reflect the capacity in which Depositor holds the Account.

**Permissible Uses of Account**

Depositor agrees that the Account is intended solely for personal, family or household purposes and that Depositor will not use Account for any business purposes. If Depositor uses Account for business purposes, Depositor hereby consents upon notice mailed to Depositor by Bank to the transfer of the Account to a business account. Depositor may not use Account or any card for illegal transactions. By federal regulation, an interest bearing transaction Account is not available to Depositors that are entities organized or operated to make a profit including, but not limited to, partnerships, associations or corporations.

**Deposits; Indorsements**

Subject to the exceptions in this Agreement, Bank agrees to receive Cash, Items, and Entries for deposit at its offices and Special Depository Facilities and to account for such deposits to Depositor by means of receipts, statements or other agreed upon format. Bank has the right to refuse any deposit. Items received for deposit shall have Depositor's indorsement, by rubber stamp or otherwise, and Bank need not inquire into any indorsement or the disposition of any Item's proceeds. Bank may accept for deposit into the Account any Item which is payable to Depositor which is not indorsed and may supply Depositor's missing indorsement. Items or Entries which have been refused for deposit by Bank shall be returned at Depositor's risk.

Depositor shall not place any mark, signature, stamp or other writing in the "Depository Bank Area" on the reverse side of any Item deposited. The Depository Bank

2

Area is that part of the back of the Item which is 3 inches from the leading edge to 1.5 inches from the trailing edge of the Item. The leading edge of the Item is the right side of the Item looking at it from the front. The trailing edge is the left side of the Item looking at it from the front. Depositor agrees to hold Bank harmless and indemnify Bank for all loss or damage suffered by Bank in the event Depositor places any mark in the Depository Bank Area or uses carbon band Items and such mark or use adversely affects the ability of Bank to indorse such Item legibly in accordance with required law and regulations.

Cash, Items, and Entries received by Bank for deposit will be subject to examination and verification, and any errors in settling for such deposits will be corrected by Bank through adjustments to the Account or through other recovery from, or reimbursements to, Depositor. When receiving Items and Entries for deposit, Bank shall act as the collection agent of Depositor and shall not be deemed a purchaser of the Items or Entries received. Bank assumes no responsibility beyond that of the exercise of ordinary care as Depositor's collection agent.

**Provisional Settlement**

Any settlement given by Bank for an Item or Entry, whether in Cash, by credit to the Account, or otherwise, shall be a provisional settlement until the Item or Entry has been finally paid, including Items or Entries drawn on Bank. Items charged back to Bank, whether before or after drawee bank's midnight deadline or final settlement, and Entries returned to Bank, may be charged back against Account or otherwise recovered from Depositor. If an Item not drawn on Bank is deposited to your Account or is cashed by Bank, then Bank may, to the extent permitted by law, withhold availability of a corresponding amount from any funds that Depositor has on deposit with Bank until such time as Item is finally paid. Any uncollected Item or Entry may be returned to Depositor by Bank at Depositor's risk or may be resubmitted to drawee bank or other payor for collection. Depositor waives notice of dishonor of deposited Items or Entries. Depositor hereby authorizes Bank in its sole discretion to re-present Items or Entries, without notice to Depositor, for collection. If an Item deposited to Account is paid by drawee bank and later Item is returned on a claim of alteration, forgery, unauthorized, or for any other reason, Bank may withhold the amount of Item from Account until claim is resolved.

**When Deposits are Received**

Cash and Items which are placed in the custody and control of any Bank employee (whose duties include receiving deposits) during a Business Day before cut-off time of 2:00 p.m. local time or as otherwise posted or disclosed ("Cut-Off"), shall be regarded as having been

3

received and deposited and settled provisionally on that day. Cash or Items placed in the custody and control of an authorized Bank employee during a Business Day after Cut-Off, or on any non-Business Day may be regarded by Bank as having been received and deposited and settled provisionally on the succeeding Business Day. Items and Entries placed in a Special Depository Facility shall be regarded as having been received, deposited, and settled provisionally on the Business Day during which they are examined and verified by the Bank. Cash placed in a Special Depository Facility shall be regarded as having been received and deposited on the Business Day during which it is examined and verified by the Bank.

### Withdrawal of Amounts Deposited
Bank, at its discretion, may allow withdrawal of the amount of the provisional settlement given by it for an Item or Entry. Bank, at its discretion, may allow withdrawals against the Account prior to examination and verification of deposited Cash. Bank reserves the right to require 7 days written notice from Depositor of any intended withdrawal from any type of Savings Account including the linked savings account attached to Checking Accounts.

### Overdrafts
Depositor agrees that although Bank has no obligation to permit an overdraft, Bank may do so. A Depositor will be liable for an overdraft of the Account even if the overdraft is caused by a co-Depositor and the Depositor has received no benefit from the Item or Entry causing the overdraft. In the event Depositor is a recipient of Social Security or other government benefits which have been deposited in the Account, Depositor specifically authorizes Bank to apply such benefits to pay any overdraft. In the event Depositor has a Cash Reserve line of credit (a "Line") which has been advanced in full, Depositor authorizes any resulting overdraft of the Account which is not otherwise paid in full by end of a statement period to be paid by an advance on the Line, even if it causes Depositor to exceed the maximum credit available on the Line. For Accounts in Indiana, if Depositor does not deposit sufficient funds to bring Account current within a reasonable time as determined by Bank of incurring an overdraft then Bank may charge Depositor a fee for services used to recover the outstanding indebtedness.

### Paying Items and Entries
When a sufficient balance of the Account is available, Bank shall pay Items and honor Entries initiated or authorized by Depositor. Bank may dishonor an Item or Entry when the Account has an insufficient balance available. Bank may charge the Account for all properly payable Items and Entries, even though an overdraft may be created. Depositor agrees that Depositor's

Account may be debited on the Business Day an Item is presented or at an earlier time based on notification received by Bank that an Item drawn on the Account has been deposited for collection at another financial institution. A determination of Account balance for purposes of making a decision to dishonor an Item for insufficient available balance may be made at any time between presentment or receipt of notice of pending presentment and the time of return of the Item; Bank has no obligation to make more than one such determination. Bank will pay Items and Entries from the Account in the order of greatest dollar amount to least dollar amount. All Checks drawn by Depositor must be negotiable and on a form satisfactory to Bank, and all Items and Entries must be in a form satisfactory to Bank, or Bank may refuse to honor. Bank reserves the right to dishonor an Item which has not been signed by Depositor, even if the Item indicates that Depositor has authorized the Item.

### Use of Facsimile Signatures
Bank may refuse to honor Items drawn by Depositor by means of a facsimile signature. Bank, at its discretion, may honor such Items and in doing so, Bank is hereby authorized to rely upon and to accept as genuine such facsimile signature without any duty to determine the genuineness thereof or whether or not the affixing of such facsimile signature to an Item has been authorized by the Depositor whose name is so affixed.

### Antedated and Postdated Items
Antedated or postdated Items may be paid on presentment and charged against the Account without regard to their dates, notwithstanding that Depositor has notified Bank of the postdating. Bank in its sole discretion may choose not to process an Item that is more than six months old but in no event will Bank be liable for processing such an Item.

### Restrictive Legends
Depositor agrees that Bank shall not be bound by any restrictive legend or condition appearing on face or reverse side of Items.

### Bank's Standard of Care
Depositor agrees that Bank handles large numbers of Items and that current industry standards are for Bank not to check maker and/or indorser signatures, dates, or alterations and that in so doing, Bank will be deemed to have exercised ordinary care in the processing of Depositor's Items. Bank shall not be liable for any damages unless Bank has failed to act in good faith and exercise ordinary care.

### Withdrawal Limitations for Savings Accounts
For Savings Account there are no withdrawal limitations for the number of payments directly to the De-

4

5

positor but pre-authorized or automatic transfers including transfers to third parties or to another account of the Depositor by telephone or pursuant to a pre-authorized agreement with Bank are limited by regulation to 6 per month of which no more than 3 may be by Item. The posting date of a pre-authorized or automatic transaction by Bank will determine the month in which that transaction will be counted. Bank will charge penalties for exceeding this regulatory limitation and will close a Savings Account or take away a Savings Account's transfer capabilities for Depositors who continue to exceed this limitation.

### Non-customer Check Cashing Requirements

Depositor agrees that Bank may charge a non-customer payee or other holder a fee for cashing Depositor's Items including Checks. Depositor agrees that Bank may require a thumbprint or other unique identification of a non-customer payee or other holder as a condition for cashing Depositor's Items including Checks.

### Automated Clearing House Entries

The Operating Rules of the National Automated Clearing House Association ("NACHA Rules") are applicable to automated clearing house transactions ("ACH Entries") involving any Account.

Depositor may originate or receive ACH Entries with respect to the Account through written authorizations. Bank agrees to receive such Entries through any automated clearing house of which it is a member and to originate such Entries when they involve the payment of money to Bank. Bank reserves the right, however, to refuse to originate any authorized Entry which must be processed through an automated clearing house.

Credit given by Bank to Depositor with respect to an ACH credit Entry is provisional until Bank receives final settlement for such Entry through a Federal Reserve Bank or otherwise has received payment as provided by law. If Bank does not receive such final settlement, Bank may charge back against the Account or otherwise recover from Depositor the amount credited to the Account.

Under NACHA Rules, Bank is not required to give notice to Depositor of receipt of an ACH Entry, and Bank will not do so.

Bank may accept on Depositor's behalf ACH Entries to the Account which have been transmitted through one or more automated clearing houses, and Depositor's rights and obligations with respect to each Entry which is not subject to the Electronic Funds Transfer Act shall be construed in accordance with and governed by the laws of the State where branch of Account is located.

### Stop Payments

Bank agrees to honor a stop payment order against an Item or Entry, including automatic deduction, when received from Depositor within a reasonable time prior to payment. Bank's acceptance of a stop payment order does not mean that the Item or Entry has not yet been paid. Bank shall have no liability resulting from the payment of an Item or Entry prior to its actual receipt of a stop payment order from Depositor and reasonable time to process the order. Bank shall not be liable for any damages unless Bank has failed to act in good faith and exercise ordinary care. Depositor agrees to indemnify Bank and hold it harmless from any and all expenses incurred or damages suffered by Bank in honoring a stop payment order.

Depositor acknowledges that an Item may be converted to ACH Entry (electronic debit) by the payee of the Item. If Depositor has been given notice by the payee of the Item that the Item will be converted to an ACH Entry, a stop payment order must be placed on the Entry rather than the Item in order to ensure its effectiveness. Whether or not Depositor knows that an Item has been converted to an ACH Entry, if Bank is not advised that the stop payment is for an ACH Entry, then Depositor's stop payment order may not be effective. If Depositor places a stop payment order on the Item without notifying Bank that it has been converted to an ACH Entry, Bank will use reasonable efforts to identify and stop payment of the Entry, but will not be liable to Depositor for payment of the Entry, and Bank will not be liable for damages if Bank stops payment on another Entry from the same originator and in the same amount which Bank reasonably believes to be the Entry representing the converted Item.

A stop payment order against an Item or Entry must accurately describe it as to date, number, amount, and payee, and must correctly recite Depositor's name and the Account number. Depositor agrees that it is current industry standard to process stop payment orders by means of computer technology. Accordingly, failure of Depositor to provide the exact identification of Account number and Item number in order to identify the Item or Entry to be stopped will result in the Item or Entry being paid if presented, and Bank will not be liable for such payment. Errors in Depositor's name or the Account number, or inaccuracies in the description of the number, amount, issue date or payee on Depositor's written stop payment order shall relieve Bank from any liability for any mistaken payment or wrongful dishonor. Any errors on Bank's written acknowledgement to Depositor of a stop payment order must be reported by Depositor in writing to Bank's Telephone Banking Center within 10 calendar days of the written acknowledgment date. Bank shall not be liable for any mistaken

payment or wrongful dishonor occurring after the 10-day period, unless errors or inaccuracies are so reported to Bank within the 10-day period.

A stop payment order remains effective for six months from the date Bank receives notice of the order against an ACH Entry in any amount or against an Item or other Entry for less than $1,000 and for one year against an Item or Entry (except an ACH Entry) for $1,000 or more. A stop payment order may be renewed for successive periods equal to its original period of effectiveness if Bank receives a renewal notice prior to the order becoming ineffective.

Before Bank will release a stop payment order, Bank's Telephone Banking Center may require the receipt of a written request, signed by Depositor, requesting the withdrawal of the order.

In the event Bank recredits the Account for a paid Item or Entry, then Depositor hereby assigns to Bank all rights against third parties and agrees to transfer and to subrogate to Bank all of Depositor's rights against the payee or other holder. Any one Depositor may order a stop payment even if the signature of more than one Depositor is required to draw on the Account. Depositor agrees that Bank will not be obligated to reimburse Depositor immediately upon notice of alleged wrongful payment; that it is Depositor's obligation to prove fact and amount of damage suffered; and that in no case will Bank be liable for more than Depositor's actual damage.

**Use of Special Depository Facilities**
Depositor accepts as adequate Bank's Special Depository Facilities for the safe placement of Cash, Items and third party payments. Depositor's use of Special Depository Facilities shall be at Depositor's sole risk until Bank has examined and verified a placement of Cash, Items or third party payments and Bank's record of examination and verification shall be binding on Depositor.

**Bank's Right of Offset**
Bank has the right to offset against the Account for any indebtedness owed by Depositor to Bank, whether individually or jointly owed, and whether or not co-Depositors on the Account are indebted to Bank. Bank may offset Account either before or after the death of a Depositor and without demand or notice to Depositor. Bank shall not be liable for any dishonor of an Item or Entry that results. For Accounts in Indiana, see Special Provisions Governing Lien and Offset.

**Bank's Security Interest in Account**
Depositor grants a security interest in the Account to Bank for any and all indebtedness owed by Depositor to Bank or to Bank's affiliates, however and whenever

incurred or evidenced. Such security interest is not in derogation or substitution of Bank's right to offset against the Account.

**Payable on Death, "In Trust For" and "Trustee For" Account Beneficiaries**
A personal, entire Account payable on death (not available in Pennsylvania or Michigan) or an Account in trust for another may have no more than two beneficiaries. If Depositor selects more than one beneficiary and the shares of the beneficiaries are not designated on the signature card, the beneficiaries will have equal shares. Upon Depositor's death, or the death of the last surviving Depositor if the Account is a joint Account, each beneficiary surviving Depositor shall be paid his or her share, and the share of each beneficiary not surviving Depositor will be payable to Depositor's estate. A beneficiary survives Depositor if the beneficiary survives Depositor for any length of time, however short, notwithstanding any statutory or other presumption to the contrary. Depositor agrees that payable on death benefits and any other right to death benefits where the named beneficiary is the spouse are not terminated by intervening divorce, dissolution of marriage or annulment. Each beneficiary has no rights in Account until death of Depositor who has sole ownership of Account except that Depositor may not assign or encumber Account other than to secure debt to Bank. Depositor reserves the right to change or cancel any beneficiary designation by instrument satisfactory to Bank, which is delivered to Bank during lifetime of Depositor. Payment to beneficiaries after death of Depositor shall constitute a full release of Bank and shall be binding upon heirs and personal representatives of Depositor.

**Joint Accounts**
For joint Accounts only, each Depositor hereby transfers to the other Depositor(s) an undivided interest in the Account and all additions thereto for their respective lives, and same may be withdrawn in whole or part by any one or more of Depositor(s). Subject to provisions hereof and to any relevant law, on death of a Depositor, and subject to offset by Bank for an obligation owed by deceased Depositor to Bank the then balance in the Account shall be payable to, and absolute property of, any surviving Depositor(s) and such payment shall be binding upon each Depositor and the heirs, personal representatives and assigns thereof. A Depositor survives a deceased Depositor if the Depositor survives the deceased Depositor for any length of time, however short, notwithstanding any statutory or other presumption to the contrary. Each Depositor is hereby appointed agent for other Depositor(s) and as such may: (1) indorse Items and receive Cash for other Depositor(s); (2) deposit and/or indorse for deposit in

the Account Checks and other Items payable to other Depositor(s); (3) sign documents associated with the Account, including documents used for federal and/or state tax purposes, for other Depositor(s); and (4) give instructions on any matter in connection with the Account. It is within Bank's sole discretion to demand authorization from each and every Depositor on an Account for instructions that change the title ownership of the Account. Bank is authorized to deposit in the Account unindorsed Checks and other Items payable to any Depositor(s) and supply absent indorsement(s).

### Deputy; Power of Attorney

Depositor may appoint a deputy or provide a person with a power of attorney (for Accounts in Indiana, provided such documents are valid as defined in Indiana Code 30-5) who shall have authority to exercise all the rights of Depositor under this Agreement or as otherwise limited by Bank in its sole discretion. Bank may limit Depositor to the appointment of one deputy or attorney-in-fact. Bank may also require the appointment of a deputy or attorney-in-fact to be signed by all of the individual co-depositors. Any appointment must be evidenced on Bank records in a form satisfactory to Bank. If a deputy or attorney-in-fact appears on Bank's records, Bank is not obligated to act in accordance with, and may refuse to follow, the instructions of any other person acting as Depositor's deputy or attorney-in-fact.

### Notices

Notices from Depositor to Bank shall be effective upon receipt by Bank and reasonable time to process. Notices to Depositor from Bank shall be effective upon mailing to the last known address shown by Bank's records or as otherwise provided in this Agreement.

### Closing Account; Terminating Access

Bank may close the Account or terminate electronic access to Account by means of a card or code with or without cause and without prior notice to Depositor.

### Statements

Bank shall make available to Depositor a statement not less frequently than monthly for Checking Accounts (unless Account has no activity for 90 days, then a statement will be provided quarterly) and semi-annually for Savings Accounts (excluding Passbook and Club Accounts), showing Account activity and balance. Such information may be otherwise provided as agreed by Bank and Depositor. The Account balance at any time shall be determined by Bank from its books and records. A statement is deemed made available to Depositor when such statement is mailed to Depositor's last known address as shown by records of Bank for the Account or as otherwise agreed. In the event a mailed statement is returned to Bank, then each sub-

sequent statement is deemed made available to Depositor at the time Bank would have produced such statement. Please see Electronic Funds Transfer (EFT) Notice for Depositor's duties regarding notice to Bank in the event of an EFT error.

### Cancelled Checks Retained by Bank

Bank shall retain canceled Items for a reasonable period of time as determined by Bank. Bank will maintain copies on microfiche or by other means for the time period required by law and may impose a service fee for providing copies at Depositor's request. If for any reason Bank is unable to provide a copy or otherwise document an Item, Bank shall not be liable for more than the face amount of the Item or actual damages, whichever is less. Bank may permit Depositor to receive cancelled checks with each statement, for which Bank may charge a service fee.

### Depositor's Duties and Liabilities

Depositor agrees to examine each statement (and enclosures) and any Account information provided to discover any alterations; unauthorized signatures, Items, Entries or indorsements; or errors, and Depositor agrees to notify Bank in writing thereof without delay. If Depositor fails to meet any of the requirements of the previous sentence:

- within 14 calendar days after the statement or Account information was mailed or otherwise made available, Depositor shall be precluded from asserting against Bank (1) any unauthorized signature, Item or Entry, any alteration, or any error if Bank will suffer a loss as a result of Depositor's failure to meet the requirements of the previous sentence; or (2) any unauthorized signature, Item or Entry, or any alteration, by the same person if Bank paid the Item or Entry after the 14-day period; and

- within 60 calendar days after the statement or Account information was mailed or otherwise made available, Depositor shall be precluded from asserting against Bank any unauthorized signature, Item or Entry, or any alteration, without regard to Bank's care or lack of care.

If Depositor fails to notify Bank in writing of any claim within one year after such claim accrues, Depositor shall be precluded from asserting such claim. For any claim arising under this Agreement, Depositor agrees to make timely claim against all applicable policies of insurance. Depositor agrees not to assign to any third party any claim of Depositor against Bank relating to any Item or Entry, and any such assignment shall be void.

Depositor agrees that Depositor will examine check orders on receipt for any errors on Depositor's preprinted check form and will notify Bank to obtain cor-

rected replacements. Any losses incurred by Depositor's use of pre-printed check forms containing errors will be deemed to be the result of negligence on the part of Depositor.

## Ownership and Withdrawal Disputes

If ownership of or right to make withdrawals from the Account becomes in dispute for any reason, Bank, in its discretion, may refuse payment of the Account's balance until the dispute is settled.

## Accounts not Transferable

Any rights in the Account are not transferable except in accordance with applicable federal regulations. No assignment, encumbrance, or other transfer of Account shall be valid unless Bank's written consent has first been obtained and a memorandum thereof is entered on Bank records.

## Fees and Penalties

Depositor agrees to pay the applicable fees and penalties assessed by Bank according to Bank's Pricing Schedule and Rate Sheet provided to Depositor at the time Depositor opens the Account and as amended from time to time in accordance with this Agreement. All fees and penalties assessed by Bank may be charged against the Account, and Depositor shall be responsible for any deficiency. Depositor understands and agrees that federal law governs national banks as to the fees charged by national banks for their services. Depositor acknowledges and agrees that Bank uses its sole discretion in determining the amount of the fees charged for its services to Depositors based on the following factors: deterrence of misuse by Depositors of banking services; enhancement of Bank's competitive position in accordance with its strategy; and the maintenance of the safety and soundness of Bank. Any Account business transacted at a banking affiliate as agent of Bank will be governed by this Agreement and Bank's Pricing Schedule. Bank's affiliates may charge additional fees for performance of such services.

## Unclaimed Funds

The balance in the Account may become unclaimed funds escheatable to the State if, as shown by Bank's records, Depositor has not, within the statutory period, caused any activity or received any payments with regard to the Account, corresponded with Bank concerning the Account, or otherwise indicated an interest in the Account as evidenced by writing on file with Bank, or transacted any business with Bank.

## Waiver

Failure by Bank to exercise any of its rights under this Agreement shall not be a waiver of any of its rights.

12

## Severability

In the event that one or more provisions of this Agreement shall for any reason be held invalid or illegal, such holding will not affect the enforceability of any other provision.

## Force Majeure

Bank shall have no liability for any delays or failure of performance caused in whole or in part by fire, labor disputes, power failures, acts or omissions of civil authorities, civil disturbances, computer malfunction, or any causes beyond the control of Bank.

## Limitation of Liability

Depositor agrees that in performing the duties imposed under this Agreement that in no event shall Bank be liable for any consequential, indirect or special damages.

## Governing Law

This Agreement shall be governed by federal law and where not in conflict with federal law, the laws of the State where branch of Account is located, without regard to conflict of law principles.

## SPECIAL PROVISIONS GOVERNING LIEN AND OFFSET ACCOUNTS IN INDIANA ONLY

Bank shall have the right to deduct from any Account the amount of any indebtedness due and owing to Bank by Depositor. All joint Depositors specifically agree that the provisions of I.C. 32-4-1.5-3 and 32-4-1.5-13, regarding the proportion of net contribution by each Depositor, shall not apply to any offset exercised by Bank and that Bank shall have the right to deduct from any Account the amount of any indebtedness due and owing to Bank from any Depositor up to and including the entire balance of any such Account without regard to contribution to the Account.

## SPECIAL PROVISIONS AND DISCLOSURES GOVERNING ALL CHECKING ACCOUNTS

A special linked savings account is opened with every Checking Account except for the National City Sweep Account and the National City Asset Management Account. At the beginning of each statement period funds in each Checking Account that are in excess of a threshold balance as established by Bank from time to time in its discretion, are swept automatically into the linked savings account. If during any statement period the funds in a Checking Account fall below the floor balance then the funds in the linked savings account, if any, are automatically swept back into the Checking Account to restore threshold balance. On the 6th such sweep during a statement period all funds in the linked savings account will be returned to the Checking Account. Depositor cannot directly access the linked savings account. Each Checking Account and its linked

13

savings account are treated as a single account for purposes of record keeping and fees, and the linkage of the accounts will not affect your use of the Checking Account. Please note that as required by federal regulation, Bank reserves the right to require 7 days written notice from you of intended withdrawals from any savings account.

For Point of Sale [POS] debit transactions at a Visa® merchant there are daily transaction limitations as to dollar amount which may differ from the daily transaction limitations for Automated Teller Machine [ATM] debit transactions.

The rate of exchange for international transactions using a CheckCard is the wholesale market rate or government mandated rate in effect one day prior to the transaction date, and increased by 1%.

### SPECIAL PROVISIONS AND DISCLOSURES GOVERNING MONEY MARKET, INTEREST, INTEREST CHECKING PLUS, PREMIUM INTEREST, PREMIUM INTEREST CHECKING PLUS, MONEY MANAGEMENT CHECKING, CLASSIC PLUS, CHECKING WITH INTEREST, CLASSIC CHOICE INTEREST, I/MAX INTEREST, PRESTIGE, OMNI, CASH MANAGEMENT, SILVER STAR PLUS AND PRIVILEGE FIRST CHECKING ACCOUNTS

Interest is earned at the same rate on balances whether in the Account or linked account. For the Account and linked account, the daily balance method is used to calculate interest. This method applies a daily periodic rate to the principal each day. The interest rate and Annual Percentage Yield (APY) may change. At Bank's discretion, Bank may change interest rate at any time.

Interest begins to accrue no later than the Business Day Bank receives credit for the deposit of noncash items (for example, checks). Interest is compounded monthly and credited to Account on the last day of the statement period.

If Account is closed or transfers to a non-interest bearing account before interest is credited, accrued interest on each Account will not be paid.

### SPECIAL PROVISIONS AND DISCLOSURES GOVERNING PREMIUM INTEREST CHECKING AND PREMIUM INTEREST CHECKING PLUS ACCOUNTS

The interest rate for the entire balance when the target balance as disclosed on Bank's Rate Sheet is reached will be determined weekly based on the average 7-day simple yield on taxable money funds as published by iMoneyNet, Inc., in the Money Fund Report, plus or minus a spread. In the event the Money Fund Report is no longer published, or at Bank's sole discretion, Bank may substitute another source or index or change the

14

spread. Total balances of less than the target balance accrue interest as disclosed in Bank's Rate Sheet and, at Bank's discretion, Bank may change interest rate at any time.

### SPECIAL PROVISIONS AND DISCLOSURES GOVERNING MONEY MANAGEMENT CHECKING ACCOUNTS

The interest rate for the entire balance will be determined weekly based on the average 7-day simple yield on taxable money funds as published by iMoneyNet, Inc., in the Money Fund Report, plus or minus a spread. In the event the Money Fund Report is no longer published, or at Bank's sole discretion, Bank may substitute another source or index or change the spread.

### SPECIAL PROVISIONS AND DISCLOSURES GOVERNING NATIONAL CITY WORKS ACCOUNTS

Availability of this Account is limited to Depositors with a direct deposit of their pay check from a qualified employer. If Depositor terminates the required direct deposit to Account or terminates employment with a qualified employer, Account may be assessed normal service charges for a Regular Checking Account and will no longer qualify for National City Works benefits.

### SPECIAL PROVISIONS AND DISCLOSURES GOVERNING NATIONAL CITY SWEEP ACCOUNTS AND NATIONAL CITY ASSET MANAGEMENT ACCOUNTS

For Checking Account and the linked Money Market Deposit Account (MMDA) investment option, the daily balance method is used to calculate interest. This method applies a daily periodic rate to the portion of the principal in the account each day. For each account, the interest rate and Annual Percentage Yield (APY) may change. At Bank's discretion, Bank may change interest rate at any time.

When available balance in Checking Account exceeds the target balance by $100 or more, the excess balance will be swept on the next Business Day into investment option selected by Depositor. Depositor may not make deposits to or withdrawals from the investment options other than the automatic transfers to or from the investment options.

Interest begins to accrue no later than the Business Day Bank receives credit for the deposit of noncash items (for example, checks). Interest is compounded monthly and credited to Checking Account and MMDA option on the last day of the statement period. If Checking Account is closed or transfers to a non-interest bearing account before interest is credited, accrued interest on each account may not be paid.

This Account is no longer available for new accounts.

15

### SPECIAL PROVISIONS AND DISCLOSURES GOVERNING FREE CHECKING AND FREE CHECKING FOR STUDENTS

If Account is inactive (no debit or credit activity) for more than 180 days, Account will be converted to Regular Checking pricing and will no longer qualify for Free Checking benefits. Account is available only at the option of Bank.

### SPECIAL PROVISIONS AND DISCLOSURES GOVERNING CREDIT REWARDS ACCOUNTS

Availability of this Account is limited to Depositors with a qualifying loan product. This Account is no longer available for new accounts.

### SPECIAL PROVISIONS AND DISCLOSURES GOVERNING CLASSIC CHOICE REGULAR AND CLASSIC CHOICE INTEREST CHECKING ACCOUNTS

Classic Choice members must qualify for and maintain a National City personal Checking Account and designate the Account as the Classic Choice Account. In addition, member agrees to maintain a combined minimum balance of $25,000 or more in any of the following accounts: Classic Choice Checking Account (regular or interest), Certificate of Deposits (excluding $100,000+ CD's), Preferred Investment Account, Savings Accounts, or Individual Retirement Accounts. Joint account holders do not receive individual benefits. Account benefits are not assignable. This Account is no longer available for new accounts.

### SPECIAL PROVISIONS AND DISCLOSURES GOVERNING I/MAX REGULAR AND I/MAX INTEREST CHECKING ACCOUNTS

I/MAX members must be approved for one of the following qualifying National City loans: installment loan, National City Equity Reserve™ line of credit, National City Signature Credit Line or residential mortgage and qualify for and maintain either a personal Checking Account with a MoneyCard or Visa® CheckCard or a National City Visa® or MasterCard® credit card. To remain a member, you must retain the personal I/MAX Checking Account with MoneyCard or CheckCard or National City Visa® or MasterCard® credit card. Account benefits are not assignable. This Account is no longer available for new accounts.

### SPECIAL PROVISIONS AND DISCLOSURES GOVERNING PROMOTIONAL CHECKING ACCOUNTS

This Account will not incur maintenance charges for a period of six months from the date the Account opens. Thereafter the Account will convert to a Regular Checking Account and will be subject to fee and balance requirements for Regular Checking Accounts as disclosed in our Disclosures. Account is available only at the option of Bank.

16

### SPECIAL PROVISIONS AND DISCLOSURES GOVERNING SILVER STAR PLUS ACCOUNTS

Depositor must be 50 years of age or older to qualify for this Account. In order to have this Account Depositor must maintain a $5,000 minimum daily balance in deposit products. The Bank reserves the right to convert this Account to another account type if the qualifying minimum balance is not maintained. This Account is no longer available for new accounts.

### SPECIAL PROVISIONS AND DISCLOSURES GOVERNING ALL SAVINGS ACCOUNTS

The daily balance method is used to calculate the interest on Account. This method applies a daily periodic rate to the principal in Account each day.

Interest will be accrued on the daily balance on a 365/366 actual day basis, compounded daily and credited to the Account on the last day of each month (except for Preferred Investment Account).

The interest rate and Annual Percentage Yield (APY) of Account may change. At Bank's discretion, Bank may change interest rate on the Account at any time.

Interest begins to accrue no later than the Business Day Bank receives credit for the deposit of noncash Items (for example, checks).

If an Account is closed before interest is credited, accrued interest will not be paid.

### SPECIAL PROVISIONS AND DISCLOSURES GOVERNING INDEXED INVESTMENT ACCOUNTS

The interest rate for the entire balance when the target balance as disclosed on Bank's Rate Sheet is reached will be determined weekly based on the average 7-day simple yield on taxable money funds as published by iMoneyNet, Inc., in the Money Fund Report, plus or minus a spread. In the event the Money Fund Report is no longer published, or at Bank's sole discretion, Bank may substitute another source or index or change the spread. Total balances of less than the target balance accrue interest as disclosed on Bank's Rate Sheet and, at Bank's discretion, Bank may change applicable rates at any time.

### SPECIAL PROVISIONS AND DISCLOSURES GOVERNING SAVINGS BUILDER

A regular pre-authorized transfer from a National City Checking Account is required. Account is available only at the option of Bank.

### SPECIAL PROVISIONS AND DISCLOSURES GOVERNING PASSBOOK SAVINGS ACCOUNTS

Account activity and balance showing in Passbook shall not be determinative of Account balance unless expressly verified by Bank after comparison with its books and records. Depositor must present Passbook

17

to Bank once a year for reconcilement with Bank records and to record interest and Depositor agrees to examine each reconcilement and any Account information provided to discover any unauthorized withdrawals or errors, and to notify Bank in writing thereof without delay. If Depositor fails to meet any of the requirements of the previous sentence:

- within 14 calendar days after the reconcilement or any Account information was mailed or otherwise made available, Depositor shall be precluded from asserting against Bank (1) any error or unauthorized withdrawal if Bank will suffer a loss as a result of Depositor's failure to meet the requirements of the previous sentence; or (2) any unauthorized withdrawal by the same person after the 14-day period; and

- within 60 calendar days after the reconcilement or Account information was mailed or otherwise made available, Depositor shall be precluded from asserting against Bank any unauthorized withdrawal without regard to Bank's care or lack of care.

If Depositor fails to notify Bank in writing of any claim within one year after such claim accrues, Depositor shall be precluded from asserting such claim and Bank's records shall be conclusive as to the amount on deposit. For any claims of unauthorized withdrawal or error, Depositor is required to make timely claim against all applicable policies of insurance. Depositor agrees not to assign to any third party any claim of Depositor against Bank relating to a withdrawal and any such assignment shall be void.

For Bank's protection, no person shall have the right to make a withdrawal without presenting Passbook and giving a receipt, if requested, for amount withdrawn, but Bank, in its discretion, may permit a withdrawal by Depositor without presentment of Passbook.

In the event Passbook is stolen, lost or destroyed, or cannot be produced without loss or serious inconvenience, Depositor shall promptly so advise Bank in writing. Bank, in its discretion, may cause a substitute Passbook to be issued to Depositor and may require satisfactory indemnity. All subsequent deposits and withdrawals shall be entered in substitute Passbook and original Passbook shall be void and shall be surrendered to Bank if thereafter located. A charge may be imposed for a lost Passbook.

This Account is no longer available for new accounts.

### SPECIAL PROVISIONS AND DISCLOSURES GOVERNING SERIOUS SAVERS ACCOUNTS

Availability of this Account is limited to one per Depositor. A regular pre-authorized transfer from a National City Checking Account is required. Bank reserves the

18

right to convert this Account to another account type if the qualifying corresponding Checking Account and/or preauthorized transfers are not maintained. For Accounts in Ohio, there is no ATM access to this Account. This Account is no longer available for new accounts.

### SPECIAL PROVISIONS AND DISCLOSURES GOVERNING PREMIER MONEY MARKET SAVINGS ACCOUNTS

The interest rate on balances of $25,000 and over is based on the average of the thirteen week Treasury Bill rate for the prior four weeks (as published weekly in The Wall Street Journal) plus or minus a spread. In the event that The Wall Street Journal ceases to publish this rate, or at Bank's sole discretion, Bank may substitute another source or index or change the spread. Total balances of less than $25,000 accrue interest as disclosed on Bank's Rate Sheet and, at Bank's discretion, Bank may change interest rate at any time. This Account is no longer available for new accounts.

### SPECIAL PROVISIONS AND DISCLOSURES GOVERNING PREFERRED INVESTMENT ACCOUNT

Interest will be accrued on the daily balance on a 365/366 actual day basis, compounded monthly and credited to the Account monthly. The interest rate on balances of $75,000 and over will be determined weekly based on the average 7-day simple yield on taxable money funds as published by iMoneyNet, Inc., in the Money Fund Report, plus or minus a spread. In the event the Money Fund Report is no longer published, or at Bank's sole discretion, Bank may substitute another source or index or change the spread. Total balances of less than $75,000 accrue interest as disclosed on Bank's Rate Sheet and, at Bank's discretion, Bank may change applicable rates at any time.

Up to six (6) preauthorized transfers per month may be made of which no more than three (3) may be by check. This Account is no longer available for new accounts.

### SPECIAL PROVISIONS AND DISCLOSURES GOVERNING FIRST RATE FUND ACCOUNTS

The interest rate on balances of $10,000 and greater will be determined weekly based on the thirteen week Treasury Bill rate (as published weekly in The Wall Street Journal) less 1.00% (for Accounts in Michigan or Illinois, less a margin of up to 2.00%). In the event that The Wall Street Journal ceases to publish this rate, or at Bank's sole discretion, Bank may substitute another source or if the auction is no longer held, then another index. Total balances less than $10,000 accrue interest as disclosed on Bank's Rate Sheet and at Bank's discretion, Bank may change interest rate at any time. This Account is no longer available for new accounts.

19

## SPECIAL PROVISIONS AND DISCLOSURES GOVERNING SUPERIOR PERFORMANCE FUND ACCOUNTS

The interest rate on balances of $50,000 and over will be determined weekly based on the thirteen week Treasury Bill rate for the current week (as published weekly in The Wall Street Journal) less a margin of up to 1.25%. In the event that The Wall Street Journal ceases to publish this rate, or at Bank's sole discretion, Bank may substitute another source or if the auction is no longer held, then another index. Total balances of less than $50,000 accrue interest as disclosed on Bank's Rate Sheet and, at Bank's discretion, Bank may change interest rate at any time. This Account is no longer available for new accounts.

## SPECIAL PROVISIONS AND DISCLOSURES GOVERNING RETIREMENT (IRA/ROTH IRA/SEP/KEOGH) MONEY MARKET SAVINGS ACCOUNTS

This Agreement including these Special Provisions governing an Individual Retirement Account (IRA), Roth IRA, Simplified Employee Pension account (SEP) or a Keogh account (Accounts) are subject to the Custodial or Trust Agreement ("Trust Agreement") which Trust Agreement takes precedence over this Agreement to the extent that this Agreement and the Trust Agreement differ. Terms used here which are defined in the Trust Agreement have the same meaning as those terms have in the Trust Agreement, except that the Custodian or Trustee is herein called "Bank". From time to time, Bank may refuse or return any deposit or limit the amount which may be deposited. No deposit Entries by means of electronic fund transfer will be permitted.

## SPECIAL PROVISIONS AND DISCLOSURES GOVERNING PASS THROUGH INSURANCE RELATING TO EMPLOYEE BENEFIT PLAN DEPOSITS

Under federal law, whether an employee benefit plan deposit is entitled to per-participant (or "pass-through") deposit insurance coverage is based, in part, upon the capital status of the insured institution at the time each deposit is made. Specifically, "pass-through" coverage is not provided if, at the time an employee benefit plan deposit is accepted by an FDIC-insured bank or savings association, the institution may not accept brokered deposits under the applicable provisions of the Federal Deposit Insurance Act ("FDI Act"). Whether an institution may accept brokered deposits depends, in turn, upon the institution's capital level. If an institution's capital category is either "well capitalized," or is "adequately capitalized" and the institution has received the necessary broker deposit waiver from the FDIC, then the institution may accept brokered deposits. If an institution is either "adequately capitalized" without a waiver from the FDIC or is in a capital category below "adequately

capitalized," then the institution may not accept brokered deposits. The FDI Act and FDIC regulations provide an exception from this general rule on the availability of "pass-through" insurance coverage for employee benefit plan deposits when, although an institution is not permitted to accept brokered deposits, the institution is "adequately capitalized" and the depositor receives a written statement from the institution indicating that such deposits are eligible for insurance coverage on a "pass-through" basis. The availability of "pass-through" insurance coverage for employee benefit plan deposits also is dependent upon the institution's compliance with FDIC recordkeeping requirements.

Bank's capital category is "Well Capitalized". Thus, in our best judgment, employee benefit plan deposits are currently eligible for "pass-through" insurance coverage under the applicable federal law and FDIC insurance regulations stated below.

Under the FDIC's insurance regulations on employee benefit plan deposits, an insured bank or savings association must notify employee benefit plan depositors if new, rolled-over or renewed employee benefit plan deposits would be ineligible for "pass-through" insurance and must provide certain ratios on the institution's capital condition to employee benefit plan depositors who request such information. If you would like additional information on this Bank's capital condition, please contact any branch office.

## ELECTRONIC FUND TRANSFERS DISCLOSURE STATEMENT

**This Disclosure Statement will govern when it differs from other agreements.**

Your* rights and responsibilities as a consumer who uses electronic fund transfer (EFT) deposit account services, are defined by the Electronic Fund Transfer Act (15 U.S.C. 1693, et seq.) and Regulation E of the Federal Reserve Board. One requirement of this Act and of the Regulation is that all financial institutions must make certain disclosures to EFT users. Electronic Fund Transfers include all transfers resulting from Personal Banking Cards (Automated Teller Machine [ATM], Point of Sale [POS] Debit Cards and Bank Credit Cards), Preauthorized Transfers, Telephone Transfers and Online Banking transactions.

*For purposes of disclosures "you, your" and "we, us, our" are used in place of "Depositor" and "Bank" respectively.

**Your Liability**

Tell us AT ONCE if you believe your Card, Password or Personal Identification Number (PIN) has been lost or stolen. Telephoning is the best way to let us know. You

will not be liable for any unauthorized use of your Card, Password or PIN.

**Notification of Lost or Stolen Card, Password or PIN**
If you believe your Card, Password or PIN has been lost or stolen or that someone has transferred or may transfer money from your account without your permission, call us at: 1-800-533-6596 or write to us at: National City Card Services, P.O. Box 4092, Kalamazoo, MI 49003.

**Our Business Days**
Our Business Days are Monday through Friday. Bank holidays are not included.

**Types of Available Transfers**
You, or someone you have authorized by giving them your Card, Password and/or PIN (even if that person exceeds your authority) may use your Card, Password and/or PIN to:

1. Withdraw cash from your designated deposit or revolving credit accounts.
2. Make deposits to your designated deposit accounts.
3. Transfer funds between your designated deposit or revolving credit accounts.
4. Make payments of bank loans by depositing a check, money order or cash to make the payment.
5. Pay for purchases or services, receive cash or fund a stored value feature at places that have agreed to accept your Card.
6. Pay bills from your designated deposit account and transfer funds between your designated deposit or revolving credit accounts by telecommunications or online.
7. You may also authorize us to automatically debit or credit your accounts to or from third parties by means of pre-authorized, Automated Clearing House and other EFT transactions.
8. Make balance inquiries on your designated accounts.

Some of these services may not be available from the Bank at all times nor at all terminals at all times.

**Limitations on Transfers**
Certain limits exist on the amounts which may be withdrawn from different ATM or POS terminals each day. All transfers are limited to the amount of funds in your account (and your overdraft line of credit, if any). During any interruption of an electronic fund transfers service the dollar amount and frequency may be reduced. All deposits made through an ATM are accepted conditionally subject to verification of the contents of deposit envelopes and are available for withdrawal only in accordance with our current Funds Availability Policy.

The frequency, amount and timing of deposits, cash withdrawals, transfers, payment transactions and other

transactions you may arrange with third parties or make from ATMs and POS terminals with your Card or PIN is limited each Business Day.

No debit, Pre-authorized Transfer, Telephone Transfer or Online Banking transactions will be permitted on IRA, Roth IRA, SEP or Keogh Money Market Savings Accounts.

There may be other limitations on the types, frequency, timing and amount of electronic fund transfers transactions established by us from time to time, without notice, for security purposes.

**Documentation of Transfers**
You can get a receipt at the time you make any transfer to or from your account using an ATM or Point of Sale terminal.

A monthly account statement will be made available to you unless there are no transfers in a particular month. In any case, the statement will be made available at least quarterly. Receipts and statements shall constitute admissible evidence.

If you have arranged to have direct deposits made to your account at least once every sixty days from the same person or company, you can call us at 1-800-738-3888 for customers of National City Bank, 1-800-774-2424 for customers of National City Bank of Indiana, 1-800-727-8686 for customers of National City Bank of Kentucky, 1-800-925-9259 for customers of National City Bank of Michigan/Illinois, 1-800-352-0186 for customers of National City Bank of Pennsylvania, 1-800-766-0377 for customers of National City Bank of Southern Indiana or 1-800-766-0388 for customers of The Madison Bank and Trust Company to find out whether or not the deposit has been made.

The only transfers permitted with Passbook Savings Accounts are pre-authorized deposits. If you bring your Passbook to us, we will record any transfers that were made to your account since the last time you brought in your Passbook.

**Preauthorized Transfers**
1. **Right to Stop Payment.** If you have arranged in advance to make regular transfers from your account, you can stop any of these transfers by calling us at 1-800-738-3888 for customers of National City Bank, 1-800-774-2424 for customers of National City Bank of Indiana, 1-800-727-8686 for customers of National City Bank of Kentucky, 1-800-925-9259 for customers of National City Bank of Michigan/Illinois, 1-800-352-0186 for customers of National City Bank of Pennsylvania, 1-800-766-0377 for customers of National City Bank of Southern Indiana or 1-800-766-0388 for customers of The Madison Bank and Trust Company or writing us at:

22

23

National City, Attn: Telephone Banking Center, P.O. Box 772, Columbus, OH 43216-0772 for customers of National City Bank, P.O. Box 1421, Franklin, PA 16323-5421 for customers of National City Bank of Indiana, National City Bank of Kentucky, National City Bank of Pennsylvania, National City Bank of Southern Indiana and The Madison Bank and Trust Company, or P.O. Box 3038, Kalamazoo, MI 49003-3038 for customers of National City Bank of Michigan/Illinois. We must receive this request at least three (3) Business Days before the transfer is scheduled to be made. If you call, we may also require you to put your request in writing and get back to us within 14 days after you call. We will charge your account our normal service charge for each stop payment.

2. **Our Obligation for Failure to Stop Payment.** If you notify us to stop a preauthorized transfer at least three (3) Business Days before the transfer is scheduled and we do not do so, we will be liable for your losses or damages.

3. **Varying Amounts.** If these regular transfers vary in amount, the person you are going to pay will tell you, 10 days before each transfer, when it will be made and how much it will be. You may choose instead to get this notice only when the transfer would differ by more than a certain amount from the previous transfer, or when the amount would fall outside certain limits that you set.

**Disclosure of Account Information**
We may disclose information about your account or the transfers you make to other National City Corporation organizations or to third parties:
1. Where it is necessary for completing transfers, or
2. In order to verify the existence and condition of your account for a third party such as a credit bureau or merchant, or
3. In order to comply with government agency or court orders, or
4. If we close your account due to a deficient balance, excessive overdrafts, or to protect or enforce our legal rights, or
5. If we otherwise deem appropriate, to the extent permitted by law.

**In Case of Errors or Questions About Your Electronic Transfers**
Telephone us at: 1-800-738-3888 for customers of National City Bank, 1-800-774-2424 for customers of National City Bank of Indiana, 1-800-727-8686 for customers of National City Bank of Kentucky, 1-800-925-9259 for customers of National City Bank of Michigan/Illinois, 1-800-352-0186 for customers of National City Bank of Pennsylvania, 1-800-766-0377 for customers

of National City Bank of Southern Indiana or 1-800-766-0388 for customers of The Madison Bank and Trust Company or write to us at: National City Card Services, Attn: Chargeback Department K-A12-F6, P.O. Box 2859, Kalamazoo, MI 49003-2859, as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer listed on the account statement or receipt. We must hear from you no later than sixty (60) days after we sent you the FIRST statement on which the error or problem appeared.
1. Tell us your name and account number.
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.
4. Tell us the date, time and location of the suspected error.

If you tell us orally, we may require that you send us a confirmation of your complaint or question in writing within ten (10) Business Days.

We will tell you the results of our investigation within ten (10) Business Days (or twenty (20) Business Days for claims involving electronic transfers occurring within thirty (30) calendar days after the first deposit to an account, that is, a new account) after we hear from you and will correct any error promptly. If we need more time, however, we may take up to forty-five (45) calendar days (or ninety (90) calendar days for a Point of Sale transaction, a claim on a new account or a transaction initiated outside the U.S.) to investigate your complaint or question. If we decide to do this, we will recredit your account within ten (10) Business Days (or twenty (20) Business Days for claims on new accounts) for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation. If we ask you to put your complaint or question in writing and we do not receive it within ten (10) Business Days, we may not recredit your account.

If we decide that there was no error, we will send you a written explanation within three (3) Business Days after we finish our investigation. You may ask for copies of the documents that we used in our investigation.

**Service Charges for Electronic Fund Transfers**
We will charge your designated account for EFT service transfers according to our current pricing schedules. We may charge you a monthly maintenance fee for Telephone Banking, Online Banking, or for your POS Debit Card. There is a penalty fee for each preauthorized transfer, telephone, online banking or automatic transfer in excess of six (6) per month from a savings account.

There are also special charges for account access at non-National City Corporation ATMs. These charges are set forth in Bank's Pricing Schedule or Rate Sheet.

Fees (when applicable) will be automatically assessed against your checking, savings, or credit card account, whichever account you are using.

You may be charged an additional fee or surcharge by the owner of a non-National City Corporation ATM for its use.

## Our Obligation for Failure to Make Transfers

If we do not complete a transfer to or from your account on time and in the correct amount according to our agreement with you, we will be liable for your losses or damages. However, there are some exceptions. We will not be liable, for instance:

1. If, through no fault of ours, you do not have enough money in your account to make the transfer.
2. If the transfer would go over the credit limit on your overdraft line.
3. If the ATM where you are making the transfer does not have sufficient cash.
4. If the terminal or system was not working properly and you knew about the breakdown when you started the transfer.
5. If circumstances beyond our control (such as fire or flood) prevent the transfer, despite reasonable precautions that we have taken.
6. There may be other exceptions stated in this or other applicable account or electronic fund transfer service agreements with you.

## ATM Card Safety Tips

- Memorize your PIN. Do not write it on any of your wallet materials.
- Never give your PIN or other account information to someone over the telephone.
- Do not allow anyone to use your ATM card.
- Remember that no bank representative, auditor or law enforcement person will ever ask you to withdraw money from an ATM.
- Immediately report lost or stolen cards and other ATM crimes to both your financial institution and police.
- Choose a well-lighted ATM and park close. Be aware of your surroundings. Have someone come with you when using the machine after dark.
- Fill out all forms in advance and have your card ready when you approach the ATM. If someone is using the machine, please stand back to allow privacy.
- Stand directly in front of the ATM to prevent others from seeing you enter your PIN.
- Cancel your transactions and return later if anything seems suspicious while you are using the ATM.
- Pocket your cash immediately and count it later. If followed after leaving an ATM, go to a public area.

26

## Special Disclosures for Accounts in Michigan:

You may select a lower daily limit for ATM cash withdrawals by written request or limit access to one or more accounts.

Services obtained from a financial institution are governed by state and federal laws. If a violation occurs, you may contact: Office of the Comptroller of the Currency, One Financial Plaza, 440 South LaSalle, Suite 2700, Chicago, IL 60605

If you have a dispute with a merchant about goods or services purchased through a point-of-sale transaction, you may request that we reverse the debit to your Account resulting from the point-of-sale transaction if all of the following occur:

a. The amount of the transaction was $50.00 or more;
b. You provide us with notice that you have made a good faith attempt to resolve the dispute with the merchant, and you assure us that you have returned to the merchant any returnable goods purchased from the merchant through the point-of-sale transaction;
c. Within four (4) calendar days following the point-of-sale transaction, we receive from you during our normal business hours a written or oral request for reversal of the debit resulting from the point-of-sale transaction; and
d. Within fourteen (14) calendar days of your oral notification under sections b and c above, you verify in writing such notifications on a form supplied by us.

If you fail to provide the required verifications, we will reinstate the original debit resulting from the point-of-sale transaction to the extent of your available account balance.

## For Checking Accounts Only:
## YOUR ABILITY TO WITHDRAW FUNDS

Our policy is to make funds from your deposit available for withdrawal no later than the first Business Day after the day we receive your deposit. Electronic direct deposits will be available on the day we receive the deposit. At that time, you can withdraw the funds in cash and we will use the funds to pay checks that you have written.

For determining the availability of your deposits, every day is a Business Day, except Saturdays, Sundays, and federal holidays. If you make a deposit by 2:00 p.m. local time (3:00 p.m. Eastern Time for ATM deposits and 5:00 p.m. Eastern Time for telecommunicated deposits) on a Business Day we are open, we will consider that day to be the day of your deposit. However, if you make a deposit after those times on a Business Day we are open, or at any time on any other day, we may consider that the deposit was made on the next

27

Business Day we are open. Some of our banking offices have Business Day hours that are later than those indicated above. These are posted in those offices.

### Longer Delays May Apply

In some cases, we will not make all of the funds that you deposit by check available to you on the first Business Day after the day of your deposit. Depending on the type of check you deposit, funds may not be available until the fifth Business Day after the day of your deposit. The first $100 of your deposits, however, will be available the first Business Day.

If we are not going to make all of the funds from your deposit available on the first Business Day, we will notify you at the time you make your deposit. We will also tell you when the funds will be available. If your deposit is not made directly to one of our employees, or if we decide to take this action after you have left the premises, we will mail you the notice by the day after we receive your deposit.

If you will need the funds from a deposit right away, you should ask us when the funds will be available.

In addition, funds you deposit by check may be delayed for a longer period under the following circumstances:

* We believe a check you deposit will not be paid.
* You deposit checks totaling more than $5,000 on any one day.
* You redeposit a check that has been returned unpaid.
* You have overdrawn your account repeatedly in the last six months.
* There is an emergency, such as failure of communications or computer equipment.

We will notify you if we delay your ability to withdraw funds for any of these reasons, and we will tell you when the funds will be available. They will generally be available no later than the seventh Business Day after the day of your deposit.

### Holds On Other Funds

If we cash a check for you that is drawn on another bank, we may withhold the availability of a corresponding amount of funds that are already in your account. Those funds will be available at the time funds from the check we cashed would have been available if you had deposited it.

If we accept for deposit a check that is drawn on another bank, we may make funds from the deposit available for withdrawal immediately but delay your availability to withdraw a corresponding amount of funds that you have on deposit in another account with us. The funds in the other account would then not be available for withdrawal until the time periods that are described elsewhere in this disclosure for the type of check that you deposited.

### Special Rules For New Accounts

If you are a new customer, the following special rules may apply during the first 30 days your account is open.

Funds from electronic direct deposits to your account will be available on the day we receive the deposit. Funds from deposits of cash, wire transfers, traveler's checks, and the first $5,000 of a day's total deposits of cashier's, certified, teller's, and federal, state and local government checks will be available on the first Business Day after the day of your deposit if the deposit meets certain conditions. For example, the checks must be payable to you. The excess over $5,000 may not be available until the seventh Business Day after the day of your deposit.

Funds from all other check deposits will generally be available no later than the seventh Business Day after the day of your deposit.

This disclosure is mandated by the Expedited Funds Availability Act and Federal Reserve System Regulation CC.

### ADDITIONAL DISCLOSURES FOR YOUR ACCOUNT ARE INCLUDED ON BANK'S RATE SHEET AND PRICING SCHEDULE FOR YOUR ACCOUNT

---

### NATIONAL CITY PRIVACY NOTICE

☑ **OPT-OUT:** *We will not share your nonpublic personal information with others as defined below. National City, on your behalf, has exercised your right to opt-out under 12 CFR Part 40, Privacy of Consumer Financial Information.*

The basis of each customer relationship at National City is built on trust. You have chosen to do business with National City, and we guard that relationship with great care, beginning with the information you have chosen to share with us. **That is why we have opted out for you as a matter of corporate policy. National City does not share information about you outside of our National City companies unless permitted by Title V of the Gramm-Leach-Bliley Act of 1999 and other applicable laws and regulations.**

National City Corporation, its family of financial services companies ("affiliates") and employees, are dedicated to protecting the privacy of your nonpublic personal information. We maintain information about you in order to provide you with the most effective and convenient access to our broad range of financial products and services. We want you to understand what

information we collect, and how we use and protect it. This notice serves as a standard for all National City employees for collection, use, retention and security of nonpublic personal consumer information.

**What Information We Collect**

"Nonpublic personal information" is information about you that we obtain in connection with providing a financial product or service. Such information includes for example, account balance, income, assets, insurance premiums, payment history and overdraft history.

We may collect nonpublic personal information about you from the following sources:

- Information that you provide to us, such as on applications or other forms
- Information about your transactions with us, our affiliates or others, or
- Information from others, such as credit bureaus, real estate appraisers, and employers

**Our Security Procedures**

To maintain security of customer information, we restrict access to your personal and account information to persons who need to know that information to provide you products or services. We maintain physical, electronic and procedural safeguards to guard information.

**What Information We Disclose**

National City does not disclose nonpublic personal information about you to any companies that are not members of our corporate family ("third parties"), except as permitted by federal law, specifically Title V of the Gramm-Leach-Bliley Act of 1999. The confidentiality of your nonpublic personal information will continue to be maintained consistent with this privacy notice even if you decide to close your account(s), your account becomes inactive, or when you otherwise cease to do business with us.

National City works with a variety of third parties to bring you financial services. We disclose information about you as necessary to fulfill these third party service agreements. For example, we may disclose information about you to third parties that assist us in servicing or maintaining your loan or deposit account, or other business relationship, such as printing checks or billing you for loan payments. We may also disclose information about you to governmental entities, such as sending annual income statements to the IRS, and to other third parties such as credit bureaus, or in response to subpoenas.

We may disclose all of the information we collect, as described above, to third parties that perform marketing services on our behalf or to other financial institutions, such as insurance providers, with whom we have joint marketing agreements in order to make a variety of financial services available to you*. These third parties must agree to strict confidentiality provisions to assure the protection of your information. Because we already limit the sharing of your nonpublic personal information as outlined above, no action is necessary on your part to limit such sharing.

**Fair Credit Reporting Act Disclosure***

We share information about you with our affiliates. Under the Fair Credit Reporting Act you may direct us not to share certain credit information with our affiliates. Examples of the kind of credit information that you may direct us not to share include the nonpublic personal information you provide in your application or that we obtain about you from nonaffiliated third parties such as credit bureaus. If you don't want such information shared you may write to us at National City Corporation, Attention: Office of Consumer Privacy, P.O. Box 94985, Cleveland, Ohio 44101-4985. Please provide your name, address, social security number and account number(s). **(NOTE: If you have previously requested that we restrict such sharing you do not need to make another request.)** Your request not to share credit information does not include information we are permitted to share by law, such as information related solely to our experiences or transactions with you. Your account balance and payment history are examples of transaction and experience information that we are always permitted to share with our affiliates.

**National City's Pledge to You**

We believe that your privacy should never be compromised. At the same time, we want to offer you the array of financial products and services you need to accomplish your financial goals. We believe we can do both by adhering to the provisions of this privacy notice.

**National City Companies (Please visit nationalcity.com for a current list.):** National City Bank, National City Bank of Kentucky, Churchill Insurance Agency, Inc., National City Insurance Agency of Kentucky, Inc., NatCity Investments, Inc., National City Bank of Pennsylvania, National City Insurance Agency of Pennsylvania, Inc., National City Bank of Southern Indiana, Sterling Private Investments, Inc., National City Bank of Indiana, National City Mortgage Co., Altegra Credit Company, First Franklin Financial Corporation, The Madison Bank & Trust Company, National City Bank of Michigan/Illinois, NatCity Insurance Services, Inc., National City Insurance Group, Inc., National City Investment Management Company®, National City Mortgage Services Co., Alliance Title Agency, LLC, New England Trust Company, AccuLend Mortgage Company, LP, Builders Mortgage, LP, Home Central Mort-

gage, LLC, Hometown Mortgage, LLC, Liberty West Mortgage, LP, Intercoastal Mortgage, LLC, Magellan Mortgage, LLC, Montclaire Mortgage, LLC, Mortgage Plus Financial Services, LLC, New Era Financial, LLC, PURE Utah Mortgage, LLC, Reliable Mortgage Investors, LLC, Tower Mortgage, LLC, VBH Mortgage, LLC, Virginia Home Mortgage, LLC, Zenith Mortgage, LLC, National City Abstract, LLC

**\*Vermont Residents Only:** In Vermont the information we disclose under joint marketing agreements must be limited to your name, contact information, and information about our own transactions and experiences with you. Your consent is required before we can share certain credit information about you with our affiliates. We are permitted to share information which is not a credit report under Vermont law without your consent, such as information related solely to our transactions and experiences with you.

**NationalCity**®

71-0424-00 (Rev.08/02)

www.national-city.com  •  Member FDIC  •  ©2002, National City Corporation®

# Exhibit 6

# Personal
# Account Agreement

### Effective 4/1/01



## Definitions

"<u>Agreement</u>" means this Personal Account Agreement sometimes referred to in other documents as Rules or Rules for Personal Accounts. "<u>Bank</u>" is one of the following: National City Bank, National City Bank of Indiana, National City Bank of Kentucky, National City Bank of Michigan/Illinois, National City Bank of Pennsylvania or National City Bank of Southern Indiana, each a national bank, or The Madison Bank and Trust Company, an Indiana bank. "<u>Depositor</u>" is the person signing the signature card or any other document approved by Bank for Basic Checking, Self-Serve Checking, Regular Checking, Interest Checking, Interest Checking PLUS, National City ValuePak Checking, Premium Interest Checking, National City Works, National City Sweep Account, National City Asset Management Account, Free Checking, Personal Checking, Personal Checking with Savers Option, Money Market Checking, Classic Plus Checking, Credit Rewards, Checking with Interest, Classic Choice Regular Checking, Classic Choice Interest Checking, I/MAX Regular Checking, I/MAX Interest Checking, Prestige Checking, OMNI Checking, Promotional Checking, Silver Star Plus Checking, Cash Management Checking and Privilege First Checking ("Checking Account"); and Statement Savings, Savings Builder, Money Market Savings, Preferred Money Market Savings, Indexed Investment Account, Passbook Savings, Serious Savers, Premier Money Market Savings, Preferred Investment Account, Funeral Trust Savings, AnydayEveryday Savings, First Savings, First Rate Fund, Connections Savings, Superior Performance Fund and Retirement Money Market Savings ("Savings Account"); and includes the plural as well as the singular. Either "Checking Account" or "Savings Account" may be referred to as "<u>Account</u>". "<u>Check</u>" is a written order signed by Depositor directing Bank to pay a sum of money on demand. "<u>Item</u>" is a check, draft, or other instrument, whether or not negotiable, deposited to the Account for collection or paid against the Account. "<u>Entry</u>" is a request or order for the deposit or payment of money to or from the Account by means of electronic fund transfer. The term "<u>Cash</u>" means any U.S. coin or currency. "<u>Ledger Balance</u>" is all Cash, Items or Entries which have been deposited less any Items or Entries which have been returned unpaid, withdrawals from the Account, any Entry paid from the Account, and fees and charges. "<u>Business Day</u>" is any day on which Bank is open to the public for carrying on substantially all of its banking functions, but does not include Saturdays, Sundays, or legal holi-

1

days. A "Special Depository Facility" is a mechanical or electronic device at which Bank can receive Cash, Items, and Entries and includes night depositories and automated teller machines. The term "State" means the state where the branch of Account is located.

## Agreement; Amendments

Bank agrees to maintain the Account for Depositor and to perform according to this Agreement. Depositor, by signing the signature card for the Account, by using the Account or by permitting an authorized signer to use the Account, agrees to the provisions of this Agreement which are subject to amendment and further agrees that this Agreement is binding on Depositor's successors, representatives and assigns. Bank may from time to time adopt new provisions or fees or amend this Agreement and Bank's Pricing Schedule which shall be binding upon Depositor after notice has been mailed to Depositor at the last address shown for the Account on Bank's records, by posting in branches of Bank or as otherwise permitted by law. Changes pursuant to bank regulatory authority shall be effective per such regulation without further notice.

## Ownership of Account

The Account's signature card shall reflect the capacity in which Depositor holds the Account.

## Permissible Uses of Account

Depositor agrees that the Account is intended solely for personal, family or household purposes and that Depositor will not use Account for any business purposes. If Depositor uses Account for business purposes, Depositor hereby consents upon notice mailed to Depositor by Bank to the transfer of the Account to a business account. Depositor may not use Account or any card for illegal transactions. By federal regulation, an interest bearing transaction Account is not available to Depositors that are entities organized or operated to make a profit including, but not limited to, partnerships, associations or corporations.

## Deposits; Indorsements

Subject to the exceptions in this Agreement, Bank agrees to receive Cash, Items, and Entries for deposit at its offices and Special Depository Facilities and to account for such deposits to Depositor by means of receipts, statements or other agreed upon format. Bank has the right to refuse any deposit. Items received for deposit shall have Depositor's indorsement, by rubber stamp or otherwise, and Bank need not inquire into any indorsement or the disposition of any Item's proceeds. Bank may accept for deposit into the Account any Item which is payable to Depositor which is not

2

indorsed and may supply Depositor's missing indorsement. Items or Entries which have been refused for deposit by Bank shall be returned at Depositor's risk.

Depositor shall not place any mark, signature, stamp or other writing in the "Depository Bank Area" on the reverse side of any Item deposited. The Depository Bank Area is that part of the back of the Item which is 3 inches from the leading edge to 1.5 inches from the trailing edge of the Item. The leading edge of the Item is the right side of the Item looking at it from the front. The trailing edge is the left side of the Item looking at it from the front. Depositor agrees to hold Bank harmless and indemnify Bank for all loss or damage suffered by Bank in the event Depositor places any mark in the Depository Bank Area or uses carbon band Items and such mark or use adversely affects the ability of Bank to indorse such Item legibly in accordance with required law and regulations.

Cash, Items, and Entries received by Bank for deposit will be subject to examination and verification, and any errors in settling for such deposits will be corrected by Bank through adjustments to the Account or through other recovery from, or reimbursements to, Depositor. When receiving Items and Entries for deposit, Bank shall act as the collection agent of Depositor and shall not be deemed a purchaser of the Items or Entries received. Bank assumes no responsibility beyond that of the exercise of ordinary care as Depositor's collection agent.

## Provisional Settlement

Any settlement given by Bank for an Item or Entry, whether in Cash, by credit to the Account, or otherwise, shall be a provisional settlement until the Item or Entry has been finally paid, including Items or Entries drawn on Bank. Items charged back to Bank, whether before or after drawee bank's midnight deadline or final settlement, and Entries returned to Bank, may be charged back against Account or otherwise recovered from Depositor. If an Item not drawn on Bank is deposited to your Account or is cashed by Bank, then Bank may, to the extent permitted by law, withhold availability of a corresponding amount from any funds that Depositor has on deposit with Bank until such time as Item is finally paid. Any uncollected Item or Entry may be returned to Depositor at Depositor's risk or may be resubmitted to drawee bank or other payor for collection. Depositor waives notice of dishonor of deposited Items or Entries. Depositor hereby authorizes Bank in its sole discretion to re-present Items or Entries, without notice to Depositor, for collection. If an Item deposited to Account is paid by drawee bank and later Item is

3

returned on a claim of alteration, forgery, unauthorized, or for any other reason, Bank may withhold the amount of Item from Account until claim is resolved.

### When Deposits are Received

Cash and Items which are placed in the custody and control of any Bank employee (whose duties include receiving deposits) during a Business Day before cut-off time of 2:00 p.m. local time or as otherwise posted or disclosed ("Cut-Off"), shall be regarded as having been received and deposited and settled provisionally on that day. Cash or Items placed in the custody and control of an authorized Bank employee during a Business Day after Cut-Off, or on any non-Business Day may be regarded by Bank as having been received and deposited and settled provisionally on the succeeding Business Day. Items and Entries placed in a Special Depository Facility shall be regarded as having been received, deposited, and settled provisionally on the Business Day during which they are examined and verified by the Bank. Cash placed in a Special Depository Facility shall be regarded as having been received and deposited on the Business Day during which it is examined and verified by the Bank.

### Withdrawal of Amounts Deposited

Bank, at its discretion, may allow withdrawal of the amount of the provisional settlement given by it for an Item or Entry. Bank, at its discretion, may allow withdrawals against the Account prior to examination and verification of deposited Cash. Bank reserves the right to require 7 days written notice from Depositor of any intended withdrawal from any type of Savings Account including the linked savings account attached to Checking Accounts.

### Overdrafts

Depositor agrees that although Bank has no obligation to permit an overdraft, Bank may do so. A Depositor will be liable for an overdraft of the Account even if the overdraft is caused by a co-Depositor and the Depositor has received no benefit from the Item or Entry causing the overdraft. For Accounts in Indiana, if Depositor does not deposit sufficient funds to bring Account current within a reasonable time as determined by Bank of incurring an overdraft then Bank may charge Depositor a fee for services used to recover the outstanding indebtedness.

### Paying Items and Entries

When a sufficient balance of the Account is available, Bank shall pay Items and honor Entries initiated or authorized by Depositor. Bank may dishonor an Item or Entry when the Account has an insufficient balance

4

available. Bank may charge the Account for all properly payable Items and Entries, even though an overdraft may be created. Depositor agrees that Depositor's Account may be debited on the Business Day an Item is presented or at an earlier time based on notification received by Bank that an Item drawn on the Account has been deposited for collection at another financial institution. A determination of Account balance for purposes of making a decision to dishonor an Item for insufficient available balance may be made at any time between presentment or receipt of notice of pending presentment and the time of return of the Item; Bank has no obligation to make more than one such determination. Bank will pay Items and Entries from the Account in the order of greatest dollar amount to least dollar amount. All Checks drawn by Depositor must be negotiable and on a form satisfactory to Bank, and all Items and Entries must be in a form satisfactory to Bank, or Bank may refuse to honor.

### Use of Facsimile Signatures

Bank may refuse to honor Items drawn by Depositor by means of a facsimile signature. Bank, at its discretion, may honor such Items and in doing so, Bank is hereby authorized to rely upon and to accept as genuine such facsimile signature without any duty to determine the genuineness thereof or whether or not the affixing of such facsimile signature to an Item has been authorized by the Depositor whose name is so affixed.

### Antedated and Postdated Items

Antedated or postdated Items may be paid on presentment and charged against the Account without regard to their dates, notwithstanding that Depositor has notified Bank of the postdating. Bank in its sole discretion may choose not to process an Item that is more than six months old but in no event will Bank be liable for processing such an Item.

### Restrictive Legends

Depositor agrees that Bank shall not be bound by any restrictive legend or condition appearing on face or reverse side of Items.

### Bank's Standard of Care

Depositor agrees that Bank handles large numbers of Items and that current industry standards are for Bank not to check maker and/or indorser signatures, dates, or alterations and that in so doing, Bank will be deemed to have exercised ordinary care in the processing of Depositor's Items. Bank shall not be liable for any damages unless Bank has failed to act in good faith and exercise ordinary care.

5

**Withdrawal Limitations for Savings Accounts**

For Savings Account there are no withdrawal limitations for the number of payments directly to the Depositor but pre-authorized or automatic transfers including transfers to third parties or to another account of the Depositor by telephone or pursuant to a pre-authorized agreement with Bank are limited by regulation to 6 per month of which no more than 3 may be by Item. The posting date of a pre-authorized or automatic transaction by Bank will determine the month in which that transaction will be counted. Bank will charge penalties for exceeding this regulatory limitation and will close a Savings Account or take away a Savings Account's transfer capabilities for Depositors who continue to exceed this limitation.

**Non-customer Check Cashing Requirements**

Depositor agrees that Bank may charge a non-customer payee or other holder a fee for cashing Depositor's Items including Checks. Depositor agrees that Bank may require a thumbprint or other unique identification of a non-customer payee or other holder as a condition for cashing Depositor's Items including Checks.

**Automated Clearing House Entries**

The Operating Rules of the National Automated Clearing House Association ("NACHA Rules") are applicable to automated clearing house transactions ("ACH Entries") involving any Account.

Depositor may originate or receive ACH Entries with respect to the Account through written authorizations. Bank agrees to receive such Entries through any automated clearing house of which it is a member and to originate such Entries when they involve the payment of money to Bank. Bank reserves the right, however, to refuse to originate any authorized Entry which must be processed through an automated clearing house.

Credit given by Bank to Depositor with respect to an ACH credit Entry is provisional until Bank receives final settlement for such Entry through a Federal Reserve Bank or otherwise has received payment as provided by law. If Bank does not receive such final settlement, Bank may charge back against the Account or otherwise recover from Depositor the amount credited to the Account.

Under NACHA Rules, Bank is not required to give notice to Depositor of receipt of an ACH Entry, and Bank will not do so.

Bank may accept on Depositor's behalf ACH Entries to the Account which have been transmitted through one or more automated clearing houses, and Depositor's

6

rights and obligations with respect to each Entry which is not subject to the Electronic Funds Transfer Act shall be construed in accordance with and governed by the laws of the State where branch of Account is located.

**Stop Payments**

Bank agrees to honor a stop payment order against an Item or Entry, including automatic deduction, when received from Depositor within a reasonable time prior to payment. Bank's acceptance of a stop payment order does not mean that the Item or Entry has not yet been paid. Bank shall have no liability resulting from the payment of an Item or Entry prior to its actual receipt of a stop payment order from Depositor and reasonable time to process the order. Bank shall not be liable for any damages unless Bank has failed to act in good faith and exercise ordinary care. Depositor agrees to indemnify Bank and hold it harmless from any and all expenses incurred or damages suffered by Bank in honoring a stop payment order.

A stop payment order against an Item or Entry must accurately describe it as to date, number, amount, and payee, and must correctly recite Depositor's name and the Account number. Depositor agrees that it is current industry standard to process stop payment orders by means of computer technology. Accordingly, failure of Depositor to provide the exact identification of Account number and Item number in order to identify the Item or Entry to be stopped will result in the Item or Entry being paid if presented, and Bank will not be liable for such payment. Errors in Depositor's name or the Account number, or inaccuracies in the description of the number, amount, issue date or payee on Depositor's written stop payment order shall relieve Bank from any liability for any mistaken payment or wrongful dishonor. Any errors on Bank's written acknowledgment to Depositor of a stop payment order must be reported by Depositor in writing to Bank's Telephone Banking Center within 10 calendar days of the written acknowledgment date. Bank shall not be liable for any mistaken payment or wrongful dishonor occurring after the 10-day period, unless errors or inaccuracies are so reported to Bank within the 10-day period.

A stop payment order remains effective for six months from the date Bank receives notice of the order against an ACH Entry in any amount or against an Item or other Entry for less than $1,000 and for one year against an Item or Entry (except an ACH Entry) for $1,000 or more. A stop payment order may be renewed for successive periods equal to its original period of effectiveness if Bank receives a renewal notice prior to the order becoming ineffective.

7

Before Bank will release a stop payment order, Bank's Telephone Banking Center may require the receipt of a written request, signed by Depositor, requesting the withdrawal of the order.

In the event Bank recredits the Account for a paid Item or Entry, then Depositor hereby assigns to Bank all rights against third parties and agrees to transfer and to subrogate to Bank all of Depositor's rights against the payee or other holder. Any one Depositor may order a stop payment even if the signature of more than one Depositor is required to draw on the Account. Depositor agrees that Bank will not be obligated to reimburse Depositor immediately upon notice of alleged wrongful payment; that it is Depositor's obligation to prove fact and amount of damage suffered; and that in no case will Bank be liable for more than Depositor's actual damage.

## Use of Special Depository Facilities

Depositor accepts as adequate Bank's Special Depository Facilities for the safe placement of Cash, Items and third party payments. Depositor's use of Special Depository Facilities shall be at Depositor's sole risk until Bank has examined and verified a placement of Cash, Items or third party payments and Bank's record of examination and verification shall be binding on Depositor.

## Bank's Right of Offset

Bank has the right to offset against the Account for any indebtedness owed by Depositor to Bank, whether individually or jointly owed, and whether or not co-Depositors on the Account are indebted to Bank. Bank may offset Account either before or after the death of a Depositor and without demand or notice to Depositor. Bank shall not be liable for any dishonor of an Item or Entry that results. For Accounts in Indiana, see Special Provisions Governing Lien and Offset.

## Bank's Security Interest in Account

Depositor grants a security interest in the Account to Bank for any and all indebtedness owed by Depositor to Bank or to Bank's affiliates, however and whenever incurred or evidenced. Such security interest is not in derogation or substitution of Bank's right to offset against the Account.

## Payable on Death, "In Trust For" and "Trustee For" Account Beneficiaries

A personal, individual account payable on death (not available in Pennsylvania or Michigan) or an account in trust for another may have no more than two beneficiaries, and if Depositor selects more than one beneficiary, then upon Depositor's death the Account shall be paid to those beneficiaries surviving the Depositor in the shares designated on the signature card without right of survivorship and if not so designated then equally. Depositor agrees that payable on death benefits and any other right to death benefits where the named beneficiary is the spouse are not terminated by intervening divorce, dissolution of marriage or annulment. Each beneficiary has no rights in Account until death of Depositor who has sole ownership of Account except that Depositor may not assign or encumber Account other than to secure debt to Bank. Depositor reserves right to change or cancel any beneficiary designation by instrument satisfactory to Bank, which is delivered to Bank during lifetime of Depositor. Payment to beneficiaries after death of Depositor shall constitute a full release of Bank and shall be binding upon heirs and personal representatives of Depositor.

## Joint Accounts

For joint accounts only, each Depositor hereby transfers to the other Depositor(s) an undivided interest in the Account and all additions thereto for their respective lives, and same may be withdrawn in whole or part by any one or more of Depositor(s). Subject to provisions hereof and to any relevant law, on death of a Depositor, and subject to offset by Bank for an obligation owed by deceased Depositor to Bank the then balance in the Account shall be payable to, and absolute property of, any surviving Depositor(s) and such payment shall be binding upon each Depositor and the heirs, personal representatives and assigns thereof. Each Depositor is hereby appointed agent for other Depositor(s) and as such may: (1) indorse Items and receive Cash for other Depositor(s); (2) deposit and/or indorse for deposit in the Account Checks and other Items payable to other Depositor(s); (3) sign documents associated with the Account, including documents used for federal and/or state tax purposes, for other Depositor(s); and (4) give instructions on any matter in connection with the Account. It is within Bank's sole discretion to demand authorization from each and every Depositor on an Account for instructions that change the title ownership of the Account. Bank is authorized to deposit in the Account unindorsed Checks and other Items payable to any Depositor(s) and supply absent indorsement(s).

## Deputy; Power of Attorney

Depositor may appoint a deputy or provide a person with a power of attorney (for Accounts in Indiana, provided such documents are valid as defined in Indiana

8

9

Code 30-5) who shall have authority to exercise all the rights of Depositor under this Agreement or as otherwise limited by Bank in its sole discretion. Bank may limit Depositor to the appointment of one deputy or attorney-in-fact whose appointment is joined in by all of the individual co-depositors, if any. Any appointment must be evidenced on Bank records in a form satisfactory to Bank.

### Notices

Notices from Depositor to Bank shall be effective upon receipt by Bank and reasonable time to process. Notices to Depositor from Bank shall be effective upon mailing to the last known address shown by Bank's records or as otherwise provided in this Agreement.

### Closing Account; Terminating Access

Bank may close the Account or terminate electronic access to account by means of a card or code with or without cause and without prior notice to Depositor.

### Statements

Bank shall make available to Depositor a statement not less frequently than monthly for Checking Accounts (unless Account has no activity for 90 days, then a statement will be provided quarterly) and semi-annually for Savings Accounts (excluding Passbook and Club Accounts), showing Account activity and balance. Such information may be otherwise provided as agreed by Bank and Depositor. The Account balance at any time shall be determined by Bank from its books and records. A statement is deemed made available to Depositor when such statement is mailed to Depositor's last known address as shown by records of Bank for the Account or as otherwise agreed. In the event a mailed statement is returned to Bank, then each subsequent statement is deemed made available to Depositor at the time Bank would have produced such statement. Please see Electronic Funds Transfer (EFT) Notice for Depositor's duties regarding notice to Bank in the event of an EFT error.

### Cancelled Checks Retained by Bank

Bank shall retain canceled Items for a reasonable period of time as determined by Bank. Bank will maintain copies on microfiche or by other means for the time period required by law and may impose a service fee for providing copies at Depositor's request. If for any reason Bank is unable to provide a copy or otherwise document an Item, Bank shall not be liable for more than the face amount of the Item or actual damages, whichever is less. Bank may permit Depositor to receive cancelled checks with each statement, for which Bank may charge a service fee.

10

### Depositor's Duties and Liabilities

Depositor agrees to examine each statement (and enclosures) and any Account information provided to discover any alterations; unauthorized signatures, Items, Entries or indorsements; or errors, and Depositor agrees to notify Bank in writing thereof without delay. If Depositor fails to meet any of the requirements of the previous sentence:

* within 14 calendar days after the statement or Account information was mailed or otherwise made available, Depositor shall be precluded from asserting against Bank (1) any unauthorized signature, Item or Entry, any alteration, or any error if Bank will suffer a loss as a result of Depositor's failure to meet the requirements of the previous sentence; or (2) any unauthorized signature, Item or Entry, or any alteration, by the same person if Bank paid the Item or Entry after the 14-day period; and

* within 60 calendar days after the statement or Account information was mailed or otherwise made available, Depositor shall be precluded from asserting against Bank any unauthorized signature, Item or Entry, or any alteration, without regard to Bank's care or lack of care.

If Depositor fails to notify Bank in writing of any claim within one year after such claim accrues, Depositor shall be precluded from asserting such claim. For any claim arising under this Agreement, Depositor agrees to make timely claim against all applicable policies of insurance. Depositor agrees not to assign to any third party any claim of Depositor against Bank relating to any Item or Entry, and any such assignment shall be void.

Depositor agrees that Depositor will examine check orders on receipt for any errors on Depositor's pre-printed check form and will notify Bank to obtain corrected replacements. Any losses incurred by Depositor's use of pre-printed check forms containing errors will be deemed to be the result of negligence on the part of Depositor.

### Ownership and Withdrawal Disputes

If ownership of or right to make withdrawals from the Account becomes in dispute for any reason, Bank, in its discretion, may refuse payment of the Account's balance until the dispute is settled.

### Accounts not Transferable

Any rights in the Account are not transferable except in accordance with applicable federal regulations. No assignment, encumbrance, or other transfer of Account shall be valid unless Bank's written consent has first

11

been obtained and a memorandum thereof is entered on Bank records.

## Fees and Penalties

Depositor agrees to pay the applicable fees and penalties assessed by Bank according to Bank's Pricing Schedule and Rate Sheet provided to Depositor at the time Depositor opens the Account and as amended from time to time in accordance with this Agreement. All fees and penalties assessed by Bank may be charged against the Account, and Depositor shall be responsible for any deficiency. Depositor understands and agrees that federal law governs national banks as to the fees charged by national banks for their services. Depositor acknowledges and agrees that Bank uses its sole discretion in determining the amount of the fees charged for its services to Depositors based on the following factors: deterrence of misuse by Depositors of banking services; enhancement of Bank's competitive position in accordance with its strategy; and the maintenance of the safety and soundness of Bank. Any Account business transacted at a banking affiliate as agent of Bank will be governed by this Agreement and Bank's Pricing Schedule. Bank's affiliates may charge additional fees for performance of such services.

## Unclaimed Funds

The balance in the Account may become unclaimed funds escheatable to the State if, as shown by Bank's records, Depositor has not, within the statutory period, caused any activity or received any payments with regard to the Account, indicated any interest in the Account, corresponded with Bank concerning the Account, or otherwise indicated an interest in the Account as evidenced by writing on file with Bank, or transacted any business with Bank.

## Waiver

Failure by Bank to exercise any of its rights under this Agreement shall not be a waiver of any of its rights.

## Severability

In the event that one or more provisions of this Agreement shall for any reason be held invalid or illegal, such holding will not affect the enforceability of any other provision.

## Force Majeure

Bank shall have no liability for any delays or failure of performance caused in whole or in part by fire, labor disputes, power failures, acts or omissions of civil authorities, civil disturbances, computer malfunction, or any causes beyond the control of Bank.

12

## Limitation of Liability

Depositor agrees that in performing the duties imposed under this Agreement that in no event shall Bank be liable for any consequential, indirect or special damages.

## Governing Law

This Agreement shall be governed by federal law and where not in conflict with federal law, the laws of the State where branch of Account is located, without regard to conflict of law principles.

### SPECIAL PROVISIONS GOVERNING LIEN AND OFFSET ACCOUNTS IN INDIANA ONLY

Bank shall have the right to deduct from any Account the amount of any indebtedness due and owing to Bank by Depositor. All joint Depositors specifically agree that the provisions of I.C. 32-4-1.5-3 and 32-4-1.5-13, regarding the proportion of net contribution by each Depositor, shall not apply to any offset exercised by Bank and that Bank shall have the right to deduct from any Account the amount of any indebtedness due and owing to Bank from any Depositor up to and including the entire balance of any such Account without regard to contribution to the Account.

### SPECIAL PROVISIONS AND DISCLOSURES GOVERNING ALL CHECKING ACCOUNTS

A special linked savings account is opened with every Checking Account except for the National City Sweep Account and the National City Asset Management Account. At the beginning of each statement period funds in each Checking Account that are in excess of a threshold balance as established by Bank from time to time in its discretion, are swept automatically into the linked savings account. If during any statement period the funds in a Checking Account fall below the floor balance then the funds in the linked savings account, if any, are automatically swept back into the Checking Account to restore threshold balance. On the 6th such sweep during a statement period all funds in the linked savings account will be returned to the Checking Account. Depositor cannot directly access the linked savings account. Each Checking Account and its linked savings account are treated as a single account for purposes of record keeping and fees, and the linkage of the accounts will not affect your use of the Checking Account. Please note that as required by federal regulation, Bank reserves the right to require 7 days written notice from you of intended withdrawals from any savings account.

13

For Point of Sale [POS] debit transactions at a Visa® merchant there are daily transaction limitations as to dollar amount which may differ from the daily transaction limitations for Automated Teller Machine [ATM] debit transactions.

The rate of exchange for international transactions using a CheckCard is the wholesale market rate or government mandated rate in effect one day prior to the transaction date, and increased by 1%.

### SPECIAL PROVISIONS AND DISCLOSURES GOVERNING MONEY MARKET, INTEREST, INTEREST CHECKING PLUS, PREMIUM INTEREST, CLASSIC PLUS, CHECKING WITH INTEREST, CLASSIC CHOICE INTEREST, I/MAX INTEREST, PRESTIGE, OMNI, CASH MANAGEMENT, SILVER STAR PLUS AND PRIVILEGE FIRST CHECKING ACCOUNTS

Interest is earned at the same rate on balances whether in the Account or linked account. For the Account and linked account, the daily balance method is used to calculate interest. This method applies a daily periodic rate to the principal each day. The interest rate and Annual Percentage Yield (APY) may change. At Bank's discretion, Bank may change interest rate at any time.

Interest begins to accrue no later than the Business Day Bank receives credit for the deposit of noncash items (for example, checks). Interest is compounded monthly and credited to Account on the last day of the statement period.

If Account is closed or transfers to a non-interest bearing account before interest is credited, accrued interest on each Account will not be paid.

### SPECIAL PROVISIONS AND DISCLOSURES GOVERNING PREMIUM INTEREST CHECKING ACCOUNTS

The interest rate for the entire balance when the target balance as disclosed on Bank's Rate Sheet is reached will be determined weekly based on the average 7-day simple yield on taxable money funds as published by iMoneyNet, Inc., in the Money Fund Report, plus or minus a spread. In the event the Money Fund Report is no longer published, or at Bank's sole discretion, Bank may substitute another source or index or change the spread. Total balances of less than the target balance accrue interest as disclosed in Bank's Rate Sheet and, at Bank's discretion, Bank may change interest rate at any time. Account is available only at the option of Bank.

14

### SPECIAL PROVISIONS AND DISCLOSURES GOVERNING NATIONAL CITY WORKS ACCOUNTS

Availability of this Account is limited to Depositors with a direct deposit of their pay check from a qualified employer. If Depositor terminates the required direct deposit to Account or terminates employment with a qualified employer, Account may be assessed normal service charges for a Regular Checking Account and will no longer qualify for National City Works benefits.

### SPECIAL PROVISIONS AND DISCLOSURES GOVERNING NATIONAL CITY SWEEP ACCOUNTS AND NATIONAL CITY ASSET MANAGEMENT ACCOUNTS

For Checking Account and the linked Money Market Deposit Account (MMDA) investment option, the daily balance method is used to calculate interest. This method applies a daily periodic rate to the portion of the principal in the account each day. For each account, the interest rate and Annual Percentage Yield (APY) may change. At Bank's discretion, Bank may change interest rate at any time.

When available balance in Checking Account exceeds the target balance by $100 or more, the excess balance will be swept on the next Business Day into investment option selected by Depositor. Depositor may not make deposits to or withdrawals from the investment options other than the automatic transfers to or from the investment options.

Interest begins to accrue no later than the Business Day Bank receives credit for the deposit of noncash items (for example, checks). Interest is compounded monthly and credited to Checking Account and MMDA option on the last day of the statement period. If Checking Account is closed or transfers to a non-interest bearing account before interest is credited, accrued interest on each account may not be paid.

Account is available only at the option of Bank.

### SPECIAL PROVISIONS AND DISCLOSURES GOVERNING FREE CHECKING

Account is available only at the option of Bank.

### SPECIAL PROVISIONS AND DISCLOSURES GOVERNING CREDIT REWARDS ACCOUNTS

Availability of this Account is limited to Depositors with a qualifying loan product. This Account is no longer available for new accounts.

15

## SPECIAL PROVISIONS AND DISCLOSURES GOVERNING CLASSIC CHOICE REGULAR AND CLASSIC CHOICE INTEREST CHECKING ACCOUNTS

Classic Choice members must qualify for and maintain a National City personal Checking Account and designate the Account as the Classic Choice Account. In addition, member agrees to maintain a combined minimum balance of $25,000 or more in any of the following accounts: Classic Choice Checking Account (regular or interest), Certificate of Deposits (excluding $100,000+ CD's), Preferred Investment Account, Savings Accounts, or Individual Retirement Accounts. Joint account holders do not receive individual benefits. Account benefits are not assignable. This Account is no longer available for new accounts.

## SPECIAL PROVISIONS AND DISCLOSURES GOVERNING I/MAX REGULAR AND I/MAX INTEREST CHECKING ACCOUNTS

I/MAX members must be approved for one of the following qualifying National City loans: installment loan, National City Equity Reserve™ line of credit, National City Signature Credit Line or residential mortgage and qualify for and maintain either a personal Checking Account with a MoneyCard or Visa® CheckCard or a National City Visa® or MasterCard® credit card. To remain a member, you must retain the personal I/MAX Checking Account with MoneyCard or CheckCard or National City Visa® or MasterCard® credit card. Account benefits are not assignable. This Account is no longer available for new accounts.

## SPECIAL PROVISIONS AND DISCLOSURES GOVERNING PROMOTIONAL CHECKING ACCOUNTS

This Account will not incur maintenance charges for a period of six months from the date the Account opens. Thereafter the Account will convert to a Regular Checking Account and will be subject to fee and balance requirements for Regular Checking Accounts as disclosed in our Disclosures. Account is available only at the option of Bank.

## SPECIAL PROVISIONS AND DISCLOSURES GOVERNING SILVER STAR PLUS ACCOUNTS

Depositor must be 50 years of age or older to qualify for this Account. In order to have this Account Depositor must maintain a $5,000 minimum daily balance in deposit products. The Bank reserves the right to convert this Account to another account type if the qualify-

16

ing minimum balance is not maintained. This Account is no longer available for new accounts.

## SPECIAL PROVISIONS AND DISCLOSURES GOVERNING ALL SAVINGS ACCOUNTS

The daily balance method is used to calculate the interest on Account. This method applies a daily periodic rate to the principal in Account each day.

Interest will be accrued on the daily balance on a 365/366 actual day basis, compounded daily and credited to the Account on the last day of each month (except for Preferred Investment Account).

The interest rate and Annual Percentage Yield (APY) of Account may change. At Bank's discretion, Bank may change interest rate on the Account at any time.

Interest begins to accrue no later than the Business Day Bank receives credit for the deposit of noncash Items (for example, checks).

If an Account is closed before interest is credited, accrued interest will not be paid.

## SPECIAL PROVISIONS AND DISCLOSURES GOVERNING INDEXED INVESTMENT ACCOUNTS

The interest rate for the entire balance when the target balance as disclosed on Bank's Rate Sheet is reached will be determined weekly based on the average 7-day simple yield on taxable money funds as published by iMoneyNet, Inc., in the Money Fund Report, plus or minus a spread. In the event the Money Fund Report is no longer published, or at Bank's sole discretion, Bank may substitute another source or index or change the spread. Total balances of less than the target balance accrue interest as disclosed on Bank's Rate Sheet and, at Bank's discretion, Bank may change applicable rates at any time.

## SPECIAL PROVISIONS AND DISCLOSURES GOVERNING SAVINGS BUILDER

A regular pre-authorized transfer from a National City Checking Account is required. Account is available only at the option of Bank.

## SPECIAL PROVISIONS AND DISCLOSURES GOVERNING PASSBOOK SAVINGS ACCOUNTS

Account activity and balance showing in Passbook shall not be determinative of Account balance unless expressly verified by Bank after comparison with its books and records. Depositor must present Passbook to Bank once a year for reconcilement with Bank records and to record interest and Depositor agrees to exam-

17

ine each reconcilement and any Account information provided to discover any unauthorized withdrawals or errors, and to notify Bank in writing thereof without delay. If Depositor fails to meet any of the requirements of the previous sentence:

- within 14 calendar days after the reconcilement or any Account information was mailed or otherwise made available, Depositor shall be precluded from asserting against Bank (1) any error or unauthorized withdrawal if Bank will suffer a loss as a result of Depositor's failure to meet the requirements of the previous sentence; or (2) any unauthorized withdrawal by the same person after the 14-day period; and

- within 60 calendar days after the reconcilement or Account information was mailed or otherwise made available, Depositor shall be precluded from asserting against Bank any unauthorized withdrawal without regard to Bank's care or lack of care.

If Depositor fails to notify Bank in writing of any claim within one year after such claim accrues, Depositor shall be precluded from asserting such claim and Bank's records shall be conclusive as to the amount on deposit. For any claims of unauthorized withdrawal or error, Depositor is required to make timely claim against all applicable policies of insurance. Depositor agrees not to assign to any third party any claim of Depositor against Bank relating to a withdrawal and any such assignment shall be void.

For Bank's protection, no person shall have the right to make a withdrawal without presenting Passbook and giving a receipt, if requested, for amount withdrawn, but Bank, in its discretion, may permit a withdrawal by Depositor without presentment of Passbook.

In the event Passbook is stolen, lost or destroyed, or cannot be produced without loss or serious inconvenience, Depositor shall promptly so advise Bank in writing. Bank, in its discretion, may cause a substitute Passbook to be issued to Depositor and may require satisfactory indemnity. All subsequent deposits and withdrawals shall be entered in substitute Passbook and original Passbook shall be void and shall be surrendered to Bank if thereafter located. A charge may be imposed for a lost Passbook.

This Account is no longer available for new accounts.

### SPECIAL PROVISIONS AND DISCLOSURES GOVERNING SERIOUS SAVERS ACCOUNTS

Availability of this Account is limited to one per Depositor. A regular pre-authorized transfer from a National City Checking Account is required. Bank reserves the right to convert this Account to another account type if the qualifying corresponding Checking Account and/or preauthorized transfers are not maintained. For Accounts in Ohio, there is no ATM access to this Account. This Account is no longer available for new accounts.

### SPECIAL PROVISIONS AND DISCLOSURES GOVERNING PREMIER MONEY MARKET SAVINGS ACCOUNTS

The interest rate on balances of $25,000 and over is based on the average of the thirteen week Treasury Bill rate for the prior four weeks (as published weekly in The Wall Street Journal) plus or minus a spread. In the event that The Wall Street Journal ceases to publish this rate, or at Bank's sole discretion, Bank may substitute another source or index or change the spread. Total balances of less than $25,000 accrue interest as disclosed on Bank's Rate Sheet and, at Bank's discretion, Bank may change interest rate at any time. This Account is no longer available for new accounts.

### SPECIAL PROVISIONS AND DISCLOSURES GOVERNING PREFERRED INVESTMENT ACCOUNT

Interest will be accrued on the daily balance on a 365/366 actual day basis, compounded monthly and credited to the Account monthly. The interest rate on balances of $75,000 and over will be determined weekly based on the average 7-day simple yield on taxable money funds as published by iMoneyNet, Inc., in the Money Fund Report, plus or minus a spread. In the event the Money Fund Report is no longer published, or at Bank's sole discretion, Bank may substitute another source or index or change the spread. Total balances of less than $75,000 accrue interest as disclosed on Bank's Rate Sheet and, at Bank's discretion, Bank may change applicable rates at any time.

Up to six (6) preauthorized transfers per month may be made of which no more than three (3) may be by check. This Account is no longer available for new accounts.

### SPECIAL PROVISIONS AND DISCLOSURES GOVERNING FIRST RATE FUND ACCOUNTS

The interest rate on balances of $10,000 and greater will be determined weekly based on the thirteen week Treasury Bill rate (as published weekly in The Wall Street Journal) less 1.00% (for Accounts in Michigan or Illinois, less a margin of up to 2.00%). In the event that The Wall Street Journal ceases to publish this rate, or at Bank's sole discretion, Bank may substitute another source or if the auction is no longer held, then another index. Total balances less than $10,000 ac-

crue interest as disclosed on Bank's Rate Sheet and at Bank's discretion, Bank may change interest rate at any time. This Account is no longer available for new accounts.

### SPECIAL PROVISIONS AND DISCLOSURES GOVERNING SUPERIOR PERFORMANCE FUND ACCOUNTS

The interest rate on balances of $50,000 and over will be determined weekly based on the thirteen week Treasury Bill rate for the current week (as published weekly in The Wall Street Journal) less a margin of up to 1.25%. In the event that The Wall Street Journal ceases to publish this rate, or at Bank's sole discretion, Bank may substitute another source.or if the auction is no longer held, then another index. Total balances of less than $50,000 accrue interest as disclosed on Bank's Rate Sheet and, at Bank's discretion, Bank may change interest rate at any time. This Account is no longer available for new accounts.

### SPECIAL PROVISIONS AND DISCLOSURES GOVERNING RETIREMENT (IRA/ROTH IRA/SEP/KEOGH) MONEY MARKET SAVINGS ACCOUNTS

This Agreement including these Special Provisions governing an Individual Retirement Account (IRA), Roth IRA, Simplified Employee Pension account (SEP) or a Keogh account (Accounts) are subject to the Custodial or Trust Agreement ("Trust Agreement") which Trust Agreement takes precedence over this Agreement to the extent that this Agreement and the Trust Agreement differ. Terms used here which are defined in the Trust Agreement have the same meaning as those terms have in the Trust Agreement, except that the Custodian or Trustee is herein called "Bank". From time to time, Bank may refuse or return any deposit or limit the amount which may be deposited. No deposit Entries by means of electronic fund transfer will be permitted.

### SPECIAL PROVISIONS AND DISCLOSURES GOVERNING PASS THROUGH INSURANCE RELATING TO EMPLOYEE BENEFIT PLAN DEPOSITS

Under federal law, whether an employee benefit plan deposit is entitled to per-participant (or "pass-through") deposit insurance coverage is based, in part, upon the capital status of the insured institution at the time each deposit is made. Specifically, "pass-through" coverage is not provided if, at the time an employee benefit plan deposit is accepted by an FDIC-insured bank or savings association, the institution may not accept brokered deposits under the applicable provisions of the Federal Deposit Insurance Act ("FDI Act"). Whether an in-

stitution may accept brokered deposits depends, in turn, upon the institution's capital level. If an institution's capital category is either "well capitalized," or is "adequately capitalized" and the institution has received the necessary broker deposit waiver from the FDIC, then the institution may accept brokered deposits. If an institution is either "adequately capitalized" without a waiver from the FDIC or is in a capital category below "adequately capitalized," then the institution may not accept brokered deposits. The FDI Act and FDIC regulations provide an exception from this general rule on the availability of "pass-through" insurance coverage for employee benefit plan deposits when, although an institution is not permitted to accept brokered deposits, the institution is "adequately capitalized" and the depositor receives a written statement from the institution indicating that such deposits are eligible for insurance coverage on a "pass-through" basis. The availability of "pass-through" insurance coverage for employee benefit plan deposits also is dependent upon the institution's compliance with FDIC recordkeeping requirements.

Bank's capital category is "Well Capitalized". Thus, in our best judgment, employee benefit plan deposits are currently eligible for "pass-through" insurance coverage under the applicable federal law and FDIC insurance regulations stated below.

Under the FDIC's insurance regulations on employee benefit plan deposits, an insured bank or savings association must notify employee benefit plan depositors if new, rolled-over or renewed employee benefit plan deposits would be ineligible for "pass-through" insurance and must provide certain ratios on the institution's capital condition to employee benefit plan depositors who request such information. If you would like additional information on this Bank's capital condition, please contact any branch office.

### ELECTRONIC FUND TRANSFERS DISCLOSURE STATEMENT

**This Disclosure Statement will govern when it differs from other agreements.**

Your* rights and responsibilities as a consumer who uses electronic fund transfer (EFT) deposit account services, are defined by the Electronic Fund Transfer Act (15 U.S.C. 1693, et seq.) and Regulation E of the Federal Reserve Board. One requirement of this Act and of the Regulation is that all financial institutions must make certain disclosures to EFT users. Electronic Fund Transfers include all transfers resulting from Personal Bank-

ing Cards (Automated Teller Machine [ATM], Point of Sale [POS] Debit Cards and Bank Credit Cards), Preauthorized Transfers, Telephone Transfers and Online Banking transactions.

*For purposes of disclosures "you, your" and "we, us, our" are used in place of "Depositor" and "Bank" respectively.

## Your Liability

Tell us AT ONCE if you believe your Card, Password or Personal Identification Number (PIN) has been lost or stolen. Telephoning is the best way to let us know. You will not be liable for any unauthorized use of your Card, Password or PIN.

## Notification of Lost or Stolen Card, Password or PIN

If you believe your Card, Password or PIN has been lost or stolen or that someone has transferred or may transfer money from your account without your permission, call us at: 1-800-533-6596 or write to us at: National City Card Services, P.O. Box 4092, Kalamazoo, MI 49003.

## Our Business Days

Our Business Days are Monday through Friday. Bank holidays are not included.

## Types of Available Transfers

You, or someone you have authorized by giving them your Card, Password and/or PIN (even if that person exceeds your authority) may use your Card, Password and/or PIN to:

1. Withdraw cash from your designated deposit or revolving credit accounts.
2. Make deposits to your designated deposit accounts.
3. Transfer funds between your designated deposit or revolving credit accounts.
4. Make payments of bank loans by depositing a check, money order or cash to make the payment.
5. Pay for purchases or services, receive cash or fund a stored value feature at places that have agreed to accept your Card.
6. Pay bills from your designated deposit account and transfer funds between your designated deposit or revolving credit accounts by telecommunications or online.
7. You may also authorize us to automatically debit or credit your accounts to or from third parties by means of pre-authorized, Automated Clearing House and other EFT transactions.
8. Make balance inquiries on your designated accounts.

Some of these services may not be available from the Bank at all times nor at all terminals at all times.

## Limitations on Transfers

Certain limits exist on the amounts which may be withdrawn from different ATM or POS terminals each day. All transfers are limited to the amount of funds in your account (and your overdraft line of credit, if any). During any interruption of an electronic fund transfers service the dollar amount and frequency may be reduced. All deposits made through an ATM are accepted conditionally subject to verification of the contents of deposit envelopes and are available for withdrawal only in accordance with our current Funds Availability Policy.

The frequency, amount and timing of deposits, cash withdrawals, transfers, payment transactions and other transactions you may arrange with third parties or make from ATMs and POS terminals with your Card or PIN is limited each Business Day.

No debit, Pre-authorized Transfer, Telephone Transfer or Online Banking transactions will be permitted on IRA, Roth IRA, SEP or Keogh Money Market Savings Accounts.

There may be other limitations on the types, frequency, timing and amount of electronic fund transfers transactions established by us from time to time, without notice, for security purposes.

## Documentation of Transfers

You can get a receipt at the time you make any transfer to or from your account using an ATM or Point of Sale terminal.

A monthly account statement will be made available to you unless there are no transfers in a particular month. In any case, the statement will be made available at least quarterly. Receipts and statements shall constitute admissible evidence.

If you have arranged to have direct deposits made to your account at least once every sixty days from the same person or company, you can call us at 1-800-738-3888 for customers of National City Bank, 1-800-774-2424 for customers of National City Bank of Indiana, 1-800-727-8686 for customers of National City Bank of Kentucky, 1-800-925-9259 for customers of National City Bank of Michigan/Illinois, 1-800-352-0186 for customers of National City Bank of Pennsylvania, 1-800-766-0377 for customers of National City Bank of Southern Indiana or 1-800-766-0388 for customers of The Madison Bank and Trust Company to find out whether or not the deposit has been made.

22

23

The only transfers permitted with Passbook Savings Accounts are pre-authorized deposits. If you bring your Passbook to us, we will record any transfers that were made to your account since the last time you brought in your Passbook.

**Preauthorized Transfers**

1. **Right to Stop Payment.** If you have arranged in advance to make regular transfers from your account, you can stop any of these transfers by calling us at 1-800-738-3888 for customers of National City Bank, 1-800-774-2424 for customers of National City Bank of Indiana, 1-800-727-8686 for customers of National City Bank of Kentucky, 1-800-925-9259 for customers of National City Bank of Michigan/Illinois, 1-800-352-0186 for customers of National City Bank of Pennsylvania, 1-800-766-0377 for customers of National City Bank of Southern Indiana or 1-800-766-0388 for customers of The Madison Bank and Trust Company or writing us at: National City, Attn: Telephone Banking Center, P.O. Box 772, Columbus, OH 43216-0772 for customers of National City Bank, P.O. Box 1421, Franklin, PA 16323-5421 for customers of National City Bank of Indiana, National City Bank of Kentucky, National City Bank of Pennsylvania, National City Bank of Southern Indiana and The Madison Bank and Trust Company, or P.O. Box 3038, Kalamazoo, MI 49003-3038 for customers of National City Bank of Michigan/Illinois. We must receive this request at least three (3) Business Days before the transfer is scheduled to be made. If you call, we may also require you to put your request in writing and get back to us within 14 days after you call. We will charge your account our normal service charge for each stop payment.

2. **Our Obligation for Failure to Stop Payment.** If you notify us to stop a preauthorized transfer at least three (3) Business Days before the transfer is scheduled and we do not do so, we will be liable for your losses or damages.

3. **Varying Amounts.** If these regular transfers vary in amount, the person who is going to pay will tell you, 10 days before each transfer, when it will be made and how much it will be. You may choose instead to get this notice only when the transfer would differ by more than a certain amount from the previous transfer, or when the amount would fall outside certain limits that you set.

**Disclosure of Account Information**

We may disclose information about your account or

24

the transfers you make to other National City Corporation organizations or to third parties:

1. Where it is necessary for completing transfers, or
2. In order to verify the existence and condition of your account for a third party such as a credit bureau or merchant, or
3. In order to comply with government agency or court orders, or
4. If we close your account due to a deficient balance, excessive overdrafts, or to protect or enforce our legal rights, or
5. If we otherwise deem appropriate, to the extent permitted by law.

**In Case of Errors or Questions About Your Electronic Transfers**

Telephone us at: 1-800-738-3888 for customers of National City Bank, 1-800-774-2424 for customers of National City Bank of Indiana, 1-800-727-8686 for customers of National City Bank of Kentucky, 1-800-925-9259 for customers of National City Bank of Michigan/Illinois, 1-800-352-0186 for customers of National City Bank of Pennsylvania, 1-800-766-0377 for customers of National City Bank of Southern Indiana or 1-800-766-0388 for customers of The Madison Bank and Trust Company or write to us at: National City Card Services, Attn: Chargeback Department K-A12-F6, P.O. Box 2859, Kalamazoo, MI 49003-2859, as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer listed on the account statement or receipt. We must hear from you no later than sixty (60) days after we sent you the FIRST statement on which the error or problem appeared.

1. Tell us your name and account number.
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.
4. Tell us the date, time and location of the suspected error.

If you tell us orally, we may require that you send us a confirmation of your complaint or question in writing within ten (10) Business Days.

We will tell you the results of our investigation within ten (10) Business Days (or twenty (20) Business Days for claims involving electronic transfers occurring within thirty (30) calendar days after the first deposit to an account, that is, a new account) after we hear from you and will correct any error promptly. If we need more time, however, we may take up to forty-five (45) calen-

25

dar days (or ninety (90) calendar days for a Point of Sale transaction, a claim on a new account or a transaction initiated outside the U.S.) to investigate your complaint or question. If we decide to do this, we will recredit your account within ten (10) Business Days (or twenty (20) Business Days for claims on new accounts) for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation. If we ask you to put your complaint or question in writing and we do not receive it within ten (10) Business Days, we may not recredit your account.

If we decide that there was no error, we will send you a written explanation within three (3) Business Days after we finish our investigation. You may ask for copies of the documents that we used in our investigation.

### Service Charges for Electronic Fund Transfers

We will charge your designated account for EFT service transfers according to our current pricing schedules. We may charge you a monthly maintenance fee for Telephone Banking, Online Banking, or for your POS Debit Card. There is a penalty fee for each preauthorized transfer, telephone, online banking or automatic transfer in excess of six (6) per month from a savings account.

There are also special charges for account access at non-National City Corporation ATMs. These charges are set forth in Bank's Pricing Schedule or Rate Sheet.

Fees (when applicable) will be automatically assessed against your checking, savings, or credit card account, whichever account you are using.

You may be charged an additional fee or surcharge by the owner of a non-National City Corporation ATM for its use.

### Our Obligation for Failure to Make Transfers

If we do not complete a transfer to or from your account on time and in the correct amount according to our agreement with you, we will be liable for your losses or damages. However, there are some exceptions. We will not be liable, for instance:

1. If, through no fault of ours, you do not have enough money in your account to make the transfer.
2. If the transfer would go over the credit limit on your overdraft line.
3. If the ATM where you are making the transfer does not have sufficient cash.
4. If the terminal or system was not working properly and you knew about the breakdown when you started the transfer.
5. If circumstances beyond our control (such as fire or

26

flood) prevent the transfer, despite reasonable precautions that we have taken.
6. There may be other exceptions stated in this or other applicable account or electronic fund transfer service agreements with you.

### ATM Card Safety Tips

* Memorize your PIN. Do not write it on any of your wallet materials.
* Never give your PIN or other account information to someone over the telephone.
* Do not allow anyone to use your ATM card.
* Remember that no bank representative, auditor or law enforcement person will ever ask you to withdraw money from an ATM.
* Immediately report lost or stolen cards and other ATM crimes to both your financial institution and police.
* Choose a well-lighted ATM and park close. Be aware of your surroundings. Have someone come with you when using the machine after dark.
* Fill out all forms in advance and have your card ready when you approach the ATM. If someone is using the machine, please stand back to allow privacy.
* Stand directly in front of the ATM to prevent others from seeing you enter your PIN.
* Cancel your transactions and return later if anything seems suspicious while you are using the ATM.
* Pocket your cash immediately and count it later. If followed after leaving an ATM, go to a public area.

### Special Disclosures for Accounts in Michigan only:

You may select a lower daily limit for ATM cash withdrawals by written request or limit access to one or more accounts.

Services obtained from a financial institution are governed by state and federal laws. If a violation occurs, you may contact: Office of the Comptroller of the Currency, One Financial Plaza, 440 South LaSalle, Suite 2700, Chicago, IL 60605

If you have a dispute with a merchant about goods or services purchased through a point-of-sale transaction, you may request that we reverse the debit to your Account resulting from the point-of-sale transaction if all of the following occur:

a. The amount of the transaction was $50.00 or more;
b. You provide us with notice that you have made a good faith attempt to resolve the dispute with the merchant, and you assure us that you have re-

27

turned to the merchant any returnable goods purchased from the merchant through the point-of-sale transaction;

c.   Within four (4) calendar days following the point-of-sale transaction, we receive from you during our normal business hours a written or oral request for reversal of the debit resulting from the point-of-sale transaction; and

d.   Within fourteen (14) calendar days of your oral notification under sections b and c above, you verify in writing such notifications on a form supplied by us.

If you fail to provide the required verifications, we will reinstate the original debit resulting from the point-of-sale transaction to the extent of your available account balance.

## FOR CHECKING ACCOUNTS ONLY:
### YOUR ABILITY TO WITHDRAW FUNDS

Our policy is to make funds from your deposit available for withdrawal no later than the first Business Day after the day we receive your deposit. Electronic direct deposits will be available on the day we receive the deposit. At that time, you can withdraw the funds in cash and we will use the funds to pay checks that you have written.

For determining the availability of your deposits, every day is a Business Day, except Saturdays, Sundays, and federal holidays. If you make a deposit by 2:00 p.m. local time (3:00 p.m. Eastern Time for ATM deposits and 5:00 p.m. Eastern Time for telecommunicated deposits) on a Business Day we are open, we will consider that day to be the day of your deposit. However, if you make a deposit after those times on a Business Day we are open, or at any time on any other day, we may consider that the deposit was made on the next Business Day we are open. Some of our banking offices have Business Day hours that are later than those indicated above. These are posted in those offices.

## LONGER DELAYS MAY APPLY

In some cases, we will not make all of the funds that you deposit by check available to you on the first Business Day after the day of your deposit. Depending on the type of check you deposit, funds may not be available until the fifth Business Day after the day of your deposit. The first $100 of your deposits, however, will be available the first Business Day.

If we are not going to make all of the funds from your deposit available on the first Business Day, we will

notify you at the time you make your deposit. We will also tell you when the funds will be available. If your deposit is not made directly to one of our employees, or if we decide to take this action after you have left the premises, we will mail you the notice by the day after we receive your deposit.

If you will need the funds from a deposit right away, you should ask us when the funds will be available.

In addition, funds you deposit by check may be delayed for a longer period under the following circumstances:

•   We believe a check you deposit will not be paid.
•   You deposit checks totaling more than $5,000 on any one day.
•   You redeposit a check that has been returned unpaid.
•   You have overdrawn your account repeatedly in the last six months.
•   There is an emergency, such as failure of communications or computer equipment.

We will notify you if we delay your ability to withdraw funds for any of these reasons, and we will tell you when the funds will be available. They will generally be available no later than the seventh Business Day after the day of your deposit.

## HOLDS ON OTHER FUNDS

If we cash a check for you that is drawn on another bank, we may withhold the availability of a corresponding amount of funds that are already in your account. Those funds will be available at the time funds from the check we cashed would have been available if you had deposited it.

If we accept for deposit a check that is drawn on another bank, we may make funds from the deposit available for withdrawal immediately but delay your availability to withdraw a corresponding amount of funds that you have on deposit in another account with us. The funds in the other account would then not be available for withdrawal until the time periods that are described elsewhere in this disclosure for the type of check that you deposited.

## SPECIAL RULES FOR NEW ACCOUNTS

If you are a new customer, the following special rules may apply during the first 30 days your account is open.

Funds from electronic direct deposits to your account will be available on the day we receive the deposit. Funds from deposits of cash, wire transfers, traveler's checks, and the first $5,000 of a day's total deposits of

cashier's, certified, teller's, and federal, state and local government checks will be available on the first Business Day after the day of your deposit if the deposit meets certain conditions. For example, the checks must be payable to you. The excess over $5,000 may not be available until the seventh Business Day after the day of your deposit.

Funds from all other check deposits will generally be available no later than the seventh Business Day after the day of your deposit.

This disclosure is mandated by the Expedited Funds Availability Act and Federal Reserve System Regulation CC.

**ADDITIONAL DISCLOSURES FOR YOUR ACCOUNT ARE INCLUDED ON BANK'S RATE SHEET AND PRICING SCHEDULE FOR YOUR ACCOUNT**

### NATIONAL CITY PRIVACY NOTICE

The basis of each customer relationship at National City is built on trust. You have chosen to do business with National City, and we guard that relationship with great care, beginning with the information you have chosen to share with us.

National City Corporation, its family of financial services companies ("affiliates") and employees, are dedicated to protecting the privacy of your nonpublic personal information. We maintain information about you in order to provide you with the most effective and convenient access to our broad range of financial products and services. We want you to understand what information we collect, and how we use and protect it. This notice serves as a standard for all National City employees for collection, use, retention and security of nonpublic personal consumer information.

**What Information We Collect**

"Nonpublic personal information" is information about you that we obtain in connection with providing a financial product or service. Such information includes for example, account balance, income, assets, insurance premiums, payment history and overdraft history.

We may collect nonpublic personal information about you from the following sources:

* Information that you provide to us, such as on applications or other forms
* Information about your transactions with us, our affiliates or others, or
* Information from others, such as credit bureaus, real estate appraisers, and employers

30

**Our Security Procedures**

To maintain security of customer information, we restrict access to your personal and account information to persons who need to know that information to provide you products or services. We maintain physical, electronic and procedural safeguards to guard information.

**What Information We Disclose**

National City does not disclose nonpublic personal information about you to any companies that are not members of our corporate family ("third parties"), except as permitted by federal law, specifically Title V of the Gramm-Leach-Bliley Act of 1999. The confidentiality of your nonpublic personal information will continue to be maintained consistent with this privacy notice even if you decide to close your account(s), your account becomes inactive, or when you otherwise cease to do business with us.

National City works with a variety of third parties to bring you financial services. We disclose information about you as necessary to fulfill these third party service agreements. For example, we may disclose information about you to third parties that assist us in servicing or maintaining your loan or deposit account, or other business relationship, such as printing checks or billing you for loan payments. We may also disclose information about you to governmental entities, such as sending annual income statements to the IRS, and to other third parties such as credit bureaus, or in response to subpoenas.

We may disclose all of the information we collect, as described above, to third parties that perform marketing services on our behalf or to other financial institutions, such as insurance providers, with whom we have joint marketing agreements in order to make a variety of financial services available to you. These third parties must agree to strict confidentiality provisions to assure the protection of your information. Because we already limit the sharing of your nonpublic personal information as outlined above, no action is necessary on your part to limit such sharing.

**Fair Credit Reporting Act Disclosure**

We share information about you with our affiliates. Under the Fair Credit Reporting Act you may direct us not to share certain credit information with our affiliates. Examples of the kind of credit information that you may direct us not to share include the nonpublic personal information you provide in your application or that we obtain about you from nonaffiliated third parties such as credit bureaus. If you don't want such information

31

shared you may write to us at National City Corpora-
tion, Attention: Office of Consumer Privacy, P.O. Box
94985, Cleveland, Ohio 44101-4985. Please provide
your name, address, social security number and ac-
count number(s). Your request not to share credit infor-
mation does not include information we are permitted
to share by law, such as information related solely to
our experiences or transactions with you. Your account
balance and payment history are examples of transac-
tion and experience information that we are always
permitted to share with our affiliates.

**National City's Pledge to You**
We believe that your privacy should never be compro-
mised. At the same time, we want to offer you the array
of financial products and services you need to accom-
plish your financial goals. We believe we can do both
by adhering to the provisions of this privacy notice.

**National City Companies**
National City Bank
National City Bank of Kentucky
Churchill Insurance Agency, Inc.
National City Insurance Agency of Kentucky, Inc.
NatCity Investments, Inc.
National City Bank of Pennsylvania
National City Insurance Agency of Pennsylvania, Inc.
National City Bank of Southern Indiana
Sterling Private Investments, Inc.
National City Bank of Indiana
National City Mortgage Co.
Altegra Credit Company
Muirfield Mortgage Limited Partnership
First Franklin Financial Corporation
The Madison Bank and Trust Company
National City Bank of Michigan/Illinois
NatCity Insurance Services, Inc.
National City Insurance Group, Inc.
National City Investment Management Company®
National City Mortgage Services Co.
Alliance Title Agency LLC
New England Trust Company

(01/01)

32



FOLLOW YOUR OWN LEAD.®

71-0424-00 (02/01)

www.national-city.com • Member FDIC • ©2001, National City Corporation®

# Exhibit 7

# Personal
# Account Agreement

**Effective 7/1/03**

**National City**®

## Definitions

"Agreement" means this Personal Account Agreement sometimes referred to in other documents as Rules or Rules for Personal Accounts. "Bank" is one of the following: National City Bank, National City Bank of Indiana, National City Bank of Kentucky, National City Bank of Michigan/Illinois, National City Bank of Pennsylvania or National City Bank of Southern Indiana, each a national bank, or The Madison Bank and Trust Company, an Indiana bank. "Depositor" is each person signing the signature card or any other document approved by Bank to evidence ownership of an Account. An "Account" is a Checking Account or a Savings Account. A "Checking Account" is one of the following: Free Checking, Free Checking for Students, Regular Checking, ValuePak Checking, Premium Interest Checking, Premium Interest Checking PLUS, Money Management Checking, Money Market Plus Guaranteed, National City Works℠, National City Sweep Account, Personal Checking, Personal Checking with Savers Option, Basic Checking, Self-Serve Checking, Interest Checking, Interest Checking PLUS, Money Market Checking, Classic Plus Checking, Credit Rewards, Checking with Interest, Classic Choice Regular Checking, Classic Choice Interest Checking, I/MAX Regular Checking, I/MAX Interest Checking, Prestige Checking, OMNI Checking, Promotional Checking, Silver Star Plus Checking, Cash Management Checking and Privilege First Checking. A "Savings Account" is one of the following: Statement Savings, Savings Builder, Money Market Savings, Preferred Money Market Savings, Indexed Investment Account, Passbook Savings, Serious Savers, Premier Money Market Savings, Preferred Investment Account, Funeral Trust Savings, AnydayEveryday Savings, First Savings, First Rate Fund, Connections Savings, Superior Performance Fund and Retirement Money Market Savings. "Check" is a written order signed by Depositor directing Bank to pay a sum of money on demand. "Item" is a check, draft, or other instrument, whether or not negotiable, deposited to the Account for collection or paid against the Account. "Entry" is a request or order for the deposit or payment of money to or from the Account by means of electronic fund transfer. "Cash" means any U.S. coin or currency. "Ledger Balance" is all Cash, Items or Entries which have been deposited less any Items or Entries which have been returned unpaid, withdrawals from the Account, any Entry paid from the Account, and fees and charges. "Business Day" is any day on which Bank is open to the public for carrying on substantially all of its banking functions, but does not include Saturdays, Sundays, or legal holidays. A "Special Depository Facility" is a mechanical or electronic device at which Bank can

1

receive Cash, Items, and Entries and includes night depositories and automated teller machines. "State" means the state where the branch of Account is located.

## Agreement; Amendments

Bank agrees to maintain the Account for Depositor and to perform according to this Agreement. Depositor, by signing the signature card for the Account, by using the Account or by permitting an authorized signer to use the Account, agrees to the provisions of this Agreement which are subject to amendment and further agrees that this Agreement is binding on Depositor's successors, representatives and assigns. Bank may from time to time adopt new provisions or fees or amend this Agreement and Bank's Pricing Schedule which shall be binding upon Depositor after notice has been mailed to Depositor at the last address shown for the Account on Bank's records, by posting in branches of Bank or as otherwise permitted by law. Changes pursuant to bank regulatory authority shall be effective per such regulation without further notice.

## Ownership of Account

The Account's signature card shall reflect the capacity in which Depositor holds the Account.

## Permissible Uses of Account

Depositor agrees that the Account is intended solely for personal, family or household purposes and that Depositor will not use the Account for any business purposes. If Depositor uses the Account for business purposes, Depositor hereby consents upon notice mailed to Depositor by Bank to the transfer of the Account to a business account. Depositor may not use the Account or any card for illegal transactions. Depositor may not use any card for Internet lottery, betting or gambling transactions. By federal regulation, an interest-bearing transaction Account is not available to Depositors that are entities organized or operated to make a profit including, but not limited to, partnerships, associations or corporations.

## Deposits; Indorsements

Subject to the exceptions in this Agreement, Bank agrees to receive Cash, Items, and Entries for deposit at its offices and Special Depository Facilities and to account for such deposits to Depositor by means of receipts, statements or other agreed upon format. Bank has the right to refuse any deposit. Items received for deposit shall have Depositor's indorsement, by rubber stamp or otherwise, and Bank need not inquire into any indorsement or the disposition of any Item's proceeds. Bank may accept for deposit into the Account any Item which is payable to Depositor which is not indorsed and may supply Depositor's missing indorsement. Items or Entries which have been refused

2

for deposit by Bank shall be returned at Depositor's risk.

Depositor shall not place any mark, signature, stamp or other writing in the "Depository Bank Area" on the reverse side of any Item deposited. The Depository Bank Area is that part of the back of the Item which is 3 inches from the leading edge to 1.5 inches from the trailing edge of the Item. The leading edge of the Item is the right side of the Item looking at it from the front. The trailing edge is the left side of the Item looking at it from the front. Depositor agrees to hold Bank harmless and indemnify Bank for all loss or damage suffered by Bank in the event Depositor places any mark in the Depository Bank Area or uses carbon band Items and such mark or use adversely affects the ability of Bank to indorse such Item legibly in accordance with required law and regulations.

Cash, Items, and Entries received by Bank for deposit will be subject to examination and verification, and any errors in settling for such deposits will be corrected by Bank through adjustments to the Account or through other recovery from, or reimbursements to, Depositor. When receiving Items and Entries for deposit, Bank shall act as the collection agent of Depositor and shall not be deemed a purchaser of the Items or Entries received. Bank assumes no responsibility beyond that of the exercise of ordinary care as Depositor's collection agent.

## Provisional Settlement

Any settlement given by Bank for an Item or Entry, whether in Cash, by credit to the Account, or otherwise, shall be a provisional settlement until the Item or Entry has been finally paid, including Items drawn on or Entries initiated by Bank. Items charged back to Bank, whether before or after the drawee bank's midnight deadline or final settlement, and Entries returned to Bank, may be charged back against the Account or otherwise recovered from Depositor. If an Item not drawn on Bank is deposited to the Account or is cashed by Bank, then Bank may, to the extent permitted by law, withhold availability of a corresponding amount from any funds that Depositor has on deposit with Bank until such time as the Item is finally paid. Any uncollected Item or Entry may be returned to Depositor by Bank at Depositor's risk or may be resubmitted to the drawee bank or other payor for collection. Depositor waives notice of dishonor of deposited Items or Entries. Depositor hereby authorizes Bank in its sole discretion to re-present Items or Entries, without notice to Depositor, for collection. If an Item deposited to Account is paid by the drawee bank and later the Item is returned on a claim of alteration, forgery, unauthorized, or for any other reason, Bank may withhold the amount of the Item from the Account until the claim is resolved.

3

## When Deposits are Received

Cash and Items which are placed in the custody and control of any Bank employee (whose duties include receiving deposits) during a Business Day before cut-off time of 2:00 p.m. local time or as otherwise posted or disclosed ("Cut-Off"), shall be regarded as having been received and deposited and settled provisionally on that day. Cash or Items placed in the custody and control of an authorized Bank employee during a Business Day after Cut-Off, or on any non-Business Day may be regarded by Bank as having been received and deposited and settled provisionally on the succeeding Business Day. Items and Entries placed in a Special Depository Facility shall be regarded as having been received, deposited, and settled provisionally on the Business Day during which they are examined and verified by the Bank. Cash placed in a Special Depository Facility shall be regarded as having been received and deposited on the Business Day during which it is examined and verified by the Bank.

## Withdrawal of Amounts Deposited

Bank, at its discretion, may allow withdrawal of the amount of the provisional settlement given by it for an Item or Entry. Bank, at its discretion, may allow withdrawals against the Account prior to examination and verification of deposited Cash. Bank reserves the right to require 7 days written notice from Depositor of any intended withdrawal from any type of Savings Account including the linked savings account attached to Checking Accounts.

## Overdrafts

Depositor agrees that although Bank has no obligation to permit an overdraft, Bank may do so. A Depositor will be liable for an overdraft of the Account even if the overdraft is caused by a co-Depositor and the Depositor has received no benefit from the Item or Entry causing the overdraft. In the event Depositor is a recipient of Social Security or other government benefits which have been deposited in the Account, Depositor specifically authorizes Bank to apply such benefits to pay any overdraft. In the event Depositor has a Cash Reserve line of credit (a "Line") which has been advanced in full, Depositor authorizes any resulting overdraft of the Account which is not otherwise paid in full by end of a statement period to be paid by an advance on the Line, even if it causes Depositor to exceed the maximum credit available on the Line. For Accounts in Indiana, if Depositor does not deposit sufficient funds to bring Account current within a reasonable time as determined by Bank of incurring an overdraft then Bank may charge Depositor a fee for services used to recover the outstanding indebtedness.

4

## Paying Items and Entries

When a sufficient balance in the Account is available, Bank shall pay Items and honor Entries initiated or authorized by Depositor. Bank may dishonor an Item or Entry when the Account has an insufficient balance available. Bank may charge the Account for all properly payable Items and Entries, even though an overdraft may be created. Depositor agrees that Depositor's Account may be debited on the Business Day an Item is presented or at an earlier time based on notification received by Bank that an Item drawn on the Account has been deposited for collection at another financial institution. A determination of Account balance for purposes of making a decision to dishonor an Item or return an Entry for insufficient available balance may be made at any time between presentment or receipt of notice of pending presentment and the time of return of the Item; Bank has no obligation to make more than one such determination. Generally, Bank pays Items and Entries from the Account in the order of greatest dollar amount to least dollar amount, but Bank reserves the right to pay Items and Entries in any order. All Checks drawn by Depositor must be negotiable and on a form satisfactory to Bank, and all Items and Entries must be in a form satisfactory to Bank, or Bank may refuse to honor. Bank reserves the right to dishonor an Item which has not been signed by Depositor, even if the Item indicates that Depositor has authorized the Item.

## Use of Facsimile Signatures

Bank may refuse to honor Items drawn by Depositor by means of a facsimile signature. Bank, at its discretion, may honor such Items and in doing so, Bank is hereby authorized to rely upon and to accept as genuine such facsimile signature without any duty to determine the genuineness thereof or whether or not the affixing of such facsimile signature to an Item has been authorized by the Depositor whose name is so affixed.

## Antedated and Postdated Items

Antedated or postdated Items may be paid on presentment and charged against the Account without regard to their dates, notwithstanding that Depositor has notified Bank of the postdating. Bank in its sole discretion may choose not to process an Item that is more than six months old but in no event will Bank be liable for processing such an Item.

## Restrictive Legends

Depositor agrees that Bank shall not be bound by any restrictive legend or condition appearing on face or reverse side of Items.

## Bank's Standard of Care

Depositor agrees that Bank handles large numbers of

5

Items and that current industry standards are for Bank not to check maker and/or indorser signatures, dates, or alterations and that in so doing, Bank will be deemed to have exercised ordinary care in the processing of Depositor's Items. Bank shall not be liable for any damages unless Bank has failed to act in good faith and exercise ordinary care.

## Withdrawal Limitations for Savings Accounts

For Savings Accounts there are no limitations on the number of in person or ATM withdrawals by the Depositor, but pre-authorized or automatic transfers including transfers to third parties or to another account of the Depositor by telephone or pursuant to a pre-authorized agreement with Bank are limited by regulation to 6 per month of which no more than 3 may be by Item. The posting date of a pre-authorized or automatic transaction by Bank will determine the month in which that transaction will be counted. Bank will charge penalties for exceeding this regulatory limitation and will close a Savings Account or take away a Savings Account's transfer capabilities if Depositor continues to exceed this limitation.

## Non-customer Check Cashing Requirements

Depositor agrees that Bank may charge a non-customer payee or other holder a fee for cashing Depositor's Items including Checks. Depositor agrees that Bank may require a thumbprint or other unique identification of a non-customer payee or other holder as a condition for cashing Depositor's Items including Checks.

## Automated Clearing House Entries

The Operating Rules of the National Automated Clearing House Association ("NACHA Rules") are applicable to automated clearing house transactions ("ACH Entries") involving the Account.

Depositor may originate or receive ACH Entries with respect to the Account through written authorizations. Bank agrees to receive such Entries through any automated clearing house of which it is a member and to originate such Entries when they involve the payment of money to Bank. Bank reserves the right, however, to refuse to originate any authorized Entry which must be processed through an automated clearing house.

Credit given by Bank to Depositor with respect to an ACH credit Entry is provisional until Bank receives final settlement for such Entry through a Federal Reserve Bank or otherwise has received payment as provided by law. If Bank does not receive such final settlement, Bank may charge back against the Account or otherwise recover from Depositor the amount credited to the Account.

Under NACHA Rules, Bank is not required to give notice to Depositor of receipt of an ACH Entry, and Bank will not do so.

6

Bank may accept on Depositor's behalf ACH Entries to the Account which have been transmitted through one or more automated clearing houses, and Depositor's rights and obligations with respect to each Entry which is not subject to the Electronic Funds Transfer Act shall be construed in accordance with and governed by the laws of the State.

## Stop Payments

Bank agrees to honor a stop payment order against an Item or Entry, including automatic deduction, when received from Depositor within a reasonable time prior to payment. Bank's acceptance of a stop payment order does not mean that the Item or Entry has not yet been paid. Bank shall have no liability resulting from the payment of an Item or Entry prior to its actual receipt of a stop payment order from Depositor and reasonable time to process the order. Bank shall not be liable for any damages unless Bank has failed to act in good faith and exercise ordinary care. Depositor agrees to indemnify Bank and hold it harmless from any and all expenses incurred or damages suffered by Bank in honoring a stop payment order.

Depositor acknowledges that an Item may be converted to ACH Entry (electronic debit) by the payee of the Item. If Depositor has been given notice by the payee of the Item that the Item will be converted to an ACH Entry, a stop payment order must be placed on the Entry rather than the Item in order to ensure its effectiveness. Whether or not Depositor knows that an Item has been converted to an ACH Entry, if Bank is not advised that the stop payment is for an ACH Entry, then Depositor's stop payment order may not be effective. If Depositor places a stop payment order on the Item without notifying Bank that it has been converted to an ACH Entry, Bank will use reasonable efforts to identify and stop payment of the Entry, but will not be liable to Depositor for payment of the Entry, and Bank will not be liable for damages if Bank stops payment on another Entry from the same originator and in the same amount which Bank reasonably believes to be the Entry representing the converted Item.

A stop payment order against an Item or Entry must accurately describe it as to date, number, amount, and payee, and must correctly recite Depositor's name and the Account number. Depositor agrees that it is current industry standard to process stop payment orders by means of computer technology. Accordingly, failure of Depositor to provide the exact identification of Account number and Item number in order to identify the Item or Entry to be stopped will result in the Item or Entry being paid if presented, and Bank will not be liable for such payment. Errors in Depositor's name or the Account number, or inaccuracies in the description of the

7

number, amount, issue date or payee on Depositor's written stop payment order shall relieve Bank from any liability for any mistaken payment or wrongful dishonor. Any errors on Bank's written acknowledgment to Depositor of a stop payment order must be reported by Depositor in writing to Bank's Telephone Banking Center within 10 calendar days of the written acknowledgment date. Bank shall not be liable for any mistaken payment or wrongful dishonor occurring after the 10-day period, unless errors or inaccuracies are so reported to Bank within the 10-day period.

A stop payment order remains effective for six months from the date Bank receives notice of the order against an ACH Entry in any amount or against an Item or other Entry for less than $1,000 and for one year against an Item or Entry (except an ACH Entry) for $1,000 or more. A stop payment order may be renewed for successive periods equal to its original period of effectiveness if Bank receives a renewal notice prior to the order becoming ineffective.

Before Bank will release a stop payment order, Bank's Telephone Banking Center may require the receipt of a written request, signed by Depositor, requesting the withdrawal of the order.

In the event Bank recredits the Account for a paid Item or Entry, then Depositor hereby assigns to Bank all rights against third parties and agrees to transfer and to subrogate to Bank all of Depositor's rights against the payee or other holder. Any one Depositor may order a stop payment even if the signature of more than one Depositor is required to draw on the Account. Depositor agrees that Bank will not be obligated to reimburse Depositor upon notice of alleged wrongful payment; that it is Depositor's obligation to notify Bank of the alleged wrongful payment on a timely basis in accordance the paragraph entitled "Depositor's Duties and Liabilities" below and prove the fact and amount of damage suffered; and that in no case will Bank be liable for more than Depositor's actual damage.

## Use of Special Depository Facilities
Depositor accepts as adequate Bank's Special Depository Facilities for the safe placement of Cash, Items and third party payments. Depositor's use of Special Depository Facilities shall be at Depositor's sole risk until Bank has examined and verified a placement of Cash, Items or third party payments and Bank's record of examination and verification shall be binding on Depositor.

## Bank's Right of Offset
Bank has the right to offset against the Account for any indebtedness owed by Depositor to Bank, whether individually or jointly owed, and whether or not co-

Depositors on the Account are indebted to Bank. Bank may offset Account either before or after the death of a Depositor and without demand or notice to Depositor. Bank shall not be liable for any dishonor of an Item or Entry that results.

For Accounts in Indiana, Bank shall have the right to deduct from any Account the amount of any indebtedness due and owing to Bank by Depositor. All joint Depositors specifically agree that the provisions of I.C. 32-17-11-17 and 32-17-11-27, regarding the proportion of net contribution by each Depositor, shall not apply to any offset exercised by Bank and that Bank shall have the right to deduct from any Account the amount of any indebtedness due and owing to Bank from any Depositor up to and including the entire balance of any such Account without regard to contribution to the Account.

## Security Interest in Account
Depositor grants a security interest in the Account to Bank and to each of Bank's affiliates for any and all indebtedness owed by Depositor to Bank or to Bank's affiliates, however and whenever incurred or evidenced. Such security interest is not in derogation or substitution of Bank's right to offset against the Account.

## Payable on Death, "In Trust For" and "Trustee For" Account Beneficiaries
A personal, individual Account payable on death (not available in Pennsylvania or Michigan) or an Account in trust for another may have no more than two beneficiaries. If Depositor selects more than one beneficiary and the shares of the beneficiaries are not designated on the signature card, the beneficiaries will have equal shares. Upon Depositor's death, or the death of the last surviving Depositor if the Account is a joint Account, each beneficiary surviving Depositor shall be paid his or her share, and the share of each beneficiary not surviving Depositor will be payable to Depositor's estate. A beneficiary survives Depositor if the beneficiary survives Depositor for any length of time, however short, notwithstanding any statutory or other presumption to the contrary. Depositor agrees that payable on death benefits and any other right to death benefits where the named beneficiary is the spouse are not terminated by intervening divorce, dissolution of marriage or annulment. Each beneficiary has no rights in the Account until the death of Depositor who has sole ownership of the Account except that Depositor may not assign or encumber the Account other than to secure debt to Bank. Depositor reserves the right to change or cancel any beneficiary designation by an instrument satisfactory to Bank, which is delivered to Bank during lifetime of Depositor.

Payment to beneficiaries after the death of Depositor, or the death of the last surviving Depositor if the Account is a joint Account, shall constitute a full release of Bank and shall be binding upon the heirs and personal representatives of Depositor.

### Joint Accounts

For joint Accounts only, each Depositor hereby transfers to the other Depositor(s) an undivided interest in the Account and all additions thereto for their respective lives, and the same may be withdrawn in whole or part by any one or more of Depositor(s). Subject to the provisions hereof and to any relevant law, on the death of a Depositor, and subject to offset by Bank for an obligation owed by the deceased co-Depositor to Bank the then balance in the Account shall be payable to, and the absolute property of, any surviving Depositor(s) and any such payment shall be binding upon each Depositor and the heirs, personal representatives and assigns thereof. A Depositor survives a deceased co-Depositor if the Depositor survives the deceased co-Depositor for any length of time, however short, notwithstanding any statutory or other presumption to the contrary. Each Depositor is hereby appointed agent for other Depositor(s) and as such may take any action on behalf of the other Depositor(s) including, but not limited to, the following: (1) indorse Items and receive Cash for other Depositor(s); (2) deposit and/or indorse for deposit in the Account Checks and other Items payable to other Depositor(s); (3) sign documents associated with the Account, including documents used for federal and/or state tax purposes, for other Depositor(s); and (4) give instructions on any matter in connection with the Account. It is within Bank's sole discretion to demand authorization from each and every Depositor on an Account for instructions that change the title ownership of the Account. Bank is authorized to deposit in the Account unindorsed Checks and other Items payable to any Depositor(s) and supply absent indorsement(s).

### Deputy; Power of Attorney

Depositor may appoint a deputy or provide a person with a power of attorney (for Accounts in Indiana, provided such documents are valid as defined in Indiana Code 30-5) who shall have authority to exercise all the rights of Depositor under this Agreement or as otherwise limited by Bank in its sole discretion. Bank may, in its sole discretion, limit Depositor to the appointment of one deputy or attorney-in-fact. Bank may, in its sole discretion, also require the appointment of a deputy or attorney-in-fact to be signed by all of the individual co-Depositors. Any appointment must be evidenced on Bank records in a form satisfactory to Bank. If a deputy or attorney-in-fact appears on Bank's

records, Bank is not obligated to act in accordance with, and may, in its sole discretion, refuse to follow, the instructions of any other person acting as Depositor's deputy or attorney-in-fact.

### Notices

Notices from Depositor to Bank shall be effective upon receipt by Bank and reasonable time to process. Notices to Depositor from Bank shall be effective upon mailing to the last known address shown by Bank's records or as otherwise provided in this Agreement.

### Closing Account; Terminating Access

Bank may close the Account or terminate electronic access to the Account by means of a card or code with or without cause and without prior notice to Depositor.

### Statements

Bank shall make available to Depositor a statement not less frequently than monthly for Checking Accounts (unless the Account has no activity for 90 days, then a statement will be provided quarterly) and semi-annually for Savings Accounts (excluding Passbook and Club Accounts), showing Account activity and balance. Such information may be otherwise provided as agreed by Bank and Depositor. The Account balance at any time shall be determined by Bank from its books and records. A statement is deemed made available to Depositor when such statement is mailed to Depositor's last known address as shown by records of Bank for the Account or as otherwise agreed. In the event a mailed statement is returned to Bank, then each subsequent statement is deemed made available to Depositor at the time Bank would have produced such statement. Please see Electronic Funds Transfer (EFT) Notice for Depositor's duties regarding notice to Bank in the event of an EFT error.

### Cancelled Checks Retained by Bank

Bank shall retain canceled Items for a reasonable period of time as determined by Bank. Bank will maintain copies on microfiche or by other means for the time period required by law and may impose a service fee for providing copies at Depositor's request. If for any reason Bank is unable to provide a copy or otherwise document an Item, Bank shall not be liable for more than the face amount of the Item or actual damages, whichever is less. Bank may permit Depositor to receive cancelled checks with each statement, for which Bank may charge a service fee.

### Depositor's Duties and Liabilities

Depositor agrees to examine each statement (and enclosures) and any Account information provided to discover any alterations; unauthorized signatures, Items, Entries or indorsements; unauthorized transactions; or errors, and Depositor agrees to notify

Bank in writing thereof without delay. If Depositor fails to meet any of the requirements of the previous sentence:

- within 14 calendar days after the statement or Account information was mailed or otherwise made available, Depositor shall be precluded from asserting against Bank (1) any unauthorized signature, Item or Entry, any alteration, any unauthorized transaction, or any error if Bank will suffer a loss as a result of Depositor's failure to meet the requirements of the previous sentence; or (2) any unauthorized signature, Item or Entry, or any alteration, by the same person if Bank paid the Item or Entry after the 14-day period; and

- within 60 calendar days after the statement or Account information was mailed or otherwise made available, Depositor shall be precluded from asserting against Bank any unauthorized signature, Item or Entry, or any alteration, without regard to Bank's care or lack of care.

If Depositor fails to notify Bank in writing of any claim within one year after such claim accrues, Depositor shall be precluded from asserting such claim. For any claim arising under this Agreement, Depositor agrees to make timely claim against all applicable policies of insurance and, if requested by Bank, to file a police report. Depositor agrees not to assign to any third party any claim of Depositor against Bank relating to any Item or Entry, and any such assignment shall be void.

Depositor agrees that Depositor will examine check orders on receipt for any errors on Depositor's pre-printed check form and will notify Bank to obtain corrected replacements. Any losses incurred by Depositor's use of pre-printed check forms containing errors will be deemed to be the result of negligence on the part of Depositor.

**Ownership and Withdrawal Disputes**
If ownership of or right to make withdrawals from the Account becomes in dispute for any reason, Bank, in its discretion, may refuse payment of the Account's balance until the dispute is settled.

**Accounts not Transferable**
Any rights in the Account are not transferable except in accordance with applicable federal regulations. No assignment, encumbrance, or other transfer of the Account shall be valid unless Bank's written consent has first been obtained and a memorandum thereof is entered on Bank records.

**Fees and Penalties**
Depositor agrees to pay the applicable fees and penalties assessed by Bank according to Bank's

12

Pricing Schedule and Rate Sheet provided to Depositor at the time Depositor opens the Account and as amended from time to time in accordance with this Agreement. All fees and penalties assessed by Bank may be charged against the Account, and Depositor shall be responsible for any deficiency. Depositor understands and agrees that federal law governs national banks as to the fees charged by national banks for their services. Depositor acknowledges and agrees that Bank uses its sole discretion in determining the amount of the fees charged for its services to Depositors based on the following factors: deterrence of misuse by Depositors of banking services; enhancement of Bank's competitive position in accordance with its strategy; and the maintenance of the safety and soundness of Bank. Any Account business transacted at a banking affiliate as agent of Bank will be governed by this Agreement and Bank's Pricing Schedule. Bank's affiliates may charge additional fees for performance of such services.

**Unclaimed Funds**
The balance in the Account may become unclaimed funds escheatable to the State if, as shown by Bank's records, Depositor has not, within the statutory period, caused any activity or received any payments with regard to the Account, indicated any interest in the Account, corresponded with Bank concerning the Account, or otherwise indicated an interest in the Account as evidenced by writing on file with Bank, or transacted any business with Bank.

**Waiver**
Failure by Bank to exercise any of its rights under this Agreement shall not be a waiver of any of its rights.

**Severability**
In the event that one or more provisions of this Agreement shall for any reason be held invalid or illegal, such holding will not affect the enforceability of any other provision.

**Force Majeure**
Bank shall have no liability for any delays or failure of performance caused in whole or in part by fire, labor disputes, power failures, acts or omissions of civil authorities, civil disturbances, computer malfunction, or any causes beyond the control of Bank.

**Limitation of Liability**
Depositor agrees that in performing the duties imposed under this Agreement that in no event shall Bank be liable for any consequential, indirect or special damages.

**Governing Law; Jurisdiction**
This Agreement shall be governed by federal law and

13

State, without regard to conflict of law principles. The State is Bank's jurisdiction for purposes of Article 9 of the Uniform Commercial Code as adopted by the State.

## SPECIAL PROVISIONS AND DISCLOSURES

### ALL CHECKING ACCOUNTS

A special linked savings account is opened with every Checking Account except for the National City Sweep Account. At the beginning of each statement period funds in each Checking Account that are in excess of a threshold balance as established by Bank from time to time in its discretion, are swept automatically into the linked savings account. If during any statement period the funds in a Checking Account fall below the floor balance then the funds in the linked savings account, if any, are automatically swept back into the Checking Account to restore threshold balance. On the 6th such sweep during a statement period all funds in the linked savings account will be returned to the Checking Account. Depositor cannot directly access the linked savings account. Each Checking Account and its linked savings account are treated as a single account for purposes of record keeping and fees, and the linkage of the accounts will not affect Depositor's use of the Checking Account. Please note that as required by federal regulation, Bank reserves the right to require 7 days written notice from Depositor of intended withdrawals from any savings account.

For Point of Sale (POS) debit transactions at a Visa® merchant there are daily transaction limitations as to dollar amount which may differ from the daily transaction limitations for Automated Teller Machine (ATM) debit transactions.

The rate of exchange for international transactions using a CheckCard is the wholesale market rate or government mandated rate in effect one day prior to the transaction date, and increased by 1%.

### ALL INTEREST-BEARING CHECKING ACCOUNTS

Interest is earned at the same rate on balances whether in the Account or the linked account. For the Account and the linked account, the daily balance method is used to calculate interest. This method applies a daily periodic rate to the principal each day. The interest rate and Annual Percentage Yield (APY) may change. At Bank's discretion, Bank may change the interest rate at any time.

Interest begins to accrue no later than the Business Day Bank receives credit for the deposit of noncash items (for example, checks). Interest is compounded monthly and credited to the Account on the last day of the statement period.

14

or transfers to a non-interest bearing account before interest is credited, accrued interest on the Account and the linked account will not be paid.

### PREMIUM INTEREST CHECKING AND PREMIUM INTEREST CHECKING PLUS

The interest rate for the entire balance when the target balance as disclosed on Bank's Rate Sheet is reached will be determined weekly based on the average 7-day simple yield on taxable money funds as published by iMoneyNet, Inc., in the Money Fund Report™, plus or minus a spread. In the event the Money Fund Report™ is no longer published, or at Bank's sole discretion, Bank may substitute another source or index or change the spread. Total balances of less than the target balance accrue interest as disclosed in Bank's Rate Sheet and, at Bank's discretion, Bank may change interest at any time.

### MONEY MANAGEMENT CHECKING

The interest rate for the entire balance will be determined weekly based on the average 7-day simple yield on taxable money funds as published by iMoneyNet, Inc., in the Money Fund Report™, plus or minus a spread. In the event the Money Fund Report™ is no longer published, or at Bank's sole discretion, Bank may substitute another source or index or change the spread.

### MONEY MARKET PLUS GUARANTEED

The Annual Percentage Yield (APY) for the entire balance will not be less than the average 7-day simple yield on taxable money funds as published by iMoneyNet, Inc., in the Money Fund Report™, plus a spread of 0.25%, and any applicable changes will be made within 7 days after being published. In the event the Money Fund Report™ is no longer published, Bank may substitute another source or index and change the spread.

### NATIONAL CITY WORKS℠

Availability of this Account is limited to Depositors with a direct deposit of their pay from a qualified employer. If Depositor terminates required direct deposit to Account or terminates employment with a qualified employer, the Account may be assessed normal service charges for a Regular Checking Account and will no longer qualify for National City Works℠ benefits.

### NATIONAL CITY SWEEP ACCOUNTS

For the Checking Account and the linked Money Market Deposit Account (MMDA) investment option, the daily balance method is used to calculate interest. This method applies a daily periodic rate to the principal in the Checking Account and the MMDA each day. The interest rate and Annual Percentage Yield (APY) for

15

the Checking Account and the MMDA may change. At Bank's discretion, Bank may change the interest rates at any time.

When the available balance in the Checking Account exceeds the target balance by $100 or more, the excess balance will be swept on the next Business Day into the investment option selected by Depositor. Depositor may not make deposits to or withdrawals from the investment options other than the automatic transfers to or from the investment options.

Interest begins to accrue no later than the Business Day Bank receives credit for the deposit of noncash items (for example, checks). Interest is compounded monthly and credited to Checking Account and MMDA option on the last day of the statement period. If the Checking Account is closed or transfers to a non-interest bearing account before interest is credited, accrued interest on the Checking Account and the MMDA may not be paid.

This Account is no longer available for new accounts.

### FREE CHECKING AND FREE CHECKING FOR STUDENTS

If the Account is inactive (no debit or credit activity) for more than 180 days, the Account will be converted to Regular Checking pricing and will no longer qualify for Free Checking benefits.

### CREDIT REWARDS

Availability of this Account is limited to Depositors with a qualifying loan product. This Account is no longer available for new accounts.

### CLASSIC CHOICE REGULAR AND CLASSIC CHOICE INTEREST CHECKING

Classic Choice members must qualify for and maintain a National City personal Checking Account and designate the Account as the Classic Choice Account. In addition, member agrees to maintain a combined minimum balance of $25,000 or more in any of the following accounts: Classic Choice Checking Account (regular or interest), Certificate of Deposits (excluding $100,000+ CD's), Preferred Investment Account, Savings Accounts, or Individual Retirement Accounts. Joint account holders do not receive individual benefits. Account benefits are not assignable. This Account is no longer available for new accounts.

### I/MAX REGULAR AND I/MAX INTEREST CHECKING

I/MAX members must be approved for one of the following qualifying National City loans: installment loan, National City Equity Reserve™ line of credit, National City Signature Credit Line or residential mortgage and qualify for and maintain either a personal Checking Account with a MoneyCard℠ or Visa®

CheckCard or a National City Visa® or MasterCard® credit card. To remain a member, you must retain the personal I/MAX Checking Account with a MoneyCard℠ or CheckCard or National City Visa® or MasterCard® credit card. Account benefits are not assignable. This Account is no longer available for new accounts.

### PROMOTIONAL CHECKING ACCOUNTS

This Account will not incur maintenance charges for a period of six months from the date the Account opens. Thereafter the Account will convert to a Regular Checking Account and will be subject to fee and balance requirements for Regular Checking Accounts as disclosed in our Pricing Schedule. This Account is available from time to time only at the option of Bank.

### SILVER STAR PLUS

Depositor must be 50 years of age or older to qualify for this Account. In order to have this Account Depositor must maintain a $5,000 minimum daily balance in deposit products. Bank reserves the right to convert this Account to another account type if the qualifying minimum balance is not maintained. This Account is no longer available for new accounts.

### ALL SAVINGS ACCOUNTS

The daily balance method is used to calculate interest on the Account. This method applies a daily periodic rate to the principal in the Account each day.

Interest will be accrued on the daily balance on a 365/366 actual day basis, compounded daily and credited to the Account on the last day of each month (except for Preferred Investment Account).

The interest rate and Annual Percentage Yield (APY) of Account may change. At Bank's discretion, Bank may change interest rate on the Account at any time.

Interest begins to accrue no later than the Business Day Bank receives credit for the deposit of noncash items (for example, checks).

If an Account is closed before interest is credited, accrued interest will not be paid.

### INDEXED INVESTMENT ACCOUNTS

The interest rate for the entire balance when the target balance as disclosed on Bank's Rate Sheet is reached will be determined weekly based on the average 7-day simple yield on taxable money funds as published by iMoneyNet, Inc., in the Money Fund Report™, plus or minus a spread. In the event the Money Fund Report™ is no longer published, or at Bank's sole discretion, Bank may substitute another source or index or change the spread. Total balances of less than the target balance accrue interest as disclosed on Bank's Rate Sheet and, at Bank's discretion, Bank may change applicable rates at any time.

## SAVINGS BUILDER

A regular pre-authorized transfer from a National City Checking Account is required. This Account is available from time to time only at the option of Bank.

## PASSBOOK SAVINGS

Account activity and balance showing in the passbook shall not be determinative of the Account balance unless expressly verified by Bank after comparison with its books and records. Depositor must present the passbook to Bank once a year for reconcilement with Bank records and to record interest and Depositor agrees to examine each reconcilement and any Account information provided to discover any unauthorized withdrawals or errors, and to notify Bank in writing thereof without delay. If Depositor fails to meet any of the requirements of the previous sentence:

- within 14 calendar days after the reconcilement or any Account information was mailed or otherwise made available, Depositor shall be precluded from asserting against Bank (1) any error or unauthorized withdrawal if Bank will suffer a loss as a result of Depositor's failure to meet the requirements of the previous sentence; or (2) any unauthorized withdrawal by the same person after the 14-day period; and

- within 60 calendar days after the reconcilement or Account information was mailed or otherwise made available, Depositor shall be precluded from asserting against Bank any unauthorized withdrawal without regard to Bank's care or lack of care.

If Depositor fails to notify Bank in writing of any claim within one year after such claim accrues, Depositor shall be precluded from asserting such claim and Bank's records shall be conclusive as to the amount on deposit. For any claims of unauthorized withdrawal or error, Depositor is required to make timely claim against all applicable policies of insurance. Depositor agrees not to assign to any third party any claim of Depositor against Bank relating to a withdrawal and any such assignment shall be void.

For Bank's protection, no person shall have the right to make a withdrawal without presenting the passbook and giving a receipt, if requested, for amount withdrawn, but Bank, in its discretion, may permit a withdrawal by Depositor without presentment of the passbook.

In the event the passbook is stolen, lost or destroyed, or cannot be produced without loss or serious inconvenience, Depositor shall promptly so advise Bank in writing. Bank, in its discretion, may cause a substitute passbook to be issued to Depositor and may require satisfactory indemnity. All subsequent deposits

18

and withdrawals shall be entered in the substitute passbook and the original passbook shall be void and shall be surrendered to Bank if thereafter located. A charge may be imposed for a lost passbook.

This Account is no longer available for new accounts.

## SERIOUS SAVERS

Availability of this Account is limited to one per Depositor. A regular pre-authorized transfer from a National City Checking Account is required. Bank reserves the right to convert this Account to another account type if the qualifying corresponding Checking Account and/or preauthorized transfers are not maintained. For Accounts in Ohio, there is no ATM access to this Account. This Account is no longer available for new accounts.

## PREMIER MONEY MARKET SAVINGS

The interest rate on balances of $25,000 and over is based on the average of the thirteen week Treasury Bill rate for the prior four weeks (as published weekly in The Wall Street Journal) plus or minus a spread. In the event that The Wall Street Journal ceases to publish this rate, or at Bank's sole discretion, Bank may substitute another source or index or change the spread. Total balances of less than $25,000 accrue interest as disclosed on Bank's Rate Sheet and, at Bank's discretion, Bank may change the interest rate at any time. This Account is no longer available for new accounts.

## PREFERRED INVESTMENT ACCOUNT

Interest will be accrued on the daily balance on a 365/366 actual day basis, compounded monthly and credited to the Account monthly. The interest rate on balances of $75,000 and over will be determined weekly based on the average 7-day simple yield on taxable money funds as published by iMoneyNet, Inc., in the Money Fund Report™, plus or minus a spread. In the event the Money Fund Report™ is no longer published, or at Bank's sole discretion, Bank may substitute another source or index or change the spread. Total balances of less than $75,000 accrue interest as disclosed on Bank's Rate Sheet and, at Bank's discretion, Bank may change applicable rates at any time.

Up to six (6) preauthorized transfers per month may be made of which no more than three (3) may be by check. This Account is no longer available for new accounts.

## FIRST RATE FUND

The interest rate on balances of $10,000 and greater will be determined weekly based on the thirteen week Treasury Bill rate (as published weekly in The Wall Street Journal) less 1.00% (for Accounts in Michigan

19

or Illinois, less a margin of up to 2.00%). In the event that The Wall Street Journal ceases to publish this rate, or at Bank's sole discretion, Bank may substitute another source or if the auction is no longer held, then another index. Total balances less than $10,000 accrue interest as disclosed on Bank's Rate Sheet and at Bank's discretion, Bank may change the interest rate at any time. This Account is no longer available for new accounts.

### SUPERIOR PERFORMANCE FUND

The interest rate on balances of $50,000 and over will be determined weekly based on the thirteen week Treasury Bill rate for the current week (as published weekly in The Wall Street Journal) less a margin of up to 1.25%. In the event that The Wall Street Journal ceases to publish this rate, or at Bank's sole discretion, Bank may substitute another source or if the auction is no longer held, then another index. Total balances of less than $50,000 accrue interest as disclosed on Bank's Rate Sheet and, at Bank's discretion, Bank may change the interest rate at any time. This Account is no longer available for new accounts.

### RETIREMENT (IRA/ROTH IRA/SEP/KEOGH) MONEY MARKET SAVINGS

This Agreement including these Special Provisions governing an Individual Retirement Account (IRA), Roth IRA, Simplified Employee Pension (SEP) or a Keogh account are subject to the Custodial or Trust Agreement ("Custodial Agreement") which Custodial Agreement takes precedence over this Agreement to the extent that this Agreement and the Custodial Agreement differ. Terms used here which are defined in the Custodial Agreement have the same meaning as those terms have in the Custodial Agreement, except that the Custodian or Trustee is herein called "Bank." From time to time, Bank may refuse or return any deposit or limit the amount which may be deposited. No deposit Entries by means of electronic fund transfer will be permitted.

### PASS THROUGH INSURANCE RELATING TO EMPLOYEE BENEFIT PLAN DEPOSITS

Under federal law, whether an employee benefit plan deposit is entitled to per-participant (or "pass-through") deposit insurance coverage is based, in part, upon the capital status of the insured institution at the time each deposit is made. Specifically, "pass-through" coverage is not provided if, at the time an employee benefit plan deposit is accepted by an FDIC-insured bank or savings association, the institution may not accept brokered deposits under the applicable provisions of the Federal Deposit Insurance Act ("FDI Act"). Whether an institution may accept brokered deposits depends, in turn, upon the institution's capital level. If an institution's capital

20

category is either "well capitalized," or is "adequately capitalized" and the institution has received the necessary broker deposit waiver from the FDIC, then the institution may accept brokered deposits. If an institution is either "adequately capitalized" without a waiver from the FDIC or is in a capital category below "adequately capitalized," then the institution may not accept brokered deposits. The FDI Act and FDIC regulations provide an exception from this general rule on the availability of "pass-through" insurance coverage for employee benefit plan deposits when, although an institution is not permitted to accept brokered deposits, the institution is "adequately capitalized" and the depositor receives a written statement from the institution indicating that such deposits are eligible for insurance coverage on a "pass-through" basis. The availability of "pass-through" insurance coverage for employee benefit plan deposits also is dependent upon the institution's compliance with FDIC recordkeeping requirements.

Bank's capital category is "Well Capitalized." Thus, in our best judgment, employee benefit plan deposits are currently eligible for "pass-through" insurance coverage under the applicable federal law and FDIC insurance regulations stated below.

Under the FDIC's insurance regulations on employee benefit plan deposits, an insured bank or savings association must notify employee benefit plan depositors if new, rolled-over or renewed employee benefit plan deposits would be ineligible for "pass-through" insurance and must provide certain ratios on the institution's capital condition to employee benefit plan depositors who request such information. If you would like additional information on this Bank's capital condition, please contact any branch office.

### ELECTRONIC FUND TRANSFERS DISCLOSURE STATEMENT

**This Disclosure Statement will govern when it differs from other agreements.**
Your* rights and responsibilities as a consumer who uses electronic fund transfer (EFT) deposit account services, are defined by the Electronic Fund Transfer Act (15 U.S.C. 1693, et seq.) and Regulation E of the Federal Reserve Board. One requirement of this Act and of the Regulation is that all financial institutions must make certain disclosures to EFT users. Electronic Fund Transfers include all transfers resulting from Personal Banking Cards (Automated Teller Machine [ATM], Point of Sale [POS] Debit Cards and Bank Credit Cards), Preauthorized Transfers, Telephone Transfers and Online Banking transactions.

*For purposes of disclosures "you" and "your" are used in place of "Depositor" and "we," "us," and "our" are used in place of "Bank."

21

**Your Liability**
Tell us AT ONCE if you believe your Card, Password or Personal Identification Number (PIN) has been lost or stolen. Telephoning is the best way to let us know. You will not be liable for any unauthorized use of your Card, Password or PIN if you notify us of the unauthorized use on a timely basis in accordance with the paragraph entitled "Depositor's Duties and Liabilities" in the Agreement above or as provided in the paragraph entitled "In Case of Errors or Questions About Your Electronic Transfers" below, whichever is longer.

Also, if your statement shows pre-authorized, Automated Clearing House or other EFT transfers which do not involve the use of your Card, Password and/or PIN and that you did not make, tell us at once. If you do not tell us within sixty (60) days after the statement was made available to you, you may not get back any money you lost after the sixty (60) days if we can prove that we could have stopped someone from taking the money if you had told us in time. If a good reason (such as a long trip or a hospital stay) kept you from telling us, we will extend the time period.

**Notification of Lost or Stolen Card, Password or PIN**
If you believe your Card, Password or PIN has been lost or stolen or that someone has transferred or may transfer money from your account without your permission, call us at: 1-800-353-6596 or write to us at: National City Card Services, P.O. Box 4092, Kalamazoo, MI 49003.

**Our Business Days**
Our Business Days are Monday through Friday. Bank holidays are not included.

**Types of Available Transfers**
You, or someone you have authorized by giving them your Card, Password and/or PIN (even if that person exceeds your authority) may use your Card, Password and/or PIN to:

1. Withdraw cash from your designated deposit or revolving credit accounts.
2. Make deposits to your designated deposit accounts.
3. Transfer funds between your designated deposit or revolving credit accounts.
4. Make payments of bank loans by depositing a check, money order or cash to make the payment.
5. Pay for purchases or services, receive cash or fund a stored value feature at places that have agreed to accept your Card.
6. Pay bills from your designated deposit account and transfer funds between your designated deposit or revolving credit accounts by telecommunications or online.
7. You may also authorize us to automatically debit or credit your accounts to or from third parties by means

of pre-authorized, Automated Clearing House and other EFT transactions.
8. Make balance inquiries on your designated accounts.

Some of these services may not be available from the Bank at all times nor at all terminals at all times.

**Limitations on Transfers**
Certain limits exist on the amounts which may be withdrawn from different ATM or POS terminals each day. All transfers are limited to the amount of funds in your account (and your overdraft line of credit, if any). During any interruption of an electronic fund transfer service the dollar amount and frequency may be reduced. All deposits made through an ATM are accepted conditionally subject to verification of the contents of deposit envelopes and are available for withdrawal only in accordance with our current Funds Availability Policy.

The frequency, amount and timing of deposits, cash withdrawals, transfers, payment transactions and other transactions you may arrange with third parties as made from ATMs and POS terminals with your Card or PIN is limited each Business Day.

No debit, Pre-authorized Transfer, Telephone Transfer or Online Banking transactions will be permitted on IRA, Roth IRA, SEP or Keogh Money Market Savings Accounts.

There may be other limitations on the types, frequency, timing and amount of electronic fund transfers established by us from time to time, without notice, for security purposes.

**Documentation of Transfers**
You can get a receipt at the time you make any transfer to or from your account using an ATM or Point of Sale terminal.

A monthly account statement will be made available to you unless there are no transfers in a particular month. In any case, the statement will be made available at least quarterly. Receipts and statements shall constitute admissible evidence.

If you have arranged to have direct deposits made to your account at least once every sixty days from the same person or company, you can call us at 1-800-738-3888 for customers of National City Bank, 1-800-774-2424 for customers of National City Bank of Indiana, 1-800-727-8686 for customers of National City Bank of Kentucky, 1-800-925-9259 for customers of National City Bank of Michigan/Illinois, 1-800-352-0186 for customers of National City Bank of Pennsylvania, 1-800-766-0377 for customers of National City Bank of Southern Indiana or 1-800-766-0388 for customers of

The Madison Bank and Trust Company to find out whether or not the deposit has been made.

The only transfers permitted with Passbook Savings Accounts are pre-authorized deposits. If you bring your passbook to us, we will record any transfers that were made to your account since the last time you brought in your passbook.

## Preauthorized Transfers

1. **Right to Stop Payment.** If you have arranged in advance to make regular transfers from your account, you can stop any of these transfers by calling us at 1-800-738-3888 for customers of National City Bank, 1-800-774-2424 for customers of National City Bank of Indiana, 1-800-727-8686 for customers of National City Bank of Kentucky, 1-800-925-9259 for customers of National City Bank of Michigan/Illinois, 1-800-352-0186 for customers of National City Bank of Pennsylvania, 1-800-766-0377 for customers of National City Bank of Southern Indiana or 1-800-766-0388 for customers of The Madison Bank and Trust Company or writing us at: National City, Attn: Telephone Banking Center, P.O. Box 772, Columbus, OH 43216-0772 for customers of National City Bank, P.O. Box 1421, Franklin, PA 16323-5421 for customers of National City Bank of Indiana, National City Bank of Kentucky, National City Bank of Pennsylvania, National City Bank of Southern Indiana and The Madison Bank and Trust Company, or P.O. Box 3038, Kalamazoo, MI 49003-3038 for customers of National City Bank of Michigan/Illinois. We must receive this request at least three (3) Business Days before the transfer is scheduled to be made. If you call, we may also require you to put your request in writing and get it to us within 14 days after you call. We will charge your account our normal service charge for each stop payment.

2. **Our Obligation for Failure to Stop Payment.** If you notify us to stop a preauthorized transfer at least three (3) Business Days before the transfer is scheduled and we do not do so, we will be liable for your losses or damages if you notify us of the unauthorized use on a timely basis in accordance with the paragraph entitled "Depositor's Duties and Liabilities" in the Agreement above or as provided in the paragraph entitled "In Case of Errors or Questions About Your Electronic Transfers" below, whichever is longer.

3. **Varying Amounts.** If these regular transfers vary in amount, the person you are going to pay will tell you, 10 days before each transfer, when it will be made and how much it will be. You may choose instead to get this notice only when the transfer

would differ by more than a certain amount from the previous transfer, or when the amount would fall outside certain limits that you set.

## Disclosure of Account Information

We may disclose information about your account or the transfers you make to other National City organizations or to third parties:

1. Where it is necessary for completing transfers, or
2. In order to verify the existence and condition of your account for a third party such as a credit bureau or merchant, or
3. In order to comply with government agency or court order, or
4. If we close your account due to a deficient balance, excessive overdrafts, or to protect or enforce our legal rights, or
5. If we otherwise deem appropriate, to the extent permitted by law.

## In Case of Errors or Questions About Your Electronic Transfers

Telephone us at: 1-800-738-3888 for customers of National City Bank, 1-800-774-2424 for customers of National City Bank of Indiana, 1-800-727-8686 for customers of National City Bank of Kentucky, 1-800-925-9259 for customers of National City Bank of Michigan/Illinois, 1-800-352-0186 for customers of National City Bank of Pennsylvania, 1-800-766-0377 for customers of National City Bank of Southern Indiana or 1-800-766-0388 for customers of The Madison Bank and Trust Company or write to us at: National City Card Services, Attn: Chargeback Department K-A12-F6, P.O. Box 2859, Kalamazoo, MI 49003-2859, as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer listed on the account statement or receipt. We must hear from you no later than sixty (60) days after we sent you the FIRST statement on which the error or problem appeared.

1. Tell us your name and account number.
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.
4. Tell us the date, time and location of the suspected error.

If you tell us orally, we may require that you send us a confirmation of your complaint or question in writing within ten (10) Business Days.

We will tell you the results of our investigation within ten (10) Business Days (or twenty (20) Business Days for claims involving electronic transfers occurring within thirty (30) calendar days after the first deposit to an

account, that is, a new account) after we hear from you and will correct any error promptly. If we need more time, however, we may take up to forty-five (45) calendar days (or ninety (90) calendar days for a Point of Sale transaction, a claim on a new account or a transaction initiated outside the U.S.) to investigate your complaint or question. If we decide to do this, we will recredit your account within ten (10) Business Days (or twenty (20) Business Days for claims on new accounts) for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation. If we ask you to put your complaint or question in writing and we do not receive it within ten (10) Business Days, we may not recredit your account.

If we decide that there was no error, we will send you a written explanation within three (3) Business Days after we finish our investigation. You may ask for copies of the documents that we used in our investigation.

### Service Charges for Electronic Fund Transfers
We will charge your designated account for EFT service transfers according to our current pricing schedules. We may charge you a monthly maintenance fee for Telephone Banking, Online Banking, or for your POS Debit Card. There is a penalty fee for each preauthorized transfer, telephone, online banking or automatic transfer in excess of six (6) per month from a savings account.

There are also special charges for account access at non-National City ATMs. These charges are set forth in Bank's Pricing Schedule or Rate Sheet.

Fees (when applicable) will be automatically assessed against your checking, savings, or credit card account, whichever account you are using.

You may be charged an additional fee or surcharge by the owner of a non-National City ATM for its use.

### Our Obligation for Failure to Make Transfers
If we do not complete a transfer to or from your account on time and in the correct amount according to our agreement with you, we will be liable for your losses or damages. However, there are some exceptions. We will not be liable, for instance:
1. If, through no fault of ours, you do not have enough money in your account to make the transfer.
2. If the transfer would go over the credit limit on your overdraft line.
3. If the ATM where you are making the transfer does not have sufficient cash.
4. If the terminal or system was not working properly and you knew about the breakdown when you started the transfer.
5. If circumstances beyond our control (such as fire or flood) prevent the transfer, despite reasonable precautions that we have taken.

26

6. There may be other exceptions stated in this or other applicable account or electronic fund transfer service agreements with you.

### ATM Card Safety Tips
- Memorize your PIN. Do not write it on any of your wallet materials.
- Never give your PIN or other account information to someone over the telephone.
- Do not allow anyone to use your ATM card.
- Remember that no bank representative, auditor or law enforcement person will ever ask you to withdraw money from an ATM.
- Immediately report lost or stolen cards and other ATM crimes to both your financial institution and police.
- Choose a well-lighted ATM and park close. Be aware of your surroundings. Have someone come with you when using the machine after dark.
- Fill out all forms in advance and have your card ready when you approach the ATM. If someone is using the machine, please stand back to allow privacy.
- Stand directly in front of the ATM to prevent others from seeing you enter your PIN.
- Cancel your transactions and return later if anything seems suspicious while you are using the ATM.
- Pocket your cash immediately and count it later. If followed after leaving an ATM, go to a public area.

### Special Disclosures for Accounts in Michigan:
You may select a lower daily limit for ATM cash withdrawals by written request or limit access to one or more accounts.

Services obtained from a financial institution are governed by state and federal laws. If a violation occurs, you may contact: Office of the Comptroller of the Currency, One Financial Plaza, 440 South LaSalle, Suite 2700, Chicago, IL 60605

If you have a dispute with a merchant about goods or services purchased through a point-of-sale transaction, you may request that we reverse the debit to your Account resulting from the point-of-sale transaction if all of the following occur:
a. The amount of the transaction was $50.00 or more;
b. You provide us with notice that you have made a good faith attempt to resolve the dispute with the merchant, and you assure us that you have returned to the merchant any returnable goods purchased from the merchant through the point-of-sale transaction;
c. Within four (4) calendar days following the point-of-sale transaction, we receive from you during our normal business hours a written or oral request

27

for reversal of the debit resulting from the point-of-sale transaction; and

d.  Within fourteen (14) calendar days of your oral notification under sections b and c above, you verify in writing such notifications on a form supplied by us.

If you fail to provide the required verifications, we will reinstate the original debit resulting from the point-of-sale transaction to the extent of your available account balance.

## For Checking Accounts Only:
### YOUR ABILITY TO WITHDRAW FUNDS

Our policy is to make funds from your deposit available for withdrawal no later than the first Business Day after the day we receive your deposit. Electronic direct deposits will be available on the day we receive the deposit. At that time, you can withdraw the funds in cash and we will use the funds to pay checks that you have written.

For determining the availability of your deposits, every day is a Business Day, except Saturdays, Sundays, and federal holidays. If you make a deposit by 2:00 p.m. local time (3:00 p.m. Eastern Time for ATM deposits and 5:00 p.m. Eastern Time for telecommunicated deposits) on a Business Day we are open, we will consider that day to be the day of your deposit. However, if you make a deposit after those times on a Business Day we are open, or at any time on any other day, we may consider that the deposit was made on the next Business Day we are open. Some of our banking offices have different Business Day hours that are later than those indicated above. These are posted in those offices.

### Longer Delays May Apply

In some cases, we will not make all of the funds that you deposit by check available to you on the first Business Day after the day of your deposit. Depending on the type of check you deposit, funds may not be available until the fifth Business Day after the day of your deposit. The first $100 of your deposits, however, will be available the first Business Day.

If we are not going to make all of the funds from your deposit available on the first Business Day, we will notify you at the time you make your deposit. We will also tell you when the funds will be available. If your deposit is not made directly to one of our employees, or if we decide to take this action after you have left the premises, we will mail you the notice by the day after we receive your deposit.

If you will need the funds from a deposit right away, you should ask us when the funds will be available.

In addition, funds you deposit by check may be delayed for a longer period under the following circumstances:

28

- We believe a check you deposit will not be paid.
- You deposit checks totaling more than $5,000 on any one day.
- You redeposit a check that has been returned unpaid.
- You have overdrawn your account repeatedly in the last six months.
- There is an emergency, such as failure of communications or computer equipment.

We will notify you if we delay your ability to withdraw funds for any of these reasons, and we will tell you when the funds will be available. They will generally be available no later than the seventh Business Day after the day of your deposit.

### Holds On Other Funds

If we cash a check for you that is drawn on another bank, we may withhold the availability of a corresponding amount of funds that are already in your account. Those funds will be available at the time funds from the check we cashed would have been available if you had deposited it.

If we accept for deposit a check that is drawn on another bank, we may make funds from the deposit available for withdrawal immediately but delay your availability to withdraw a corresponding amount of funds that you have on deposit in another account with us. The funds in the other account would then not be available for withdrawal until the time periods that are described elsewhere in this disclosure for the type of check that you deposited.

### Special Rules For New Accounts

If you are a new customer, the following special rules may apply during the first 30 days your account is open.

Funds from electronic direct deposits to your account will be available on the day we receive the deposit. Funds from deposits of cash, wire transfers, traveler's checks, and the first $5,000 of a day's total deposits of cashier's, certified, teller's, and federal, state and local government checks will be available on the first Business Day after the day of your deposit if the deposit meets certain conditions. For example, the checks must be payable to you. The excess over $5,000 may not be available until the seventh Business Day after the day of your deposit.

Funds from all other check deposits will generally be available no later than the seventh Business Day after the day of your deposit.

This disclosure is mandated by the Expedited Funds Availability Act and Federal Reserve System Regulation CC.

29

ADDITIONAL DISCLOSURES FOR YOUR
ACCOUNT ARE INCLUDED ON BANK'S RATE
SHEET AND PRICING SCHEDULE FOR YOUR
ACCOUNT

## 2003 NATIONAL CITY PRIVACY NOTICE

### I. Gramm-Leach-Bliley Act of 1999

☑ **OPT-OUT:** *We will not share your nonpublic
personal information with others as defined below.
National City, on your behalf, has exercised your
right to opt-out under 12 CFR Part 40, Privacy of
Consumer Financial Information.*

The basis of each customer relationship at National
City is built on trust. You have chosen to do business
with National City, and we guard that relationship with
great care, beginning with the information you have
chosen to share with us. **That is why we have opted
out for you as a matter of corporate policy. National
City does not share information about you outside
of our National City companies unless permitted by
Title V of the Gramm-Leach-Bliley Act of 1999 and
other applicable laws and regulations.**

National City Corporation, its family of financial services
companies ("affiliates") and employees, are dedicated
to protecting the privacy of your nonpublic personal
information. We maintain information about you in order
to provide you with the most effective and convenient
access to our broad range of financial products and
services. We want you to understand what information
we collect, and how we use and protect it. This notice
serves as a standard for all National City employees
for collection, use, retention and security of nonpublic
personal consumer information.

**What Information We Collect**
"Nonpublic personal information" is information about
you that we obtain in connection with providing a
financial product or service. Such information includes
for example, account balance, income, assets,
insurance premiums, payment history and overdraft
history.

We may collect nonpublic personal information about
you from the following sources:
- Information that you provide to us, such as on
  applications or other forms
- Information about your transactions with us, our
  affiliates or others, or
- Information from others, such as credit bureaus,
  real estate appraisers, and employers

**Our Security Procedures**
To maintain security of customer information, we restrict
access to your personal and account information to
persons who need to know that information to provide

you products or services. We maintain physical,
electronic and procedural safeguards to guard
information.

**What Information We Disclose**
National City does not disclose nonpublic personal
information about you to any companies that are not
members of our corporate family ("third parties"), except
as permitted by federal law, specifically Title V of the
Gramm-Leach-Bliley Act of 1999. The confidentiality of
your nonpublic personal information will continue to
be maintained consistent with this privacy notice even
if you decide to close your account(s), your account
becomes inactive, or when you otherwise cease to do
business with us.

National City works with a variety of third parties to
bring you financial services. We disclose information
about you as necessary to fulfill these third party service
agreements. For example, we may disclose information
about you to third parties that assist us in servicing or
maintaining your loan or deposit account, or other
business relationship, such as printing checks or billing
you for loan payments. We may also disclose
information about you to governmental entities, such
as sending annual income statements to the IRS, and
to other third parties such as credit bureaus, or in
response to subpoenas.

We may disclose all of the information we collect, as
described above, to third parties that perform marketing
services on our behalf or to other financial institutions,
such as insurance providers, with whom we have joint
marketing agreements in order to make a variety of
financial services available to you*. These third parties
must agree to strict confidentiality provisions to assure
the protection of your information. Because we already
limit the sharing of your nonpublic personal information
as outlined above, no action is necessary on your part
to limit such sharing.

**National City's Pledge to You**
We believe that your privacy should never be
compromised. At the same time, we want to offer you
the array of financial products and services you need
to accomplish your financial goals. We believe we can
do both by adhering to the provisions of this privacy
notice.

**National City Companies (Please visit
nationalcity.com for a current list.):** National City
Bank, National City Bank of Kentucky, Churchill
Insurance Agency, Inc., National City Insurance Agency
of Kentucky, Inc., NatCity Investments, Inc., National
City Bank of Pennsylvania, National City Insurance
Agency of Pennsylvania, Inc., National City Bank of
Southern Indiana, Sterling Private Investments, Inc.,

National City Bank of Indiana, National City Mortgage Co., National City Home Loan Services, Inc., First Franklin Financial Corporation, The Madison Bank & Trust Company, National City Bank of Michigan/Illinois, NatCity Insurance Services, Inc., National City Insurance Group, Inc., National City Investment Management Company®, National City Mortgage Services Co., Alliance Title Agency, LLC, New England Trust Company, National City Abstract, LLC

## II.  Fair Credit Reporting Act Disclosure*

We share information about you with our affiliates. Under the Fair Credit Reporting Act you may direct us not to share certain credit information with our affiliates. Examples of the kind of credit information that you may direct us not to share include the nonpublic personal information you provide in your application or that we obtain about you from nonaffiliated third parties such as credit bureaus. If you don't want such information shared you may write to us at National City Corporation, Attention: Office of Consumer Privacy, P.O. Box 4068, Kalamazoo, MI 49009. Please provide your name, address, social security number and account number(s). **(NOTE: If you have previously requested that we restrict such sharing you do not need to make another request.)** Your request not to share credit information does not include information we are permitted to share by law, such as information related solely to our experiences or transactions with you. Your account balance and payment history are examples of transaction and experience information that we are always permitted to share with our affiliates.

**\*Vermont Residents Only:** In Vermont the information we disclose under joint marketing agreements must be limited to your name, contact information, and information about our own transactions and experiences with you. Your consent is required before we can share certain credit information about you with our affiliates. We are permitted to share information which is not a credit report under Vermont law without your consent, such as information related solely to our transactions and experiences with you.

32

**NationalCity**®

71-0424-00 (Rev. 06/03)

www.nationalcity.com  •  Member FDIC  •  ©2003, National City Corporation®

# Exhibit 8

# Personal
# Account Agreement

### Effective 6/2/08

**National City**®

## Definitions

"Agreement" means this Personal Account Agreement sometimes referred to in other documents as Rules or Rules for Personal Accounts. "Bank" is National City Bank, a national bank. "Branch of Account" is the branch where you opened your Account. "Depositor" is each person signing the signature card or any other document approved by Bank to evidence ownership of an Account. An "Account" is a Checking Account or a Savings Account. A "Checking Account" is one of the following: Free Checking, Free Checking Plus, Free Student Checking, Free Interest Checking, Regular Checking, ValuePak Checking, Preferred Interest Checking, Preferred 50+ Interest Checking, Elite Checking, Work Perks Checking, Work Perks Interest Checking, Work Perks Preferred Interest Checking, Work Perks Elite Checking, National City Employee Interest Checking, Money Management Account, Touchdown Checking, Touchdown Plus Checking, Relationship Free Student Checking, Health Savings Account, National City Sweep Account, Personal Checking, Personal Checking with Savers Option, Basic Checking, Self-Serve Checking, Interest Checking, Interest Checking Plus, Classic Plus Checking, Credit Rewards, Checking with Interest, Checking Plus Interest, Classic Choice Regular Checking, Classic Choice Interest Checking, I/MAX Regular Checking, I/MAX Interest Checking, Prestige Checking, OMNI Checking, Silver Star Plus Checking, Cash Management Checking and Privilege First Checking. A "Savings Account" is one of the following: Personal Savings, Student Savings, Select Savings, Statement Savings, Savings Builder, Money Market Savings, Preferred Money Market Savings, Touchdown Savings, Touchdown Plus Savings, Flexible Access Money Market, Money Savings, Relationship Money Market Savings, IDA/Saves Savings, Passbook Savings, Access Passbook Savings, Market Rate Passbook Savings, Serious Savers, Consumer Savings, Bonus Savings, Premier Money Market Savings, Preferred Investment Account, Funeral Trust Savings, AnydayEveryday Savings, First Savings, First Rate Fund, Connections Savings, Superior Performance Fund and Retirement Money Market Savings. "Check" is a written order signed by Depositor directing Bank to pay a sum of money on demand. "Item" is a check, draft, or other instrument, whether or not negotiable, deposited to the Account for collection or paid against the Account. "Entry" is a request or order for the deposit or payment of money to or from the Account by means of electronic fund transfer. "Cash" means any U.S. coin or currency. "Ledger Balance" is all Cash, Items or Entries which have been deposited less any Items or Entries which have been returned unpaid,

1

withdrawals from the Account, any Entry paid from the Account, and fees and charges. "Business Day" is any day on which Bank is open to the public for carrying on substantially all of its banking functions, but does not include Saturdays, Sundays, or legal holidays. A "Special Depository Facility" is a mechanical or electronic device at which Bank can receive Cash, Items, and Entries and includes night depositories and automated teller machines. "State" means the state where the branch of Account is located. If Depositor relocates to another state, Depositor may request the Bank to change the Branch of Account. Such change shall be at the discretion of the Bank and only effective when reflected on the records of the Bank. Changing Branch of Account will change the Governing Law and Jurisdiction of the State that apply to your Account.

## Agreement; Amendments

Bank agrees to maintain the Account for Depositor and to perform according to this Agreement. Depositor, by signing the signature card for the Account, by using the Account or by permitting an authorized signer to use the Account, agrees to the provisions of this Agreement which are subject to amendment and further agrees that this Agreement is binding on Depositor's successors, representatives and assigns. Bank may from time to time adopt new provisions or fees or amend this Agreement and Bank's Pricing Schedule which shall be binding upon Depositor after notice has been mailed to Depositor at the last address shown for the Account on Bank's records, by posting in branches of Bank or as otherwise permitted by law. Changes pursuant to bank regulatory authority shall be effective per such regulation without further notice.

## Ownership of Account

The Account's signature card shall reflect the capacity in which Depositor holds the Account. Each Depositor must sign the signature card for the Account in order to establish an ownership interest of that Depositor in the Account. Changes in the ownership of an Account or in beneficiary designations are legally binding upon Bank only if Depositor completes and delivers to Bank replacement signature cards reflecting the new ownership interests in the Account signed by all the Depositors reflected on the replacement signature card. The Bank's records as to the most current signature card governing the Account is binding upon the Depositor.

## Permissible Uses of Account

Depositor agrees that the Account is intended solely for personal, family or household purposes and that Depositor will not use the Account for any business purposes. If Depositor uses the Account for business purposes, Depositor hereby consents upon notice

2

mailed to Depositor by Bank to the transfer of the Account to a business account. Depositor may not use the Account or any card for illegal transactions including, but not limited to, money laundering, terrorist financing or conducting business with any person, entity or government upon whom economic or trade sanctions have been imposed by the Office of Foreign Assets Control of the U.S. Department of the Treasury. Depositor may not use any card for Internet lottery, betting or gambling transactions. By federal regulation, an interest-bearing transaction Account is not available to Depositors that are entities organized or operated to make a profit including, but not limited to, partnerships, associations or corporations.

**Deposits; Indorsements**

Subject to the exceptions in this Agreement, Bank agrees to receive Cash, Items, and Entries for deposit at its offices and Special Depository Facilities and to account for such deposits to Depositor by means of receipts, statements or other agreed upon format. Bank has the right to refuse any deposit. Items received for deposit shall have Depositor's indorsement, by rubber stamp or otherwise, and Bank need not inquire into any indorsement or the disposition of any Item's proceeds. Bank may accept for deposit into the Account any Item which is payable to Depositor which is not indorsed and may supply Depositor's missing indorsement. Items or Entries which have been refused for deposit by Bank shall be returned at Depositor's risk.

Depositor shall not place any mark, signature, stamp or other writing in the "Depository Bank Area" on the reverse side of any Item deposited. The Depository Bank Area is that part of the back of the Item which is 3 inches from the leading edge to 1.5 inches from the trailing edge of the Item. The leading edge of the Item is the right side of the Item looking at it from the front. The trailing edge is the left side of the Item looking at it from the front. Depositor agrees to hold Bank harmless and indemnify Bank for all loss or damage suffered by Bank in the event Depositor places any mark in the Depository Bank Area or uses carbon band Items and such mark or use adversely affects the ability of Bank to indorse such Item legibly in accordance with required law and regulations.

Cash, Items, and Entries received by Bank for deposit will be subject to examination and verification, and any errors in settling for such deposits will be corrected by Bank through adjustments to the Account or through other recovery from, or reimbursements to, Depositor. When receiving Items and Entries for deposit, Bank shall act as the collection agent of Depositor and shall not be deemed a purchaser of the Items or Entries received.

3

Bank assumes no responsibility beyond that of the exercise of ordinary care as Depositor's collection agent.

**Provisional Settlement**

Any settlement given by Bank for an Item or Entry, whether in Cash, by credit to the Account, or otherwise, shall be a provisional settlement until the Item or Entry has been finally paid, including Items drawn on or Entries initiated by Bank. Items charged back to Bank, whether before or after the drawee bank's midnight deadline or final settlement, and Entries returned to Bank, may be charged back against the Account or otherwise recovered from Depositor. If an Item not drawn on Bank is deposited to the Account or is cashed by Bank, then Bank may, to the extent permitted by law, withhold availability of a corresponding amount from any funds that Depositor has on deposit with Bank until such time as the Item is finally paid. Any uncollected Item or Entry may be returned to Depositor by Bank at Depositor's risk or may be resubmitted to the drawee bank or other payor for collection. Depositor waives notice of dishonor of deposited Items or Entries. Depositor hereby authorizes Bank in its sole discretion to re-present Items or Entries, without notice to Depositor, for collection. If an Item deposited to an Account is paid by the drawee bank and later the Item is returned on a claim of alteration, forgery, unauthorized, or for any other reason, Bank may withhold the amount of the Item from the Account until the claim is resolved.

**When Deposits are Received**

Cash and Items which are placed in the custody and control of any Bank employee (whose duties include receiving deposits) during a Business Day before cut-off time of 2:00 p.m. local time or as otherwise posted or disclosed ("Cut-Off"), shall be regarded as having been received and deposited and settled provisionally on that day. Cash or Items placed in the custody and control of an authorized Bank employee during a Business Day after Cut-Off, or on any non-Business Day may be regarded by Bank as having been received and deposited and settled provisionally on the succeeding Business Day. Items and Entries placed in a Special Depository Facility shall be regarded as having been received, deposited, and settled provisionally on the Business Day during which they are examined and verified by the Bank. Cash placed in a Special Depository Facility shall be regarded as having been received and deposited on the Business Day during which it is examined and verified by the Bank.

**Withdrawal of Amounts Deposited**

Bank, at its discretion, may allow withdrawal of the amount of the provisional settlement given by it for an Item or Entry. Bank, at its discretion, may allow

4

withdrawals against the Account prior to examination and verification of deposited Cash. Bank reserves the right to require 7 days written notice from Depositor of any intended withdrawal from any type of Savings Account including the linked savings account attached to Checking Accounts.

**Overdrafts**

Depositor agrees that although Bank has no obligation to permit an overdraft, Bank may do so. A Depositor will be liable for an overdraft of the Account even if the overdraft is caused by a co-Depositor and the Depositor has received no benefit from the Item or Entry causing the overdraft. In the event Depositor is a recipient of Social Security or other government benefits which have been deposited in the Account, Depositor specifically authorizes Bank to apply such benefits to pay any overdraft. In the event Depositor has a Cash Reserve line of credit (a "Line") which has been advanced in full, Depositor authorizes any resulting overdraft of the Account which is not otherwise paid in full by the end of a statement period to be paid by an advance on the Line, even if it causes Depositor to exceed the maximum credit available on the Line. For Accounts in Indiana, if Depositor does not deposit sufficient funds to bring the Account current within a reasonable time of incurring an overdraft, as determined by Bank, then Bank may charge Depositor a fee for services used to recover the outstanding indebtedness.

**Overdraft Protection from a Linked Account**

Depositor may select to use one (1) linked Checking, Savings, Money Market, Home Equity Line of Credit, or Signature Line of Credit Account ("Linked Account") acceptable to Bank as a source of overdraft protection for one or more Checking Accounts. Bank reserves the right to determine the order in which overdrafts on multiple Checking Accounts will be funded. All of the Depositors on the Checking Account must all be Depositors of the linked deposit account or accountholders (borrowers) on the linked line of credit account.

If Depositor selects Overdraft Protection from a Linked Account, Depositor authorizes and directs Bank to advance funds from the Linked Account to cover the amount of any overdraft(s) in the Checking Account(s) plus the applicable per advance fee(s) ("Advance"), and make a corresponding deposit to the Checking Accounts. Advances made from Checking, Savings or Money Market accounts will be in the exact amount of any overdraft, plus the advance fee. Advances from a Home Equity Line of Credit or Signature Line of Credit will be made in $100 increments to cover the amount of the overdraft plus the advance fee. If there are not enough funds available in the Linked Account to make

5

an Advance in the full amount necessary to avoid an overdraft, Bank, in its sole discretion, may make an Advance to the extent funds are available in the Linked Account and (1) not pay any Checks, Items or Entries which would cause the Checking Account to be overdrawn (in which case NSF fees on the Checking Account may apply) or (2) pay any Checks, Items or Entries by overdrawing the Checking Account (in which case overdraft fees on the Checking Account may apply). Depositor acknowledges that certain preauthorized or automatic transfers, including Advances, from a Savings or Money Market Account are limited to six (6) per month and that, notwithstanding Depositor's selection of Overdraft Protection from a Savings or Money Market Account, no further Advances will be made in any month after that limit is reached. Depositor further acknowledges that if Depositor also has a Cash Reserve℠ or Ready Reserve line of credit, Overdraft Protection from the Linked Account will be used before the Cash Reserve or Ready Reserve line of credit.

A National City Sweep Account or a Health Savings Account may not be used as or have a Linked Account. For all accounts, a Linked Account is available only at the option of the Bank.

**Paying Items and Entries**
When a sufficient balance in the Account is available, Bank shall pay Items and honor Entries initiated or authorized by Depositor. Bank may dishonor an Item or Entry when the Account has an insufficient balance available. Bank may charge the Account for all properly payable Items and Entries, even though an overdraft may be created. Depositor agrees that Depositor's Account may be debited on the Business Day an Item is presented or at an earlier time based on notification received by Bank that an Item drawn on the Account has been deposited for collection at another financial institution. A determination of Account balance for purposes of making a decision to dishonor an Item or return an Entry for insufficient available balance may be made at any time between presentment or receipt of notice of pending presentment and the time of return of the Item; Bank has no obligation to make more than one such determination. Generally, Bank pays Items and Entries from the Account in the order of largest dollar amount to smallest dollar amount, but Bank reserves the right to pay Items and Entries in any order. Bank does not pay Items and Entries in the order they are received. If there are not sufficient available funds in your Account to cover all of your Items and Entries (withdrawal orders), we will generally post the withdrawals in the order of the largest-to-smallest dollar amounts; in other words, beginning with the

6

largest-dollar withdrawal order, then the next-largest, and so on until we reach the smallest-dollar withdrawal order that the Bank pays. The order in which the Bank processes these withdrawal orders may affect the total amount of overdraft fees charged to your Account. All Checks drawn by Depositor must be negotiable and on a form satisfactory to Bank, and all Items and Entries must be in a form satisfactory to Bank, or Bank may refuse to honor them. Bank reserves the right to dishonor an Item which has not been signed by Depositor, even if the Item indicates that Depositor has authorized the Item.

## Use of Facsimile Signatures

Bank may refuse to honor Items drawn by Depositor by means of a facsimile signature. Bank, at its discretion, may honor such Items and in doing so, Bank is hereby authorized to rely upon and to accept as genuine such facsimile signature without any duty to determine the genuineness thereof or whether or not the affixing of such facsimile signature to an Item has been authorized by the Depositor whose name is so affixed.

## Antedated and Postdated Items

Antedated or postdated Items may be paid on presentment and charged against the Account without regard to their dates, notwithstanding that Depositor has notified Bank of the postdating. Bank in its sole discretion may choose not to process an Item that is more than six months old but in no event will Bank be liable for processing such an Item.

## Restrictive Legends

Depositor agrees that Bank shall not be bound by any restrictive legend or condition appearing on face or reverse side of Items.

## Bank's Standard of Care

Depositor agrees that Bank handles large numbers of Items and that current industry standards are for Bank not to check maker and/or indorser signatures, dates, or alterations and that in so doing, Bank will be deemed to have exercised ordinary care in the processing of Depositor's Items. Bank shall not be liable for any damages unless Bank has failed to act in good faith and exercise ordinary care.

## Withdrawal Limitations for Savings Accounts

For Savings Accounts there are no limitations on the number of in-person or ATM withdrawals by the Depositor, but preauthorized or automatic transfers including transfers to third parties or to another account of the Depositor by telephone, online or pursuant to a preauthorized agreement with Bank are limited by regulation to 6 per month of which no more than 3 may be by Item. The posting date of a preauthorized or automatic transaction by Bank will determine the month in which that transaction will be counted. Bank will

charge penalties for exceeding this regulatory limitation and will close a Savings Account or take away a Savings Account's transfer capabilities if Depositor continues to exceed this limitation.

The funds availability policy described in the section of this Agreement titled "Your Ability to Withdraw Funds" also applies to deposits in Savings Accounts.

**Non-customer Check Cashing Requirements**

Depositor agrees that Bank may charge a non-customer payee or other holder a fee for cashing Depositor's Items including Checks. Depositor agrees that Bank may require a thumbprint or other unique identification of a non-customer payee or other holder as a condition for cashing Depositor's Items including Checks.

**Automated Clearing House Entries**

The Operating Rules of the National Automated Clearing House Association ("NACHA Rules") are applicable to automated clearing house transactions ("ACH Entries") involving the Account.

Depositor may originate or receive ACH Entries with respect to the Account through written authorizations. Bank agrees to receive such Entries through any automated clearing house of which it is a member and to originate such Entries when they involve the payment of money to Bank. Bank reserves the right, however, to refuse to originate any authorized Entry which must be processed through an automated clearing house.

Credit given by Bank to Depositor with respect to an ACH credit Entry is provisional until Bank receives final settlement for such Entry through a Federal Reserve Bank or otherwise has received payment as provided by law. If Bank does not receive such final settlement, Bank may charge back against the Account or otherwise recover from Depositor the amount credited to the Account.

Under NACHA Rules, Bank is not required to give notice to Depositor of receipt of an ACH Entry, and Bank will not do so.

Bank may accept on Depositor's behalf ACH Entries to the Account which have been transmitted through one or more automated clearing houses, and Depositor's rights and obligations with respect to each Entry which is not subject to the Electronic Funds Transfer Act shall be construed in accordance with and governed by the laws of the State.

**Stop Payments**

Bank agrees to honor a stop payment order against an Item or Entry, including automatic deduction, when received from Depositor within a reasonable time prior to payment. Bank's acceptance of a stop payment order does not mean that the Item or Entry has not yet been paid. Bank shall have no liability resulting from the

payment of an Item or Entry prior to its actual receipt of a stop payment order from Depositor and reasonable time to process the order. Bank shall not be liable for any damages unless Bank has failed to act in good faith and exercise ordinary care. Depositor agrees to indemnify Bank and hold it harmless from any and all expenses incurred or damages suffered by Bank in honoring a stop payment order.

Depositor acknowledges that an Item may be converted to ACH Entry (electronic debit) by the payee of the Item. If Depositor has been given notice by the payee of the Item that the Item will be converted to an ACH Entry, a stop payment order must be placed on the Entry rather than the Item in order to ensure its effectiveness. Whether or not Depositor knows that an Item has been converted to an ACH Entry, if Bank is not advised that the stop payment is for an ACH Entry, then Depositor's stop payment order may not be effective. If Depositor places a stop payment order on an Item without notifying Bank that it has been converted to an ACH Entry, Bank will use reasonable efforts to identify and stop payment of the Entry, but will not be liable to Depositor for payment of the Entry, and Bank will not be liable for damages if Bank stops payment on another Entry from the same originator and in the same amount which Bank reasonably believes to be the Entry representing the converted Item.

A stop payment order against an Item or Entry must accurately describe it as to date, number, amount, and payee, and must correctly indicate Depositor's name and the Account number. Depositor agrees that it is current industry standard to process stop payment orders by means of computer technology. Accordingly, failure of Depositor to provide the exact identification of Account number and Item number in order to identify the Item or Entry to be stopped will result in the Item or Entry being paid if presented, and Bank will not be liable for such payment. Errors in Depositor's name or the Account number, or inaccuracies in the description of the number, amount, issue date or payee on Depositor's written stop payment order shall relieve Bank from any liability for any mistaken payment or wrongful dishonor. Any errors on Bank's written acknowledgment to Depositor of a stop payment order must be reported by Depositor in writing to Bank within 10 calendar days of the written acknowledgment date. Bank shall not be liable for any mistaken payment or wrongful dishonor occurring after the 10-day period, unless errors or inaccuracies are so reported to Bank within the 10-day period.

A stop payment order remains effective for six months from the date Bank receives notice of the order against an ACH Entry in any amount, or against an Item or other Entry for less than $1,000, and for one year against an

Item or Entry (except an ACH Entry) for $1,000 or more. A stop payment order may be renewed for successive periods equal to its original period of effectiveness if Bank receives a renewal notice prior to the order becoming ineffective.

Before Bank will release a stop payment order, Bank may require the receipt of a written request, signed by Depositor, requesting the withdrawal of the order. In the event Bank recredits the Account for a paid Item or Entry, then Depositor hereby assigns to Bank all rights against third parties and agrees to transfer and to subrogate to Bank all of Depositor's rights against the payee or other holder. Any one Depositor may order a stop payment even if the signature of more than one Depositor is required to draw on the Account. Depositor agrees that Bank will not be obligated to reimburse Depositor upon notice of alleged wrongful payment; that it is Depositor'sobligation to notify Bank of the alleged wrongful payment on a timely basis in accordance with the paragraph entitled "Depositor's Duties and Liabilities" below and prove the fact and amount of damage suffered; in no case will Bank be liable for more than Depositor's actual damage.

**Use of Special Depository Facilities**

Depositor accepts as adequate Bank's Special Depository Facilities for the safe placement of Cash, Items and third-party payments. Depositor's use of Special Depository Facilities shall be at Depositor's sole risk until Bank has examined and verified a placement of Cash, Items or third-party payments and Bank's record of examination and verification shall be binding on Depositor.

**Bank's Right of Offset**

Bank has the right to offset against the Account and against all deposits and interest thereon (whether such deposits are general or special, **including without limitation deposits held jointly or by the entireties**) which are at any time maintained by Depositor with Bank or with any of its affiliates for any indebtedness at any time owed by Depositor to Bank, whether individually or jointly owed, and whether or not any co-Depositors on the Account are indebted to Bank. Bank may offset the Account (and/or any other such Deposits) either before or after the death of a Depositor and without demand or notice to any Depositor. Bank shall not be liable for any dishonor of an Item or Entry that results. The rights of Bank, or any of its affiliates, shall be in addition to, and not exclusive of, any similar rights, including any setoff rights, by law or other contract.

For Accounts in Indiana, Bank shall have the right to deduct from any Account the amount of any indebtedness

10

due and owing to Bank by Depositor. All joint Depositors specifically agree that the provisions of I.C. 32-17-11-17 and 32-17-11-27, regarding the proportion of net contribution by each Depositor, shall not apply to any offset exercised by Bank and that Bank shall have the right to deduct from any Account the amount of any indebtedness due and owing to Bank from any Depositor up to and including the entire balance of any such Account without regard to contribution to the Account.

**Security Interest in Account**
Depositor grants a security interest in the Account **(including without limitation Accounts held jointly or by the entireties)** to Bank and to each of Bank's affiliates for any and all indebtedness owed by Depositor to Bank or to Bank's affiliates, however and whenever incurred or evidenced. Such security interest is not in derogation or substitution of Bank's right to offset against the Account.

**Payable (Pay) on Death, "In Trust For" and "Trustee For" Beneficiary Accounts**
A personal, individual Account payable (pay) on death (not available in Pennsylvania or Michigan) or an Account in trust for another may have no more than two beneficiaries. If Depositor selects more than one beneficiary and the shares of the beneficiaries are not designated on the signature card, the beneficiaries will have equal shares. In Florida, beneficiaries may only have equal shares. Upon Depositor's death, or the death of the last surviving Depositor if the Account is a joint Account, each beneficiary surviving Depositor shall be paid his or her share, and the share of each beneficiary not surviving Depositor will be payable to Depositor's estate except if Branch of Account is in Florida or in Wisconsin then beneficiaries have a right of survivorship and if there is no surviving beneficiary, the Account is payable to the estate of the last surviving Depositor. A beneficiary survives Depositor if the beneficiary survives Depositor for any length of time, however short, notwithstanding any statutory or other presumption to the contrary. Depositor agrees that payable (pay) on death benefits and any other right to death benefits where the named beneficiary is the spouse are not terminated by intervening divorce, dissolution of marriage or annulment. No beneficiary has any rights in the Account until the death of Depositor who has sole ownership of the Account except that Depositor may not assign or encumber the Account other than to secure debt to Bank. Depositor reserves the right to change or cancel any beneficiary designation by an instrument satisfactory to Bank, which is delivered to Bank during lifetime of Depositor. Payment to beneficiaries after the death of Depositor or the death of the last surviving Depositor if the

11

Account is a joint Account, shall constitute a full release of Bank and shall be binding upon the heirs and personal representatives of Depositor. Bank may refrain from making such payment to the beneficiaries until after Bank's conditions therefore have been satisfied.

### Joint Accounts

A joint account is a deposit account with right of survivorship which is owned by two or more Depositors. Depositor agrees that if the Account is opened in the names of two or more Depositors, it is a joint account with right of survivorship. **For Accounts in Florida: If an Account is in the names of spouses, Depositor understands, intends and agrees that such Account is NOT an account of tenants by the entireties unless otherwise expressly designated on the Account records maintained by the Bank.**

Each Depositor who has a joint Account hereby transfers to the other Depositor(s) an undivided interest in the Account and all additions thereto for their respective lives, and the same may be withdrawn in whole or part by any one or more of Depositor(s) and subject to the provisions hereof and to any relevant law, on the death of a Depositor, and subject to offset by Bank for an obligation owed by the deceased co-Depositor to Bank, the then balance in the Account shall be payable to, and the absolute property of, any surviving Depositor(s) and any such payment shall be binding upon each Depositor and the heirs, personal representatives and assigns thereof. A Depositor survives a deceased co-Depositor if the Depositor survives the deceased co-Depositor for any length of time, however short, notwithstanding any statutory or other presumption to the contrary. Each Depositor is hereby appointed agent for other Depositor(s) and as such may take any action on behalf of the other Depositor(s) including, but not limited to, the following: (1) indorse Items and receive Cash for other Depositor(s); (2) deposit and/or indorse for deposit in the Account Checks and other Items payable to other Depositor(s); (3) sign documents associated with the Account, including documents used for federal and/or state tax purposes, for other Depositor(s); and (4) give instructions on any matter in connection with the Account. It is within Bank's sole discretion to demand authorization from each and every Depositor on an Account for instructions that change the title ownership of the Account. Bank is authorized to deposit in the Account unindorsed Checks and other Items payable to any Depositor(s) and supply absent indorsement(s). If any Depositor enters into other agreements associated with the Account, including, but not limited to, a Cash Reserve line of credit, such agreements are

12

binding on all co-Depositors whether or not they were co-Depositors when the agreements were signed.

### Deputy; Power of Attorney

Depositor may appoint a deputy or provide a person with a power of attorney (for Accounts in Indiana, provided such documents are valid as defined in Indiana Code 30-5) who shall have authority to exercise all the rights of Depositor under this Agreement or as otherwise limited by Bank in its sole discretion. Bank may, in its sole discretion, limit Depositor to the appointment of one deputy or attorney-in-fact. Bank may, in its sole discretion, also require the appointment of a deputy or attorney-in-fact to be signed by all of the individual co-Depositors. Any appointment must be evidenced on Bank records in a form satisfactory to Bank. If a deputy or attorney-in-fact appears on Bank's records, Bank is not obligated to act in accordance with, and may, in its sole discretion, refuse to follow, the instructions of any other person acting as Depositor's deputy or attorney-in-fact. For Accounts in Wisconsin, a power of attorney granted to a spouse is not terminated by subsequent annulment or divorce. Depositor must provide written notice to Bank to terminate a power of attorney.

### Recording of Telephonic or Other Instructions and Communications

**Bank may (but is not required to) record, electronically or otherwise, any telephonic or other communications, instructions and discussions between Depositor and Bank and/or Bank's representatives affecting or relating to the Account. Depositor hereby gives his/her/their prior consent to these recordings, and it is the parties' intent that this consent constitute the prior consent, if any, required under applicable state law.**

Bank may retain such recordings for as long as it deems appropriate and may destroy them at any time in its sole discretion. The decision to record any telephonic or other conversation shall be solely with the Bank's discretion, and Bank has no liability whatsoever for failing to do so.

### Notices

Notices from Depositor to Bank shall be effective upon receipt by Bank and reasonable time to process. Notices to Depositor from Bank shall be effective upon mailing to the last known address shown by Bank's records or as otherwise provided in this Agreement.

### Closing Account; Terminating Access

Bank may close the Account, discontinue or limit transaction Account services, including but not limited to: refuse further deposits or withdrawals, decline to collect any Item or Entry, decline to process any transaction,

13

terminate electronic access to the Account by means of a card or code or by wire transfer, in each instance, with or without cause and without prior notice to Depositor. If the Account is closed, Bank may mail to Depositor a check for the balance in the Account, after any applicable service charges have been deducted, at the last address shown in Bank's Account records. Depositor shall be responsible and liable for any service charges and transactions initiated prior to Account closing.

Depositor may at any time close the Account provided that neither the Account nor any other account of Depositor is subject to any lien, claim or other right of Bank or its affiliates. Even if Account is closed, the Bank shall retain the right to continue to accept deposits and pay Items or Entries as they are presented. Depositor will remain responsible and liable for transactions initiated prior to Account closure or not stopped by Depositor after Account closure.

## Statements

Bank shall make available to Depositor a statement not less frequently than monthly for Checking Accounts (unless the Account has no activity for 90 days, then a statement will be made available quarterly) and not less frequently than quarterly for Savings Accounts (excluding Passbook and Club Accounts), unless the Account has electronic transactions in which case a statement will be made available monthly for the statement period in which an electronic transaction has taken place, showing Account activity and balance. Such information may be otherwise provided as agreed by Bank and Depositor. The Account balance at any time shall be determined by Bank from its books and records. A statement is deemed made available to Depositor when such statement is mailed to Depositor's last known address as shown by records of Bank for the Account or as otherwise agreed. In the event a mailed statement is returned to Bank, then each subsequent statement is deemed made available to Depositor at the time Bank would have produced such statement. Please see Electronic Fund Transfers (EFT) Disclosure Statement for Depositor's duties regarding notice to Bank in the event of an EFT error.

## Cancelled Checks Retained by Bank

Bank shall retain cancelled Items for a reasonable period of time as determined by Bank. Bank will maintain copies on microfiche or by other means for the time period required by law and may impose a service fee for providing copies at Depositor's request. If for any reason Bank is unable to provide a copy or otherwise document an Item, Bank shall not be liable for more than the face amount of the Item or actual damages, whichever is less. Bank may permit Depositor to receive cancelled checks with each statement, for which Bank may charge a service fee.

14

## Depositor's Duties and Liabilities

Depositor acknowledges that Bank provides daily access to Account information regarding Account balances and transactions as a customer service but that the accuracy of such Account information is subject to pending and unprocessed Items or Entries about which only the Depositor has knowledge. Depositor agrees that it is Depositor's duty and responsibility to maintain the Account in a responsible manner by independently maintaining accurate records of Depositor's activity, including, but not limited to, checks, debit card transactions, withdrawals and deposits.

Depositor agrees to examine each statement (and enclosures) and any Account information provided to discover any alterations; unauthorized signatures, Items, Entries or indorsements; unauthorized transactions; or errors, and Depositor agrees to notify Bank in writing thereof without delay. If Depositor fails to meet any of the requirements of the previous sentence:

- within 14 calendar days after the statement or Account information was mailed or otherwise made available, Depositor shall be precluded from asserting against Bank (1) any unauthorized signature, Item or Entry, any alteration, any unauthorized transaction, or any error if Bank will suffer a loss as a result of Depositor's failure to meet the requirements of the previous sentence; or (2) any unauthorized signature, Item or Entry, or any alteration, by the same person if Bank paid the Item or Entry after the 14-day period; and

- within 60 calendar days after the statement or Account information was mailed or otherwise made available, Depositor shall be precluded from asserting against Bank any unauthorized signature, Item or Entry, or any alteration, without regard to Bank's care or lack of care.

If Depositor fails to notify Bank in writing of any other claim within one year after such claim accrues, Depositor shall be precluded from asserting such claim. For any claim arising under this Agreement, Depositor agrees to make timely claim against all applicable policies of insurance and, if requested by Bank, to file a police report. Depositor agrees not to assign to any third party any claim of Depositor against Bank relating to any Item or Entry, and any such assignment shall be void.

Depositor agrees that Depositor will examine check orders on receipt for any errors on Depositor's pre-printed check form and will notify Bank to obtain corrected replacements. Any losses incurred by Depositor's use of pre-printed check forms containing errors will be deemed to be the result of negligence on the part of Depositor.

15

## Ownership and Withdrawal Disputes

If ownership of or right to make withdrawals from the Account is disputed for any reason, including disputes arising from conflicting instructions, claims and demands, Bank, in its discretion, may refuse payment of any or all of the Account's balance until the dispute is settled.

## Accounts not Transferable

Any rights in the Account are not transferable except in accordance with applicable federal regulations. No assignment, encumbrance, or other transfer of the Account shall be valid unless Bank's written consent has first been obtained and a memorandum thereof is entered on Bank records.

## Fees and Penalties

Depositor agrees to pay the applicable fees and penalties assessed by Bank according to Bank's Pricing Schedule and/or Rate Sheet provided to Depositor at the time Depositor opens the Account, each as amended from time to time in accordance with this Agreement. All fees and penalties assessed by Bank may be charged against the Account, and Depositor shall be responsible for any deficiency. Depositor understands and agrees that federal law governs national banks as to the fees charged by national banks for their services. Depositor acknowledges and agrees that Bank uses its sole discretion in determining the amount of the fees charged for its services to Depositors based on the following factors: deterrence of misuse by Depositors of banking services; enhancement of Bank's competitive position in accordance with its strategy; and the maintenance of the safety and soundness of Bank.

## Unclaimed Funds

The balance in the Account may become unclaimed funds escheatable to the state of your last mailing address as shown by Bank's records, if Depositor has not, within the statutory period, caused any activity or received any payments with regard to the Account, indicated any interest in the Account, corresponded with Bank concerning the Account, or otherwise indicated an interest in the Account as evidenced by writing on file with Bank, or transacted any business with Bank.

## Source of Funds; Compliance with Law

Depositor understands and acknowledges that Bank is required under applicable law and its own policies and procedures to take steps to combat the use of Bank's products, services and facilities in furtherance of money laundering, terrorism and other illegal activities. Depositor represents, warrants and covenants that all funds now or hereafter deposited in the Account shall have a lawful source, and that Depositor shall not conduct or initiate any transaction in or through the Account or Bank that is unlawful under the laws of the

16

United States, the State, or any other jurisdiction the laws of which are applicable to such transaction.

## Credit Bureau Reporting

**A negative credit report reflecting on Depositor's credit record may be submitted to a consumer (credit) reporting agency if Depositor fails to fulfill the terms of this Agreement. If Depositor believes that Bank has information about Depositor that is inaccurate or that Bank has reported or may report to a credit reporting agency information about Depositor that is inaccurate, please notify Bank of the specific information that Depositor believes is inaccurate by writing to National City Bank, 400 W. Fourth St., Royal Oak, MI 48067, Attn. Loss Prevention Division, Locator R-J2S-57.**

## Privacy

Except as otherwise prohibited by law, Bank may provide to others, including, but not limited to, consumer credit reporting agencies, information about its transactions and experiences with Depositor, and Bank and its affiliates (collectively "National City") may share with each other all information about Depositor that Bank has or may obtain for the purposes, among other things, of evaluating credit applications or offering Depositor products and services that National City believes may be of interest to Depositor. Depositor agrees that Bank has an established business relationship with Depositor, and unless otherwise prohibited by law, National City may contact Depositor to offer Depositor products and services that National City believes may be of interest to Depositor. Such contacts are not unsolicited, and National City may contact Depositor by telephone and with an automated dialing and announcing device or by fax at any telephone number Depositor has given National City, or e-mail or other form of electronic communication, and National City may monitor telephone calls with Depositor to assure quality service. As used herein, the term "affiliates" means the current and future affiliates of National City Bank as identified in the privacy notice at www.NationalCity.com.

## Waiver

Failure by Bank to exercise any of its rights under this Agreement shall not be a waiver of any of its rights.

## Severability

In the event that one or more provisions of this Agreement shall for any reason be held invalid or illegal, such holding will not affect the enforceability of any other provision.

## Force Majeure

Bank shall have no liability for any delays, failure, omissions, interruption or error with respect to Bank's

17

performance of its obligations under this Agreement caused in whole or in part by fire, labor disputes, power failures, acts or omissions of civil authorities, acts of God, civil disturbances, computer malfunction, or any causes beyond the control of Bank.

**Limitation of Liability**

In no event shall Bank be liable for any consequential, indirect or special damages suffered or incurred by Depositor and relating to the Account or to this Agreement.

**Governing Law; Jurisdiction**

This Agreement shall be governed by federal law and where not preempted by or in conflict with federal law, the laws of the State, without regard to conflict of law principles. The State is Bank's jurisdiction for purposes of Article 9 of the Uniform Commercial Code as adopted by the State.

**Submission To Jurisdiction**

Depositor agrees that all legal proceedings relating to the Account may be brought before the state or federal courts sitting in the State, which Depositor agrees shall have exclusive jurisdiction over this Agreement or any dispute arising thereunder, and Depositor hereby irrevocably submits to the jurisdiction of any state or federal court sitting in the State, in any action or proceeding relating in any way to this Agreement or the Account.  In any such proceeding, service of any legal process may be made upon Depositor by mailing such process to (or delivering such process at) such address as Depositor may have designated to Bank in writing or such other address as may appear in Bank's records as Depositor's last known address. Furthermore, Depositor hereby irrevocably waives, to the fullest extent permitted by law, any claim that any such proceeding in any such court has been brought  in an inconvenient forum. Depositor also hereby irrevocably agrees that a final judgment in connection with any such proceeding in any such court shall be conclusive and may be enforced in any jurisdiction by suit on the judgment or in any other manner. However, nothing herein shall preclude or in any way limit the right of Bank to sue Depositor or take any action against Depositor in any tribunal, wherever located, having jurisdiction over Depositor or over any of Depositor's assets.

## SPECIAL PROVISIONS AND DISCLOSURES
## ALL CHECKING ACCOUNTS

A special linked savings account is opened with every Checking Account except for the National City Sweep Account. At the beginning of each statement period funds in each Checking Account that are in excess of a threshold balance as established by Bank from time to time in its discretion, are swept automatically into

18

the linked savings account. If during any statement period the funds in a Checking Account fall below the floor balance then the funds in the linked savings account, if any, are automatically swept back into the Checking Account to restore threshold balance. On the 6th such sweep during a statement period, all funds in the linked savings account will be returned to the Checking Account. Depositor cannot directly access the linked savings account. Each Checking Account and its linked savings account are treated as a single account for purposes of record keeping and fees, and the linkage of the accounts will not affect Depositor's use of the Checking Account. Please note that as required by federal regulation, Bank reserves the right to require 7 days written notice from Depositor of intended withdrawals from any savings account.

For Point of Sale (POS) debit transactions at a Visa® merchant there are daily transaction limitations as to dollar amount which may differ from the daily transaction limitations for Automated Teller Machine (ATM) debit transactions.

The rate of exchange for international transactions using a CheckCard is a rate selected by Visa from the range of rates available in wholesale currency markets for the applicable central processing date, which rate may vary from the rate Visa itself receives, or the government-mandated rate in effect for the applicable central processing date.

**ALL INTEREST-BEARING CHECKING ACCOUNTS**

Interest is earned at the same rate on balances whether in the Account or the linked account. For the Account and the linked account, the daily balance method is used to calculate interest. This method applies a daily periodic rate to the principal each day. The interest rate and Annual Percentage Yield (APY) may change. At Bank's discretion, Bank may change the interest rate at any time.

Interest begins to accrue no later than the Business Day Bank receives credit for the deposit of noncash items (for example, checks). Interest is compounded monthly and credited to the Account on the last day of the statement period. If the Account is closed or transfers to a non-interest bearing account before interest is credited, or if the Account has a zero balance on the last day of the statement period, accrued interest on the Account and the linked account will not be paid.

### WORK PERKS CHECKING, WORK PERKS INTEREST CHECKING, WORK PERKS PREFERRED INTEREST CHECKING AND WORK PERKS ELITE CHECKING

Availability of this Account is limited to Depositors with

a direct deposit of their pay from a qualified employer. For Work Perks Checking and Work Perks Interest Checking, if Depositor terminates the required direct deposit to Account or terminates employment with a qualified employer, the Account will be converted to Free Checking and will no longer qualify for Work Perks benefits. For Work Perks Preferred Interest Checking, if Depositor terminates the required direct deposit to Account or terminates employment with a qualified employer, the Account will be converted to Interest Checking and will no longer qualify for Work Perks benefits. For Work Perks Elite Checking, if Depositor terminates the required direct deposit to Account or terminates employment with a qualified employer, the Account will be converted to Elite Checking and will no longer qualify for Work Perks benefits.

## NATIONAL CITY SWEEP ACCOUNT

For the Checking Account and the linked Money Market Deposit Account (MMDA) investment option, the daily balance method is used to calculate interest. This method applies a daily periodic rate to the principal in the Checking Account and the MMDA each day. The interest rate and Annual Percentage Yield (APY) for the Checking Account and the MMDA may change. At Bank's discretion, Bank may change the interest rates at any time.

When the available balance in the Checking Account exceeds the target balance by $100 or more, the excess balance will be swept on the next Business Day into the investment option selected by Depositor. Depositor may not make deposits to or withdrawals from the investment options other than the automatic transfers to or from the investment options.

Interest begins to accrue no later than the Business Day Bank receives credit for the deposit of non-cash items (for example, checks). Interest is compounded monthly and credited to Checking Account and MMDA option on the last day of the statement period. If the Checking Account is closed or transfers to a non-interest bearing account before interest is credited, accrued interest on the Checking Account and the MMDA may not be paid.

This Account is no longer available for new accounts.

## FREE CHECKING AND
## FREE STUDENT CHECKING

For Accounts opened or transferred to this Account product prior to March 5, 2007, if the Account is inactive (no debit or credit activity) for more than 180 days, the Account will be converted to Regular Checking and will no longer qualify for Free Checking or Free Student Checking benefits.

20

## FREE CHECKING PLUS AND INTEREST CHECKING PLUS

In order to have one of these Accounts, Depositor must maintain automatic activity consisting of direct deposit or payments made as Automated Clearing House (ACH) entries, or use Online Banking with Bill Payment Option to make payments. If automatic activity is not maintained, the Free Checking Plus Account will be converted to a Free Checking Account and the Interest Checking Plus Account will be converted to an Interest Checking Account.

## FREE INTEREST CHECKING

If direct deposit is not maintained, the Account will be converted to Free Checking and will no longer be eligible to earn interest. If Free Interest Checking is closed or is converted to a non-interest bearing account before interest is credited, accrued interest on the Account may not be paid. This Account is no longer available for new accounts.

## TOUCHDOWN CHECKING AND TOUCHDOWN PLUS CHECKING

In order to have one of these Accounts, Depositor must maintain a Touchdown Savings or Touchdown Plus Savings Account. For Touchdown Checking Accounts, if the applicable Savings Account is closed or transfers to another product type, the Touchdown Checking Account will be converted to a Free Checking Account. For Touchdown Plus Checking Accounts, if the applicable Savings Account is closed or transfers to another product type, the Touchdown Plus Checking Account will be converted to a Preferred Interest Checking Account. These Accounts are available only at the option of Bank.

## RELATIONSHIP FREE STUDENT CHECKING

Depositor is entitled to maintain this Account only if the combined personal and/or business checking, savings, and time deposit balances (except IRAs) of Depositor's parent/guardian and/or the combined personal and/or business loan or line outstanding balances (except mortgage loans, credit cards, and overdraft protection) of Depositor's parent/guardian at Bank exceed $35,000.

In the event that, at any time, the foregoing condition is not being met, Bank will convert this Account to a standard Free Student Checking Account. Upon graduation, Bank will convert this Account to a standard Free Checking account.

If this Account is inactive (no debit or credit activity) for more than 180 days, it will be converted to Regular Checking and will no longer qualify for Relationship Free Student Checking benefits. This Account is no longer available for new accounts.

## HEALTH SAVINGS ACCOUNT

This Agreement, including these Special Provisions governing a Health Savings Account, is subject to the Custodial or Trust Agreement ("HSA Custodial Agreement"), which takes precedence over this Agreement to the extent that this Agreement and the HSA Custodial Agreement differ. Terms used herein which are defined in the HSA Custodial Agreement have the same meaning as those terms in the HSA Custodial Agreement, except that the Custodian or Trustee is herein called "Bank." From time to time, Bank may refuse or return any deposit or limit the amount which may be deposited.

Depositor agrees to use the special deposit slips obtained from Bank in order to make contributions to this Account and agrees to specify the type of contribution being made on the special deposit slip. If the special deposit slip does not indicate the type of contribution, or if a standard deposit slip is used, Bank will treat the deposit as a current year contribution. Any Entries or wire transfers received by Bank for deposit to the Account will be treated as current year contributions.

Bank reserves the right to limit the check styles available to Depositor.

Combined statements and overdraft protection are not available with this Account.

This Account is available only at the option of the Bank.

## CREDIT REWARDS

Availability of this Account is limited to Depositors with a qualifying loan product. This Account is no longer available for new accounts.

## CLASSIC CHOICE REGULAR AND CLASSIC CHOICE INTEREST CHECKING

Classic Choice members must qualify for and maintain a National City personal Checking Account and designate the Account as the Classic Choice Account. In addition, member agrees to maintain a combined minimum balance of $25,000 or more in any of the following accounts: Classic Choice Checking Account (regular or interest), Certificates of Deposit (excluding $100,000+ CDs), Preferred Investment Account, Savings Accounts, or Individual Retirement Accounts. Joint accountholders do not receive individual benefits. Account benefits are not assignable. These Accounts are no longer available for new accounts.

## I/MAX REGULAR AND I/MAX INTEREST CHECKING

I/MAX members must be approved for one of the following qualifying National City loans: installment loan, National City Equity Reserve[SM] line of credit, National City Signature Credit Line or residential mortgage and

22

qualify for and maintain either a personal Checking Account with a MoneyCard[SM] or Visa® CheckCard or a National City Visa or MasterCard® credit card. To remain a member, Depositor must retain the personal I/MAX Checking Account with a MoneyCard or CheckCard or National City Visa or MasterCard credit card. Account benefits are not assignable. These Accounts are no longer available for new accounts.

## SILVER STAR PLUS

Depositor must be 50 years of age or older to qualify for this Account. In order to have this Account Depositor must maintain a $5,000 minimum daily balance in deposit products. Bank reserves the right to convert this Account to another account type if the qualifying minimum balance is not maintained. This Account is no longer available for new accounts.

## ALL SAVINGS ACCOUNTS

The daily balance method is used to calculate interest on the Account. This method applies a daily periodic rate to the principal in the Account each day.

Interest will be accrued on the daily balance on a 365/366 actual day basis, compounded daily and credited to the Account on the last day of each month (except for Preferred Investment Account and Flexible Access Money Market).

The interest rate and Annual Percentage Yield (APY) of Account may change. At Bank's discretion, Bank may change interest rate on the Account at any time.

Interest begins to accrue no later than the Business Day Bank receives credit for the deposit of noncash Items (for example, checks).

If an Account is closed before interest is credited, or if the Account has a zero balance on the last day of the statement period, accrued interest will not be paid.

## RELATIONSHIP MONEY MARKET SAVINGS

Depositor is entitled to maintain this Account only if (1) Depositor's combined personal and/or business checking, savings, and time deposit balances (except IRAs) at Bank or Depositor's combined personal and/or business loan or line outstanding balances (except mortgage loans, credit cards and overdraft protection) at Bank exceed $50,000 and (2) Depositor has established direct deposit to at least one (1) Bank Checking Account.

In the event that, at any time, either of the foregoing conditions are not being met, Bank will convert this Account to a standard Money Market Savings account and charge the Account for any excess interest paid. This Account is available only at the option of Bank.

### IDA/SAVES SAVINGS

Depositor is entitled to maintain this Account only if Depositor is participating in an IDA program with an IDA agency or if Depositor desires to participate in the America Saves campaign.

If Depositor is a participant in an IDA program with an IDA agency, in the event that at any time Depositor is no longer participating in the program, Bank will convert this Account to a standard Personal Savings account.

### SAVINGS BUILDER

A regular preauthorized transfer from a National City Checking Account is required. This Account is available from time to time only at the option of Bank.

### FLEXIBLE ACCESS MONEY MARKET AND PREFERRED INVESTMENT ACCOUNT

Interest will be accrued on the daily balance on a 365/366 actual day basis, compounded monthly and credited to the Account monthly. These Accounts are available only at the option of Bank.

### TOUCHDOWN SAVINGS AND TOUCHDOWN PLUS SAVINGS

In order to have one of these Accounts, Depositor must maintain a Touchdown Checking or Touchdown Plus Checking Account. If the applicable Checking Account is closed or converted to another product type, the Account will be converted to Select Savings. These Accounts are available only at the option of Bank.

### PASSBOOK SAVINGS, ACCESS PASSBOOK SAVINGS AND MARKET RATE PASSBOOK SAVINGS

(i) Account activity and balance showing in the passbook shall not be determinative of the Account balance unless expressly verified by Bank after comparison with its books and records. Depositor must present the passbook to Bank once a year for reconcilement with Bank records and to record interest and Depositor agrees to examine each reconcilement and any Account information provided to discover any unauthorized withdrawals or errors, and to notify Bank in writing thereof without delay. If Depositor fails to meet any of the requirements of the previous sentence:

- within 14 calendar days after the reconcilement or any Account information was mailed or otherwise made available, Depositor shall be precluded from asserting against Bank (1) any error or unauthorized withdrawal if Bank will suffer a loss as a result of Depositor's failure to meet the requirements of the previous sentence; or (2) any unauthorized withdrawal by the same person after the 14-day period; and

- within 60 calendar days after the reconcilement

24

or Account information was mailed or otherwise made available, Depositor shall be precluded from asserting against Bank any unauthorized withdrawal without regard to Bank's care or lack of care.

If Depositor fails to notify Bank in writing of any other claim within one year after such claim accrues, Depositor shall be precluded from asserting such claim and Bank's records shall be conclusive as to the amount on deposit. For any claims of unauthorized withdrawal or error, Depositor is required to make timely claim against all applicable policies of insurance. Depositor agrees not to assign to any third party any claim of Depositor against Bank relating to a withdrawal and any such assignment shall be void.

For **Access Passbook Savings**, if Account can be accessed by electronic funds transfers other than preauthorized transfers to the Account then Bank shall make available to Depositor a statement not less frequently than quarterly unless the Account has electronic transactions other than preauthorized transfers to the Account in which case a statement will be made available for the statement period in which an electronic transaction has taken place. If statements are made available to Depositor then the sections of the Personal Account Agreement titled "Statements" and "Depositor's Duties and Liabilities" apply rather than this section (i).

(ii) For Bank's protection, no person shall have the right to make a withdrawal without presenting the passbook and giving a receipt, if requested, for amount withdrawn, but Bank, in its discretion, may permit a withdrawal by Depositor without presentment of the passbook.

In the event the passbook is stolen, lost or destroyed, or cannot be produced without loss or serious inconvenience, Depositor shall promptly so advise Bank in writing. Bank, in its discretion, may cause a substitute passbook to be issued to Depositor and may require satisfactory indemnity. All subsequent deposits and withdrawals shall be entered in the substitute passbook and the original passbook shall be void and shall be surrendered to Bank if thereafter located. A charge may be imposed for a lost passbook.

This Account is available only at the option of Bank.

## SERIOUS SAVERS

Availability of this Account is limited to one per Depositor. A regular preauthorized transfer from a National City Checking Account is required. Bank reserves the right to convert this Account to another account type if the qualifying corresponding Checking Account and/or preauthorized transfers are not maintained. For Accounts in Ohio, there is no ATM access to this Account. This Account is no longer available for new accounts.

25

## RETIREMENT (IRA/ROTH IRA/SEP/KEOGH)
## MONEY MARKET SAVINGS

This Agreement, including these Special Provisions governing an Individual Retirement Account (IRA), Roth IRA, Simplified Employee Pension account (SEP) or a Keogh account, is subject to the Custodial or Trust Agreement ("Custodial Agreement"), which takes precedence over this Agreement to the extent that this Agreement and the Custodial Agreement differ. Terms used herein which are defined in the Custodial Agreement have the same meaning as those terms have in the Custodial Agreement, except that the Custodian or Trustee is herein called "Bank." From time to time, Bank may refuse or return any deposit or limit the amount which may be deposited. No deposit Entries by means of electronic fund transfer will be permitted.

## ELECTRONIC FUND TRANSFERS DISCLOSURE STATEMENT

**This Disclosure Statement will govern when it differs from other agreements.**

Your* rights and responsibilities as a consumer who uses electronic fund transfer (EFT) deposit account services, are defined by the Electronic Fund Transfer Act (15 U.S.C. 1693, et seq.) and Regulation E of the Federal Reserve Board. One requirement of this Act and of the Regulation is that all financial institutions must make certain disclosures to EFT users. Electronic Fund Transfers include all transfers resulting from personal banking cards (automated teller machine (ATM), pointof sale (POS) debit cards and Bank credit cards), preauthorized transfers, telephone transfers and Online Banking transactions.

*For purposes of this disclosure statement, "you" and "your" are used in place of "Depositor" and "we," "us," and "our" are used in place of "Bank."

**Your Liability**

Tell us AT ONCE if you believe your Card, Password or Personal Identification Number (PIN) has been lost or stolen, or if you believe that an electronic fund transfer has been made without your permission using information from your check. Telephoning is the best way to let us know. You will not be liable for any unauthorized use of your Card, Password or PIN if you notify us of the unauthorized use on a timely basis in accordance with the paragraph entitled "Depositor's Duties and Liabilities" in the Agreement above or as provided in the paragraph entitled "In Case of Errors or Questions About Your Electronic Transfers" below, whichever is longer.

Also, if your statement shows preauthorized, automated clearing house (ACH) or other EFT transfers which do not involve the use of your Card, Password and/or PIN and that you did not make, tell us at once. If you do not

26

tell us within sixty (60) days after the statement was made available to you, you may not get back any money you lost after the sixty (60) days if we can prove that we could have stopped someone from taking the money if you had told us in time. If a good reason (such as a long trip or a hospital stay) kept you from telling us, we will extend the time period.

**Notification of Lost or Stolen Card, Password or PIN**
If you believe your Card, Password or PIN has been lost or stolen or that someone has transferred or may transfer money from your account without your permission, call us at: 1-800-533-6596 or write to us at: National City Card Services, P.O. Box 4092, Kalamazoo, MI 49003.

You should also call the number or write to the address listed above if you believe a transfer has been made using the information from your check without your permission.

**Our Business Days**
Our Business Days are Monday through Friday. Bank holidays are not included.

**Types of Available Transfers**
You, or someone you have authorized by giving them your Card, Password and/or PIN (even if that person exceeds your authority) may use your Card, Password and/or PIN to:

1. Withdraw cash from your designated deposit or revolving credit accounts.
2. Make deposits to your designated deposit accounts.
3. Transfer funds between your designated deposit or revolving credit accounts.
4. Make payments of bank loans by depositing a check, money order or cash to make the payment.
5. Pay for purchases or services, receive cash or fund a stored value feature at places that have agreed to accept your Card.
6. Pay bills from your designated deposit account and transfer funds between your designated deposit or revolving credit accounts by telecommunications or online.
7. You may also authorize us to automatically debit or credit your accounts to or from third parties by means of preauthorized, ACH and other EFT transactions.
8. Make balance inquiries on your designated accounts.

Some of these services may not be available from the Bank at all times nor at all terminals at all times.

You may also authorize a merchant or other payee to make a one-time electronic payment from your checking account using information from your check to pay for purchases or pay bills.

27

**Limitations on Transfers**

Certain limits exist on the amounts which may be withdrawn from different ATM or POS terminals each day. All transfers are charged to your account (and your overdraft line of credit, if any). Bank may charge your account even though an overdraft may be created. During any interruption of an electronic fund transfer service the dollar amount and frequency may be reduced. All deposits made through an ATM are accepted conditionally, subject to verification of the contents of deposit envelopes, and are available for withdrawal only in accordance with our current funds availability policy described in the section of this Agreement titled "Your Ability to Withdraw Funds."

The frequency, amount and timing of deposits, cash withdrawals, transfers, payment transactions and other transactions you may arrange with third parties or make from ATMs and POS terminals with your Card or PIN is limited each Business Day.

No debit, preauthorized transfer, telephone transfer or Online Banking transactions will be permitted on IRA, Roth IRA, SEP or Keogh Money Market Savings Accounts.

There may be other limitations on the types, frequency, timing and amount of electronic fund transfers established by us from time to time, without notice, for security purposes.

**Documentation of Transfers**

You can get a receipt at the time you make any transfer to or from your account using an ATM or POS terminal.

A monthly account statement will be made available to you unless there are no transfers in a particular month. In any case, the statement will be made available at least quarterly. Receipts and statements shall constitute admissible evidence.

If you have arranged to have direct deposits made to your account at least once every sixty days from the same person or company, you can call us to find out whether or not the deposit has been made at 800-925-9259.

The only transfers permitted with Passbook Savings Accounts are preauthorized deposits. If you bring your passbook to us, we will record any transfers that were made to your account since the last time you brought in your passbook.

**Preauthorized Transfers**

1. **Right to Stop Payment.** If you have arranged in advance to make regular transfers from your account, you can stop any of these transfers by calling us at 1-800-925-9259, or writing us at: National City, Attn: Telephone Banking Center, P.O. Box 3038, Kalamazoo, MI 49003-3038. We must receive this

28

request at least three (3) Business Days before the transfer is scheduled to be made. If you call, we may also require you to put your request in writing and get it to us within 14 days after you call. We will charge your account our normal service charge for each stop payment.

2. **Our Obligation for Failure to Stop Payment.** If you notify us to stop a preauthorized transfer at least three (3) Business Days before the transfer is scheduled and we do not do so, we will be liable for your losses or damages.

3. **Varying Amounts.** If these regular transfers vary in amount, the person you are going to pay will tell you, 10 days before each transfer, when it will be made and how much it will be. You may choose instead to get this notice only when the transfer would differ by more than a certain amount from the previous transfer, or when the amount would fall outside certain limits that you set.

**Disclosure of Account Information**

We may disclose information about your account or the transfers you make to other National City organizations or to third parties:

1. Where it is necessary for completing transfers, or

2. In order to verify the existence and condition of your account for a third party such as a credit bureau or merchant, or

3. In order to comply with government agency or court orders, or

4. If we close your account due to a deficient balance, excessive overdrafts, or to protect or enforce our legal rights, or

5. If we otherwise deem appropriate, to the extent permitted by law.

**In Case of Errors or Questions About Your Electronic Transfers**

Telephone us at: 1-800-925-9259, or write to us at: National City Card Services, Attn: Chargeback Department K-A12-F6, P.O. Box 2859, Kalamazoo, MI 49003-2859, as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the account statement or receipt. We must hear from you no later than sixty (60) days after we sent you the FIRST statement on which the error or problem appeared.

1. Tell us your name and account number.

2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.

3. Tell us the dollar amount of the suspected error.

4. Tell us the date, time and location of the suspected error.

29

If you tell us orally, we may require that you send us a confirmation of your complaint or question in writing within ten (10) Business Days.

We will tell you the results of our investigation within ten (10) Business Days (or twenty (20) Business Days for claims involving electronic transfers occurring within thirty (30) calendar days after the first deposit to an account, that is, a new account) after we hear from you and will correct any error promptly. If we need more time, however, we may take up to forty-five (45) calendar days (or ninety (90) calendar days for a POS transaction, a claim on a new account or a transaction initiated outside the U.S.) to investigate your complaint or question. If we decide to do this, we will recredit your account within ten (10) Business Days (or twenty (20) Business Days for claims on new accounts) for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation. If we ask you to put your complaint or question in writing and we do not receive it within ten (10) Business Days, we may not recredit your account.

If we decide that there was no error, we will send you a written explanation within three (3) Business Days after we finish our investigation. You may ask for copies of the documents that we used in our investigation.

**Service Charges for Electronic Fund Transfers**
We will charge your designated account for EFT service transfers according to our current pricing schedules. We may charge you a monthly maintenance fee for Telephone Banking, Online Banking, or for your POS Debit Card. There is a penalty fee for each preauthorized transfer, telephone, online banking or automatic transfer in excess of six (6) per month from a savings account.

There are also special charges for account access at non-National City ATMs. These charges are set forth in Bank's Pricing Schedule or Rate Sheet.

Fees (when applicable) will be automatically assessed against your checking, savings, or credit card account, whichever account you are using.

You may be charged an additional fee or surcharge by the owner of a non-National City ATM for its use.

**Our Obligation for Failure to Make Transfers**
If we do not complete a transfer to or from your account on time and in the correct amount according to our agreement with you, we will be liable for your losses or damages. However, there are some exceptions. We will not be liable, for instance:

1. If, through no fault of ours, you do not have enough money in your account to make the transfer.
2. If the transfer would go over the credit limit on your overdraft line.

30

3. If the ATM where you are making the transfer does not have sufficient cash.

4. If the terminal or system was not working properly and you knew about the breakdown when you started the transfer.

5. If circumstances beyond our control (such as fire or flood) prevent the transfer, despite reasonable precautions that we have taken.

There may be other exceptions stated in this or other applicable account or electronic fund transfer service agreements with you.

**ATM Card Safety Tips**

- Memorize your PIN. Do not write it on any of your wallet materials.
- Never give your PIN or other account information to someone over the telephone.
- Do not allow anyone to use your ATM card.
- Remember that no bank representative, auditor or law enforcement person will ever ask you to withdraw money from an ATM.
- Immediately report lost or stolen cards and other ATM crimes to both your financial institution and police.
- Choose a well-lighted ATM and park close. Be aware of your surroundings. Have someone come with you when using the machine after dark.
- Fill out all forms in advance and have your card ready when you approach the ATM. If someone is using the machine, please stand back to allow privacy.
- Stand directly in front of the ATM to prevent others from seeing you enter your PIN.
- Cancel your transactions and return later if anything seems suspicious while you are using the ATM.
- Pocket your cash immediately and count it later. If followed after leaving an ATM, go to a public area.

**Special Disclosures for Accounts in Michigan:**
You may select a lower daily limit for ATM cash withdrawals by written request or limit access to one or more accounts.

Services obtained from a financial institution are governed by state and federal laws. If a violation occurs, you may contact: Office of the Comptroller of the Currency, One Financial Plaza, 440 South LaSalle, Suite 2700, Chicago, IL 60605.

If you have a dispute with a merchant about goods or services purchased through a POS transaction, you may request that we reverse the debit to your Account resulting from the POS transaction if all of the following occur:

a. The amount of the transaction was $50.00 or more;

b. You provide us with notice that you have made a good faith attempt to resolve the dispute with the

31

merchant, and you assure us that you have returned to the merchant any returnable goods purchased from the merchant through the POS transaction;

c.   Within four (4) calendar days following the POS transaction, we receive from you during our normal business hours a written or oral request for reversal of the debit resulting from the POS transaction; and

d.   Within fourteen (14) calendar days of your oral notification under sections b and c above, you verify in writing such notifications on a form supplied by us.

If you fail to provide the required verifications, we will reinstate the original debit resulting from the POS transaction to the extent of your available account balance.

---

## YOUR ABILITY TO WITHDRAW FUNDS

Our policy is to make funds from your deposit available for withdrawal no later than the first Business Day after the day we receive your deposit. Electronic direct deposits will be available on the day we receive the deposit. At that time, you can withdraw the funds in cash and we will use the funds to pay checks that you have written.

For determining the availability of your deposits, every day is a Business Day, except Saturdays, Sundays, and federal holidays. If you make a deposit by 2:00 p.m. local time (3:00 p.m. Eastern time for ATM deposits and 7:00 p.m. Eastern time for telecommunicated deposits) on a Business Day we are open, we will consider that day to be the day of your deposit. However, if you make a deposit after those times on a Business Day we are open, or at any time on any other day, we may consider that the deposit was made on the next Business Day we are open. Some of our banking offices have Business Day hours that are later than those indicated above. These are posted in those offices.

### Longer Delays May Apply

In some cases, we will not make all of the funds that you deposit by check available to you on the first Business Day after the day of your deposit. Depending on the type of check you deposit, funds may not be available until the fifth Business Day after the day of your deposit. The first $100 of your deposits, however, will be available the first Business Day after the day of your deposit.

If we are not going to make all of the funds from your deposit available on the first Business Day, we will notify you at the time you make your deposit. We will

also tell you when the funds will be available. If your deposit is not made directly to one of our employees, or if we decide to take this action after you have left the premises, we will mail you the notice by the day after we receive your deposit.

If you will need the funds from a deposit right away, you should ask us when the funds will be available.

In addition, funds you deposit by check may be delayed for a longer period under the following circumstances:

- We believe a check you deposit will not be paid.
- You deposit checks totaling more than $5,000 on any one day.
- You redeposit a check that has been returned unpaid.
- You have overdrawn your account repeatedly in the last six months.
- There is an emergency, such as failure of communications or computer equipment.

We will notify you if we delay your ability to withdraw funds for any of these reasons, and we will tell you when the funds will be available. They will generally be available no later than the seventh Business Day after the day of your deposit.

**Other Check Deposits**

If you deposit checks totaling $3,000 to $4,999.99 on any one day, the first $100 will be available on the first Business Day after the day of your deposit. The remaining funds will be available on the second Business Day after the day of your deposit for local checks or on the fifth Business Day after the day of your deposit for nonlocal checks.

If you are a new customer and your account has been open 31 to 182 days and you deposit checks totaling more than $500 on any one day, the first $100 will be available on the first Business Day after the day of your deposit. The remaining funds will be available on the second Business Day after the day of your deposit for local checks or on the fifth Business Day after the day of your deposit for nonlocal checks.

**Non-proprietary Automated Teller Machine Deposits**

Funds from any deposit of $500 or more (cash or checks) made at automated teller machines (ATMs) we do not own or operate will not be available until the fifth business day after the day of your deposit. This rule does not apply at ATMs that we own or operate. All ATMs that we own or operate are identified as our machines. The first $100 of your deposits of $500 or more, however, will be available the first Business Day after the day of your deposit.

**Holds On Other Funds**

If we cash a check for you that is drawn on another

33

bank, we may withhold the availability of a corresponding amount of funds that are already in your account. Those funds will be available at the time funds from the check we cashed would have been available if you had deposited it.

If we accept for deposit a check that is drawn on another bank, we may make funds from the deposit available for withdrawal immediately but delay your availability to withdraw a corresponding amount of funds that you have on deposit in another account with us. The funds in the other account would then not be available for withdrawal until the time periods that are described elsewhere in this disclosure for the type of check that you deposited.

**Special Rules For New Accounts**
If you are a new customer, the following special rules will apply during the first 30 days your account is open.

Funds from electronic direct deposits to your account will be available on the day we receive the deposit. Funds from deposits of cash, wire transfers, traveler's checks, and the first $5,000 of a day's total deposits of cashier's, certified, teller's, and federal, state and local government checks will be available on the first Business Day after the day of your deposit if the deposit meets certain conditions. For example, the checks must be payable to you. The excess over $5,000 may not be available until the seventh Business Day after the day of your deposit.

Funds from all other check deposits will generally be available no later than the seventh Business Day after the day of your deposit.

This disclosure is mandated by the Expedited Funds Availability Act and Federal Reserve System Regulation CC.

---

### IMPORTANT INFORMATION ABOUT YOUR NATIONAL CITY ACCOUNT

### SUBSTITUTE CHECKS AND YOUR RIGHTS

**What is a substitute check?**
To make check processing faster, federal law permits banks to replace original checks with "substitute checks." These checks are similar in size to original checks with a slightly reduced image of the front and back of the original check. The front of a substitute check states: "This is a legal copy of your check. You can use it the same way you would use the original check." You may use a substitute check as proof of payment just like the original check.

Some or all of the checks that you receive back from us may be substitute checks. This notice describes rights you have when you receive substitute checks from us. The rights in this notice do not apply to original

34

checks or to electronic debits to your account. However, you have rights under other law with respect to those transactions.

**What are my rights regarding substitute checks?**

In certain cases, federal law provides a special procedure that allows you to request a refund for losses you suffer if a substitute check is posted to your account (for example, if you think that we withdrew the wrong amount from your account or that we withdrew money from your account more than once for the same check). The losses you may attempt to recover under this procedure may include the amount that was withdrawn from your account and fees that were charged as a result of the withdrawal (for example, bounced check fees).

The amount of your refund under this procedure is limited to the amount of your loss or the amount of the substitute check, whichever is less. You also are entitled to interest on the amount of your refund if your account is an interest-bearing account. If your loss exceeds the amount of the substitute check, you may be able to recover additional amounts under other law.

If you use this procedure, you may receive up to $2,500 of your refund (plus interest if your account earns interest) within 10 business days after we received your claim and the remainder of your refund (plus interest if your account earns interest) not later than 45 calendar days after we received your claim.

We may reverse the refund (including any interest on the refund) if we later are able to demonstrate that the substitute check was correctly posted to your account.

**How do I make a claim for a refund?**

If you believe that you have suffered a loss relating to a substitute check that you received and that was posted to your account, please contact us at: 1-877-459-3435 or write to us at: National City, Loss Prevention Department, Deposit Claims RJ2S54, 400 W. Fourth Street, Royal Oak, MI 48067-2557. You must contact us within 40 calendar days of the date that we mailed (or otherwise delivered by a means to which you agreed) the substitute check in question or the account statement showing that the substitute check was posted to your account, whichever is later. We will extend this time period if you were not able to make a timely claim because of extraordinary circumstances.

Your claim must include –

- A description of why you have suffered a loss (for example, you think the amount withdrawn was incorrect);
- An estimate of the amount of your loss;
- An explanation of why the substitute check you received is insufficient to confirm that you suffered a

loss; and

- A copy of the substitute check or the following information to help us identify the substitute check: your name and account number, the check number, the name of the person to whom you wrote the check, and the amount of the check.

If you tell us orally, we may require that you send us a confirmation of your claim in writing within 10 business days. In that case, the day we receive your written claim will be the day your claim is considered received.

**ADDITIONAL DISCLOSURES FOR YOUR ACCOUNT ARE INCLUDED ON BANK'S RATE SHEET AND PRICING SCHEDULE FOR YOUR ACCOUNT**

| NATIONAL CITY PRIVACY NOTICE |
|---|

**I. Gramm-Leach-Bliley Act of 1999**

☑ **OPT-OUT:** *We will not share your nonpublic personal information with others as defined below. The National City companies, on your behalf, have exercised your right to opt-out under 12 CFR Part 40, Privacy of Consumer Financial Information.*

The basis of each customer relationship is built on trust. You have chosen to do business with us, and we guard that relationship with great care, beginning with the information you have chosen to share with us. **That is why we have opted out for you as a matter of corporate policy. We do not share information about you with anyone other than our affiliates unless permitted by Title V of the Gramm-Leach-Bliley Act of 1999 and other applicable laws and regulations.**

We are dedicated to protecting the privacy of your nonpublic personal information. We maintain information about you in order to provide you with the most effective and convenient access to our broad range of financial products and services. We want you to understand what information we collect, and how we use and protect it. This notice serves as a standard for all of our employees for collection, use, retention and security of nonpublic personal consumer information.

**What Information We Collect**

"Nonpublic personal information" is information about you that we obtain in connection with providing a financial product or service. Such information includes for example, account balance, income, assets, insurance premiums, payment history and overdraft history.

We may collect nonpublic personal information about you from the following sources:

- Information that you provide to us, such as on applications or other forms
- Information about your transactions with us, our

36

- affiliates or others,
- Information from others, such as credit bureaus, real estate appraisers, and employers affiliates or others,
- Information collected via cookie on NationalCity. com pages that you visit

**Our Security Procedures**

To maintain security of customer information, we restrict access to your personal and account information to persons who need to know that information to provide you products or services. We maintain physical, electronic and procedural safeguards to guard information.

**What Information We Disclose**

We do not disclose nonpublic personal information about you to any non-affiliated companies ("third parties"), except as permitted by federal law, specifically Title V of the Gramm-Leach-Bliley Act of 1999. The confidentiality of your nonpublic personal information will continue to be maintained consistent with this privacy notice even if you decide to close your account(s), your account becomes inactive, or when you otherwise cease to do business with us.

We work with a variety of third parties to bring you financial services. We disclose information about you as necessary to fulfill these third-party service agreements. For example, we may disclose information about you to third parties that assist us in servicing or maintaining your loan or deposit account, or other business relationship, such as printing checks or billing you for loan payments. We may also disclose information about you to governmental entities, such as sending annual income statements to the IRS, and to other third parties such as credit bureaus, or in response to subpoenas.

We may disclose all of the information we collect, as described above, to third parties that perform marketing services on our behalf or to other financial institutions, such as insurance providers, with whom we have joint marketing agreements in order to make a variety of financial services available to you*. These third parties must agree to strict confidentiality provisions to assure the protection of your information. Because we already limit the sharing of your nonpublic personal information as outlined above, no action is necessary on your part to limit such sharing.

**Children's Online Privacy Protection Act**

We do not collect any information on our Web site from children under the age of 13. Under the Children's Online Privacy Protection Act, operators of commercial Web sites or online services directed to children under 13 must provide clear notice and require parental consent **before** actively or passively collecting individually

37

identifiable information about a child. National City does not engage in this practice.

**Changes**

Any updates or changes to the Privacy Notice will be posted on the NationalCity.com web site. Consumers who are customers of the National City Companies will be notified of updates and changes in accordance with federal law.

**Our Pledge to You**

We believe that your privacy should never be compromised. At the same time, we want to offer you the array of financial products and services you need to accomplish your financial goals. We believe we can do both by adhering to the provisions of this privacy notice.

**National City Companies (Please visit NationalCity. com for a current list):** National City Bank, NatCity Investments, Inc., National City Insurance Agency of Pennsylvania, Inc., Allegiant Asset Management Company, Allegiant Insurance Services Co., National City Insurance Group, Inc., Harbor Insurance Agency Inc., National City Mortgage Services, Inc., National City Partnership Solutions, Inc., Alliance Title Agency, LLC, National City Abstract, LLC, Access Financial Corp., Red Capital Markets, Inc., Capstone Realty Advisors, LLC, Provident Auto Leasing Company, NatCity Trust Company of Delaware, NationalLink, LP, NationalLink, LLC, NationalLink of Alabama, L.L.C., Florida Consolidated Agency, Inc., National City Commercial Capital Company, LLC

**II. FCRA Disclosure***

We share information about you with our affiliates. Under the Fair Credit Reporting Act you may direct us not to share certain credit information with our affiliates. Examples of the kind of credit information that you may direct us not to share include the nonpublic personal information you provide in your application or that we obtain about you from nonaffiliated third parties such as credit bureaus. If you don't want such information shared you may write to us at National City, Attention: Office of Consumer Privacy, P.O. Box 4068, Kalamazoo, MI 49009. Please provide your name, address, Social Security number and account number(s). **(NOTE: If you have previously requested that we restrict such sharing you do not need to make another request.)** Your request not to share credit information does not include information we are permitted to share by law, such as information related solely to our experiences or transactions with you. Your account balance and payment history are examples of transaction and experience information that we are always permitted to share with our affiliates.

38

**\*Vermont Residents Only:** In Vermont the information we disclose under joint marketing agreements must be limited to your name, contact information, and information about our own transactions and experiences with you. Your consent is required before we can share certain credit information about you with our affiliates. We are permitted to share information which is not a credit report under Vermont law without your consent, such as information related solely to our transactions and experiences with you. **California Residents:** We will not disclose or share information about California residents without first providing you with a California Privacy Notice and honoring your choice unless such sharing or disclosure is permitted by applicable law.

# National City®

NationalCity.com
National City Bank, Member FDIC
©2009, The PNC Financial Services Group, Inc.   71-0424-00 (Rev. 04/09)

# Exhibit 9

# Personal
# Account Agreement

**Effective 6/19/04**

**National City.**

**Definitions**

"Agreement" means this Personal Account Agreement sometimes referred to in other documents as Rules or Rules for Personal Accounts. "Bank" is one of the following: National City Bank, National City Bank of Indiana, National City Bank of Kentucky, National City Bank of the Midwest, National City Bank of Pennsylvania or National City Bank of Southern Indiana, each a national bank, or The Madison Bank and Trust Company, an Indiana bank. "Depositor" is each person signing the signature card or any other document approved by Bank to evidence ownership of an Account. An "Account" is a Checking Account or a Savings Account. A "Checking Account" is one of the following: Free Checking, Free Student Checking, Free Interest Checking, Regular Checking, ValuePak Checking, Preferred Interest Checking, Preferred 50+ Interest Checking, Money Market Checking, Money Market Plus Guaranteed, Work Perks Checking, Work Perks Interest Checking, Touchdown Checking, Touchdown Plus Checking, National City Sweep Account, Personal Checking, Personal Checking with Savers Option, Basic Checking, Self-Serve Checking, Interest Checking, Interest Checking PLUS, Classic Plus Checking, Credit Rewards, Checking with Interest, Classic Choice Regular Checking, Classic Choice Interest Checking, I/MAX Regular Checking, I/MAX Interest Checking, Prestige Checking, OMNI Checking, Silver Star Plus Checking, Cash Management Checking and Privilege First Checking. A "Savings Account" is one of the following: Select Savings, Statement Savings, Savings Builder, Money Market Savings, Preferred Money Market Savings, Touchdown Savings, Touchdown Plus Savings, Flexible Access Money Market, Money Savings, Passbook Savings, Serious Savers, Premier Money Market Savings, Preferred Investment Account, Funeral Trust Savings, AnydayEveryday Savings, First Savings, First Rate Fund, Connections Savings, Superior Performance Fund and Retirement Money Market Savings. "Check" is a written order signed by Depositor directing Bank to pay a sum of money on demand. "Item" is a check, draft, or other instrument, whether or not negotiable, deposited to the Account for collection or paid against the Account. "Entry" is a request or order for the deposit or payment of money to or from the Account by means of electronic fund transfer. "Cash" means any U.S. coin or currency. "Ledger Balance" is all Cash, Items or Entries which have been deposited less any Items or Entries which have been returned unpaid, withdrawals from the Account, any Entry paid from the Account, and fees and charges. "Business Day" is any day on which Bank is open to the public for carrying on substantially all of its banking functions, but does not include Saturdays, Sundays, or legal holidays. A "Special Depository Facility" is a mechanical or electronic device at which Bank can receive Cash, Items, and Entries

1

and includes night depositories and automated teller machines. "State" means the state where the branch of Account is located.

**Agreement; Amendments**

Bank agrees to maintain the Account for Depositor and to perform according to this Agreement. Depositor, by signing the signature card for the Account, by using the Account or by permitting an authorized signer to use the Account, agrees to the provisions of this Agreement which are subject to amendment and further agrees that this Agreement is binding on Depositor's successors, representatives and assigns. Bank may from time to time adopt new provisions or fees or amend this Agreement and Bank's Pricing Schedule which shall be binding upon Depositor after notice has been mailed to Depositor at the last address shown for the Account on Bank's records, by posting in branches of Bank or as otherwise permitted by law. Changes pursuant to bank regulatory authority shall be effective per such regulation without further notice.

**Ownership of Account**

The Account's signature card shall reflect the capacity in which Depositor holds the Account.

**Permissible Uses of Account**

Depositor agrees that the Account is intended solely for personal, family or household purposes and that Depositor will not use the Account for any business purposes. If Depositor uses the Account for business purposes, Depositor hereby consents upon notice mailed to Depositor by Bank to the transfer of the Account to a business account. Depositor may not use the Account or any card for illegal transactions. Depositor may not use any card for Internet lottery, betting or gambling transactions. By federal regulation, an interest-bearing transaction Account is not available to Depositors that are entities organized or operated to make a profit including, but not limited to, partnerships, associations or corporations.

**Deposits; Indorsements**

Subject to the exceptions in this Agreement, Bank agrees to receive Cash, Items, and Entries for deposit at its offices and Special Depository Facilities and to account for such deposits to Depositor by means of receipts, statements or other agreed upon format. Bank has the right to refuse any deposit. Items received for deposit shall have Depositor's indorsement, by rubber stamp or otherwise, and Bank need not inquire into any indorsement or the disposition of any Item's proceeds. Bank may accept for deposit into the Account any Item which is payable to Depositor which is not indorsed and may supply Depositor's missing indorsement. Items or Entries which have been refused for deposit by Bank shall be returned at Depositor's risk.

Depositor shall not place any mark, signature, stamp or other writing in the "Depository Bank Area" on the

2

reverse side of any Item deposited. The Depository Bank Area is that part of the back of the Item which is 3 inches from the leading edge to 1.5 inches from the trailing edge of the Item. The leading edge of the Item is the right side of the Item looking at it from the front. The trailing edge is the left side of the Item looking at it from the front. Depositor agrees to hold Bank harmless and indemnify Bank for all loss or damage suffered by Bank in the event Depositor places any mark in the Depository Bank Area or uses carbon band Items and such mark or use adversely affects the ability of Bank to indorse such Item legibly in accordance with required law and regulations.

Cash, Items, and Entries received by Bank for deposit will be subject to examination and verification, and any errors in settling for such deposits will be corrected by Bank through adjustments to the Account or through other recovery from, or reimbursements to, Depositor. When receiving Items and Entries for deposit, Bank shall act as the collection agent of Depositor and shall not be deemed a purchaser of the Items or Entries received. Bank assumes no responsibility beyond that of the exercise of ordinary care as Depositor's collection agent.

**Provisional Settlement**

Any settlement given by Bank for an Item or Entry, whether in Cash, by credit to the Account, or otherwise, shall be a provisional settlement until the Item or Entry has been finally paid, including Items drawn on or Entries initiated by Bank. Items charged back to Bank, whether before or after the drawee bank's midnight deadline or final settlement, and Entries returned to Bank, may be charged back against the Account or otherwise recovered from Depositor. If an Item not drawn on Bank is deposited to the Account or is cashed by Bank, then Bank may, to the extent permitted by law, withhold availability of a corresponding amount from any funds that Depositor has on deposit with Bank until such time as the Item is finally paid. Any uncollected Item or Entry may be returned to Depositor by Bank at Depositor's risk or may be resubmitted to the drawee bank or other payor for collection. Depositor waives notice of dishonor of deposited Items or Entries. Depositor hereby authorizes Bank in its sole discretion to re-present Items or Entries, without notice to Depositor, for collection. If an Item deposited to Account is paid by the drawee bank and later the Item is returned on a claim of alteration, forgery, unauthorized, or for any other reason, Bank may withhold the amount of the Item from the Account until the claim is resolved.

**When Deposits are Received**

Cash and Items which are placed in the custody and control of any Bank employee (whose duties include receiving deposits) during a Business Day before cut-off time of 2:00 p.m. local time or as otherwise posted or disclosed ("Cut-Off"), shall be regarded as having

3

been received and deposited and settled provisionally on that day. Cash or Items placed in the custody and control of an authorized Bank employee during a Business Day after Cut-Off, or on any non-Business Day may be regarded by Bank as having been received and deposited and settled provisionally on the succeeding Business Day. Items and Entries placed in a Special Depository Facility shall be regarded as having been received, deposited, and settled provisionally on the Business Day during which they are examined and verified by the Bank. Cash placed in a Special Depository Facility shall be regarded as having been received and deposited on the Business Day during which it is examined and verified by the Bank.

**Withdrawal of Amounts Deposited**
Bank, at its discretion, may allow withdrawal of the amount of the provisional settlement given by it for an Item or Entry. Bank, at its discretion, may allow withdrawals against the Account prior to examination and verification of deposited Cash. Bank reserves the right to require 7 days written notice from Depositor of any intended withdrawal from any type of Savings Account including the linked savings account attached to Checking Accounts.

**Overdrafts**
Depositor agrees that although Bank has no obligation to permit an overdraft, Bank may do so. A Depositor will be liable for an overdraft of the Account even if the overdraft is caused by a co-Depositor and the Depositor has received no benefit from the Item or Entry causing the overdraft. In the event Depositor is a recipient of Social Security or other government benefits which have been deposited in the Account, Depositor specifically authorizes Bank to apply such benefits to pay any overdraft. In the event Depositor has a Cash Reserve line of credit (a "Line") which has been advanced in full, Depositor authorizes any resulting overdraft of the Account which is not otherwise paid in full by end of a statement period to be paid by an advance on the Line, even if it causes Depositor to exceed the maximum credit available on the Line. For Accounts in Indiana, if Depositor does not deposit sufficient funds to bring the Account current within a reasonable time of incurring an overdraft, as determined by Bank, then Bank may charge Depositor a fee for services used to recover the outstanding indebtedness.

**Paying Items and Entries**
When a sufficient balance in the Account is available, Bank shall pay Items and honor Entries initiated or authorized by Depositor. Bank may dishonor an Item or Entry when the Account has an insufficient balance available. Bank may charge the Account for all properly payable Items and Entries, even though an overdraft may be created. Depositor agrees that Depositor's Account may be debited on the Business Day an Item

4

is presented or at an earlier time based on notification received by Bank that an Item drawn on the Account has been deposited for collection at another financial institution. A determination of Account balance for purposes of making a decision to dishonor an Item or return an Entry for insufficient available balance may be made at any time between presentment or receipt of notice of pending presentment and the time of return of the Item; Bank has no obligation to make more than one such determination. Generally, Bank pays Items and Entries from the Account in the order of greatest dollar amount to least dollar amount, but Bank reserves the right to pay Items and Entries in any order. All Checks drawn by Depositor must be negotiable and on a form satisfactory to Bank, and all Items and Entries must be in a form satisfactory to Bank, or Bank may refuse to honor. Bank reserves the right to dishonor an Item which has not been signed by Depositor, even if the Item indicates that Depositor has authorized the Item.

**Use of Facsimile Signatures**
Bank may refuse to honor Items drawn by Depositor by means of a facsimile signature. Bank, at its discretion, may honor such Items and in doing so, Bank is hereby authorized to rely upon and to accept as genuine such facsimile signature without any duty to determine the genuineness thereof or whether or not the affixing of such facsimile signature to an Item has been authorized by the Depositor whose name is so affixed.

**Antedated and Postdated Items**
Antedated or postdated Items may be paid on presentment and charged against the Account without regard to their dates, notwithstanding that Depositor has notified Bank of the postdating. Bank in its sole discretion may choose not to process an Item that is more than six months old but in no event will Bank be liable for processing such an Item.

**Restrictive Legends**
Depositor agrees that Bank shall not be bound by any restrictive legend or condition appearing on face or reverse side of Items.

**Bank's Standard of Care**
Depositor agrees that Bank handles large numbers of Items and that current industry standards are for Bank not to check maker and/or indorser signatures, dates, or alterations and that in so doing, Bank will be deemed to have exercised ordinary care in the processing of Depositor's Items. Bank shall not be liable for any damages unless Bank has failed to act in good faith and exercise ordinary care.

**Withdrawal Limitations for Savings Accounts**
For Savings Accounts there are no limitations on the number of in person or ATM withdrawals by the Depositor, but preauthorized or automatic transfers

5

including transfers to third parties or to another account of the Depositor by telephone or pursuant to a preauthorized agreement with Bank are limited by regulation to 6 per month of which no more than 3 may be by Item. The posting date of a preauthorized or automatic transaction by Bank will determine the month in which that transaction will be counted. Bank will charge penalties for exceeding this regulatory limitation and will close a Savings Account or take away a Savings Account's transfer capabilities if Depositor continues to exceed this limitation.

**Non-customer Check Cashing Requirements**
Depositor agrees that Bank may charge a non-customer payee or other holder a fee for cashing Depositor's Items including Checks. Depositor agrees that Bank may require a thumbprint or other unique identification of a non-customer payee or other holder as a condition for cashing Depositor's Items including Checks.

**Automated Clearing House Entries**
The Operating Rules of the National Automated Clearing House Association ("NACHA Rules") are applicable to automated clearing house transactions ("ACH Entries") involving the Account.

Depositor may originate or receive ACH Entries with respect to the Account through written authorizations. Bank agrees to receive such Entries through any automated clearing house of which it is a member and to originate such Entries when they involve the payment of money to Bank. Bank reserves the right, however, to refuse to originate any authorized Entry which must be processed through an automated clearing house.

Credit given by Bank to Depositor with respect to an ACH credit Entry is provisional until Bank receives final settlement for such Entry through a Federal Reserve Bank or otherwise has received payment as provided by law. If Bank does not receive such final settlement, Bank may charge back against the Account or otherwise recover from Depositor the amount credited to the Account.

Under NACHA Rules, Bank is not required to give notice to Depositor of receipt of an ACH Entry, and Bank will not do so.

Bank may accept on Depositor's behalf ACH Entries to the Account which have been transmitted through one or more automated clearing houses, and Depositor's rights and obligations with respect to each Entry which is not subject to the Electronic Funds Transfer Act shall be construed in accordance with and governed by the laws of the State.

**Stop Payments**
Bank agrees to honor a stop payment order against an Item or Entry, including automatic deduction, when

received from Depositor within a reasonable time prior to payment. Bank's acceptance of a stop payment order does not mean that the Item or Entry has not yet been paid. Bank shall have no liability resulting from the payment of an Item or Entry prior to its actual receipt of a stop payment order from Depositor and reasonable time to process the order. Bank shall not be liable for any damages unless Bank has failed to act in good faith and exercise ordinary care. Depositor agrees to indemnify Bank and hold it harmless from any and all expenses incurred or damages suffered by Bank in honoring a stop payment order.

Depositor acknowledges that an Item may be converted to ACH Entry (electronic debit) by the payee of the Item. If Depositor has been given notice by the payee of the Item that the Item will be converted to an ACH Entry, a stop payment order must be placed on the Entry rather than the Item in order to ensure its effectiveness. Whether or not Depositor knows that an Item has been converted to an ACH Entry, if Bank is not advised that the stop payment is for an ACH Entry, then Depositor's stop payment order may not be effective. If Depositor places a stop payment order on the Item without notifying Bank that it has been converted to an ACH Entry, Bank will use reasonable efforts to identify and stop payment of the Entry, but will not be liable to Depositor for payment of the Entry, and Bank will not be liable for damages if Bank stops payment on another Entry from the same originator and in the same amount which Bank reasonably believes to be the Entry representing the converted Item.

A stop payment order against an Item or Entry must accurately describe it as to date, number, amount, and payee, and must correctly indicate Depositor's name and the Account number. Depositor agrees that it is current industry standard to process stop payment orders by means of computer technology. Accordingly, failure of Depositor to provide the exact identification of Account number and Item number in order to identify the Item or Entry to be stopped will result in the Item or Entry being paid if presented, and Bank will not be liable for such payment. Errors in Depositor's name or the Account number, or inaccuracies in the description of the number, amount, issue date or payee on Depositor's written stop payment order shall relieve Bank from any liability for any mistaken payment or wrongful dishonor. Any errors on Bank's written acknowledgment to Depositor of a stop payment order must be reported by Depositor in writing to Bank within 10 calendar days of the written acknowledgment date. Bank shall not be liable for any mistaken payment or wrongful dishonor occurring after the 10-day period, unless errors or inaccuracies are so reported to Bank within the 10-day period.

A stop payment order remains effective for six months from the date Bank receives notice of the order against

an ACH Entry in any amount, or against an Item or other Entry for less than $1,000, and for one year against an Item or Entry (except an ACH Entry) for $1,000 or more. A stop payment order may be renewed for successive periods equal to its original period of effectiveness if Bank receives a renewal notice prior to the order becoming ineffective.

Before Bank will release a stop payment order, Bank may require the receipt of a written request, signed by Depositor, requesting the withdrawal of the order.

In the event Bank recredits the Account for a paid Item or Entry, then Depositor hereby assigns to Bank all rights against third parties and agrees to transfer and to subrogate to Bank all of Depositor's rights against the payee or other holder. Any one Depositor may order a stop payment even if the signature of more than one Depositor is required to draw on the Account. Depositor agrees that Bank will not be obligated to reimburse Depositor upon notice of alleged wrongful payment; that it is Depositor's obligation to notify Bank of the alleged wrongful payment on a timely basis in accordance the paragraph entitled "Depositor's Duties and Liabilities" below and prove the fact and amount of damage suffered; and that in no case will Bank be liable for more than Depositor's actual damage.

### Use of Special Depository Facilities
Depositor accepts as adequate Bank's Special Depository Facilities for the safe placement of Cash, Items and third party payments. Depositor's use of Special Depository Facilities shall be at Depositor's sole risk until Bank has examined and verified a placement of Cash, Items or third party payments and Bank's record of examination and verification shall be binding on Depositor.

### Bank's Right of Offset
Bank has the right to offset against the Account for any indebtedness owed by Depositor to Bank, whether individually or jointly owed, and whether or not co-Depositors on the Account are indebted to Bank. Bank may offset Account either before or after the death of a Depositor and without demand or notice to Depositor. Bank shall not be liable for any dishonor of an Item or Entry that results.

For Accounts in Indiana, Bank shall have the right to deduct from any Account the amount of any indebtedness due and owing to Bank by Depositor. All joint Depositors specifically agree that the provisions of I.C. 32-17-11-17 and 32-17-11-27, regarding the proportion of net contribution by each Depositor, shall not apply to any offset exercised by Bank and that Bank shall have the right to deduct from any Account the amount of any indebtedness due and owing to Bank from any Depositor up to and including the entire balance of any such Account without regard to contribution to the Account.

8

### Security Interest in Account
Depositor grants a security interest in the Account to Bank and to each of Bank's affiliates for any and all indebtedness owed by Depositor to Bank or to Bank's affiliates, however and whenever incurred or evidenced. Such security interest is not in derogation or substitution of Bank's right to offset against the Account.

### Payable on Death, "In Trust For" and "Trustee For" Account Beneficiaries
A personal, individual Account payable on death (not available in Pennsylvania or Michigan) or an Account in trust for another may have no more than two beneficiaries. If Depositor selects more than one beneficiary and the shares of the beneficiaries are not designated on the signature card, the beneficiaries will have equal shares. Upon Depositor's death, or the death of the last surviving Depositor if the Account is a joint Account, each beneficiary surviving Depositor shall be paid his or her share, and the share of each beneficiary not surviving Depositor will be payable to Depositor's estate. A beneficiary survives Depositor if the beneficiary survives Depositor for any length of time, however short, notwithstanding any statutory or other presumption to the contrary. Depositor agrees that payable on death benefits and any other right to death benefits where the named beneficiary is the spouse are not terminated by intervening divorce, dissolution of marriage or annulment. Each beneficiary has no rights in the Account until the death of Depositor who has sole ownership of the Account except that Depositor may not assign or encumber the Account other than to secure debt to Bank. Depositor reserves the right to change or cancel any beneficiary designation by an instrument satisfactory to Bank, which is delivered to Bank during lifetime of Depositor. Payment to beneficiaries after the death of Depositor, or the death of the last surviving Depositor if the Account is a joint Account, shall constitute a full release of Bank and shall be binding upon the heirs and personal representatives of Depositor.

### Joint Accounts
For joint Accounts with rights of survivorship only, (1) each Depositor hereby transfers to the other Depositor(s) an undivided interest in the Account and all additions thereto for their respective lives, and the same may be withdrawn in whole or part by any one or more of Depositor(s) and (2) subject to the provisions hereof and to any relevant law, on the death of a Depositor, and subject to offset by Bank for an obligation owed by the deceased co-Depositor to Bank the then balance in the Account shall be payable to, and the absolute property of, any surviving Depositor(s) and any such payment shall be binding upon each Depositor and the heirs, personal representatives and assigns thereof. For joint Accounts opened as tenants in common in Missouri prior to July 31, 2004, only, (1)

9

the Account and all additions thereto may be withdrawn in whole or part by any one or more of Depositor(s) and (2) subject to the provisions hereof and to any relevant law, on the death of a Depositor, and subject to offset by Bank for an obligation owed by the deceased co-Depositor to Bank, the deceased co-Depositor's proportionate ownership interest will pass to the estate of the deceased co-Depositor and any such payment shall be binding upon each Depositor and the heirs, personal representatives and assigns thereof. A Depositor survives a deceased co-Depositor if the Depositor survives the deceased co-Depositor for any length of time, however short, notwithstanding any statutory or other presumption to the contrary. Each Depositor is hereby appointed agent for other Depositor(s) and as such may take any action on behalf of the other Depositor(s) including, but not limited to, the following: (1) indorse Items and receive Cash for other Depositor(s); (2) deposit and/or indorse for deposit in the Account Checks and other Items payable to other Depositor(s); (3) sign documents associated with the Account, including documents used for federal and/or state tax purposes, for other Depositor(s); and (4) give instructions on any matter in connection with the Account. It is within Bank's sole discretion to demand authorization from each and every Depositor on an Account for instructions that change the title ownership of the Account. Bank is authorized to deposit in the Account unindorsed Checks and other Items payable to any Depositor(s) and supply absent indorsement(s). If any Depositor enters into other agreements associated with the Account, including, but not limited to, a Cash Reserve line of credit, such agreements are binding on all co-Depositors whether or not they were co-Depositors when the agreements were signed.

### Deputy; Power of Attorney
Depositor may appoint a deputy or provide a person with a power of attorney (for Accounts in Indiana, provided such documents are valid as defined in Indiana Code 30-5) who shall have authority to exercise all the rights of Depositor under this Agreement or as otherwise limited by Bank in its sole discretion. Bank may, in its sole discretion, limit Depositor to the appointment of one deputy or attorney-in-fact. Bank may, in its sole discretion, also require the appointment of a deputy or attorney-in-fact be signed by all of the individual co-Depositors. Any appointment must be evidenced on Bank records in a form satisfactory to Bank. If a deputy or attorney-in-fact appears on Bank's records, Bank is not obligated to act in accordance with, and may, in its sole discretion, refuse to follow, the instructions of any other person acting as Depositor's deputy or attorney-in-fact.

### Notices
Notices from Depositor to Bank shall be effective upon receipt by Bank and reasonable time to process.

10

Notices to Depositor from Bank shall be effective upon mailing to the last known address shown by Bank's records or as otherwise provided in this Agreement.

### Closing Account; Terminating Access
Bank may close the Account or terminate electronic access to the Account by means of a card or code with or without cause and without prior notice to Depositor.

### Statements
Bank shall make available to Depositor a statement not less frequently than monthly for Checking Accounts (unless the Account has no activity for 90 days, then a statement will be provided quarterly) and semi-annually for Savings Accounts (excluding Passbook and Club Accounts), showing Account activity and balance. Such information may be otherwise provided as agreed by Bank and Depositor. The Account balance at any time shall be determined by Bank from its books and records. A statement is deemed made available to Depositor when such statement is mailed to Depositor's last known address as shown by records of Bank for the Account or as otherwise agreed. In the event a mailed statement is returned to Bank, then each subsequent statement is deemed made available to Depositor at the time Bank would have produced such statement. Please see Electronic Fund Transfers (EFT) Disclosure Statement for Depositor's duties regarding notice to Bank in the event of an EFT error.

### Cancelled Checks Retained by Bank
Bank shall retain canceled Items for a reasonable period of time as determined by Bank. Bank will maintain copies on microfiche or by other means for the time period required by law and may impose a service fee for providing copies at Depositor's request. If for any reason Bank is unable to provide a copy or otherwise document an Item, Bank shall not be liable for more than the face amount of the Item or actual damages, whichever is less. Bank may permit Depositor to receive cancelled checks with each statement, for which Bank may charge a service fee.

### Depositor's Duties and Liabilities
Depositor agrees to examine each statement (and enclosures) and any Account information provided to discover any alterations; unauthorized signatures, Items, Entries or indorsements; unauthorized transactions; or errors, and Depositor agrees to notify Bank in writing thereof without delay. If Depositor fails to meet any of the requirements of the previous sentence:

- within 14 calendar days after the statement or Account information was mailed or otherwise made available, Depositor shall be precluded from asserting against Bank (1) any unauthorized signature, Item or Entry, any alteration, any unauthorized transaction, or any error if Bank will suffer a loss as a result of Depositor's failure to

11

meet the requirements of the previous sentence; or (2) any unauthorized signature, Item or Entry, or any alteration, by the same person if Bank paid the Item or Entry after the 14-day period; and

- within 60 calendar days after the statement or Account information was mailed or otherwise made available, Depositor shall be precluded from asserting against Bank any unauthorized signature, Item or Entry, or any alteration, without regard to Bank's care or lack of care.

If Depositor fails to notify Bank in writing of any claim within one year after such claim accrues, Depositor shall be precluded from asserting such claim. For any claim arising under this Agreement, Depositor agrees to make timely claim against all applicable policies of insurance and, if requested by Bank, to file a police report. Depositor agrees not to assign to any third party any claim of Depositor against Bank relating to any Item or Entry, and any such assignment shall be void.

Depositor agrees that Depositor will examine check orders on receipt for any errors on Depositor's pre-printed check form and will notify Bank to obtain corrected replacements. Any losses incurred by Depositor's use of pre-printed check forms containing errors will be deemed to be the result of negligence on the part of Depositor.

## Ownership and Withdrawal Disputes

If ownership of or right to make withdrawals from the Account becomes in dispute for any reason, Bank, in its discretion, may refuse payment of the Account's balance until the dispute is settled.

## Accounts not Transferable

Any rights in the Account are not transferable except in accordance with applicable federal regulations. No assignment, encumbrance, or other transfer of the Account shall be valid unless Bank's written consent has first been obtained and a memorandum thereof is entered on Bank records.

## Fees and Penalties

Depositor agrees to pay the applicable fees and penalties assessed by Bank according to Bank's Pricing Schedule and Rate Sheet provided to Depositor at the time Depositor opens the Account and as amended from time to time in accordance with this Agreement. All fees and penalties assessed by Bank may be charged against the Account, and Depositor shall be responsible for any deficiency. Depositor understands and agrees that federal law governs national banks as to the fees charged by national banks for their services. Depositor acknowledges and agrees that Bank uses its sole discretion in determining the amount of the fees charged for its services to Depositors based on the following factors: deterrence of misuse by Depositors of banking services; enhancement of Bank's competitive position in

12

accordance with its strategy; and the maintenance of the safety and soundness of Bank. Any Account business transacted at a banking affiliate as agent of Bank will be governed by this Agreement and Bank's Pricing Schedule. Bank's affiliates may charge additional fees for performance of such services.

## Unclaimed Funds

The balance in the Account may become unclaimed funds escheatable to the State if, as shown by Bank's records, Depositor has not, within the statutory period, caused any activity or received any payments with regard to the Account, indicated any interest in the Account, corresponded with Bank concerning the Account, or otherwise indicated an interest in the Account as evidenced by writing on file with Bank, or transacted any business with Bank.

## Credit Bureau Reporting Notice

**You are hereby notified that a negative credit report reflecting on your credit record may be submitted to a consumer (credit) reporting agency, such as ChexSystems, if you fail to fulfill the terms of your obligations under this Agreement. If you believe that Bank has information about you that is inaccurate or that Bank has reported or may report to a credit reporting agency information about you that is inaccurate, please notify Bank of the specific information that you believe is inaccurate by writing to National City Bank, P.O. Box 2049, Akron, OH 44309-2049, Attn: Loss Prevention Division, Locator 14-1901.**

## Customer Contact

You agree that you and Bank have an established business relationship, and unless otherwise prohibited by law, that Bank and its affiliates (collectively "National City") may contact you to offer you products and services that National City thinks may be of interest to you. Such contacts are not unsolicited, and National City may contact you by telephone or by an automated dialing and announcing device or by fax, e-mail or other form of electronic communication, and National City may monitor telephone calls **with you to assure quality service.**

## Waiver

Failure by Bank to exercise any of its rights under this Agreement shall not be a waiver of any of its rights.

## Severability

In the event that one or more provisions of this Agreement shall for any reason be held invalid or illegal, such holding will not affect the enforceability of any other provision.

## Force Majeure

Bank shall have no liability for any delays or failure of performance caused in whole or in part by fire, labor disputes, power failures, acts or omissions of civil authorities, civil disturbances, computer malfunction, or any causes beyond the control of Bank.

13

**Limitation of Liability**
Depositor agrees that in performing the duties imposed under this Agreement that in no event shall Bank be liable for any consequential, indirect or special damages.

**Governing Law; Jurisdiction**
This Agreement shall be governed by federal law and where not preempted by or in conflict with federal law, the laws of the State, without regard to conflict of law principles. The State is Bank's jurisdiction for purposes of Article 9 of the Uniform Commercial Code as adopted by the State.

## SPECIAL PROVISIONS AND DISCLOSURES

### ALL CHECKING ACCOUNTS

A special linked savings account is opened with every Checking Account except for the National City Sweep Account. At the beginning of each statement period funds in each Checking Account that are in excess of a threshold balance as established by Bank from time to time in its discretion, are swept automatically into the linked savings account. If during any statement period the funds in a Checking Account fall below the floor balance then the funds in the linked savings account, if any, are automatically swept back into the Checking Account to restore threshold balance. On the 6th such sweep during a statement period, all funds in the linked savings account will be returned to the Checking Account. Depositor cannot directly access the linked savings account. Each Checking Account and its linked savings account are treated as a single account for purposes of record keeping and fees, and the linkage of the accounts will not affect Depositor's use of the Checking Account. Please note that as required by federal regulation, Bank reserves the right to require 7 days written notice from Depositor of intended withdrawals from any savings account.

For Point of Sale (POS) debit transactions at a Visa® merchant there are daily transaction limitations as to dollar amount which may differ from the daily transaction limitations for Automated Teller Machine (ATM) debit transactions.

The rate of exchange for international transactions using a CheckCard is the wholesale market rate or government mandated rate in effect one day prior to the transaction date, and increased by 1%.

### ALL INTEREST-BEARING CHECKING ACCOUNTS

Interest is earned at the same rate on balances whether in the Account or the linked account. For the Account and the linked account, the daily balance method is used to calculate interest. This method applies a daily periodic rate to the principal each day. The interest rate and Annual Percentage Yield (APY) may change. At Bank's discretion, Bank may change the interest rate at any time.

14

Interest begins to accrue no later than the Business Day Bank receives credit for the deposit of noncash items (for example, checks). Interest is compounded monthly and credited to the Account on the last day of the statement period.

If the Account is closed or transfers to a non-interest bearing account before interest is credited, accrued interest on the Account and the linked account will not be paid.

### PREFERRED INTEREST CHECKING AND PREFERRED 50+ INTEREST CHECKING

The interest rate for the entire balance when the target balance disclosed on Bank's Rate Sheet is reached will be determined weekly based on the average 7-day simple yield on taxable money funds as published by iMoneyNet, Inc., in the Money Fund Report™, plus or minus a spread. In the event the Money Fund Report™ is no longer published, or at Bank's sole discretion, Bank may substitute another source or index or change the spread. Total balances of less than the target balance accrue interest as disclosed in Bank's Rate Sheet and, at Bank's discretion, Bank may change the interest rate at any time.

### MONEY MARKET CHECKING

The interest rate for the entire balance will be determined weekly based on the average 7-day simple yield on taxable money funds as published by iMoneyNet, Inc., in the Money Fund Report™, plus or minus a spread. In the event the Money Fund Report™ is no longer published, or at Bank's sole discretion, Bank may substitute another source or index or change the spread.

### MONEY MARKET PLUS GUARANTEED

The Annual Percentage Yield (APY) for the entire balance will not be less than the average 7-day simple yield on taxable money funds as published by iMoneyNet, Inc., in the Money Fund Report™, plus a spread of 0.25%, and any applicable changes will be made within 7 days after being published. In the event the Money Fund Report™ is no longer published, Bank may substitute another source or index and change the spread.

### WORK PERKS CHECKING AND WORK PERKS INTEREST CHECKING

Availability of this Account is limited to Depositors with a direct deposit of their pay from a qualified employer. If Depositor terminates the required direct deposit to Account or terminates employment with a qualified employer, the Account will be converted to Free Checking and will no longer qualify for Work Perks benefits.

### NATIONAL CITY SWEEP ACCOUNT

For the Checking Account and the linked Money Market Deposit Account (MMDA) investment option, the daily balance method is used to calculate interest. This

15

method applies a daily periodic rate to the principal in the Checking Account and the MMDA each day. The interest rate and Annual Percentage Yield (APY) for the Checking Account and the MMDA may change. At Bank's discretion, Bank may change the interest rates at any time.

When the available balance in the Checking Account exceeds the target balance by $100 or more, the excess balance will be swept on the next Business Day into the investment option selected by Depositor. Depositor may not make deposits to or withdrawals from the investment options other than the automatic transfers to or from the investment options.

Interest begins to accrue no later than the Business Day Bank receives credit for the deposit of noncash items (for example, checks). Interest is compounded monthly and credited to Checking Account and MMDA option on the last day of the statement period. If the Checking Account is closed or transfers to a non-interest bearing account before interest is credited, accrued interest on the Checking Account and the MMDA may not be paid.

This Account is no longer available for new accounts.

### FREE CHECKING AND
### FREE STUDENT CHECKING

If the Account is inactive (no debit or credit activity) for more than 180 days, the Account will be converted to Regular Checking and will no longer qualify for Free Checking or Free Student Checking benefits.

### FREE INTEREST CHECKING

If direct deposit is not maintained, the Account will be converted to Free Checking and will no longer be eligible to earn interest. If Free Interest Checking is closed or is converted to a non-interest bearing account before interest is credited, accrued interest on the Account may not be paid. If the Account is inactive (no debit or credit activity) for more than 180 days, the Account will be converted to Regular Checking and will no longer qualify for Free Interest Checking benefits.

### TOUCHDOWN CHECKING AND
### TOUCHDOWN PLUS CHECKING

In order to have one of these Accounts, Depositor must maintain a Touchdown Savings or Touchdown Plus Savings Account. For Touchdown Checking Accounts, if the applicable Savings Account is closed or transfers to another product type, the Touchdown Checking Account will be converted to a Free Checking Account. For Touchdown Plus Checking Accounts, if the applicable Savings Account is closed or transfers to another product type, the Touchdown Plus Checking Account will be converted to a Preferred Interest Checking Account. These Accounts are available only at the option of Bank.

16

### CREDIT REWARDS

Availability of this Account is limited to Depositors with a qualifying loan product. This Account is no longer available for new accounts.

### CLASSIC CHOICE REGULAR AND CLASSIC CHOICE INTEREST CHECKING

Classic Choice members must qualify for and maintain a National City personal Checking Account and designate the Account as the Classic Choice Account. In addition, member agrees to maintain a combined minimum balance of $25,000 or more in any of the following accounts: Classic Choice Checking Account (regular or interest), Certificates of Deposit (excluding $100,000+ CDs), Preferred Investment Account, Savings Accounts, or Individual Retirement Accounts. Joint account holders do not receive individual benefits. Account benefits are not assignable. These Accounts are no longer available for new accounts.

### I/MAX REGULAR AND I/MAX INTEREST CHECKING

I/MAX members must be approved for one of the following qualifying National City loans: installment loan, National City Equity Reserve$^{SM}$ line of credit, National City Signature Credit Line or residential mortgage and qualify for and maintain either a personal Checking Account with a MoneyCard$^{SM}$ or Visa® CheckCard or a National City Visa or MasterCard® credit card. To remain a member, you must retain the personal I/MAX Checking Account with a MoneyCard or CheckCard or National City Visa or MasterCard credit card. Account benefits are not assignable. These Accounts are no longer available for new accounts.

### SILVER STAR PLUS

Depositor must be 50 years of age or older to qualify for this Account. In order to have this Account Depositor must maintain a $5,000 minimum daily balance in deposit products. Bank reserves the right to convert this Account to another account type if the qualifying minimum balance is not maintained. This Account is no longer available for new accounts.

### ALL SAVINGS ACCOUNTS

The daily balance method is used to calculate interest on the Account. This method applies a daily periodic rate to the principal in the Account each day.

Interest will be accrued on the daily balance on a 365/366 actual day basis, compounded daily and credited to the Account on the last day of each month (except for Preferred Investment Account and Flexible Access Money Market).

The interest rate and Annual Percentage Yield (APY) of Account may change. At Bank's discretion, Bank may change interest rate on the Account at any time.

Interest begins to accrue no later than the Business Day Bank receives credit for the deposit of noncash Items (for example, checks).

17

If an Account is closed before interest is credited, accrued interest will not be paid.

## MONEY MARKET SAVINGS

The interest rate for the entire balance when the target balance disclosed on Bank's Rate Sheet is reached will be determined weekly based on the average 7-day simple yield on taxable money funds as published by iMoneyNet, Inc., in the Money Fund Report™, plus or minus a spread. In the event the Money Fund Report™ is no longer published, or at Bank's sole discretion, Bank may substitute another source or index or change the spread. Total balances of less than the target balance accrue interest as disclosed on Bank's Rate Sheet and, at Bank's discretion, Bank may change applicable rates at any time.

## SAVINGS BUILDER

A regular preauthorized transfer from a National City Checking Account is required. This Account is available from time to time only at the option of Bank.

## FLEXIBLE ACCESS MONEY MARKET

Interest will be accrued on the daily balance on a 365/366 actual day basis, compounded monthly and credited to the Account monthly. This Account is available only at the option of Bank.

## TOUCHDOWN SAVINGS AND TOUCHDOWN PLUS SAVINGS

In order to have one of these Accounts, Depositor must maintain a Touchdown Checking or Touchdown Plus Checking Account. If the applicable Checking Account is closed or converted to another product type, the Account will be converted to Select Savings. These Accounts are available only at the option of Bank.

## PASSBOOK SAVINGS

Account activity and balance showing in the passbook shall not be determinative of the Account balance unless expressly verified by Bank after comparison with its books and records. Depositor must present the passbook to Bank once a year for reconciliation with Bank records and to record interest and Depositor agrees to examine each reconcilement and any Account information provided to discover any unauthorized withdrawals or errors, and to notify Bank in writing thereof without delay. If Depositor fails to meet any of the requirements of the previous sentence:

- within 14 calendar days after the reconcilement or any Account information was mailed or otherwise made available, Depositor shall be precluded from asserting against Bank (1) any error or unauthorized withdrawal if Bank will suffer a loss as a result of Depositor's failure to meet the requirements of the previous sentence; or (2) any unauthorized withdrawal by the same person after the 14-day period; and

- within 60 calendar days after the reconcilement or Account information was mailed or otherwise made available, Depositor shall be precluded from asserting against Bank any unauthorized withdrawal without regard to Bank's care or lack of care.

If Depositor fails to notify Bank in writing of any claim within one year after such claim accrues, Depositor shall be precluded from asserting such claim and Bank's records shall be conclusive as to the amount on deposit. For any claims of unauthorized withdrawal or error, Depositor is required to make timely claim against all applicable policies of insurance. Depositor agrees not to assign to any third party any claim of Depositor against Bank relating to a withdrawal and any such assignment shall be void.

For Bank's protection, no person shall have the right to make a withdrawal without presenting the passbook and giving a receipt, if requested, for amount withdrawn, but Bank, in its discretion, may permit a withdrawal by Depositor without presentment of the passbook.

- In the event the passbook is stolen, lost or destroyed, or cannot be produced without loss or serious inconvenience, Depositor shall promptly so advise Bank in writing. Bank, in its discretion, may cause a substitute passbook to be issued to Depositor and may require satisfactory indemnity. All subsequent deposits and withdrawals shall be entered in the substitute passbook and the original passbook shall be void and shall be surrendered to Bank if thereafter located. A charge may be imposed for a lost passbook.

This Account is no longer available for new accounts.

## SERIOUS SAVERS

Availability of this Account is limited to one per Depositor. A regular preauthorized transfer from a National City Checking Account is required. Bank reserves the right to convert this Account to another account type if the qualifying corresponding Checking Account and/or preauthorized transfers are not maintained. For Accounts in Ohio, there is no ATM access to this Account. This Account is no longer available for new accounts.

## PREMIER MONEY MARKET SAVINGS

The interest rate on balances of $25,000 and over is based on the average of the thirteen week Treasury Bill rate for the prior four weeks (as published weekly in The Wall Street Journal) plus or minus a spread. In the event that The Wall Street Journal ceases to publish this rate, or at Bank's sole discretion, Bank may substitute another source or index or change the spread. Total balances of less than $25,000 accrue interest as disclosed on Bank's Rate Sheet and, at Bank's discretion, Bank may change the interest rate at any time. This Account is no longer available for new accounts.

18

19

## PREFERRED INVESTMENT ACCOUNT

Interest will be accrued on the daily balance on a 365/366 actual day basis, compounded monthly and credited to the Account monthly. The interest rate on balances of $75,000 and over will be determined weekly based on the average 7-day simple yield on taxable money funds as published by iMoneyNet, Inc., in the Money Fund Report™, plus or minus a spread. In the event the Money Fund Report™ is no longer published, or at Bank's sole discretion, Bank may substitute another source or index or change the spread. Total balances of less than $75,000 accrue interest as disclosed on Bank's Rate Sheet and, at Bank's discretion, Bank may change applicable rates at any time.   This Account is no longer available for new accounts.

## FIRST RATE FUND

The interest rate on balances of $10,000 and greater will be determined weekly based on the thirteen week Treasury Bill rate (as published weekly in The Wall Street Journal) less 1.00% (for Accounts in Michigan or Illinois, less a margin of up to 2.00%). In the event that The Wall Street Journal ceases to publish this rate, or at Bank's sole discretion, Bank may substitute another source or if the auction is no longer held, then another index. Total balances less than $10,000 accrue interest as disclosed on Bank's Rate Sheet and at Bank's discretion, Bank may change the interest rate at any time. This Account is no longer available for new accounts.

## SUPERIOR PERFORMANCE FUND

The interest rate on balances of $50,000 and over will be determined weekly based on the thirteen week Treasury Bill rate for the current week (as published weekly in The Wall Street Journal) less a margin of up to 1.25%. In the event that The Wall Street Journal ceases to publish this rate, or at Bank's sole discretion, Bank may substitute another source or if the auction is no longer held, then another index. Total balances of less than $50,000 accrue interest as disclosed on Bank's Rate Sheet and, at Bank's discretion, Bank may change the interest rate at any time. This Account is no longer available for new accounts.

## RETIREMENT (IRA/ROTH IRA/SEP/KEOGH) MONEY MARKET SAVINGS

This Agreement, including these Special Provisions governing an Individual Retirement Account (IRA), Roth IRA, Simplified Employee Pension account (SEP) or a Keogh account, is subject to the Custodial or Trust Agreement ("Custodial Agreement"), which Custodial Agreement takes precedence over this Agreement to the extent that this Agreement and the Custodial Agreement differ. Terms used here which are defined

in the Custodial Agreement have the same meaning as those terms have in the Custodial Agreement, except that the Custodian or Trustee is herein called "Bank." From time to time, Bank may refuse or return any deposit or limit the amount which may be deposited. No deposit Entries by means of electronic fund transfer will be permitted.

## PASS THROUGH INSURANCE RELATING TO EMPLOYEE BENEFIT PLAN DEPOSITS

Under federal law, whether an employee benefit plan deposit is entitled to per-participant (or "pass-through") deposit insurance coverage is based, in part, upon the capital status of the insured institution at the time each deposit is made. Specifically, "pass-through" coverage is not provided if, at the time an employee benefit plan deposit is accepted by an FDIC-insured bank or savings association, the institution may not accept brokered deposits under the applicable provisions of the Federal Deposit Insurance Act ("FDI Act"). Whether an institution may accept brokered deposits depends, in turn, upon the institution's capital level. If an institution's capital category is either "well capitalized," or is "adequately capitalized" and the institution has received the necessary broker deposit waiver from the FDIC, then the institution may accept brokered deposits. If an institution is either "adequately capitalized" without a waiver from the FDIC or is in a capital category below "adequately capitalized," then the institution may not accept brokered deposits. The FDI Act and FDIC regulations provide an exception from this general rule on the availability of "pass-through" insurance coverage for employee benefit plan deposits when, although an institution is not permitted to accept brokered deposits, the institution is "adequately capitalized" and the depositor receives a written statement from the institution indicating that such deposits are eligible for insurance coverage on a "pass-through" basis. The availability of "pass-through" insurance coverage for employee benefit plan deposits also is dependent upon the institution's compliance with FDIC recordkeeping requirements.

Bank's capital category is "Well Capitalized." Thus, in our best judgment, employee benefit plan deposits are currently eligible for "pass-through" insurance coverage under the applicable federal law and FDIC insurance regulations stated below.

Under the FDIC's insurance regulations on employee benefit plan deposits, an insured bank or savings association must notify employee benefit plan depositors if new, rolled-over or renewed employee benefit plan deposits would be ineligible for "pass-through" insurance and must provide certain ratios on the institution's capital condition to employee benefit plan depositors who request such information. If you

would like additional information on this Bank's capital condition, please contact any branch office.

## ELECTRONIC FUND TRANSFERS DISCLOSURE STATEMENT

**This Disclosure Statement will govern when it differs from other agreements.**

Your* rights and responsibilities as a consumer who uses electronic fund transfer (EFT) deposit account services, are defined by the Electronic Fund Transfer Act (15 U.S.C. 1693, et seq.) and Regulation E of the Federal Reserve Board. One requirement of this Act and of the Regulation is that all financial institutions must make certain disclosures to EFT users. Electronic Fund Transfers include all transfers resulting from personal banking cards (Automated Teller Machine (ATM), point of sale (POS) debit cards and Bank credit cards), preauthorized transfers, telephone transfers and Online Banking transactions.

*For purposes of this disclosure statement, "you" and "your" are used in place of "Depositor" and "we," "us," and "our" are used in place of "Bank."

### Your Liability

Tell us AT ONCE if you believe your Card, Password or Personal Identification Number (PIN) has been lost or stolen. Telephoning is the best way to let us know. You will not be liable for any unauthorized use of your Card, Password or PIN if you notify us of the unauthorized use on a timely basis in accordance with the paragraph entitled "Depositor's Duties and Liabilities" in the Agreement above or as provided in the paragraph entitled "In Case of Errors or Questions About Your Electronic Transfers" below, whichever is longer.

Also, if your statement shows preauthorized, automated clearing house (ACH) or other EFT transfers which do not involve the use of your Card, Password and/or PIN and that you did not make, tell us at once. If you do not tell us within sixty (60) days after the statement was made available to you, you may not get back any money you lost after the sixty (60) days if we can prove that we could have stopped someone from taking the money if you had told us in time. If a good reason (such as a long trip or a hospital stay) kept you from telling us, we will extend the time period.

### Notification of Lost or Stolen Card, Password or PIN

If you believe your Card, Password or PIN has been lost or stolen or that someone has transferred or may transfer money from your account without your permission, call us at: 1-800-533-6596 or write to us at: National City Card Services, P.O. Box 4092, Kalamazoo, MI 49003.

### Our Business Days

Our Business Days are Monday through Friday. Bank holidays are not included.

### Types of Available Transfers

You, or someone you have authorized by giving them your Card, Password and/or PIN (even if that person exceeds your authority) may use your Card, Password and/or PIN to:

1. Withdraw cash from your designated deposit or revolving credit accounts.
2. Make deposits to your designated deposit accounts.
3. Transfer funds between your designated deposit or revolving credit accounts.
4. Make payments of bank loans by depositing a check, money order or cash to make the payment.
5. Pay for purchases or services, receive cash or fund a stored value feature at places that have agreed to accept your Card.
6. Pay bills from your designated deposit account and transfer funds between your designated deposit or revolving credit accounts by telecommunications or online.
7. You may also authorize us to automatically debit or credit your accounts to or from third parties by means of preauthorized, ACH and other EFT transactions.
8. Make balance inquiries on your designated accounts.

Some of these services may not be available from the Bank at all times nor at all terminals at all times.

### Limitations on Transfers

Certain limits exist on the amounts which may be withdrawn from different ATM or POS terminals each day. All transfers are charged to your account (and your overdraft line of credit, if any). Bank may charge your account even though an overdraft may be created. During any interruption of an electronic fund transfer service the dollar amount and frequency may be reduced. All deposits made through an ATM are accepted conditionally, subject to verification of the contents of deposit envelopes, and are available for withdrawal only in accordance with our current Funds Availability Policy.

The frequency, amount and timing of deposits, cash withdrawals, transfers, payment transactions and other transactions you may arrange with third parties or make from ATMs and POS terminals with your Card or PIN is limited each Business Day.

No debit, preauthorized transfer, telephone transfer or Online Banking transactions will be permitted on IRA, Roth IRA, SEP or Keogh Money Market Savings Accounts.

There may be other limitations on the types, frequency, timing and amount of electronic fund transfers established by us from time to time, without notice, for security purposes.

## Documentation of Transfers

You can get a receipt at the time you make any transfer to or from your account using an ATM or POS terminal.

A monthly account statement will be made available to you unless there are no transfers in a particular month. In any case, the statement will be made available at least quarterly. Receipts and statements shall constitute admissible evidence.

If you have arranged to have direct deposits made to your account at least once every sixty days from the same person or company, you can call us to find out whether or not the deposit has been made at 1-800-738-3888 for customers of National City Bank, 1-800-774-2424 for customers of National City Bank of Indiana, 1-800-727-8686 for customers of National City Bank of Kentucky, 1-800-925-9259 for customers of National City Bank of the Midwest, 1-800-352-0186 for customers of National City Bank of Pennsylvania, 1-800-766-0377 for customers of National City Bank of Southern Indiana or 1-800-766-0388 for customers of The Madison Bank and Trust Company.

The only transfers permitted with Passbook Savings Accounts are preauthorized deposits. If you bring your passbook to us, we will record any transfers that were made to your account since the last time you brought in your passbook.

## Preauthorized Transfers

1. **Right to Stop Payment.** If you have arranged in advance to make regular transfers from your account, you can stop any of these transfers by calling us at 1-800-738-3888 for customers of National City Bank, 1-800-774-2424 for customers of National City Bank of Indiana, 1-800-727-8686 for customers of National City Bank of Kentucky, 1-800-925-9259 for customers of National City Bank of the Midwest, 1-800-352-0186 for customers of National City Bank of Pennsylvania, 1-800-766-0377 for customers of National City Bank of Southern Indiana or 1-800-766-0388 for customers of The Madison Bank and Trust Company, or writing us at: National City, Attn: Telephone Banking Center, P.O. Box 772, Columbus, OH 43216-0772 for customers of National City Bank, P.O. Box 1421, Franklin, PA 16323-5421 for customers of National City Bank of Indiana, National City Bank of Kentucky, National City Bank of Pennsylvania, National City Bank of Southern Indiana and The Madison Bank and Trust Company, or P.O. Box 3038, Kalamazoo, MI 49003-3038 for customers of National City Bank of the Midwest. We must receive this request at least three (3) Business Days before the transfer is scheduled to be made. If you call, we may also require you to put your request in writing and get it to us within 14 days after you call. We will charge

your account our normal service charge for each stop payment.

2. **Our Obligation for Failure to Stop Payment.** If you notify us to stop a preauthorized transfer at least three (3) Business Days before the transfer is scheduled and we do not do so, we will be liable for your losses or damages.

3. **Varying Amounts.** If these regular transfers vary in amount, the person you are going to pay will tell you, 10 days before each transfer, when it will be made and how much it will be. You may choose instead to get this notice only when the transfer would differ by more than a certain amount from the previous transfer, or when the amount would fall outside certain limits that you set.

## Disclosure of Account Information

We may disclose information about your account or the transfers you make to other National City organizations or to third parties:

1. Where it is necessary for completing transfers, or
2. In order to verify the existence and condition of your account for a third party such as a credit bureau or merchant, or
3. In order to comply with government agency or court orders, or
4. If we close your account due to a deficient balance, excessive overdrafts, or to protect or enforce our legal rights, or
5. If we otherwise deem appropriate, to the extent permitted by law.

## In Case of Errors or Questions About Your Electronic Transfers

Telephone us at: 1-800-738-3888 for customers of National City Bank, 1-800-774-2424 for customers of National City Bank of Indiana, 1-800-727-8686 for customers of National City Bank of Kentucky, 1-800-925-9259 for customers of National City Bank of the Midwest, 1-800-352-0186 for customers of National City Bank of Pennsylvania, 1-800-766-0377 for customers of National City Bank of Southern Indiana or 1-800-766-0388 for customers of The Madison Bank and Trust Company, or write to us at: National City Card Services, Attn: Chargeback Department K-A12-F6, P.O. Box 2859, Kalamazoo, MI 49003-2859, as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer listed on the account statement or receipt. We must hear from you no later than sixty (60) days after we sent you the FIRST statement on which the error or problem appeared.

1. Tell us your name and account number.
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

4. Tell us the date, time and location of the suspected error.

If you tell us orally, we may require that you send us a confirmation of your complaint or question in writing within ten (10) Business Days.

We will tell you the results of our investigation within ten (10) Business Days (or twenty (20) Business Days for claims involving electronic transfers occurring within thirty (30) calendar days after the first deposit to an account, that is, a new account) after we hear from you and will correct any error promptly. If we need more time, however, we may take up to forty-five (45) calendar days (or ninety (90) calendar days for a POS transaction, a claim on a new account or a transaction initiated outside the U.S.) to investigate your complaint or question. If we decide to do this, we will recredit your account within ten (10) Business Days (or twenty (20) Business Days for claims on new accounts) for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation. If we ask you to put your complaint or question in writing and we do not receive it within ten (10) Business Days, we may not recredit your account.

If we decide that there was no error, we will send you a written explanation within three (3) Business Days after we finish our investigation. You may ask for copies of the documents that we used in our investigation.

**Service Charges for Electronic Fund Transfers**
We will charge your designated account for EFT service transfers according to our current pricing schedules. We may charge you a monthly maintenance fee for Telephone Banking, Online Banking, or for your POS Debit Card. There is a penalty fee for each preauthorized transfer, telephone, online banking or automatic transfer in excess of six (6) per month from a savings account.

There are also special charges for account access at non-National City ATMs. These charges are set forth in Bank's Pricing Schedule or Rate Sheet.

Fees (when applicable) will be automatically assessed against your checking, savings, or credit card account, whichever account you are using.

You may be charged an additional fee or surcharge by the owner of a non-National City ATM for its use.

**Our Obligation for Failure to Make Transfers**
If we do not complete a transfer to or from your account on time and in the correct amount according to our agreement with you, we will be liable for your losses or damages. However, there are some exceptions. We will not be liable, for instance:
1. If, through no fault of ours, you do not have enough money in your account to make the transfer.
2. If the transfer would go over the credit limit on your overdraft line.

26

3. If the ATM where you are making the transfer does not have sufficient cash.
4. If the terminal or system was not working properly and you knew about the breakdown when you started the transfer.
5. If circumstances beyond our control (such as fire or flood) prevent the transfer, despite reasonable precautions that we have taken.
There may be other exceptions stated in this or other applicable account or electronic fund transfer service agreements with you.

**ATM Card Safety Tips**
- Memorize your PIN. Do not write it on any of your wallet materials.
- Never give your PIN or other account information to someone over the telephone.
- Do not allow anyone to use your ATM card.
- Remember that no bank representative, auditor or law enforcement person will ever ask you to withdraw money from an ATM.
- Immediately report lost or stolen cards and other ATM crimes to both your financial institution and police.
- Choose a well-lighted ATM and park close. Be aware of your surroundings. Have someone come with you when using the machine after dark.
- Fill out all forms in advance and have your card ready when you approach the ATM. If someone is using the machine, please stand back to allow privacy.
- Stand directly in front of the ATM to prevent others from seeing you enter your PIN.
- Cancel your transactions and return later if anything seems suspicious while you are using the ATM.
- Pocket your cash immediately and count it later. If followed after leaving an ATM, go to a public area.

**Special Disclosures for Accounts in Michigan:**
You may select a lower daily limit for ATM cash withdrawals by written request or limit access to one or more accounts.

Services obtained from a financial institution are governed by state and federal laws. If a violation occurs, you may contact: Office of the Comptroller of the Currency, One Financial Plaza, 440 South LaSalle, Suite 2700, Chicago, IL 60605.

If you have a dispute with a merchant about goods or services purchased through a POS transaction, you may request that we reverse the debit to your Account resulting from the POS transaction if all of the following occur:
a. The amount of the transaction was $50.00 or more;
b. You provide us with notice that you have made a good faith attempt to resolve the dispute with the merchant, and you assure us that you have

27

returned to the merchant any returnable goods purchased from the merchant through the POS transaction;

c. Within four (4) calendar days following the POS transaction, we receive from you during our normal business hours a written or oral request for reversal of the debit resulting from the POS transaction; and

d. Within fourteen (14) calendar days of your oral notification under sections b and c above, you verify in writing such notifications on a form supplied by us.

If you fail to provide the required verifications, we will reinstate the original debit resulting from the POS transaction to the extent of your available account balance.

### For Checking Accounts Only:
#### YOUR ABILITY TO WITHDRAW FUNDS

Our policy is to make funds from your deposit available for withdrawal no later than the first Business Day after the day we receive your deposit. Electronic direct deposits will be available on the day we receive the deposit. At that time, you can withdraw the funds in cash and we will use the funds to pay checks that you have written.

For determining the availability of your deposits, every day is a Business Day, except Saturdays, Sundays, and federal holidays. If you make a deposit by 2:00 p.m. local time (3:00 p.m. Eastern Time for ATM deposits and 5:00 p.m. Eastern Time for telecommunicated deposits) on a Business Day we are open, we will consider that day to be the day of your deposit. However, if you make a deposit after those times on a Business Day we are open, or at any time on any other day, we may consider that the deposit was made on the next Business Day we are open. Some of our banking offices have Business Day hours that are later than those indicated above. These are posted in those offices.

#### Longer Delays May Apply

In some cases, we will not make all of the funds that you deposit by check available to you on the first Business Day after the day of your deposit. Depending on the type of check you deposit, funds may not be available until the fifth Business Day after the day of your deposit. The first $100 of your deposits, however, will be available the first Business Day.

If we are not going to make all of the funds from your deposit available on the first Business Day, we will notify you at the time you make your deposit. We will also tell you when the funds will be available. If your deposit is not made directly to one of our employees, or if we decide to take this action after you have left the

premises, we will mail you the notice by the day after we receive your deposit.

If you will need the funds from a deposit right away, you should ask us when the funds will be available.

In addition, funds you deposit by check may be delayed for a longer period under the following circumstances:

- We believe a check you deposit will not be paid.
- You deposit checks totaling more than $5,000 on any one day.
- You redeposit a check that has been returned unpaid.
- You have overdrawn your account repeatedly in the last six months.
- There is an emergency, such as failure of communications or computer equipment.

We will notify you if we delay your ability to withdraw funds for any of these reasons, and we will tell you when the funds will be available. They will generally be available no later than the seventh Business Day after the day of your deposit.

#### Holds On Other Funds

If we cash a check for you that is drawn on another bank, we may withhold the availability of a corresponding amount of funds that are already in your account. Those funds will be available at the time funds from the check we cashed would have been available if you had deposited it.

If we accept for deposit a check that is drawn on another bank, we may make funds from the deposit available for withdrawal immediately but delay your availability to withdraw a corresponding amount of funds that you have on deposit in another account with us. The funds in the other account would then not be available for withdrawal until the time periods that are described elsewhere in this disclosure for the type of check that you deposited.

#### Special Rules For New Accounts

If you are a new customer, the following special rules may apply during the first 30 days your account is open.

Funds from electronic direct deposits to your account will be available on the day we receive the deposit. Funds from deposits of cash, wire transfers, traveler's checks, and the first $5,000 of a day's total deposits of cashier's, certified, teller's, and federal, state and local government checks will be available on the first Business Day after the day of your deposit if the deposit meets certain conditions. For example, the checks must be payable to you. The excess over $5,000 may not be available until the seventh Business Day after the day of your deposit.

Funds from all other check deposits will generally be available no later than the seventh Business Day after the day of your deposit.

This disclosure is mandated by the Expedited Funds Availability Act and Federal Reserve System Regulation CC.

**ADDITIONAL DISCLOSURES FOR YOUR ACCOUNT ARE INCLUDED ON BANK'S RATE SHEET AND PRICING SCHEDULE FOR YOUR ACCOUNT**

NATIONAL CITY PRIVACY NOTICE

**I. Gramm-Leach-Bliley Act of 1999**

☑ *OPT-OUT: We will not share your nonpublic personal information with others as defined below. National City, on your behalf, has exercised your right to opt-out under 12 CFR Part 40, Privacy of Consumer Financial Information.*

The basis of each customer relationship at National City is built on trust. You have chosen to do business with National City, and we guard that relationship with great care, beginning with the information you have chosen to share with us. **That is why we have opted out for you as a matter of corporate policy. National City does not share information about you outside of our National City companies unless permitted by Title V of the Gramm-Leach-Bliley Act of 1999 and other applicable laws and regulations.**

National City Corporation, its family of financial services companies ("affiliates") and employees, are dedicated to protecting the privacy of your nonpublic personal information. We maintain information about you in order to provide you with the most effective and convenient access to our broad range of financial products and services. We want you to understand what information we collect, and how we use and protect it. This notice serves as a standard for all National City employees for collection, use, retention and security of nonpublic personal consumer information.

**What Information We Collect**
"Nonpublic personal information" is information about you that we obtain in connection with providing a financial product or service. Such information includes for example, account balance, income, assets, insurance premiums, payment history and overdraft history.

We may collect nonpublic personal information about you from the following sources:
- Information that you provide to us, such as on applications or other forms
- Information about your transactions with us, our affiliates or others, or
- Information from others, such as credit bureaus, real estate appraisers, and employers

**Our Security Procedures**
To maintain security of customer information, we restrict access to your personal and account

30

information to persons who need to know that information to provide you products or services. We maintain physical, electronic and procedural safeguards to guard information.

**What Information We Disclose**
National City does not disclose nonpublic personal information about you to any companies that are not members of our corporate family ("third parties"), except as permitted by federal law, specifically Title V of the Gramm-Leach-Bliley Act of 1999. The confidentiality of your nonpublic personal information will continue to be maintained consistent with this privacy notice even if you decide to close your account(s), your account becomes inactive, or when you otherwise cease to do business with us.

National City works with a variety of third parties to bring you financial services. We disclose information about you as necessary to fulfill these third party service agreements. For example, we may disclose information about you to third parties that assist us in servicing or maintaining your loan or deposit account, or other business relationship, such as printing checks or billing you for loan payments. We may also disclose information about you to governmental entities, such as sending annual income statements to the IRS, and to other third parties such as credit bureaus, or in response to subpoenas.

We may disclose all of the information we collect, as described above, to third parties that perform marketing services on our behalf or to other financial institutions, such as insurance providers, with whom we have joint marketing agreements in order to make a variety of financial services available to you*. These third parties must agree to strict confidentiality provisions to assure the protection of your information. Because we already limit the sharing of your nonpublic personal information as outlined above, no action is necessary on your part to limit such sharing.

**National City's Pledge to You**
We believe that your privacy should never be compromised. At the same time, we want to offer you the array of financial products and services you need to accomplish your financial goals. We believe we can do both by adhering to the provisions of this privacy notice.

**National City Companies (Please visit NationalCity.com for a current list.):** National City Bank, National City Bank of Kentucky, Churchill Insurance Agency, Inc., National City Insurance Agency of Kentucky, Inc., NatCity Investments, Inc., National City Bank of Pennsylvania, National City Insurance Agency of Pennsylvania, Inc., National City Bank of Southern Indiana, Sterling Private Investments, Inc., National City Bank of Indiana, National City Mortgage Co., National City Home Loan Services, Inc., First

31

Franklin Financial Corporation, The Madison Bank & Trust Company, National City Bank of the Midwest, Allegiant Insurance Services, Allegiant Investment Counselors, NatCity Insurance Services, Inc., National City Insurance Group, Inc., National City Investment Management Company®, National City Mortgage Services Co., Alliance Title Agency, LLC, New England Trust Company, National Association, National City Abstract, LLC

## II. Fair Credit Reporting Act Disclosure*

We share information about you with our affiliates. Under the Fair Credit Reporting Act you may direct us not to share certain credit information with our affiliates. Examples of the kind of credit information that you may direct us not to share include the nonpublic personal information you provide in your application or that we obtain about you from nonaffiliated third parties such as credit bureaus. If you don't want such information shared you may write to us at National City Corporation, Attention: Office of Consumer Privacy, P.O. Box 4068, Kalamazoo, MI 49009. Please provide your name, address, social security number and account number(s). **(NOTE: If you have previously requested that we restrict such sharing you do not need to make another request.)** Your request not to share credit information does not include information we are permitted to share by law, such as information related solely to our experiences or transactions with you. Your account balance and payment history are examples of transaction and experience information that we are always permitted to share with our affiliates.

**\*Vermont Residents Only:** In Vermont the information we disclose under joint marketing agreements must be limited to your name, contact information, and information about our own transactions and experiences with you. Your consent is required before we can share certain credit information about you with our affiliates. We are permitted to share information which is not a credit report under Vermont law without your consent, such as information related solely to our transactions and experiences with you.

32

**NationalCity.**

71-0424-00 (Rev. 06/04)

NationalCity.com · Member FDIC · ©2004, National City Corporation®

# Exhibit 10

# Personal
# Account Agreement

**Effective 3/12/05**

**NationalCity**®

## Definitions

"Agreement" means this Personal Account Agreement sometimes referred to in other documents as Rules or Rules for Personal Accounts. "Bank" is one of the following: National City Bank, National City Bank of Indiana, National City Bank of Kentucky, National City Bank of the Midwest, National City Bank of Pennsylvania or National City Bank of Southern Indiana, each a national bank, or The Madison Bank and Trust Company, an Indiana bank. "Depositor" is each person signing the signature card or any other document approved by Bank to evidence ownership of an Account. An "Account" is a Checking Account or a Savings Account. A "Checking Account" is one of the following: Free Checking, Free Student Checking, Free Interest Checking, Regular Checking, ValuePak Checking, Preferred Interest Checking, Preferred 50+ Interest Checking, Money Market Checking, Money Market Plus Guaranteed, Work Perks Checking, Work Perks Interest Checking, Works Perks Preferred Interest Checking, Work Perks Money Market Checking, Touchdown Checking, Touchdown Plus Checking, National City Sweep Account, Personal Checking, Personal Checking with Savers Option, Basic Checking, Self-Serve Checking, Interest Checking, Interest Checking PLUS, Classic Plus Checking, Credit Rewards, Checking with Interest, Classic Choice Regular Checking, Classic Choice Interest Checking, I/MAX Regular Checking, I/MAX Interest Checking, Prestige Checking, OMNI Checking, Silver Star Plus Checking, Cash Management Checking and Privilege First Checking. A "Savings Account" is one of the following: Select Savings, Statement Savings, Savings Builder, Money Market Savings, Preferred Money Market Savings, Touchdown Savings, Touchdown Plus Savings, Flexible Access Money Market, Money Savings, Passbook Savings, Serious Savers, Consumer Savings, Bonus Savings, Premier Money Market Savings, Preferred Investment Account, Funeral Trust Savings, AnydayEveryday Savings, First Savings, First Rate Fund, Connections Savings, Superior Performance Fund and Retirement Money Market Savings. "Check" is a written order signed by Depositor directing Bank to pay a sum of money on demand. "Item" is a check, draft, or other instrument, whether or not negotiable, deposited to the Account for collection or paid against the Account. "Entry" is a request or order for the deposit or payment of money to or from the Account by means of electronic fund transfer. "Cash" means any U.S. coin or currency. "Ledger Balance" is all Cash, Items or Entries which have been deposited less any Items or Entries which have been returned unpaid, withdrawals from the Account, any Entry paid from the Account, and fees and charges. "Business Day" is any day on which Bank is open to the public for carrying on substantially all of its banking functions, but does not include Saturdays, Sundays, or legal holidays. A "Special Depository Facility" is a mechanical or electronic device at which Bank can receive Cash, Items, and Entries and includes night depositories and automated teller machines. "State" means the state where the branch of Account is located.

## Agreement; Amendments

Bank agrees to maintain the Account for Depositor and to perform according to this Agreement. Depositor, by signing the signature card for the Account, by using the Account or by permitting an authorized signer to use the Account, agrees to the provisions of this Agreement which are subject to amendment and further agrees that this Agreement is binding on Depositor's successors, representatives and assigns. Bank may from time to time adopt new provisions or fees or amend this Agreement and Bank's Pricing Schedule which shall be binding upon Depositor after notice has been mailed to Depositor at the last address shown for the Account on Bank's records, by posting in branches of Bank or as otherwise permitted by law. Changes pursuant to bank regulatory authority shall be effective per such regulation without further notice.

## Ownership of Account

The Account's signature card shall reflect the capacity in which Depositor holds the Account.

## Permissible Uses of Account

Depositor agrees that the Account is intended solely for personal, family or household purposes and that Depositor will not use the Account for any business purposes. If Depositor uses the Account for business purposes, Depositor hereby consents upon notice mailed to Depositor by Bank to the transfer of the Account to a business account. Depositor may not use the Account or any card for illegal transactions. Depositor may not use any card for Internet lottery, betting or gambling transactions. By federal regulation, an interest-bearing transaction Account is not available to Depositors that are entities organized or operated to make a profit including, but not limited to, partnerships, associations or corporations.

## Deposits; Indorsements

Subject to the exceptions in this Agreement, Bank agrees to receive Cash, Items, and Entries for deposit at its offices and Special Depository Facilities and to account for such deposits to Depositor by means of receipts, statements or other agreed upon format. Bank has the right to refuse any deposit. Items received for deposit shall have Depositor's indorsement, by rubber stamp or otherwise, and Bank need not inquire into any indorsement or the disposition of any Item's proceeds. Bank may accept for deposit into the Account any Item which is payable to Depositor which is not indorsed and may supply Depositor's missing indorsement. Items or Entries which have been refused for deposit by Bank shall be returned at Depositor's risk.

1

2

Depositor shall not place any mark, signature, stamp or other writing in the "Depository Bank Area" on the reverse side of any Item deposited. The Depository Bank Area is that part of the back of the Item which is 3 inches from the leading edge to 1.5 inches from the trailing edge of the Item. The leading edge of the Item is the right side of the Item looking at it from the front. The trailing edge is the left side of the Item looking at it from the front. Depositor agrees to hold Bank harmless and indemnify Bank for all loss or damage suffered by Bank in the event Depositor places any mark in the Depository Bank Area or uses carbon band Items and such mark or use adversely affects the ability of Bank to indorse such Item legibly in accordance with required law and regulations.

Cash, Items, and Entries received by Bank for deposit will be subject to examination and verification, and any errors in settling for such deposits will be corrected by Bank through adjustments to the Account or through other recovery from, or reimbursements to, Depositor. When receiving Items and Entries for deposit, Bank shall act as the collection agent of Depositor and shall not be deemed a purchaser of the Items or Entries received. Bank assumes no responsibility beyond that of the exercise of ordinary care as Depositor's collection agent.

### Provisional Settlement

Any settlement given by Bank for an Item or Entry, whether in Cash, by credit to the Account, or otherwise, shall be a provisional settlement until the Item or Entry has been finally paid, including Items drawn on or Entries initiated by Bank. Items charged back to Bank, whether before or after the drawee bank's midnight deadline or final settlement, and Entries returned to Bank, may be charged back against the Account or otherwise recovered from Depositor. If an Item not drawn on Bank is deposited to the Account or is cashed by Bank, then Bank may, to the extent permitted by law, withhold availability of a corresponding amount from any funds that Depositor has on deposit with Bank until such time as the Item is finally paid. Any uncollected Item or Entry may be returned to Depositor by Bank at Depositor's risk or may be resubmitted to the drawee bank or other payor for collection. Depositor waives notice of dishonor of deposited Items or Entries. Depositor hereby authorizes Bank in its sole discretion to re-present Items or Entries, without notice to Depositor, for collection. If an Item deposited to Account is paid by the drawee bank and later the Item is returned on a claim of alteration, forgery, unauthorized, or for any other reason, Bank may withhold the amount of the Item from the Account until the claim is resolved.

### When Deposits are Received

Cash and Items which are placed in the custody and control of any Bank employee (whose duties include receiving deposits) during a Business Day before cut-off time of 2:00 p.m. local time or as otherwise posted or disclosed ("Cut-Off"), shall be regarded as having been received and deposited and settled provisionally on that day. Cash or Items placed in the custody and control of an authorized Bank employee during a Business Day after Cut-Off, or on any non-Business Day may be regarded by Bank as having been received and deposited and settled provisionally on the succeeding Business Day. Items and Entries placed in a Special Depository Facility shall be regarded as having been received, deposited, and settled provisionally on the Business Day during which they are examined and verified by the Bank. Cash placed in a Special Depository Facility shall be regarded as having been received and deposited on the Business Day during which it is examined and verified by the Bank.

### Withdrawal of Amounts Deposited

Bank, at its discretion, may allow withdrawal of the amount of the provisional settlement given by it for an Item or Entry. Bank, at its discretion, may allow withdrawals against the Account prior to examination and verification of deposited Cash. Bank reserves the right to require 7 days written notice from Depositor of any intended withdrawal from any type of Savings Account including the linked savings account attached to Checking Accounts.

### Overdrafts

Depositor agrees that although Bank has no obligation to permit an overdraft, Bank may do so. A Depositor will be liable for an overdraft of the Account even if the overdraft is caused by a co-Depositor and the Depositor has received no benefit from the Item or Entry causing the overdraft. In the event Depositor is a recipient of Social Security or other government benefits which have been deposited in the Account, Depositor specifically authorizes Bank to apply such benefits to pay any overdraft. In the event Depositor has a Cash Reserve line of credit (a "Line") which has been advanced in full, Depositor authorizes any resulting overdraft of the Account which is not otherwise paid in full by end of a statement period to be paid by an advance on the Line, even if it causes Depositor to exceed the maximum credit available on the Line. For Accounts in Indiana, if Depositor does not deposit sufficient funds to bring the Account current within a reasonable time of incurring an overdraft, as determined by Bank, then Bank may charge Depositor a fee for services used to recover the outstanding indebtedness.

### Savings Overdraft Protection

Depositor may select to use one (1) Savings Account acceptable to Bank as a source of overdraft protection for one or more Checking Accounts (except a National City Sweep Account). Bank reserves the right to determine the order in which overdrafts on multiple Checking Accounts will be funded. All of the Depositors

3

4

on the Checking Account must all be owners, but not necessarily all of the owners, of the Savings Account.

If Depositor selects Savings Overdraft Protection, Depositor authorizes and directs Bank to advance funds from the Savings Account to cover the amount of any overdraft(s) in the Checking Account(s) plus the applicable per advance fee(s) ("Advance"), and make a corresponding deposit to the Checking Accounts. If there are not enough funds available in the Savings Account to make an Advance in the full amount necessary to avoid an overdraft, Bank, in its sole discretion, may make an Advance to the extent funds are available in the Savings Account and (1) not pay any Checks, Items or Entries which would cause the Checking Account to be overdrawn (in which case NSF fees on the Checking Account may apply) or (2) pay any Checks, Items or Entries by overdrawing the Checking Account (in which case overdraft fees on the Checking Account may apply). Depositor acknowledges that certain preauthorized or automatic transfers, including Advances, from a Savings Account are limited to six (6) per month and that, notwithstanding Depositor's selection of Savings Overdraft Protection, no further Advances will be made in any month after that limit is reached. Depositor further acknowledges that if Depositor also has a Cash Reserve℠ or Ready Reserve line of credit, Savings Overdraft Protection will be used before the line of credit.

## Paying Items and Entries

When a sufficient balance in the Account is available, Bank shall pay Items and honor Entries initiated or authorized by Depositor. Bank may dishonor an Item or Entry when the Account has an insufficient balance available. Bank may charge the Account for all properly payable Items and Entries, even though an overdraft may be created. Depositor agrees that Depositor's Account may be debited on the Business Day an Item is presented or at an earlier time based on notification received by Bank that an Item drawn on the Account has been deposited for collection at another financial institution. A determination of Account balance for purposes of making a decision to dishonor an Item or return an Entry for insufficient available balance may be made at any time between presentment or receipt of notice of pending presentment and the time of return of the Item; Bank has no obligation to make more than one such determination. Generally, Bank pays Items and Entries from the Account in the order of greatest dollar amount to least dollar amount, but Bank reserves the right to pay Items and Entries in any order. All Checks drawn by Depositor must be negotiable and on a form satisfactory to Bank, and all Items and Entries must be in a form satisfactory to Bank, or Bank may refuse to honor. Bank reserves the right to dishonor an Item which has not been signed by Depositor, even if the Item indicates that Depositor has authorized the Item.

## Use of Facsimile Signatures

Bank may refuse to honor Items drawn by Depositor by means of a facsimile signature. Bank, at its discretion, may honor such Items and in doing so, Bank is hereby authorized to rely upon and to accept as genuine such facsimile signature without any duty to determine the genuineness thereof or whether or not the affixing of such facsimile signature to an Item has been authorized by the Depositor whose name is so affixed.

## Antedated and Postdated Items

Antedated or postdated Items may be paid on presentment and charged against the Account without regard to their dates, notwithstanding that Depositor has notified Bank of the postdating. Bank in its sole discretion may choose not to process an Item that is more than six months old but in no event will Bank be liable for processing such an Item.

## Restrictive Legends

Depositor agrees that Bank shall not be bound by any restrictive legend or condition appearing on face or reverse side of Items.

## Bank's Standard of Care

Depositor agrees that Bank handles large numbers of Items and that current industry standards are for Bank not to check maker and/or indorser signatures, dates, or alterations and that in so doing, Bank will be deemed to have exercised ordinary care in the processing of Depositor's Items. Bank shall not be liable for any damages unless Bank has failed to act in good faith and exercise ordinary care.

## Withdrawal Limitations for Savings Accounts

For Savings Accounts there are no limitations on the number of in person or ATM withdrawals by the Depositor, but preauthorized or automatic transfers including transfers to third parties or to another account of the Depositor by telephone or pursuant to a preauthorized agreement with Bank are limited by regulation to 6 per month of which no more than 3 may be by Item. The posting date of a preauthorized or automatic transaction by Bank will determine the month in which that transaction will be counted. Bank will charge penalties for exceeding this regulatory limitation and will close a Savings Account or take away a Savings Account's transfer capabilities if Depositor continues to exceed this limitation.

## Non-customer Check Cashing Requirements

Depositor agrees that Bank may charge a non-customer payee or other holder a fee for cashing Depositor's Items including Checks. Depositor agrees that Bank may require a thumbprint or other unique identification of a non-customer payee or other holder as a condition for cashing Depositor's Items including Checks.

5

6

## Automated Clearing House Entries

The Operating Rules of the National Automated Clearing House Association ("NACHA Rules") are applicable to automated clearing house transactions ("ACH Entries") involving the Account.

Depositor may originate or receive ACH Entries with respect to the Account through written authorizations. Bank agrees to receive such Entries through any automated clearing house of which it is a member and to originate such Entries when they involve the payment of money to Bank. Bank reserves the right, however, to refuse to originate any authorized Entry which must be processed through an automated clearing house.

Credit given by Bank to Depositor with respect to an ACH credit Entry is provisional until Bank receives final settlement for such Entry through a Federal Reserve Bank or otherwise has received payment as provided by law. If Bank does not receive such final settlement, Bank may charge back against the Account or otherwise recover from Depositor the amount credited to the Account.

Under NACHA Rules, Bank is not required to give notice to Depositor of receipt of an ACH Entry, and Bank will not do so.

Bank may accept on Depositor's behalf ACH Entries to the Account which have been transmitted through one or more automated clearing houses, and Depositor's rights and obligations with respect to each Entry which is not subject to the Electronic Funds Transfer Act shall be construed in accordance with and governed by the laws of the State.

## Stop Payments

Bank agrees to honor a stop payment order against an Item or Entry, including automatic deduction, when received from Depositor within a reasonable time prior to payment. Bank's acceptance of a stop payment order does not mean that the Item or Entry has not yet been paid. Bank shall have no liability resulting from the payment of an Item or Entry prior to its actual receipt of a stop payment order from Depositor and reasonable time to process the order. Bank shall not be liable for any damages unless Bank has failed to act in good faith and exercise ordinary care. Depositor agrees to indemnify Bank and hold it harmless from any and all expenses incurred or damages suffered by Bank in honoring a stop payment order.

Depositor acknowledges that an Item may be converted to ACH Entry (electronic debit) by the payee of the Item. If Depositor has been given notice by the payee of the Item that the Item will be converted to an ACH Entry, a stop payment order must be placed on the Entry rather than the Item in order to ensure its effectiveness. Whether or not Depositor knows that an Item has been converted to an ACH Entry, if Bank is not advised that the stop payment is for an ACH Entry, then Depositor's

7

stop payment order may not be effective. If Depositor places a stop payment order on the Item without notifying Bank that it has been converted to an ACH Entry, Bank will use reasonable efforts to identify and stop payment of the Entry, but will not be liable to Depositor for payment of the Entry, and Bank will not be liable for damages if Bank stops payment on another Entry from the same originator and in the same amount which Bank reasonably believes to be the Entry representing the converted Item.

A stop payment order against an Item or Entry must accurately describe it as to date, number, amount, and payee, and must correctly indicate Depositor's name and the Account number. Depositor agrees that it is current industry standard to process stop payment orders by means of computer technology. Accordingly, failure of Depositor to provide the exact identification of Account number and Item number in order to identify the Item or Entry to be stopped will result in the Item or Entry being paid if presented, and Bank will not be liable for such payment. Errors in Depositor's name or the Account number, or inaccuracies in the description of the number, amount, issue date or payee on Depositor's written stop payment order shall relieve Bank from any liability for any mistaken payment or wrongful dishonor. Any errors on Bank's written acknowledgment to Depositor of a stop payment order must be reported by Depositor in writing to Bank within 10 calendar days of the written acknowledgment date. Bank shall not be liable for any mistaken payment or wrongful dishonor occurring after the 10-day period, unless errors or inaccuracies are so reported to Bank within the 10-day period.

A stop payment order remains effective for six months from the date Bank receives notice of the order against an ACH Entry in any amount, or against an Item or other Entry for less than $1,000, and for one year against an Item or Entry (except an ACH Entry) for $1,000 or more. A stop payment order may be renewed for successive periods equal to its original period of effectiveness if Bank receives a renewal notice prior to the order becoming ineffective.

Before Bank will release a stop payment order, Bank may require the receipt of a written request, signed by Depositor, requesting the withdrawal of the order.

In the event Bank recredits the Account for a paid Item or Entry, then Depositor hereby assigns to Bank all rights against third parties and agrees to transfer and to subrogate to Bank all of Depositor's rights against the payee or other holder. Any one Depositor may order a stop payment even if the signature of more than one Depositor is required to draw on the Account. Depositor agrees that Bank will not be obligated to reimburse Depositor upon notice of alleged wrongful payment; that it is Depositor's obligation to notify Bank of the alleged wrongful payment on a timely basis in

8

accordance the paragraph entitled "Depositor's Duties and Liabilities" below and prove the fact and amount of damage suffered; and that in no case will Bank be liable for more than Depositor's actual damage.

## Use of Special Depository Facilities

Depositor accepts as adequate Bank's Special Depository Facilities for the safe placement of Cash, Items and third party payments. Depositor's use of Special Depository Facilities shall be at Depositor's sole risk until Bank has examined and verified a placement of Cash, Items or third party payments and Bank's record of examination and verification shall be binding on Depositor.

## Bank's Right of Offset

Bank has the right to offset against the Account for any indebtedness owed by Depositor to Bank, whether individually or jointly owed, and whether or not co-Depositors on the Account are indebted to Bank. Bank may offset Account either before or after the death of a Depositor and without demand or notice to Depositor. Bank shall not be liable for any dishonor of an Item or Entry that results.

For Accounts in Indiana, Bank shall have the right to deduct from any Account the amount of any indebtedness due and owing to Bank by Depositor. All joint Depositors specifically agree that the provisions of I.C. 32-17-11-17 and 32-17-11-27, regarding the proportion of net contribution by each Depositor, shall not apply to any offset exercised by Bank and that Bank shall have the right to deduct from any Account the amount of any indebtedness due and owing to Bank from any Depositor up to and including the entire balance of any such Account without regard to contribution to the Account.

## Security Interest in Account

Depositor grants a security interest in the Account to Bank and to each of Bank's affiliates for any and all indebtedness owed by Depositor to Bank or to Bank's affiliates, however and whenever incurred or evidenced. Such security interest is not in derogation or substitution of Bank's right to offset against the Account.

## Payable on Death, "In Trust For" and "Trustee For" Account Beneficiaries

A personal, individual Account payable on death (not available in Pennsylvania or Michigan) or an Account in trust for another may have no more than two beneficiaries. If Depositor selects more than one beneficiary and the shares of the beneficiaries are not designated on the signature card, the beneficiaries will have equal shares. Upon Depositor's death, or the death of the last surviving Depositor if the Account is a joint Account, each beneficiary surviving Depositor shall be paid his or her share, and the share of each beneficiary not surviving Depositor will be payable to Depositor's estate. A beneficiary survives Depositor if the beneficiary survives Depositor for any length of time, however short, notwithstanding any statutory or other presumption to the contrary. Depositor agrees that payable on death benefits and any other right to death benefits where the named beneficiary is the spouse are not terminated by intervening divorce, dissolution of marriage or annulment. Each beneficiary has no rights in the Account until the death of Depositor who has sole ownership of the Account except that Depositor may not assign or encumber the Account other than to secure debt to Bank. Depositor reserves the right to change or cancel any beneficiary designation by an instrument satisfactory to Bank, which is delivered to Bank during lifetime of Depositor. Payment to beneficiaries after the death of Depositor, or the death of the last surviving Depositor if the Account is a joint Account, shall constitute a full release of Bank and shall be binding upon the heirs and personal representatives of Depositor.

## Joint Accounts

For joint Accounts with rights of survivorship only, (1) each Depositor hereby transfers to the other Depositor(s) an undivided interest in the Account and all additions thereto for their respective lives, and the same may be withdrawn in whole or part by any one or more of Depositor(s) and (2) subject to the provisions hereof and to any relevant law, on the death of a Depositor, and subject to offset by Bank for an obligation owed by the deceased co-Depositor to Bank, the then balance in the Account shall be payable to, and the absolute property of, any surviving Depositor(s) and any such payment shall be binding upon each Depositor and the heirs, personal representatives and assigns thereof. For joint Accounts opened as tenants in common in Missouri prior to July 31, 2004, only, (1) the Account and all additions thereto may be withdrawn in whole or part by any one or more of Depositor(s) and (2) subject to the provisions hereof and to any relevant law, on the death of a Depositor, and subject to offset by Bank for an obligation owed by the deceased co-Depositor to Bank, the deceased co-Depositor's proportionate ownership interest will pass to the estate of the deceased co-Depositor and any such payment shall be binding upon each Depositor and the heirs, personal representatives and assigns thereof. A Depositor survives a deceased co-Depositor if the Depositor survives the deceased co-Depositor for any length of time, however short, notwithstanding any statutory or other presumption to the contrary. Each Depositor is hereby appointed agent for other Depositor(s) and as such may take any action on behalf of the other Depositor(s) including, but not limited to, the following: (1) indorse Items and receive Cash for other Depositor(s); (2) deposit and/or indorse for deposit in the Account Checks and other Items payable to other Depositor(s); (3) sign documents associated with the Account, including documents used for federal

and/or state tax purposes, for other Depositor(s); and (4) give instructions on any matter in connection with the Account. It is within Bank's sole discretion to demand authorization from each and every Depositor on an Account for instructions that change the title ownership of the Account. Bank is authorized to deposit in the Account unindorsed Checks and other Items payable to any Depositor(s) and supply absent indorsement(s). If any Depositor enters into other agreements associated with the Account, including, but not limited to, a Cash Reserve line of credit, such agreements are binding on all co-Depositors whether or not they were co-Depositors when the agreements were signed.

### Deputy; Power of Attorney
Depositor may appoint a deputy or provide a person with a power of attorney (for Accounts in Indiana, provided such documents are valid as defined in Indiana Code 30-5) who shall have authority to exercise all the rights of Depositor under this Agreement or as otherwise limited by Bank in its sole discretion. Bank may, in its sole discretion, limit Depositor to the appointment of one deputy or attorney-in-fact. Bank may, in its sole discretion, also require the appointment of a deputy or attorney-in-fact to be signed by all of the individual co-Depositors. Any appointment must be evidenced on Bank records in a form satisfactory to Bank. If a deputy or attorney-in-fact appears on Bank's records, Bank is not obligated to act in accordance with, and may, in its sole discretion, refuse to follow, the instructions of any other person acting as Depositor's deputy or attorney-in-fact.

### Notices
Notices from Depositor to Bank shall be effective upon receipt by Bank and reasonable time to process. Notices to Depositor from Bank shall be effective upon mailing to the last known address shown by Bank's records or as otherwise provided in this Agreement.

### Closing Account; Terminating Access
Bank may close the Account or terminate electronic access to the Account by means of a card or code with or without cause and without prior notice to Depositor.

### Statements
Bank shall make available to Depositor a statement not less frequently than monthly for Checking Accounts (unless the Account has no activity for 90 days, then a statement will be provided quarterly) and semi-annually for Savings Accounts (excluding Passbook and Club Accounts), showing Account activity and balance. Such information may be otherwise provided as agreed by Bank and Depositor. The Account balance at any time shall be determined by Bank from its books and records. A statement is deemed made available to Depositor when such statement is mailed to Depositor's last known address as shown by records of Bank for the Account or as otherwise agreed. In the

11

event a mailed statement is returned to Bank, then each subsequent statement is deemed made available to Depositor at the time Bank would have produced such statement. Please see Electronic Fund Transfers (EFT) Disclosure Statement for Depositor's duties regarding notice to Bank in the event of an EFT error.

### Cancelled Checks Retained by Bank
Bank shall retain canceled Items for a reasonable period of time as determined by Bank. Bank will maintain copies on microfiche or by other means for the time period required by law and may impose a service fee for providing copies at Depositor's request. If for any reason Bank is unable to provide a copy or otherwise document an Item, Bank shall not be liable for more than the face amount of the Item or actual damages, whichever is less. Bank may permit Depositor to receive cancelled checks with each statement, for which Bank may charge a service fee.

### Depositor's Duties and Liabilities
Depositor agrees to examine each statement (and enclosures) and any Account information provided to discover any alterations; unauthorized signatures, Items, Entries or indorsements; unauthorized transactions; or errors, and Depositor agrees to notify Bank in writing thereof without delay. If Depositor fails to meet any of the requirements of the previous sentence:

- within 14 calendar days after the statement or Account information was mailed or otherwise made available, Depositor shall be precluded from asserting against Bank (1) any unauthorized signature, Item or Entry, any alteration, any unauthorized transaction, or any error if Bank will suffer a loss as a result of Depositor's failure to meet the requirements of the previous sentence; or (2) any unauthorized signature, Item or Entry, or any alteration, by the same person if Bank paid the Item or Entry after the 14-day period; and

- within 60 calendar days after the statement or Account information was mailed or otherwise made available, Depositor shall be precluded from asserting against Bank any unauthorized signature, Item or Entry, or any alteration, without regard to Bank's care or lack of care.

If Depositor fails to notify Bank in writing of any claim within one year after such claim accrues, Depositor shall be precluded from asserting such claim. For any claim arising under this Agreement, Depositor agrees to make timely claim against all applicable policies of insurance and, if requested by Bank, to file a police report. Depositor agrees not to assign to any third party any claim of Depositor against Bank relating to any Item or Entry, and any such assignment shall be void.

Depositor agrees that Depositor will examine check orders on receipt for any errors on Depositor's pre-

12

printed check form and will notify Bank to obtain corrected replacements. Any losses incurred by Depositor's use of pre-printed check forms containing errors will be deemed to be the result of negligence on the part of Depositor.

## Ownership and Withdrawal Disputes

If ownership of or right to make withdrawals from the Account becomes in dispute for any reason, Bank, in its discretion, may refuse payment of the Account's balance until the dispute is settled.

## Accounts not Transferable

Any rights in the Account are not transferable except in accordance with applicable federal regulations. No assignment, encumbrance, or other transfer of the Account shall be valid unless Bank's written consent has first been obtained and a memorandum thereof is entered on Bank records.

## Fees and Penalties

Depositor agrees to pay the applicable fees and penalties assessed by Bank according to Bank's Pricing Schedule and Rate Sheet provided to Depositor at the time Depositor opens the Account and as amended from time to time in accordance with this Agreement. All fees and penalties assessed by Bank may be charged against the Account, and Depositor shall be responsible for any deficiency. Depositor understands and agrees that federal law governs national banks as to the fees charged by national banks for their services. Depositor acknowledges and agrees that Bank uses its sole discretion in determining the amount of the fees charged for its services to Depositors based on the following factors: deterrence of misuse by Depositors of banking services; enhancement of Bank's competitive position in accordance with its strategy; and the maintenance of the safety and soundness of Bank. Any Account business transacted at a banking affiliate as agent of Bank will be governed by this Agreement and Bank's Pricing Schedule. Bank's affiliates may charge additional fees for performance of such services.

## Unclaimed Funds

The balance in the Account may become unclaimed funds escheatable to the State if, as shown by Bank's records, Depositor has not, within the statutory period, caused any activity or received any payments with regard to the Account, indicated any interest in the Account, corresponded with Bank concerning the Account, or otherwise indicated an interest in the Account as evidenced by writing on file with Bank, or transacted any business with Bank.

## Credit Bureau Reporting

**If Depositor believes that Bank has information about Depositor that is inaccurate or that Bank has reported or may report to a credit reporting agency information about Depositor that is inaccurate, please notify Bank of the specific information that**

13

**Depositor believes is inaccurate by writing to National City Bank, P.O. Box 2049, Akron, OH 44309-2049, Attn: Loss Prevention Division, Locator 14-1901.**

## Customer Contact

Depositor agrees that Depositor and Bank have an established business relationship, and unless otherwise prohibited by law, that Bank and its affiliates (collectively "National City") may contact Depositor to offer Depositor products and services that National City thinks may be of interest to Depositor. Such contacts are not unsolicited, and National City may contact Depositor by telephone or by an automated dialing and announcing device or by fax, e-mail or other form of electronic communication, and National City may monitor telephone calls with Depositor to assure quality service.

## Waiver

Failure by Bank to exercise any of its rights under this Agreement shall not be a waiver of any of its rights.

## Severability

In the event that one or more provisions of this Agreement shall for any reason be held invalid or illegal, such holding will not affect the enforceability of any other provision.

## Force Majeure

Bank shall have no liability for any delays or failure of performance caused in whole or in part by fire, labor disputes, power failures, acts or omissions of civil authorities, civil disturbances, computer malfunction, or any causes beyond the control of Bank.

## Limitation of Liability

Depositor agrees that in performing the duties imposed under this Agreement that in no event shall Bank be liable for any consequential, indirect or special damages.

## Governing Law; Jurisdiction

This Agreement shall be governed by federal law and where not preempted by or in conflict with federal law, the laws of the State, without regard to conflict of law principles. The State is Bank's jurisdiction for purposes of Article 9 of the Uniform Commercial Code as adopted by the State.

## SPECIAL PROVISIONS AND DISCLOSURES

### ALL CHECKING ACCOUNTS

A special linked savings account is opened with every Checking Account except for the National City Sweep Account. At the beginning of each statement period funds in each Checking Account that are in excess of a threshold balance as established by Bank from time to time in its discretion, are swept automatically into the linked savings account. If during any statement period the funds in a Checking Account fall below the floor balance then the funds in the linked savings

14

account, if any, are automatically swept back into the Checking Account to restore threshold balance. On the 6th such sweep during a statement period, all funds in the linked savings account will be returned to the Checking Account. Depositor cannot directly access the linked savings account. Each Checking Account and its linked savings account are treated as a single account for purposes of record keeping and fees, and the linkage of the accounts will not affect Depositor's use of the Checking Account. Please note that as required by federal regulation, Bank reserves the right to require 7 days written notice from Depositor of intended withdrawals from any savings account.

For Point of Sale (POS) debit transactions at a Visa® merchant there are daily transaction limitations as to dollar amount which may differ from the daily transaction limitations for Automated Teller Machine (ATM) debit transactions.

The rate of exchange for international transactions using a CheckCard is a rate selected by Visa from the range of rates available in wholesale currency markets for the applicable central processing date, which rate may vary from the rate Visa itself receives, or the government-mandated rate in effect for the applicable central processing date.

### ALL INTEREST-BEARING CHECKING ACCOUNTS

Interest is earned at the same rate on balances whether in the Account or the linked account. For the Account and the linked account, the daily balance method is used to calculate interest. This method applies a daily periodic rate to the principal each day. The interest rate and Annual Percentage Yield (APY) may change. At Bank's discretion, Bank may change the interest rate at any time.

Interest begins to accrue no later than the Business Day Bank receives credit for the deposit of noncash items (for example, checks). Interest is compounded monthly and credited to the Account on the last day of the statement period.

If the Account is closed or transfers to a non-interest bearing account before interest is credited, accrued interest on the Account and the linked account will not be paid.

### PREFERRED INTEREST CHECKING, PREFERRED 50+ INTEREST CHECKING AND WORK PERKS PREFERRED INTEREST CHECKING

The interest rate for the entire balance when the target balance disclosed on Bank's Rate Sheet is reached will be determined at least monthly based on the average 7-day simple yield on taxable money funds as published by iMoneyNet, Inc., in the Money Fund Report™, plus or minus a spread. In the event the Money Fund Report™ is no longer published, or at Bank's sole discretion, Bank may substitute another source or index or change the spread. Total balances

15

of less than the target balance accrue interest as disclosed in Bank's Rate Sheet and, at Bank's discretion, Bank may change the interest rate at any time.

### MONEY MARKET CHECKING AND WORK PERKS MONEY MARKET CHECKING

The interest rate for the entire balance will be determined at least monthly based on the average 7-day simple yield on taxable money funds as published by iMoneyNet, Inc., in the Money Fund Report™, plus or minus a spread. In the event the Money Fund Report™ is no longer published, or at Bank's sole discretion, Bank may substitute another source or index or change the spread.

### MONEY MARKET PLUS GUARANTEED

The Annual Percentage Yield (APY) for the entire balance will not be less than the average 7-day simple yield on taxable money funds as published by iMoneyNet, Inc., in the Money Fund Report™, plus a spread of 0.25%, and any applicable changes will be made within 7 days after being published. In the event the Money Fund Report™ is no longer published, Bank may substitute another source or index and change the spread.

### WORK PERKS CHECKING, WORK PERKS INTEREST CHECKING, WORK PERKS PREFERRED INTEREST CHECKING AND WORK PERKS MONEY MARKET CHECKING

Availability of this Account is limited to Depositors with a direct deposit of their pay from a qualified employer. For Work Perks Checking and Work Perks Interest Checking, if Depositor terminates the required direct deposit to Account or terminates employment with a qualified employer, the Account will be converted to Free Checking and will no longer qualify for Work Perks benefits. For Work Perks Preferred Interest Checking and Work Perks Money Market Checking, if Depositor terminates the required direct deposit to Account or terminates employment with a qualified employer, the Account will no longer qualify for Work Perks benefits.

### NATIONAL CITY SWEEP ACCOUNT

For the Checking Account and the linked Money Market Deposit Account (MMDA) investment option, the daily balance method is used to calculate interest. This method applies a daily periodic rate to the principal in the Checking Account and the MMDA each day. The interest rate and Annual Percentage Yield (APY) for the Checking Account and the MMDA may change. At Bank's discretion, Bank may change the interest rates at any time.

When the available balance in the Checking Account exceeds the target balance by $100 or more, the excess balance will be swept on the next Business Day into the investment option selected by Depositor. Depositor may not make deposits to or withdrawals from the

16

investment options other than the automatic transfers to or from the investment options.

Interest begins to accrue no later than the Business Day Bank receives credit for the deposit of noncash items (for example, checks). Interest is compounded monthly and credited to Checking Account and MMDA option on the last day of the statement period. If the Checking Account is closed or transfers to a non-interest bearing account before interest is credited, accrued interest on the Checking Account and the MMDA may not be paid.

This Account is no longer available for new accounts.

### FREE CHECKING AND
### FREE STUDENT CHECKING

If the Account is inactive (no debit or credit activity) for more than 180 days, the Account will be converted to Regular Checking and will no longer qualify for Free Checking or Free Student Checking benefits.

### FREE INTEREST CHECKING

If direct deposit is not maintained, the Account will be converted to Free Checking and will no longer be eligible to earn interest. If Free Interest Checking is closed or is converted to a non-interest bearing account before interest is credited, accrued interest on the Account may not be paid. If the Account is inactive (no debit or credit activity) for more than 180 days, the Account will be converted to Regular Checking and will no longer qualify for Free Interest Checking benefits.

### TOUCHDOWN CHECKING AND
### TOUCHDOWN PLUS CHECKING

In order to have one of these Accounts, Depositor must maintain a Touchdown Savings or Touchdown Plus Savings Account. For Touchdown Checking Accounts, if the applicable Savings Account is closed or transfers to another product type, the Touchdown Checking Account will be converted to a Free Checking Account. For Touchdown Plus Checking Accounts, if the applicable Savings Account is closed or transfers to another product type, the Touchdown Plus Checking Account will be converted to a Preferred Interest Checking Account. These Accounts are available only at the option of Bank.

### CREDIT REWARDS

Availability of this Account is limited to Depositors with a qualifying loan product. This Account is no longer available for new accounts.

### CLASSIC CHOICE REGULAR AND CLASSIC CHOICE
### INTEREST CHECKING

Classic Choice members must qualify for and maintain a National City personal Checking Account and designate the Account as the Classic Choice Account. In addition, member agrees to maintain a combined minimum balance of $25,000 or more in any of the following accounts: Classic Choice Checking Account

17

(regular or interest), Certificates of Deposit (excluding $100,000+ CDs), Preferred Investment Account, Savings Accounts, or Individual Retirement Accounts. Joint account holders do not receive individual benefits. Account benefits are not assignable. These Accounts are no longer available for new accounts.

### I/MAX REGULAR AND I/MAX INTEREST CHECKING

I/MAX members must be approved for one of the following qualifying National City loans: installment loan, National City Equity Reserve℠ line of credit, National City Signature Credit Line or residential mortgage and qualify for and maintain either a personal Checking Account with a MoneyCard℠ or Visa® CheckCard or a National City Visa or MasterCard® credit card. To remain a member, you must retain the personal I/MAX Checking Account with a MoneyCard or CheckCard or National City Visa or MasterCard credit card. Account benefits are not assignable. These Accounts are no longer available for new accounts.

### SILVER STAR PLUS

Depositor must be 50 years of age or older to qualify for this Account. In order to have this Account Depositor must maintain a $5,000 minimum daily balance in deposit products. Bank reserves the right to convert this Account to another account type if the qualifying minimum balance is not maintained. This Account is no longer available for new accounts.

### ALL SAVINGS ACCOUNTS

The daily balance method is used to calculate interest on the Account. This method applies a daily periodic rate to the principal in the Account each day.

Interest will be accrued on the daily balance on a 365/366 actual day basis, compounded daily and credited to the Account on the last day of each month (except for Preferred Investment Account and Flexible Access Money Market).

The interest rate and Annual Percentage Yield (APY) of Account may change. At Bank's discretion, Bank may change interest rate on the Account at any time.

Interest begins to accrue no later than the Business Day Bank receives credit for the deposit of noncash Items (for example, checks).

If an Account is closed before interest is credited, accrued interest will not be paid.

### MONEY MARKET SAVINGS

The interest rate for the entire balance when the target balance disclosed on Bank's Rate Sheet is reached will be determined at least monthly based on the average 7-day simple yield on taxable money funds as published by iMoneyNet, Inc., in the Money Fund Report™, plus or minus a spread. In the event the Money Fund Report™ is no longer published, or at Bank's sole discretion, Bank may substitute another

18

source or index or change the spread. Total balances of less than the target balance accrue interest as disclosed on Bank's Rate Sheet and, at Bank's discretion, Bank may change applicable rates at any time.

## SAVINGS BUILDER

A regular preauthorized transfer from a National City Checking Account is required. This Account is available from time to time only at the option of Bank.

## FLEXIBLE ACCESS MONEY MARKET

Interest will be accrued on the daily balance on a 365/366 actual day basis, compounded monthly and credited to the Account monthly. This Account is available only at the option of Bank.

## TOUCHDOWN SAVINGS AND TOUCHDOWN PLUS SAVINGS

In order to have one of these Accounts, Depositor must maintain a Touchdown Checking or Touchdown Plus Checking Account. If the applicable Checking Account is closed or converted to another product type, the Account will be converted to Select Savings. These Accounts are available only at the option of Bank.

## PASSBOOK SAVINGS

Account activity and balance showing in the passbook shall not be determinative of the Account balance unless expressly verified by Bank after comparison with its books and records. Depositor must present the passbook to Bank once a year for reconcilement with Bank records and to record interest and Depositor agrees to examine each reconcilement and any Account information provided to discover any unauthorized withdrawals or errors, and to notify Bank in writing thereof without delay. If Depositor fails to meet any of the requirements of the previous sentence:

- within 14 calendar days after the reconcilement or any Account information was mailed or otherwise made available, Depositor shall be precluded from asserting against Bank (1) any error or unauthorized withdrawal if Bank will suffer a loss as a result of Depositor's failure to meet the requirements of the previous sentence; or (2) any unauthorized withdrawal by the same person after the 14-day period; and

- within 60 calendar days after the reconcilement or Account information was mailed or otherwise made available, Depositor shall be precluded from asserting against Bank any unauthorized withdrawal without regard to Bank's care or lack of care.

If Depositor fails to notify Bank in writing of any claim within one year after such claim accrues, Depositor shall be precluded from asserting such claim and Bank's records shall be conclusive as to the amount on deposit. For any claims of unauthorized withdrawal or error, Depositor is required to make timely claim

19

against all applicable policies of insurance. Depositor agrees not to assign to any third party any claim of Depositor against Bank relating to a withdrawal and any such assignment shall be void.

For Bank's protection, no person shall have the right to make a withdrawal without presenting the passbook and giving a receipt, if requested, for amount withdrawn, but Bank, in its discretion, may permit a withdrawal by Depositor without presentment of the passbook.

In the event the passbook is stolen, lost or destroyed, or cannot be produced without loss or serious inconvenience, Depositor shall promptly so advise Bank in writing. Bank, in its discretion, may cause a substitute passbook to be issued to Depositor and may require satisfactory indemnity. All subsequent deposits and withdrawals shall be entered in the substitute passbook and the original passbook shall be void and shall be surrendered to Bank if thereafter located. A charge may be imposed for a lost passbook.

This Account is no longer available for new accounts.

## SERIOUS SAVERS

Availability of this Account is limited to one per Depositor. A regular preauthorized transfer from a National City Checking Account is required. Bank reserves the right to convert this Account to another account type if the qualifying corresponding Checking Account and/or preauthorized transfers are not maintained. For Accounts in Ohio, there is no ATM access to this Account. This Account is no longer available for new accounts.

## PREMIER MONEY MARKET SAVINGS

The interest rate on balances of $25,000 and over is based on the average of the thirteen week Treasury Bill rate for the prior four weeks (as published weekly in The Wall Street Journal) plus or minus a spread. In the event that The Wall Street Journal ceases to publish this rate, or at Bank's sole discretion, Bank may substitute another source or index or change the spread. Total balances of less than $25,000 accrue interest as disclosed on Bank's Rate Sheet and, at Bank's discretion, Bank may change the interest rate at any time. This Account is no longer available for new accounts.

## PREFERRED INVESTMENT ACCOUNT

Interest will be accrued on the daily balance on a 365/366 actual day basis, compounded monthly and credited to the Account monthly. The interest rate on balances of $75,000 and over will be determined at least monthly based on the average 7-day simple yield on taxable money funds as published by iMoneyNet, Inc., in the Money Fund Report™, plus or minus a spread. In the event the Money Fund Report™ is no longer published, or at Bank's sole discretion, Bank may substitute another source or index or change the spread. Total balances of less than $75,000 accrue interest as disclosed on Bank's Rate Sheet and, at

20

Bank's discretion, Bank may change applicable rates at any time. This Account is no longer available for new accounts.

## FIRST RATE FUND

The interest rate on balances of $10,000 and greater will be determined weekly based on the thirteen week Treasury Bill rate (as published weekly in The Wall Street Journal) less 1.00% (for Accounts in Michigan or Illinois, less a margin of up to 2.00%). In the event that The Wall Street Journal ceases to publish this rate, or at Bank's sole discretion, Bank may substitute another source or if the auction is no longer held, then another index. Total balances less than $10,000 accrue interest as disclosed on Bank's Rate Sheet and at Bank's discretion, Bank may change the interest rate at any time. This Account is no longer available for new accounts.

## SUPERIOR PERFORMANCE FUND

The interest rate on balances of $50,000 and over will be determined weekly based on the thirteen week Treasury Bill rate for the current week (as published weekly in The Wall Street Journal) less a margin of up to 1.25%. In the event that The Wall Street Journal ceases to publish this rate, or at Bank's sole discretion, Bank may substitute another source or if the auction is no longer held, then another index. Total balances of less than $50,000 accrue interest as disclosed on Bank's Rate Sheet and, at Bank's discretion, Bank may change the interest rate at any time. This Account is no longer available for new accounts.

## RETIREMENT (IRA/ROTH IRA/SEP/KEOGH) MONEY MARKET SAVINGS

This Agreement, including these Special Provisions governing an Individual Retirement Account (IRA), Roth IRA, Simplified Employee Pension account (SEP) or a Keogh account, is subject to the Custodial or Trust Agreement ("Custodial Agreement"), which Custodial Agreement takes precedence over this Agreement to the extent that this Agreement and the Custodial Agreement differ. Terms used herein which are defined in the Custodial Agreement have the same meaning as those terms have in the Custodial Agreement, except that the Custodian or Trustee is herein called "Bank." From time to time, Bank may refuse or return any deposit or limit the amount which may be deposited. No deposit Entries by means of electronic fund transfer will be permitted.

## PASS THROUGH INSURANCE RELATING TO EMPLOYEE BENEFIT PLAN DEPOSITS

Under federal law, whether an employee benefit plan deposit is entitled to per-participant (or "pass-through") deposit insurance coverage is based, in part, upon the capital status of the insured institution at the time each deposit is made. Specifically, "pass-through" coverage is not provided if, at the time an employee benefit plan deposit is accepted by an FDIC-insured bank or savings association, the institution may not accept brokered deposits under the applicable provisions of the Federal Deposit Insurance Act ("FDI Act"). Whether an institution may accept brokered deposits depends, in turn, upon the institution's capital level. If an institution's capital category is either "well capitalized," or is "adequately capitalized" and the institution has received the necessary broker deposit waiver from the FDIC, then the institution may accept brokered deposits. If an institution is either "adequately capitalized" without a waiver from the FDIC or is in a capital category below "adequately capitalized," then the institution may not accept brokered deposits. The FDI Act and FDIC regulations provide an exception from this general rule on the availability of "pass-through" insurance coverage for employee benefit plan deposits when, although an institution is not permitted to accept brokered deposits, the institution is "adequately capitalized" and the depositor receives a written statement from the institution indicating that such deposits are eligible for insurance coverage on a "pass-through" basis. The availability of "pass-through" insurance coverage for employee benefit plan deposits also is dependent upon the institution's compliance with FDIC recordkeeping requirements.

Bank's capital category is "Well Capitalized." Thus, in our best judgment, employee benefit plan deposits are currently eligible for "pass-through" insurance coverage under the applicable federal law and FDIC insurance regulations stated below.

Under the FDIC's insurance regulations on employee benefit plan deposits, an insured bank or savings association must notify employee benefit plan depositors if new, rolled-over or renewed employee benefit plan deposits would be ineligible for "pass-through" insurance and must provide certain ratios on the institution's capital condition to employee benefit plan depositors who request such information. If you would like additional information on this Bank's capital condition, please contact any branch office.

## ELECTRONIC FUND TRANSFERS DISCLOSURE STATEMENT

This Disclosure Statement will govern when it differs from other agreements.

Your* rights and responsibilities as a consumer who uses electronic fund transfer (EFT) deposit account services, are defined by the Electronic Fund Transfer Act (15 U.S.C. 1693, et seq.) and Regulation E of the Federal Reserve Board. One requirement of this Act and of the Regulation is that all financial institutions must make certain disclosures to EFT users. Electronic Fund Transfers include all transfers resulting from personal banking cards (automated teller machine (ATM), point of sale (POS) debit cards and Bank credit cards), preauthorized transfers, telephone transfers and Online Banking transactions.

21

22

*For purposes of this disclosure statement, "you" and "your" are used in place of "Depositor" and "we", "us," and "our" are used in place of "Bank."

**Your Liability**
Tell us AT ONCE if you believe your Card, Password or Personal Identification Number (PIN) has been lost or stolen. Telephoning is the best way to let us know. You will not be liable for any unauthorized use of your Card, Password or PIN if you notify us of the unauthorized use on a timely basis in accordance with the paragraph entitled "Depositor's Duties and Liabilities" in the Agreement above or as provided in the paragraph entitled "In Case of Errors or Questions About Your Electronic Transfers" below, whichever is longer.

Also, if your statement shows preauthorized, automated clearing house (ACH) or other EFT transfers which do not involve the use of your Card, Password and/or PIN and that you did not make, tell us at once. If you do not tell us within sixty (60) days after the statement was made available to you, you may not get back any money you lost after the sixty (60) days if we can prove that we could have stopped someone from taking the money if you had told us in time. If a good reason (such as a long trip or a hospital stay) kept you from telling us, we will extend the time period.

**Notification of Lost or Stolen Card, Password or PIN**
If you believe your Card, Password or PIN has been lost or stolen or that someone has transferred or may transfer money from your account without your permission, call us at: 1-800-533-6596 or write to us at: National City Card Services, P.O. Box 4092, Kalamazoo, MI 49003.

**Our Business Days**
Our Business Days are Monday through Friday. Bank holidays are not included.

**Types of Available Transfers**
You, or someone you have authorized by giving them your Card, Password and/or PIN (even if that person exceeds your authority) may use your Card, Password and/or PIN to:
1. Withdraw cash from your designated deposit or revolving credit accounts.
2. Make deposits to your designated deposit accounts.
3. Transfer funds between your designated deposit or revolving credit accounts.
4. Make payments of bank loans by depositing a check, money order or cash to make the payment.
5. Pay for purchases or services, receive cash or fund a stored value feature at places that have agreed to accept your Card.
6. Pay bills from your designated deposit account and transfer funds between your designated deposit or revolving credit accounts by telecommunications or online.
7. You may also authorize us to automatically debit or credit your accounts to or from third parties by

means of preauthorized, ACH and other EFT transactions.
8. Make balance inquiries on your designated accounts.

Some of these services may not be available from the Bank at all times nor at all terminals at all times.

**Limitations on Transfers**
Certain limits exist on the amounts which may be withdrawn from different ATM or POS terminals each day. All transfers are charged to your account (and your overdraft line of credit, if any). Bank may charge your account even though an overdraft may be created. During any interruption of an electronic fund transfer service the dollar amount and frequency may be reduced. All deposits made through an ATM are accepted conditionally, subject to verification of the contents of deposit envelopes, and are available for withdrawal only in accordance with our current Funds Availability Policy.

The frequency, amount and timing of deposits, cash withdrawals, transfers, payment transactions and other transactions you may arrange with third parties or make from ATMs and POS terminals with your Card or PIN is limited each Business Day.

No debit, preauthorized transfer, telephone transfer or Online Banking transactions will be permitted on IRA, Roth IRA, SEP or Keogh Money Market Savings Accounts.

There may be other limitations on the types, frequency, timing and amount of electronic fund transfers established by us from time to time, without notice, for security purposes.

**Documentation of Transfers**
You can get a receipt at the time you make any transfer to or from your account using an ATM or POS terminal.

A monthly account statement will be made available to you unless there are no transfers in a particular month. In any case, the statement will be made available at least quarterly. Receipts and statements shall constitute admissible evidence.

If you have arranged to have direct deposits made to your account at least once every sixty days from the same person or company, you can call us to find out whether or not the deposit has been made at 1-800-738-3888 for customers of National City Bank, 1-800-774-2424 for customers of National City Bank of Indiana, 1-800-727-8686 for customers of National City Bank of Kentucky, 1-800-925-9259 for customers of National City Bank of the Midwest, 1-800-352-0186 for customers of National City Bank of Pennsylvania, 1-800-766-0377 for customers of National City Bank of Southern Indiana or 1-800-766-0388 for customers of The Madison Bank and Trust Company.

23

24

The only transfers permitted with Passbook Savings Accounts are preauthorized deposits. If you bring your passbook to us, we will record any transfers that were made to your account since the last time you brought in your passbook.

## Preauthorized Transfers

1. **Right to Stop Payment.** If you have arranged in advance to make regular transfers from your account, you can stop any of these transfers by calling us at 1-800-738-3888 for customers of National City Bank, 1-800-774-2424 for customers of National City Bank of Indiana, 1-800-727-8686 for customers of National City Bank of Kentucky, 1-800-925-9259 for customers of National City Bank of the Midwest, 1-800-352-0186 for customers of National City Bank of Pennsylvania, 1-800-766-0377 for customers of National City Bank of Southern Indiana or 1-800-766-0388 for customers of The Madison Bank and Trust Company, or writing us at: National City, Attn: Telephone Banking Center, P.O. Box 772, Columbus, OH 43216-0772 for customers of National City Bank, P.O. Box 1421, Franklin, PA 16323-5421 for customers of National City Bank of Indiana, National City Bank of Kentucky, National City Bank of Pennsylvania, National City Bank of Southern Indiana and The Madison Bank and Trust Company, or P.O. Box 3038, Kalamazoo, MI 49003-3038 for customers of National City Bank of the Midwest. We must receive this request at least three (3) Business Days before the transfer is scheduled to be made. If you call, we may also require you to put your request in writing and get it to us within 14 days after you call. We will charge your account our normal service charge for each stop payment.

2. **Our Obligation for Failure to Stop Payment.** If you notify us to stop a preauthorized transfer at least three (3) Business Days before the transfer is scheduled and we do not do so, we will be liable for your losses or damages.

3. **Varying Amounts.** If these regular transfers vary in amount, the person you are going to pay will tell you, 10 days before each transfer, when it will be made and how much it will be. You may choose instead to get this notice only when the transfer would differ by more than a certain amount from the previous transfer, or when the amount would fall outside certain limits that you set.

## Disclosure of Account Information

We may disclose information about your account or the transfers you make to other National City organizations or to third parties:

1. Where it is necessary for completing transfers, or
2. In order to verify the existence and condition of your account for a third party such as a credit bureau or merchant, or

25

3. In order to comply with government agency or court orders, or
4. If we close your account due to a deficient balance, excessive overdrafts, or to protect or enforce our legal rights, or
5. If we otherwise deem appropriate, to the extent permitted by law.

## In Case of Errors or Questions About Your Electronic Transfers

Telephone us at: 1-800-738-3888 for customers of National City Bank, 1-800-774-2424 for customers of National City Bank of Indiana, 1-800-727-8686 for customers of National City Bank of Kentucky, 1-800-925-9259 for customers of National City Bank of the Midwest, 1-800-352-0186 for customers of National City Bank of Pennsylvania, 1-800-766-0377 for customers of National City Bank of Southern Indiana or 1-800-766-0388 for customers of The Madison Bank and Trust Company, or write to us at: National City Card Services, Attn: Chargeback Department K-A12-F6, P.O. Box 2859, Kalamazoo, MI 49003-2859, as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer listed on the account statement or receipt. We must hear from you no later than sixty (60) days after we sent you the FIRST statement on which the error or problem appeared.

1. Tell us your name and account number.
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.
4. Tell us the date, time and location of the suspected error.

If you tell us orally, we may require that you send us a confirmation of your complaint or question in writing within ten (10) Business Days.

We will tell you the results of our investigation within ten (10) Business Days (or twenty (20) Business Days for claims involving electronic transfers occurring within thirty (30) calendar days after the first deposit to an account, that is, a new account) after we hear from you and will correct any error promptly. If we need more time, however, we may take up to forty-five (45) calendar days (or ninety (90) calendar days for a POS transaction, a claim on a new account or a transaction initiated outside the U.S.) to investigate your complaint or question. If we decide to do this, we will recredit your account within ten (10) Business Days (or twenty (20) Business Days for claims on new accounts) for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation. If we ask you to put your complaint or question in writing and we do not receive it within ten (10) Business Days, we may not recredit your account.

26

If we decide that there was no error, we will send you a written explanation within three (3) Business Days after we finish our investigation. You may ask for copies of the documents that we used in our investigation.

### Service Charges for Electronic Fund Transfers

We will charge your designated account for EFT service transfers according to our current pricing schedules. We may charge you a monthly maintenance fee for Telephone Banking, Online Banking, or for your POS Debit Card. There is a penalty fee for each preauthorized transfer, telephone, online banking or automatic transfer in excess of six (6) per month from a savings account.

There are also special charges for account access at non-National City ATMs. These charges are set forth in Bank's Pricing Schedule or Rate Sheet.

Fees (when applicable) will be automatically assessed against your checking, savings, or credit card account, whichever account you are using.

You may be charged an additional fee or surcharge by the owner of a non-National City ATM for its use.

### Our Obligation for Failure to Make Transfers

If we do not complete a transfer to or from your account on time and in the correct amount according to our agreement with you, we will be liable for your losses or damages. However, there are some exceptions. We will not be liable, for instance:

1. If, through no fault of ours, you do not have enough money in your account to make the transfer.
2. If the transfer would go over the credit limit on your overdraft line.
3. If the ATM where you are making the transfer does not have sufficient cash.
4. If the terminal or system was not working properly and you knew about the breakdown when you started the transfer.
5. If circumstances beyond our control (such as fire or flood) prevent the transfer, despite reasonable precautions that we have taken.

There may be other exceptions stated in this or other applicable account or electronic fund transfer service agreements with you.

### ATM Card Safety Tips

- Memorize your PIN. Do not write it on any of your wallet materials.
- Never give your PIN or other account information to someone over the telephone.
- Do not allow anyone to use your ATM card.
- Remember that no bank representative, auditor or law enforcement person will ever ask you to withdraw money from an ATM.
- Immediately report lost or stolen cards and other ATM crimes to both your financial institution and police.

- Choose a well-lighted ATM and park close. Be aware of your surroundings. Have someone come with you when using the machine after dark.
- Fill out all forms in advance and have your card ready when you approach the ATM. If someone is using the machine, please stand back to allow privacy.
- Stand directly in front of the ATM to prevent others from seeing you enter your PIN.
- Cancel your transactions and return later if anything seems suspicious while you are using the ATM.
- Pocket your cash immediately and count it later. If followed after leaving an ATM, go to a public area.

### Special Disclosures for Accounts in Michigan:

You may select a lower daily limit for ATM cash withdrawals by written request or limit access to one or more accounts.

Services obtained from a financial institution are governed by state and federal laws. If a violation occurs, you may contact: Office of the Comptroller of the Currency, One Financial Plaza, 440 South LaSalle, Suite 2700, Chicago, IL 60605.

If you have a dispute with a merchant about goods or services purchased through a POS transaction, you may request that we reverse the debit to your Account resulting from the POS transaction if all of the following occur:

a. The amount of the transaction was $50.00 or more;
b. You provide us with notice that you have made a good faith attempt to resolve the dispute with the merchant, and you assure us that you have returned to the merchant any returnable goods purchased from the merchant through the POS transaction;
c. Within four (4) calendar days following the POS transaction, we receive from you during our normal business hours a written or oral request for reversal of the debit resulting from the POS transaction; and
d. Within fourteen (14) calendar days of your oral notification under sections b and c above, you verify in writing such notifications on a form supplied by us.

If you fail to provide the required verifications, we will reinstate the original debit resulting from the POS transaction to the extent of your available account balance.

### For Checking Accounts Only:
#### YOUR ABILITY TO WITHDRAW FUNDS

Our policy is to make funds from your deposit available for withdrawal no later than the first Business Day after the day we receive your deposit. Electronic direct deposits will be available on the day we receive the deposit. At that time, you can withdraw the funds in cash and we will use the funds to pay checks that you have written.

For determining the availability of your deposits, every day is a Business Day, except Saturdays, Sundays, and federal holidays. If you make a deposit by 2:00 p.m. local time (3:00 p.m. Eastern Time for ATM deposits and 5:00 p.m. Eastern Time for telecommunicated deposits) on a Business Day we are open, we will consider that day to be the day of your deposit. However, if you make a deposit after those times on a Business Day we are open, or at any time on any other day, we may consider that the deposit was made on the next Business Day we are open. Some of our banking offices have Business Day hours that are later than those indicated above. These are posted in those offices.

### Longer Delays May Apply

In some cases, we will not make all of the funds that you deposit by check available to you on the first Business Day after the day of your deposit. Depending on the type of check you deposit, funds may not be available until the fifth Business Day after the day of your deposit. The first $100 of your deposits, however, will be available the first Business Day.

If we are not going to make all of the funds from your deposit available on the first Business Day, we will notify you at the time you make your deposit. We will also tell you when the funds will be available. If your deposit is not made directly to one of our employees, or if we decide to take this action after you have left the premises, we will mail you the notice by the day after we receive your deposit.

If you will need the funds from a deposit right away, you should ask us when the funds will be available.

In addition, funds you deposit by check may be delayed for a longer period under the following circumstances:
- We believe a check you deposit will not be paid.
- You deposit checks totaling more than $5,000 on any one day.
- You redeposit a check that has been returned unpaid.
- You have overdrawn your account repeatedly in the last six months.
- There is an emergency, such as failure of communications or computer equipment.

We will notify you if we delay your ability to withdraw funds for any of these reasons, and we will tell you when the funds will be available. They will generally be available no later than the seventh Business Day after the day of your deposit.

### Holds On Other Funds

If we cash a check for you that is drawn on another bank, we may withhold the availability of a corresponding amount of funds that are already in your account. Those funds will be available at the time funds from the check we cashed would have been available if you had deposited it.

29

If we accept for deposit a check that is drawn on another bank, we may make funds from the deposit available for withdrawal immediately but delay your availability to withdraw a corresponding amount of funds that you have on deposit in another account with us. The funds in the other account would then not be available for withdrawal until the time periods that are described elsewhere in this disclosure for the type of check that you deposited.

### Special Rules For New Accounts

If you are a new customer, the following special rules may apply during the first 30 days your account is open.

Funds from electronic direct deposits to your account will be available on the day we receive the deposit. Funds from deposits of cash, wire transfers, traveler's checks, and the first $5,000 of a day's total deposits of cashier's, certified, teller's, and federal, state and local government checks will be available on the first Business Day after the day of your deposit if the deposit meets certain conditions. For example, the checks must be payable to you. The excess over $5,000 may not be available until the seventh Business Day after the day of your deposit.

Funds from all other check deposits will generally be available no later than the seventh Business Day after the day of your deposit.

This disclosure is mandated by the Expedited Funds Availability Act and Federal Reserve System Regulation CC.

### IMPORTANT INFORMATION ABOUT YOUR NATIONAL CITY ACCOUNT

### SUBSTITUTE CHECKS AND YOUR RIGHTS

**What is a substitute check?**

To make check processing faster, federal law permits banks to replace original checks with "substitute checks." These checks are similar in size to original checks with a slightly reduced image of the front and back of the original check. The front of a substitute check states: "This is a legal copy of your check. You can use it the same way you would use the original check." You may use a substitute check as proof of payment just like the original check.

Some or all of the checks that you receive back from us may be substitute checks. This notice describes rights you have when you receive substitute checks from us. The rights in this notice do not apply to original checks or to electronic debits to your account. However, you have rights under other law with respect to those transactions.

**What are my rights regarding substitute checks?**

In certain cases, federal law provides a special procedure that allows you to request a refund for

30

losses you suffer if a substitute check is posted to your account (for example, if you think that we withdrew the wrong amount from your account or that we withdrew money from your account more than once for the same check). The losses you may attempt to recover under this procedure may include the amount that was withdrawn from your account and fees that were charged as a result of the withdrawal (for example, bounced check fees).

The amount of your refund under this procedure is limited to the amount of your loss or the amount of the substitute check, whichever is less. You also are entitled to interest on the amount of your refund if your account is an interest-bearing account. If your loss exceeds the amount of the substitute check, you may be able to recover additional amounts under other law.

If you use this procedure, you may receive up to $2,500 of your refund (plus interest if your account earns interest) within 10 business days after we received your claim and the remainder of your refund (plus interest if your account earns interest) not later than 45 calendar days after we received your claim.

We may reverse the refund (including any interest on the refund) if we later are able to demonstrate that the substitute check was correctly posted to your account.

## How do I make a claim for a refund?

If you believe that you have suffered a loss relating to a substitute check that you received and that was posted to your account, please contact us at: 1-877-459-3435 or write to us at: National City, Loss Prevention Department, Deposit Claims RJ2S54, 400 W. Fourth Street, Royal Oak, MI 48067-2557. You must contact us within 40 calendar days of the date that we mailed (or otherwise delivered by a means to which you agreed) the substitute check in question or the account statement showing that the substitute check was posted to your account, whichever is later. We will extend this time period if you were not able to make a timely claim because of extraordinary circumstances.

Your claim must include –
- A description of why you have suffered a loss (for example, you think the amount withdrawn was incorrect);
- An estimate of the amount of your loss;
- An explanation of why the substitute check you received is insufficient to confirm that you suffered a loss; and
- A copy of the substitute check or the following information to help us identify the substitute check: your name and account number, the check number, the name of the person to whom you wrote the check, and the amount of the check.

31

If you tell us orally, we may require that you send us a confirmation of your claim in writing within 10 business days. In that case, the day we receive your written claim will be the day your claim is considered received.

ADDITIONAL DISCLOSURES FOR YOUR ACCOUNT ARE INCLUDED ON BANK'S RATE SHEET AND PRICING SCHEDULE FOR YOUR ACCOUNT

| NATIONAL CITY PRIVACY NOTICE |
| --- |

### I. Gramm-Leach-Bliley Act of 1999

☑ OPT-OUT: *We will not share your nonpublic personal information with others as defined below. National City, on your behalf, has exercised your right to opt-out under 12 CFR Part 40, Privacy of Consumer Financial Information.*

The basis of each customer relationship at National City is built on trust. You have chosen to do business with National City, and we guard that relationship with great care, beginning with the information you have chosen to share with us. That is why we have opted out for you as a matter of corporate policy. National City does not share information about you outside of our National City companies unless permitted by Title V of the Gramm-Leach-Bliley Act of 1999 and other applicable laws and regulations.

National City Corporation, its family of financial services companies ("affiliates") and employees, are dedicated to protecting the privacy of your nonpublic personal information. We maintain information about you in order to provide you with the most effective and convenient access to our broad range of financial products and services. We want you to understand what information we collect, and how we use and protect it. This notice serves as a standard for all National City employees for collection, use, retention and security of nonpublic personal consumer information.

### What Information We Collect

"Nonpublic personal information" is information about you that we obtain in connection with providing a financial product or service. Such information includes for example, account balance, income, assets, insurance premiums, payment history and overdraft history.

We may collect nonpublic personal information about you from the following sources:
- Information that you provide to us, such as on applications or other forms
- Information about your transactions with us, our affiliates or others, or
- Information from others, such as credit bureaus, real estate appraisers, and employers

### Our Security Procedures

To maintain security of customer information, we restrict access to your personal and account

32

information to persons who need to know that information to provide you products or services. We maintain physical, electronic and procedural safeguards to guard information.

## What Information We Disclose

National City does not disclose nonpublic personal information about you to any companies that are not members of our corporate family ("third parties"), except as permitted by federal law, specifically Title V of the Gramm-Leach-Bliley Act of 1999. The confidentiality of your nonpublic personal information will continue to be maintained consistent with this privacy notice even if you decide to close your account(s), your account becomes inactive, or when you otherwise cease to do business with us.

National City works with a variety of third parties to bring you financial services. We disclose information about you as necessary to fulfill these third party service agreements. For example, we may disclose information about you to third parties that assist us in servicing or maintaining your loan or deposit account, or other business relationship, such as printing checks or billing you for loan payments. We may also disclose information about you to governmental entities, such as sending annual income statements to the IRS, and to other third parties such as credit bureaus, or in response to subpoenas.

We may disclose all of the information we collect, as described above, to third parties that perform marketing services on our behalf or to other financial institutions, such as insurance providers, with whom we have joint marketing agreements in order to make a variety of financial services available to you*. These third parties must agree to strict confidentiality provisions to assure the protection of your information. Because we already limit the sharing of your nonpublic personal information as outlined above, no action is necessary on your part to limit such sharing.

## National City's Pledge to You

We believe that your privacy should never be compromised. At the same time, we want to offer you the array of financial products and services you need to accomplish your financial goals. We believe we can do both by adhering to the provisions of this privacy notice.

**National City Companies (Please visit NationalCity.com for a current list.):** National City Bank, National City Bank of Kentucky, National City Insurance Agency of Kentucky, Inc., NatCity Investments, Inc., National City Bank of Pennsylvania, National City Insurance Agency of Pennsylvania, Inc., National City Bank of Southern Indiana, Sterling Private Investments, Inc., National City Bank of Indiana, National City Home Loan Services, Inc., First Franklin Financial Corporation, The Madison Bank & Trust

Company, National City Bank of the Midwest, Allegiant Insurance Services, Allegiant Investment Counselors, Inc., Allegiant Investment Company, NatCity Insurance Services, Inc., National City Insurance Group, Inc., National City Investment Management Company®, National City Mortgage Co., National City Mortgage, Inc., Alliance Title Agency, LLC, New England Trust Company, N.A., National City Abstract, LLC, Access Financial Corp., Red Capital Markets, Inc., Capstone Realty Advisers, LLC, Provident Auto Leasing Company, Provident Auto Rental Company, LLC, NatCity Trust Company of Delaware

## II. FCRA Disclosure* and Credit Bureau Reporting

We share information about you with our affiliates. Under the Fair Credit Reporting Act you may direct us not to share certain credit information with our affiliates. Examples of the kind of credit information that you may direct us not to share include the nonpublic personal information you provide in your application or that we obtain about you from nonaffiliated third parties such as credit bureaus. If you don't want such information shared you may write to us at National City Corporation, Attention: Office of Consumer Privacy, P.O. Box 4068, Kalamazoo, MI 49009. Please provide your name, address, social security number and account number(s). (NOTE: If you have previously requested that we restrict such sharing you do not need to make another request.) Your request not to share credit information does not include information we are permitted to share by law, such as information related solely to our experiences or transactions with you. Your account balance and payment history are examples of transaction and experience information that we are always permitted to share with our affiliates. **Important Notice Regarding Credit Bureau Reporting: We may report information about your account to credit bureaus.** Late payments, missed payments, or other defaults on your account may be reflected in your credit report.

*Vermont Residents Only: In Vermont the information we disclose under joint marketing agreements must be limited to your name, contact information, and information about our own transactions and experiences with you. Your consent is required before we can share certain credit information about you with our affiliates. We are permitted to share information which is not a credit report under Vermont law without your consent, such as information related solely to our transactions and experiences with you. **California Residents:** We will not disclose or share information about California residents without first providing you with a California Privacy Notice and honoring your choice unless such sharing or disclosure is permitted by applicable law.

**National City.**

71-0424-00 (Rev. 03/05)

NationalCity.com • Member FDIC • ©2005, National City Corporation®

# Exhibit 11

# Personal
# Account Agreement

### Effective 7/22/06

## National City.

**Definitions**

"Agreement" means this Personal Account Agreement sometimes referred to in other documents as Rules or Rules for Personal Accounts. "Bank" is National City Bank, a national bank. "Depositor" is each person signing the signature card or any other document approved by Bank to evidence ownership of an Account. An "Account" is a Checking Account or a Savings Account. A "Checking Account" is one of the following: Free Checking, Free Student Checking, Free Interest Checking, Regular Checking, ValuePak Checking, Preferred Interest Checking, Preferred 50+ Interest Checking, Elite Checking, Work Perks Checking, Work Perks Interest Checking, Works Perks Preferred Interest Checking, Work Perks Elite Checking, Touchdown Checking, Touchdown Plus Checking, Relationship Free Student Checking, Health Savings Account, National City Sweep Account, Personal Checking, Personal Checking with Savers Option, Basic Checking, Self-Serve Checking, Interest Checking, Interest Checking PLUS, Classic Plus Checking, Credit Rewards, Checking with Interest, Classic Choice Regular Checking, Classic Choice Interest Checking, I/MAX Regular Checking, I/MAX Interest Checking, Prestige Checking, OMNI Checking, Silver Star Plus Checking, Cash Management Checking and Privilege First Checking. A "Savings Account" is one of the following: Select Savings, Statement Savings, Savings Builder, Money Market Savings, Preferred Money Market Savings, Touchdown Savings, Touchdown Plus Savings, Flexible Access Money Market, Money Savings, Relationship Money Market Savings, IDA/Saves Savings, Passbook Savings, Serious Savers, Consumer Savings, Bonus Savings, Premier Money Market Savings, Preferred Investment Account, Funeral Trust Savings, AnydayEveryday Savings, First Savings, First Rate Fund, Connections Savings, Superior Performance Fund and Retirement Money Market Savings. "Check" is a written order signed by Depositor directing Bank to pay a sum of money on demand. "Item" is a check, draft, or other instrument, whether or not negotiable, deposited to the Account for collection or paid against the Account. "Entry" is a request or order for the deposit or payment of money to or from the Account by means of electronic fund transfer. "Cash" means any U.S. coin or currency. "Ledger Balance" is all Cash, Items or Entries which have been deposited less any Items or Entries which have been returned unpaid, withdrawals from the Account, any Entry paid from the Account, and fees and charges. "Business Day" is any day on which Bank is open to the public for carrying on substantially all of its banking functions, but does not include Saturdays, Sundays, or legal holidays. A "Special Depository Facility" is a mechanical or electronic device at which Bank can receive Cash, Items, and Entries and includes night depositories and automated teller

1

machines. "State" means the state where the branch of Account is located.

**Agreement; Amendments**

Bank agrees to maintain the Account for Depositor and to perform according to this Agreement. Depositor, by signing the signature card for the Account, by using the Account or by permitting an authorized signer to use the Account, agrees to the provisions of this Agreement which are subject to amendment and further agrees that this Agreement is binding on Depositor's successors, representatives and assigns. Bank may from time to time adopt new provisions or fees or amend this Agreement and Bank's Pricing Schedule which shall be binding upon Depositor after notice has been mailed to Depositor at the last address shown for the Account on Bank's records, by posting in branches of Bank or as otherwise permitted by law. Changes pursuant to bank regulatory authority shall be effective per such regulation without further notice.

**Ownership of Account**

The Account's signature card shall reflect the capacity in which Depositor holds the Account.

**Permissible Uses of Account**

Depositor agrees that the Account is intended solely for personal, family or household purposes and that Depositor will not use the Account for any business purposes. If Depositor uses the Account for business purposes, Depositor hereby consents upon notice mailed to Depositor by Bank to the transfer of the Account to a business account. Depositor may not use the Account or any card for illegal transactions including, but not limited to, money laundering, terrorist financing or conducting business with any person, entity or government upon whom economic or trade sanctions have been imposed by the Office of Foreign Assets Control of the U.S. Department of the Treasury. Depositor may not use any card for Internet lottery, betting or gambling transactions. By federal regulation, an interest-bearing transaction Account is not available to Depositors that are entities organized or operated to make a profit including, but not limited to, partnerships, associations or corporations.

**Deposits; Indorsements**

Subject to the exceptions in this Agreement, Bank agrees to receive Cash, Items, and Entries for deposit at its offices and Special Depository Facilities and to account for such deposits to Depositor by means of receipts, statements or other agreed upon format. Bank has the right to refuse any deposit. Items received for deposit shall have Depositor's indorsement, by rubber stamp or otherwise, and Bank need not inquire into any indorsement or the disposition of any Item's proceeds. Bank may accept for deposit into the Account any Item which is payable to Depositor which is not indorsed and may supply Depositor's missing indorsement. Items or Entries which have been

2

refused for deposit by Bank shall be returned at Depositor's risk.

Depositor shall not place any mark, signature, stamp or other writing in the "Depository Bank Area" on the reverse side of any Item deposited. The Depository Bank Area is that part of the back of the Item which is 3 inches from the leading edge to 1.5 inches from the trailing edge of the Item. The leading edge of the Item is the right side of the Item looking at it from the front. The trailing edge is the left side of the Item looking at it from the front. Depositor agrees to hold Bank harmless and indemnify Bank for all loss or damage suffered by Bank in the event Depositor places any mark in the Depository Bank Area or uses carbon band Items and such mark or use adversely affects the ability of Bank to indorse such Item legibly in accordance with required law and regulations.

Cash, Items, and Entries received by Bank for deposit will be subject to examination and verification, and any errors in settling for such deposits will be corrected by Bank through adjustments to the Account or through other recovery from, or reimbursements to, Depositor. When receiving Items and Entries for deposit, Bank shall act as the collection agent of Depositor and shall not be deemed a purchaser of the Items or Entries received. Bank assumes no responsibility beyond that of the exercise of ordinary care as Depositor's collection agent.

**Provisional Settlement**

Any settlement given by Bank for an Item or Entry, whether in Cash, by credit to the Account, or otherwise, shall be a provisional settlement until the Item or Entry has been finally paid, including Items drawn on or Entries initiated by Bank. Items charged back to Bank, whether before or after the drawee bank's midnight deadline or final settlement, and Entries returned to Bank, may be charged back against the Account or otherwise recovered from Depositor. If an Item not drawn on Bank is deposited to the Account or is cashed by Bank, then Bank may, to the extent permitted by law, withhold availability of a corresponding amount from any funds that Depositor has on deposit with Bank until such time as the Item is finally paid. Any uncollected Item or Entry may be returned to Depositor by Bank at Depositor's risk or may be resubmitted to the drawee bank or other payor for collection. Depositor waives notice of dishonor of deposited Items or Entries. Depositor hereby authorizes Bank in its sole discretion to re-present Items or Entries, without notice to Depositor, for collection. If an Item deposited to an Account is paid by the drawee bank and later the Item is returned on a claim of alteration, forgery, unauthorized, or for any other reason, Bank may withhold the amount of the Item from the Account until the claim is resolved.

3

**When Deposits are Received**

Cash and Items which are placed in the custody and control of any Bank employee (whose duties include receiving deposits) during a Business Day before cut-off time of 2:00 p.m. local time or as otherwise posted or disclosed ("Cut-Off"), shall be regarded as having been received and deposited and settled provisionally on that day. Cash or Items placed in the custody and control of an authorized Bank employee during a Business Day after Cut-Off, or on any non-Business Day may be regarded by Bank as having been received and deposited and settled provisionally on the succeeding Business Day. Items and Entries placed in a Special Depository Facility shall be regarded as having been received, deposited, and settled provisionally on the Business Day during which they are examined and verified by the Bank. Cash placed in a Special Depository Facility shall be regarded as having been received and deposited on the Business Day during which it is examined and verified by the Bank.

**Withdrawal of Amounts Deposited**

Bank, at its discretion, may allow withdrawal of the amount of the provisional settlement given by it for an Item or Entry. Bank, at its discretion, may allow withdrawals against the Account prior to examination and verification of deposited Cash. Bank reserves the right to require 7 days written notice from Depositor of any intended withdrawal from any type of Savings Account including the linked savings account attached to Checking Accounts.

**Overdrafts**

Depositor agrees that although Bank has no obligation to permit an overdraft, Bank may do so. A Depositor will be liable for an overdraft of the Account even if the overdraft is caused by a co-Depositor and the Depositor has received no benefit from the Item or Entry causing the overdraft. In the event Depositor is a recipient of Social Security or other government benefits which have been deposited in the Account, Depositor specifically authorizes Bank to apply such benefits to pay any overdraft. In the event Depositor has a Cash Reserve line of credit (a "Line") which has been advanced in full, Depositor authorizes any resulting overdraft of the Account which is not otherwise paid in full by the end of a statement period to be paid by an advance on the Line, even if it causes Depositor to exceed the maximum credit available on the Line. For Accounts in Indiana, if Depositor does not deposit sufficient funds to bring the Account current within a reasonable time of incurring an overdraft, as determined by Bank, then Bank may charge Depositor a fee for services used to recover the outstanding indebtedness.

**Savings Overdraft Protection**

Depositor may select to use one (1) Savings Account acceptable to Bank as a source of overdraft protection for one or more Checking Accounts (except a National

4

City Sweep Account or Health Savings Account). Bank reserves the right to determine the order in which overdrafts on multiple Checking Accounts will be funded. All of the Depositors on the Checking Account must all be owners, but not necessarily all of the owners, of the Savings Account.

If Depositor selects Savings Overdraft Protection, Depositor authorizes and directs Bank to advance funds from the Savings Account to cover the amount of any overdraft(s) in the Checking Account(s) plus the applicable per advance fee(s) ("Advance"), and make a corresponding deposit to the Checking Accounts. If there are not enough funds available in the Savings Account to make an Advance in the full amount necessary to avoid an overdraft, Bank, in its sole discretion, may make an Advance to the extent funds are available in the Savings Account and (1) not pay any Checks, Items or Entries which would cause the Checking Account to be overdrawn (in which case NSF fees on the Checking Account may apply) or (2) pay any Checks, Items or Entries by overdrawing the Checking Account (in which case overdraft fees on the Checking Account may apply). Depositor acknowledges that certain preauthorized or automatic transfers, including Advances, from a Savings Account are limited to six (6) per month and that, notwithstanding Depositor's selection of Savings Overdraft Protection, no further Advances will be made in any month after that limit is reached. Depositor further acknowledges that if Depositor also has a Cash Reserve℠ or Ready Reserve line of credit, Savings Overdraft Protection will be used before the line of credit.

**Paying Items and Entries**
When a sufficient balance in the Account is available, Bank shall pay Items and honor Entries initiated or authorized by Depositor. Bank may dishonor an Item or Entry when the Account has an insufficient balance available. Bank may charge the Account for all properly payable Items and Entries, even though an overdraft may be created. Depositor agrees that Depositor's Account may be debited on the Business Day an Item is presented or at an earlier time based on notification received by Bank that an Item drawn on the Account has been deposited for collection at another financial institution. A determination of Account balance for purposes of making a decision to dishonor an Item or return an Entry for insufficient available balance may be made at any time between presentment or receipt of notice of pending presentment and the time of return of the Item; Bank has no obligation to make more than one such determination. Generally, Bank pays Items and Entries from the Account in the order of greatest dollar amount to least dollar amount, but Bank reserves the right to pay Items and Entries in any order. All Checks drawn by Depositor must be negotiable and on a form satisfactory to Bank, and all Items and Entries

5

must be in a form satisfactory to Bank, or Bank may refuse to honor them. Bank reserves the right to dishonor an Item which has not been signed by Depositor, even if the Item indicates that Depositor has authorized the Item.

**Use of Facsimile Signatures**

Bank may refuse to honor Items drawn by Depositor by means of a facsimile signature. Bank, at its discretion, may honor such Items and in doing so, Bank is hereby authorized to rely upon and to accept as genuine such facsimile signature without any duty to determine the genuineness thereof or whether or not the affixing of such facsimile signature to an Item has been authorized by the Depositor whose name is so affixed.

**Antedated and Postdated Items**

Antedated or postdated Items may be paid on presentment and charged against the Account without regard to their dates, notwithstanding that Depositor has notified Bank of the postdating. Bank in its sole discretion may choose not to process an Item that is more than six months old but in no event will Bank be liable for processing such an Item.

**Restrictive Legends**

Depositor agrees that Bank shall not be bound by any restrictive legend or condition appearing on face or reverse side of Items.

**Bank's Standard of Care**

Depositor agrees that Bank handles large numbers of Items and that current industry standards are for Bank not to check maker and/or indorser signatures, dates, or alterations and that in so doing, Bank will be deemed to have exercised ordinary care in the processing of Depositor's Items. Bank shall not be liable for any damages unless Bank has failed to act in good faith and exercise ordinary care.

**Withdrawal Limitations for Savings Accounts**

For Savings Accounts there are no limitations on the number of in person or ATM withdrawals by the Depositor, but preauthorized or automatic transfers including transfers to third parties or to another account of the Depositor by telephone or pursuant to a preauthorized agreement with Bank are limited by regulation to 6 per month of which no more than 3 may be by Item. The posting date of a preauthorized or automatic transaction by Bank will determine the month in which that transaction will be counted. Bank will charge penalties for exceeding this regulatory limitation and will close a Savings Account or take away a Savings Account's transfer capabilities if Depositor continues to exceed this limitation.

**Non-customer Check Cashing Requirements**

Depositor agrees that Bank may charge a non-customer payee or other holder a fee for cashing Depositor's Items including Checks. Depositor agrees that Bank may require a thumbprint or other unique

identification of a non-customer payee or other holder as a condition for cashing Depositor's Items including Checks.

**Automated Clearing House Entries**

The Operating Rules of the National Automated Clearing House Association ("NACHA Rules") are applicable to automated clearing house transactions ("ACH Entries") involving the Account.

Depositor may originate or receive ACH Entries with respect to the Account through written authorizations. Bank agrees to receive such Entries through any automated clearing house of which it is a member and to originate such Entries when they involve the payment of money to Bank. Bank reserves the right, however, to refuse to originate any authorized Entry which must be processed through an automated clearing house.

Credit given by Bank to Depositor with respect to an ACH credit Entry is provisional until Bank receives final settlement for such Entry through a Federal Reserve Bank or otherwise has received payment as provided by law. If Bank does not receive such final settlement, Bank may charge back against the Account or otherwise recover from Depositor the amount credited to the Account.

Under NACHA Rules, Bank is not required to give notice to Depositor of receipt of an ACH Entry, and Bank will not do so.

Bank may accept on Depositor's behalf ACH Entries to the Account which have been transmitted through one or more automated clearing houses, and Depositor's rights and obligations with respect to each Entry which is not subject to the Electronic Funds Transfer Act shall be construed in accordance with and governed by the laws of the State.

**Stop Payments**

Bank agrees to honor a stop payment order against an Item or Entry, including automatic deduction, when received from Depositor within a reasonable time prior to payment. Bank's acceptance of a stop payment order does not mean that the Item or Entry has not yet been paid. Bank shall have no liability resulting from the payment of an Item or Entry prior to its actual receipt of a stop payment order from Depositor and reasonable time to process the order. Bank shall not be liable for any damages unless Bank has failed to act in good faith and exercise ordinary care. Depositor agrees to indemnify Bank and hold it harmless from any and all expenses incurred or damages suffered by Bank in honoring a stop payment order.

Depositor acknowledges that an Item may be converted to ACH Entry (electronic debit) by the payee of the Item. If Depositor has been given notice by the payee of the Item that the Item will be converted to an ACH Entry, a stop payment order must be placed on the Entry rather than the Item in order to ensure its effectiveness.

7

Whether or not Depositor knows that an Item has been converted to an ACH Entry, if Bank is not advised that the stop payment is for an ACH Entry, then Depositor's stop payment order may not be effective. If Depositor places a stop payment order on an Item without notifying Bank that it has been converted to an ACH Entry, Bank will use reasonable efforts to identify and stop payment of the Entry, but will not be liable to Depositor for payment of the Entry, and Bank will not be liable for damages if Bank stops payment on another Entry from the same originator and in the same amount which Bank reasonably believes to be the Entry representing the converted Item.

A stop payment order against an Item or Entry must accurately describe it as to date, number, amount, and payee, and must correctly indicate Depositor's name and the Account number. Depositor agrees that it is current industry standard to process stop payment orders by means of computer technology. Accordingly, failure of Depositor to provide the exact identification of Account number and Item number in order to identify the Item or Entry to be stopped will result in the Item or Entry being paid if presented, and Bank will not be liable for such payment. Errors in Depositor's name or the Account number, or inaccuracies in the description of the number, amount, issue date or payee on Depositor's written stop payment order shall relieve Bank from any liability for any mistaken payment or wrongful dishonor. Any errors on Bank's written acknowledgment to Depositor of a stop payment order must be reported by Depositor in writing to Bank within 10 calendar days of the written acknowledgment date. Bank shall not be liable for any mistaken payment or wrongful dishonor occurring after the 10-day period, unless errors or inaccuracies are so reported to Bank within the 10-day period.

A stop payment order remains effective for six months from the date Bank receives notice of the order against an ACH Entry in any amount, or against an Item or other Entry for less than $1,000, and for one year against an Item or Entry (except an ACH Entry) for $1,000 or more. A stop payment order may be renewed for successive periods equal to its original period of effectiveness if Bank receives a renewal notice prior to the order becoming ineffective.

Before Bank will release a stop payment order, Bank may require the receipt of a written request, signed by Depositor, requesting the withdrawal of the order. In the event Bank recredits the Account for a paid Item or Entry, then Depositor hereby assigns to Bank all rights against third parties and agrees to transfer and to subrogate to Bank all of Depositor's rights against the payee or other holder. Any one Depositor may order a stop payment even if the signature of more than one Depositor is required to draw on the Account. Depositor agrees that Bank will not be obligated to reimburse Depositor upon notice of alleged wrongful payment;

8

that it is Depositor's obligation to notify Bank of the alleged wrongful payment on a timely basis in accordance with the paragraph entitled "Depositor's Duties and Liabilities" below and prove the fact and amount of damage suffered; in no case will Bank be liable for more than Depositor's actual damage.

**Use of Special Depository Facilities**
Depositor accepts as adequate Bank's Special Depository Facilities for the safe placement of Cash, Items and third party payments. Depositor's use of Special Depository Facilities shall be at Depositor's sole risk until Bank has examined and verified a placement of Cash, Items or third party payments and Bank's record of examination and verification shall be binding on Depositor.

**Bank's Right of Offset**
Bank has the right to offset against the Account for any indebtedness owed by Depositor to Bank, whether individually or jointly owed, and whether or not co-Depositors on the Account are indebted to Bank. Bank may offset Account either before or after the death of a Depositor and without demand or notice to Depositor. Bank shall not be liable for any dishonor of an Item or Entry that results.

For Accounts in Indiana, Bank shall have the right to deduct from any Account the amount of any indebtedness due and owing to Bank by Depositor. All joint Depositors specifically agree that the provisions of I.C. 32-17-11-17 and 32-17-11-27, regarding the proportion of net contribution by each Depositor, shall not apply to any offset exercised by Bank and that Bank shall have the right to deduct from any Account the amount of any indebtedness due and owing to Bank from any Depositor up to and including the entire balance of any such Account without regard to contribution to the Account.

**Security Interest in Account**
Depositor grants a security interest in the Account to Bank and to each of Bank's affiliates for any and all indebtedness owed by Depositor to Bank or to Bank's affiliates, however and whenever incurred or evidenced. Such security interest is not in derogation or substitution of Bank's right to offset against the Account.

**Payable on Death, "In Trust For" and "Trustee For" Account Beneficiaries**
A personal, individual Account payable on death (not available in Pennsylvania or Michigan) or an Account in trust for another may have no more than two beneficiaries. If Depositor selects more than one beneficiary and the shares of the beneficiaries are not designated on the signature card, the beneficiaries will have equal shares. Upon Depositor's death, or the death of the last surviving Depositor if the Account is a joint Account, each beneficiary surviving Depositor shall be paid his or her share, and the share of each beneficiary not surviving Depositor will be payable to

9

Depositor's estate. A beneficiary survives Depositor if the beneficiary survives Depositor for any length of time, however short, notwithstanding any statutory or other presumption to the contrary. Depositor agrees that payable on death benefits and any other right to death benefits where the named beneficiary is the spouse are not terminated by intervening divorce, dissolution of marriage or annulment. Each beneficiary has no rights in the Account until the death of Depositor who has sole ownership of the Account except that Depositor may not assign or encumber the Account other than to secure debt to Bank. Depositor reserves the right to change or cancel any beneficiary designation by an instrument satisfactory to Bank, which is delivered to Bank during lifetime of Depositor. Payment to beneficiaries after the death of Depositor, or the death of the last surviving Depositor if the Account is a joint Account, shall constitute a full release of Bank and shall be binding upon the heirs and personal representatives of Depositor.

**Joint Accounts**

Each Depositor hereby transfers to the other Depositor(s) an undivided interest in the Account and all additions thereto for their respective lives, and the same may be withdrawn in whole or part by any one or more of Depositor(s) and subject to the provisions hereof and to any relevant law, on the death of a Depositor, and subject to offset by Bank for an obligation owed by the deceased co-Depositor to Bank, the then balance in the Account shall be payable to, and the absolute property of, any surviving Depositor(s) and any such payment shall be binding upon each Depositor and the heirs, personal representatives and assigns thereof. A Depositor survives a deceased co-Depositor if the Depositor survives the deceased co-Depositor for any length of time, however short, notwithstanding any statutory or other presumption to the contrary. Each Depositor is hereby appointed agent for other Depositor(s) and as such may take any action on behalf of the other Depositor(s) including, but not limited to, the following: (1) indorse Items and receive Cash for other Depositor(s); (2) deposit and/or indorse for deposit in the Account Checks and other Items payable to other Depositor(s); (3) sign documents associated with the Account, including documents used for federal and/or state tax purposes, for other Depositor(s); and (4) give instructions on any matter in connection with the Account. It is within Bank's sole discretion to demand authorization from each and every Depositor on an Account for instructions that change the title ownership of the Account. Bank is authorized to deposit in the Account unindorsed Checks and other Items payable to any Depositor(s) and supply absent indorsement(s). If any Depositor enters into other agreements associated with the Account, including, but not limited to, a Cash Reserve line of credit, such agreements are binding on all co-Depositors whether

or not they were co-Depositors when the agreements were signed.

**Deputy; Power of Attorney**

Depositor may appoint a deputy or provide a person with a power of attorney (for Accounts in Indiana, provided such documents are valid as defined in Indiana Code 30-5) who shall have authority to exercise all the rights of Depositor under this Agreement or as otherwise limited by Bank in its sole discretion. Bank may, in its sole discretion, limit Depositor to the appointment of one deputy or attorney-in-fact. Bank may, in its sole discretion, also require the appointment of a deputy or attorney-in-fact to be signed by all of the individual co-Depositors. Any appointment must be evidenced on Bank records in a form satisfactory to Bank. If a deputy or attorney-in-fact appears on Bank's records, Bank is not obligated to act in accordance with, and may, in its sole discretion, refuse to follow, the instructions of any other person acting as Depositor's deputy or attorney-in-fact.

**Notices**

Notices from Depositor to Bank shall be effective upon receipt by Bank and reasonable time to process. Notices to Depositor from Bank shall be effective upon mailing to the last known address shown by Bank's records or as otherwise provided in this Agreement.

**Closing Account; Terminating Access**

Bank may close the Account or terminate electronic access to the Account by means of a card or code with or without cause and without prior notice to Depositor.

**Statements**

Bank shall make available to Depositor a statement not less frequently than monthly for Checking Accounts (unless the Account has no activity for 90 days, then a statement will be provided quarterly) and semi-annually for Savings Accounts (excluding Passbook and Club Accounts), showing Account activity and balance. Such information may be otherwise provided as agreed by Bank and Depositor. The Account balance at any time shall be determined by Bank from its books and records. A statement is deemed made available to Depositor when such statement is mailed to Depositor's last known address as shown by records of Bank for the Account or as otherwise agreed. In the event a mailed statement is returned to Bank, then each subsequent statement is deemed made available to Depositor at the time Bank would have produced such statement. Please see Electronic Fund Transfers (EFT) Disclosure Statement for Depositor's duties regarding notice to Bank in the event of an EFT error.

**Cancelled Checks Retained by Bank**

Bank shall retain cancelled Items for a reasonable period of time as determined by Bank. Bank will maintain copies on microfiche or by other means for the time period required by law and may impose a service fee for providing copies at Depositor's request.

11

If for any reason Bank is unable to provide a copy or otherwise document an Item, Bank shall not be liable for more than the face amount of the Item or actual damages, whichever is less. Bank may permit Depositor to receive cancelled checks with each statement, for which Bank may charge a service fee.

**Depositor's Duties and Liabilities**

Depositor agrees to examine each statement (and enclosures) and any Account information provided to discover any alterations; unauthorized signatures, Items, Entries or indorsements; unauthorized transactions; or errors, and Depositor agrees to notify Bank in writing thereof without delay. If Depositor fails to meet any of the requirements of the previous sentence:

- within 14 calendar days after the statement or Account information was mailed or otherwise made available, Depositor shall be precluded from asserting against Bank (1) any unauthorized signature, Item or Entry, any alteration, any unauthorized transaction, or any error if Bank will suffer a loss as a result of Depositor's failure to meet the requirements of the previous sentence; or (2) any unauthorized signature, Item or Entry, or any alteration, by the same person if Bank paid the Item or Entry after the 14-day period; and

- within 60 calendar days after the statement or Account information was mailed or otherwise made available, Depositor shall be precluded from asserting against Bank any unauthorized signature, Item or Entry, or any alteration, without regard to Bank's care or lack of care.

If Depositor fails to notify Bank in writing of any other claim within one year after such claim accrues, Depositor shall be precluded from asserting such claim. For any claim arising under this Agreement, Depositor agrees to make timely claim against all applicable policies of insurance and, if requested by Bank, to file a police report. Depositor agrees not to assign to any third party any claim of Depositor against Bank relating to any Item or Entry, and any such assignment shall be void.

Depositor agrees that Depositor will examine check orders on receipt for any errors on Depositor's pre-printed check form and will notify Bank to obtain corrected replacements. Any losses incurred by Depositor's use of pre-printed check forms containing errors will be deemed to be the result of negligence on the part of Depositor.

**Ownership and Withdrawal Disputes**

If ownership of or right to make withdrawals from the Account is disputed for any reason, Bank, in its discretion, may refuse payment of the Account's balance until the dispute is settled.

12

**Accounts not Transferable**

Any rights in the Account are not transferable except in accordance with applicable federal regulations. No assignment, encumbrance, or other transfer of the Account shall be valid unless Bank's written consent has first been obtained and a memorandum thereof is entered on Bank records.

**Fees and Penalties**

Depositor agrees to pay the applicable fees and penalties assessed by Bank according to Bank's Pricing Schedule and Rate Sheet provided to Depositor at the time Depositor opens the Account and as amended from time to time in accordance with this Agreement. All fees and penalties assessed by Bank may be charged against the Account, and Depositor shall be responsible for any deficiency. Depositor understands and agrees that federal law governs national banks as to the fees charged by national banks for their services. Depositor acknowledges and agrees that Bank uses its sole discretion in determining the amount of the fees charged for its services to Depositors based on the following factors: deterrence of misuse by Depositors of banking services; enhancement of Bank's competitive position in accordance with its strategy; and the maintenance of the safety and soundness of Bank.

**Unclaimed Funds**

The balance in the Account may become unclaimed funds escheatable to the State if, as shown by Bank's records, Depositor has not, within the statutory period, caused any activity or received any payments with regard to the Account, indicated any interest in the Account, corresponded with Bank concerning the Account, or otherwise indicated an interest in the Account as evidenced by writing on file with Bank, or transacted any business with Bank.

**Credit Bureau Reporting**

**A negative credit report reflecting on Depositor's credit record may be submitted to a consumer (credit) reporting agency if Depositor fails to fulfill the terms of this Agreement. If Depositor believes that Bank has information about Depositor that is inaccurate or that Bank has reported or may report to a credit reporting agency information about Depositor that is inaccurate, please notify Bank of the specific information that Depositor believes is inaccurate by writing to National City Bank, P.O. Box 2049, Akron, OH 44309-2049, Attn: Loss Prevention Division, Locator 14-1901.**

**Privacy**

Depositor agrees that Bank has an established business relationship with Depositor, and unless otherwise prohibited by law, Bank and its affiliates (collectively "National City") may contact Depositor to offer Depositor products and services that National City believes may be of interest to Depositor. Such contacts are not unsolicited, and National City may

13

contact Depositor by telephone and with an automated dialing and announcing device or by fax at any telephone number Depositor has given National City, or e-mail or other form of electronic communication, and National City may monitor telephone calls with Depositor to assure quality service.

**Waiver**

Failure by Bank to exercise any of its rights under this Agreement shall not be a waiver of any of its rights.

**Severability**

In the event that one or more provisions of this Agreement shall for any reason be held invalid or illegal, such holding will not affect the enforceability of any other provision.

**Force Majeure**

Bank shall have no liability for any delays or failure of performance caused in whole or in part by fire, labor disputes, power failures, acts or omissions of civil authorities, civil disturbances, computer malfunction, or any causes beyond the control of Bank.

**Limitation of Liability**

Depositor agrees that in performing the duties imposed under this Agreement that in no event shall Bank be liable for any consequential, indirect or special damages.

**Governing Law; Jurisdiction**

This Agreement shall be governed by federal law and where not preempted by or in conflict with federal law, the laws of the State, without regard to conflict of law principles. The State is Bank's jurisdiction for purposes of Article 9 of the Uniform Commercial Code as adopted by the State.

## SPECIAL PROVISIONS AND DISCLOSURES
## ALL CHECKING ACCOUNTS

A special linked savings account is opened with every Checking Account except for the National City Sweep Account. At the beginning of each statement period funds in each Checking Account that are in excess of a threshold balance as established by Bank from time to time in its discretion, are swept automatically into the linked savings account. If during any statement period the funds in a Checking Account fall below the floor balance then the funds in the linked savings account, if any, are automatically swept back into the Checking Account to restore threshold balance. On the 6th such sweep during a statement period, all funds in the linked savings account will be returned to the Checking Account. Depositor cannot directly access the linked savings account. Each Checking Account and its linked savings account are treated as a single account for purposes of record keeping and fees, and the linkage of the accounts will not affect Depositor's use of the Checking Account. Please note that as required by federal regulation, Bank reserves the right to require 7 days written notice from Depositor of intended withdrawals from any savings account.

14

For Point of Sale (POS) debit transactions at a Visa® merchant there are daily transaction limitations as to dollar amount which may differ from the daily transaction limitations for Automated Teller Machine (ATM) debit transactions.

The rate of exchange for international transactions using a CheckCard is a rate selected by Visa from the range of rates available in wholesale currency markets for the applicable central processing date, which rate may vary from the rate Visa itself receives, or the government-mandated rate in effect for the applicable central processing date.

### ALL INTEREST-BEARING CHECKING ACCOUNTS

Interest is earned at the same rate on balances whether in the Account or the linked account. For the Account and the linked account, the daily balance method is used to calculate interest. This method applies a daily periodic rate to the principal each day. The interest rate and Annual Percentage Yield (APY) may change. At Bank's discretion, Bank may change the interest rate at any time.

Interest begins to accrue no later than the Business Day Bank receives credit for the deposit of noncash items (for example, checks). Interest is compounded monthly and credited to the Account on the last day of the statement period.

If the Account is closed or transfers to a non-interest bearing account before interest is credited, or if the Account has a zero balance on the last day of the statement period, accrued interest on the Account and the linked account will not be paid.

### PREFERRED INTEREST CHECKING, PREFERRED 50+ INTEREST CHECKING AND WORK PERKS PREFERRED INTEREST CHECKING

The interest rate for the entire balance when the target balance disclosed on Bank's Rate Sheet is reached will be determined at least monthly based on the average 7-day simple yield on taxable money funds as published by iMoneyNet, Inc., in the Money Fund Report™, plus or minus a spread. In the event the Money Fund Report™ is no longer published, or at Bank's sole discretion, Bank may substitute another source or index or change the spread. Total balances of less than the target balance accrue interest as disclosed in Bank's Rate Sheet and, at Bank's discretion, Bank may change the interest rate at any time.

### WORK PERKS CHECKING, WORK PERKS INTEREST CHECKING, WORK PERKS PREFERRED INTEREST CHECKING AND WORK PERKS ELITE CHECKING

Availability of this Account is limited to Depositors with a direct deposit of their pay from a qualified employer. For Work Perks Checking and Work Perks Interest Checking, if Depositor terminates the required direct deposit to Account or terminates employment with a qualified employer, the Account will be converted to

15

Free Checking and will no longer qualify for Work Perks benefits. For Work Perks Preferred Interest Checking and Work Perks Elite Checking, if Depositor terminates the required direct deposit to Account or terminates employment with a qualified employer, the Account will no longer qualify for Work Perks benefits.

## NATIONAL CITY SWEEP ACCOUNT

For the Checking Account and the linked Money Market Deposit Account (MMDA) investment option, the daily balance method is used to calculate interest. This method applies a daily periodic rate to the principal in the Checking Account and the MMDA each day. The interest rate and Annual Percentage Yield (APY) for the Checking Account and the MMDA may change. At Bank's discretion, Bank may change the interest rates at any time.

When the available balance in the Checking Account exceeds the target balance by $100 or more, the excess balance will be swept on the next Business Day into the investment option selected by Depositor. Depositor may not make deposits to or withdrawals from the investment options other than the automatic transfers to or from the investment options.

Interest begins to accrue no later than the Business Day Bank receives credit for the deposit of noncash items (for example, checks). Interest is compounded monthly and credited to Checking Account and MMDA option on the last day of the statement period. If the Checking Account is closed or transfers to a non-interest bearing account before interest is credited, accrued interest on the Checking Account and the MMDA may not be paid.

This Account is no longer available for new accounts.

## FREE CHECKING AND
## FREE STUDENT CHECKING

If the Account is inactive (no debit or credit activity) for more than 180 days, the Account will be converted to Regular Checking and will no longer qualify for Free Checking or Free Student Checking benefits.

## FREE INTEREST CHECKING

If direct deposit is not maintained, the Account will be converted to Free Checking and will no longer be eligible to earn interest. If Free Interest Checking is closed or is converted to a non-interest bearing account before interest is credited, accrued interest on the Account may not be paid. If the Account is inactive (no debit or credit activity) for more than 180 days, the Account will be converted to Regular Checking and will no longer qualify for Free Interest Checking benefits.

## TOUCHDOWN CHECKING AND
## TOUCHDOWN PLUS CHECKING

In order to have one of these Accounts, Depositor must maintain a Touchdown Savings or Touchdown Plus Savings Account. For Touchdown Checking Accounts, if the applicable Savings Account is closed or transfers to another product type, the Touchdown Checking

16

Account will be converted to a Free Checking Account. For Touchdown Plus Checking Accounts, if the applicable Savings Account is closed or transfers to another product type, the Touchdown Plus Checking Account will be converted to a Preferred Interest Checking Account. These Accounts are available only at the option of Bank.

### RELATIONSHIP FREE STUDENT CHECKING

Depositor is entitled to maintain this Account only if the combined personal and/or business checking, savings, and time deposit balances (except IRAs) of Depositor's parent/guardian and/or the combined personal and/or business loan or line outstanding balances (except mortgage loans, credit cards, and overdraft protection) of Depositor's parent/guardian at Bank exceed $35,000.

In the event that, at any time, the forgoing condition is not being met, Bank will convert this Account to a standard Free Student Checking Account. Upon graduation, Bank will convert this Account to a standard Free Checking account.

If this Account is inactive (no debit or credit activity) for more than 180 days, it will be converted to Regular Checking and will no longer qualify for Relationship Free Student Checking benefits.

### HEALTH SAVINGS ACCOUNT

This Agreement, including these Special Provisions governing a Health Savings Account, is subject to the Custodial or Trust Agreement ("HSA Custodial Agreement"), which takes precedence over this Agreement to the extent that this Agreement and the HSA Custodial Agreement differ. Terms used herein which are defined in the HSA Custodial Agreement have the same meaning as those terms in the HSA Custodial Agreement, except that the Custodian or Trustee is herein called "Bank." From time to time, Bank may refuse or return any deposit or limit the amount which may be deposited.

Depositor agrees to use the special deposit slips obtained from Bank in order to make contributions to this Account and agrees to specify the type of contribution being made on the special deposit slip. If the special deposit slip does not indicate the type of contribution, or if a standard deposit slip is used, Bank will treat the deposit as a current year contribution. Any Entries or wire transfers received by Bank for deposit to the Account will be treated as current year contributions.

Bank reserves the right to limit the check styles available to Depositor.

Combined statements and overdraft protection are not available with this Account.

## CREDIT REWARDS

Availability of this Account is limited to Depositors with a qualifying loan product. This Account is no longer available for new accounts.

## CLASSIC CHOICE REGULAR AND CLASSIC CHOICE INTEREST CHECKING

Classic Choice members must qualify for and maintain a National City personal Checking Account and designate the Account as the Classic Choice Account. In addition, member agrees to maintain a combined minimum balance of $25,000 or more in any of the following accounts: Classic Choice Checking Account (regular or interest), Certificates of Deposit (excluding $100,000+ CDs), Preferred Investment Account, Savings Accounts, or Individual Retirement Accounts. Joint account holders do not receive individual benefits. Account benefits are not assignable. These Accounts are no longer available for new accounts.

## I/MAX REGULAR AND I/MAX INTEREST CHECKING

I/MAX members must be approved for one of the following qualifying National City loans: installment loan, National City Equity Reserve℠ line of credit, National City Signature Credit Line or residential mortgage and qualify for and maintain either a personal Checking Account with a MoneyCard℠ or Visa® CheckCard or a National City Visa or MasterCard® credit card. To remain a member, Depositor must retain the personal I/MAX Checking Account with a MoneyCard or CheckCard or National City Visa or MasterCard credit card. Account benefits are not assignable. These Accounts are no longer available for new accounts.

## SILVER STAR PLUS

Depositor must be 50 years of age or older to qualify for this Account. In order to have this Account Depositor must maintain a $5,000 minimum daily balance in deposit products. Bank reserves the right to convert this Account to another account type if the qualifying minimum balance is not maintained. This Account is no longer available for new accounts.

## ALL SAVINGS ACCOUNTS

The daily balance method is used to calculate interest on the Account. This method applies a daily periodic rate to the principal in the Account each day.

Interest will be accrued on the daily balance on a 365/366 actual day basis, compounded daily and credited to the Account on the last day of each month (except for Preferred Investment Account and Flexible Access Money Market).

The interest rate and Annual Percentage Yield (APY) of Account may change. At Bank's discretion, Bank may change interest rate on the Account at any time.

Interest begins to accrue no later than the Business Day Bank receives credit for the deposit of noncash Items (for example, checks).

18

If an Account is closed before interest is credited, or if the Account has a zero balance on the last day of the statement period, accrued interest will not be paid.

## MONEY MARKET SAVINGS

The interest rate for the entire balance when the target balance disclosed on Bank's Rate Sheet is reached will be determined at least monthly based on the average 7-day simple yield on taxable money funds as published by iMoneyNet, Inc., in the Money Fund Report™, plus or minus a spread. In the event the Money Fund Report™ is no longer published, or at Bank's sole discretion, Bank may substitute another source or index or change the spread. Total balances of less than the target balance accrue interest as disclosed on Bank's Rate Sheet and, at Bank's discretion, Bank may change applicable rates at any time.

## RELATIONSHIP MONEY MARKET SAVINGS

The interest rate for the entire balance when the target balance disclosed on Bank's Rate Sheet is reached will be determined at least monthly and will be the greater of 1.50% or the APY resulting from an interest rate equal to the average 7-day simple yield on taxable money funds as published by iMoneyNet, Inc., in the Money Fund Report™. In the event the Money Fund Report™ is no longer published, or at Bank's sole discretion, Bank may substitute another source or index. Total balances of less than the target balance accrue interest as disclosed on Bank's Rate Sheet and, at Bank's discretion, Bank may change applicable rates at any time.

Depositor is entitled to maintain this Account only if (1) Depositor's combined personal and/or business checking, savings, and time deposit balances (except IRAs) at Bank or Depositor's combined personal and/or business loan or line outstanding balances (except mortgage loans, credit cards and overdraft protection) at Bank exceed $35,000 and (2) Depositor has established direct deposit to at least one (1) Bank Checking Account.

In the event that, at any time, either of the foregoing conditions are not being met, Bank will convert this Account to a standard Money Market Savings account and charge the Account for any excess interest paid. This Account is available only at the option of Bank.

## IDA/SAVES SAVINGS

Depositor is entitled to maintain this Account only if Depositor is participating in an IDA program with an IDA agency or if Depositor desires to participate in the America Saves campaign.

If Depositor is a participant in an IDA program with an IDA agency, in the event that at any time Depositor is no longer participating in the program, Bank will convert this Account to a standard Select Savings account.

19

## SAVINGS BUILDER

A regular preauthorized transfer from a National City Checking Account is required. This Account is available from time to time only at the option of Bank.

## FLEXIBLE ACCESS MONEY MARKET

Interest will be accrued on the daily balance on a 365/366 actual day basis, compounded monthly and credited to the Account monthly. This Account is available only at the option of Bank.

## TOUCHDOWN SAVINGS AND TOUCHDOWN PLUS SAVINGS

In order to have one of these Accounts, Depositor must maintain a Touchdown Checking or Touchdown Plus Checking Account. If the applicable Checking Account is closed or converted to another product type, the Account will be converted to Select Savings. These Accounts are available only at the option of Bank.

## PASSBOOK SAVINGS

Account activity and balance showing in the passbook shall not be determinative of the Account balance unless expressly verified by Bank after comparison with its books and records.  Depositor must present the passbook to Bank once a year for reconcilement with Bank records and to record interest and Depositor agrees to examine each reconcilement and any Account information provided to discover any unauthorized withdrawals or errors, and to notify Bank in writing thereof without delay. If Depositor fails to meet any of the requirements of the previous sentence:

- within 14 calendar days after the reconcilement or any Account information was mailed or otherwise made available, Depositor shall be precluded from asserting against Bank (1) any error or unauthorized withdrawal if Bank will suffer a loss as a result of Depositor's failure to meet the requirements of the previous sentence; or (2) any unauthorized withdrawal by the same person after the 14-day period; and

- within 60 calendar days after the reconcilement or Account information was mailed or otherwise made available, Depositor shall be precluded from asserting against Bank any unauthorized withdrawal without regard to Bank's care or lack of care.

If Depositor fails to notify Bank in writing of any other claim within one year after such claim accrues, Depositor shall be precluded from asserting such claim and Bank's records shall be conclusive as to the amount on deposit. For any claims of unauthorized withdrawal or error, Depositor is required to make timely claim against all applicable policies of insurance. Depositor agrees not to assign to any third party any claim of Depositor against Bank relating to a withdrawal and any such assignment shall be void.

20

For Bank's protection, no person shall have the right to make a withdrawal without presenting the passbook and giving a receipt, if requested, for amount withdrawn, but Bank, in its discretion, may permit a withdrawal by Depositor without presentment of the passbook.

In the event the passbook is stolen, lost or destroyed, or cannot be produced without loss or serious inconvenience, Depositor shall promptly so advise Bank in writing. Bank, in its discretion, may cause a substitute passbook to be issued to Depositor and may require satisfactory indemnity. All subsequent deposits and withdrawals shall be entered in the substitute passbook and the original passbook shall be void and shall be surrendered to Bank if thereafter located. A charge may be imposed for a lost passbook.

This Account is no longer available for new accounts.

### SERIOUS SAVERS

Availability of this Account is limited to one per Depositor. A regular preauthorized transfer from a National City Checking Account is required. Bank reserves the right to convert this Account to another account type if the qualifying corresponding Checking Account and/or preauthorized transfers are not maintained. For Accounts in Ohio, there is no ATM access to this Account. This Account is no longer available for new accounts.

### PREMIER MONEY MARKET SAVINGS

The interest rate on balances of $25,000 and over is based on the average of the thirteen week Treasury Bill rate for the prior four weeks (as published weekly in The Wall Street Journal) plus or minus a spread. In the event that The Wall Street Journal ceases to publish this rate, or at Bank's sole discretion, Bank may substitute another source or index or change the spread. Total balances of less than $25,000 accrue interest as disclosed on Bank's Rate Sheet and, at Bank's discretion, Bank may change the interest rate at any time. This Account is no longer available for new accounts.

### PREFERRED INVESTMENT ACCOUNT

Interest will be accrued on the daily balance on a 365/366 actual day basis, compounded monthly and credited to the Account monthly. The interest rate on balances of $75,000 and over will be determined at least monthly based on the average 7-day simple yield on taxable money funds as published by iMoneyNet, Inc., in the Money Fund Report™, plus or minus a spread. In the event the Money Fund Report™ is no longer published, or at Bank's sole discretion, Bank may substitute another source or index or change the spread. Total balances of less than $75,000 accrue interest as disclosed on Bank's Rate Sheet and, at Bank's discretion, Bank may change applicable rates at any time. This Account is no longer available for new accounts.

21

### FIRST RATE FUND

The interest rate on balances of $10,000 and greater will be determined weekly based on the thirteen week Treasury Bill rate (as published weekly in The Wall Street Journal) less 1.00% (for Accounts in Michigan or Illinois, less a margin of up to 2.00%). In the event that The Wall Street Journal ceases to publish this rate, or at Bank's sole discretion, Bank may substitute another source or if the auction is no longer held, then another index. Total balances less than $10,000 accrue interest as disclosed on Bank's Rate Sheet and at Bank's discretion, Bank may change the interest rate at any time. This Account is no longer available for new accounts.

### SUPERIOR PERFORMANCE FUND

The interest rate on balances of $50,000 and over will be determined weekly based on the thirteen week Treasury Bill rate for the current week (as published weekly in The Wall Street Journal) less a margin of up to 1.25%. In the event that The Wall Street Journal ceases to publish this rate, or at Bank's sole discretion, Bank may substitute another source or if the auction is no longer held, then another index. Total balances of less than $50,000 accrue interest as disclosed on Bank's Rate Sheet and, at Bank's discretion, Bank may change the interest rate at any time. This Account is no longer available for new accounts.

### RETIREMENT (IRA/ROTH IRA/SEP/KEOGH) MONEY MARKET SAVINGS

This Agreement, including these Special Provisions governing an Individual Retirement Account (IRA), Roth IRA, Simplified Employee Pension account (SEP) or a Keogh account, is subject to the Custodial or Trust Agreement ("Custodial Agreement"), which takes precedence over this Agreement to the extent that this Agreement and the Custodial Agreement differ. Terms used herein which are defined in the Custodial Agreement have the same meaning as those terms have in the Custodial Agreement, except that the Custodian or Trustee is herein called "Bank." From time to time, Bank may refuse or return any deposit or limit the amount which may be deposited. No deposit Entries by means of electronic fund transfer will be permitted.

### ELECTRONIC FUND TRANSFERS DISCLOSURE STATEMENT

**This Disclosure Statement will govern when it differs from other agreements.**

Your* rights and responsibilities as a consumer who uses electronic fund transfer (EFT) deposit account services, are defined by the Electronic Fund Transfer Act (15 U.S.C. 1693, et seq.) and Regulation E of the Federal Reserve Board. One requirement of this Act and of the Regulation is that all financial institutions must make certain disclosures to EFT users. Electronic Fund Transfers include all transfers resulting from personal banking cards (automated teller

22

machine (ATM), point of sale (POS) debit cards and Bank credit cards), preauthorized transfers, telephone transfers and Online Banking transactions.

*For purposes of this disclosure statement, "you" and "your" are used in place of "Depositor" and "we," "us," and "our" are used in place of "Bank."

**Your Liability**

Tell us AT ONCE if you believe your Card, Password or Personal Identification Number (PIN) has been lost or stolen, or if you believe that an electronic fund transfer has been made without your permission using information from your check. Telephoning is the best way to let us know. You will not be liable for any unauthorized use of your Card, Password or PIN if you notify us of the unauthorized use on a timely basis in accordance with the paragraph entitled "Depositor's Duties and Liabilities" in the Agreement above or as provided in the paragraph entitled "In Case of Errors or Questions About Your Electronic Transfers" below, whichever is longer.

Also, if your statement shows preauthorized, automated clearing house (ACH) or other EFT transfers which do not involve the use of your Card, Password and/or PIN and that you did not make, tell us at once. If you do not tell us within sixty (60) days after the statement was made available to you, you may not get back any money you lost after the sixty (60) days if we can prove that we could have stopped someone from taking the money if you had told us in time. If a good reason (such as a long trip or a hospital stay) kept you from telling us, we will extend the time period.

**Notification of Lost or Stolen Card, Password or PIN**

If you believe your Card, Password or PIN has been lost or stolen or that someone has transferred or may transfer money from your account without your permission, call us at: 800-533-6596 or write to us at: National City Card Services, P.O. Box 4092, Kalamazoo, MI 49003.

You should also call the number or write to the address listed above if you believe a transfer has been made using the information from your check without your permission.

**Our Business Days**

Our Business Days are Monday through Friday. Bank holidays are not included.

**Types of Available Transfers**

You, or someone you have authorized by giving them your Card, Password and/or PIN (even if that person exceeds your authority) may use your Card, Password and/or PIN to:

1. Withdraw cash from your designated deposit or revolving credit accounts.
2. Make deposits to your designated deposit accounts.
3. Transfer funds between your designated deposit or revolving credit accounts.

23

4. Make payments of bank loans by depositing a check, money order or cash to make the payment.
5. Pay for purchases or services, receive cash or fund a stored value feature at places that have agreed to accept your Card.
6. Pay bills from your designated deposit account and transfer funds between your designated deposit or revolving credit accounts by telecommunications or online.
7. You may also authorize us to automatically debit or credit your accounts to or from third parties by means of preauthorized, ACH and other EFT transactions.
8. Make balance inquiries on your designated accounts.

Some of these services may not be available from the Bank at all times nor at all terminals at all times.

You may also authorize a merchant or other payee to make a one-time electronic payment from your checking account using information from your check to pay for purchases or pay bills.

**Limitations on Transfers**
Certain limits exist on the amounts which may be withdrawn from different ATM or POS terminals each day. All transfers are charged to your account (and your overdraft line of credit, if any). Bank may charge your account even though an overdraft may be created. During any interruption of an electronic fund transfer service the dollar amount and frequency may be reduced. All deposits made through an ATM are accepted conditionally, subject to verification of the contents of deposit envelopes, and are available for withdrawal only in accordance with our current Funds Availability Policy.

The frequency, amount and timing of deposits, cash withdrawals, transfers, payment transactions and other transactions you may arrange with third parties or make from ATMs and POS terminals with your Card or PIN is limited each Business Day.

No debit, preauthorized transfer, telephone transfer or Online Banking transactions will be permitted on IRA, Roth IRA, SEP or Keogh Money Market Savings Accounts.

There may be other limitations on the types, frequency, timing and amount of electronic fund transfers established by us from time to time, without notice, for security purposes.

**Documentation of Transfers**
You can get a receipt at the time you make any transfer to or from your account using an ATM or POS terminal.

A monthly account statement will be made available to you unless there are no transfers in a particular month. In any case, the statement will be made available at least quarterly. Receipts and statements shall constitute admissible evidence.

24

If you have arranged to have direct deposits made to your account at least once every sixty days from the same person or company, you can call us to find out whether or not the deposit has been made at 800-925-9259.

The only transfers permitted with Passbook Savings Accounts are preauthorized deposits. If you bring your passbook to us, we will record any transfers that were made to your account since the last time you brought in your passbook.

**Preauthorized Transfers**

1. **Right to Stop Payment.** If you have arranged in advance to make regular transfers from your account, you can stop any of these transfers by calling us at 800-925-9259, or writing us at: National City, Attn: Telephone Banking Center, P.O. Box 3038, Kalamazoo, MI 49003-3038. We must receive this request at least three (3) Business Days before the transfer is scheduled to be made. If you call, we may also require you to put your request in writing and get it to us within 14 days after you call. We will charge your account our normal service charge for each stop payment.

2. **Our Obligation for Failure to Stop Payment.** If you notify us to stop a preauthorized transfer at least three (3) Business Days before the transfer is scheduled and we do not do so, we will be liable for your losses or damages.

3. **Varying Amounts.** If these regular transfers vary in amount, the person you are going to pay will tell you, 10 days before each transfer, when it will be made and how much it will be. You may choose instead to get this notice only when the transfer would differ by more than a certain amount from the previous transfer, or when the amount would fall outside certain limits that you set.

**Disclosure of Account Information**

We may disclose information about your account or the transfers you make to other National City organizations or to third parties:

1. Where it is necessary for completing transfers, or

2. In order to verify the existence and condition of your account for a third party such as a credit bureau or merchant, or

3. In order to comply with government agency or court orders, or

4. If we close your account due to a deficient balance, excessive overdrafts, or to protect or enforce our legal rights, or

5. If we otherwise deem appropriate, to the extent permitted by law.

**In Case of Errors or Questions About Your Electronic Transfers**

Telephone us at: 800-925-9259, or write to us at: National City Card Services, Attn: Chargeback Department K-A12-F6, P.O. Box 2859, Kalamazoo, MI

49003-2859, as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the account statement or receipt. We must hear from you no later than sixty (60) days after we sent you the FIRST statement on which the error or problem appeared.

1. Tell us your name and account number.
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.
4. Tell us the date, time and location of the suspected error.

If you tell us orally, we may require that you send us a confirmation of your complaint or question in writing within ten (10) Business Days.

We will tell you the results of our investigation within ten (10) Business Days (or twenty (20) Business Days for claims involving electronic transfers occurring within thirty (30) calendar days after the first deposit to an account, that is, a new account) after we hear from you and will correct any error promptly. If we need more time, however, we may take up to forty-five (45) calendar days (or ninety (90) calendar days for a POS transaction, a claim on a new account or a transaction initiated outside the U.S.) to investigate your complaint or question. If we decide to do this, we will recredit your account within ten (10) Business Days (or twenty (20) Business Days for claims on new accounts) for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation. If we ask you to put your complaint or question in writing and we do not receive it within ten (10) Business Days, we may not recredit your account.

If we decide that there was no error, we will send you a written explanation within three (3) Business Days after we finish our investigation. You may ask for copies of the documents that we used in our investigation.

**Service Charges for Electronic Fund Transfers**

We will charge your designated account for EFT service transfers according to our current pricing schedules. We may charge you a monthly maintenance fee for Telephone Banking, Online Banking, or for your POS Debit Card. There is a penalty fee for each preauthorized transfer, telephone, online banking or automatic transfer in excess of six (6) per month from a savings account.

There are also special charges for account access at non-National City ATMs. These charges are set forth in Bank's Pricing Schedule or Rate Sheet.

Fees (when applicable) will be automatically assessed against your checking, savings, or credit card account, whichever account you are using.

You may be charged an additional fee or surcharge by the owner of a non-National City ATM for its use.

26

**Our Obligation for Failure to Make Transfers**

If we do not complete a transfer to or from your account on time and in the correct amount according to our agreement with you, we will be liable for your losses or damages. However, there are some exceptions. We will not be liable, for instance:

1. If, through no fault of ours, you do not have enough money in your account to make the transfer.
2. If the transfer would go over the credit limit on your overdraft line.
3. If the ATM where you are making the transfer does not have sufficient cash.
4. If the terminal or system was not working properly and you knew about the breakdown when you started the transfer.
5. If circumstances beyond our control (such as fire or flood) prevent the transfer, despite reasonable precautions that we have taken.

There may be other exceptions stated in this or other applicable account or electronic fund transfer service agreements with you.

**ATM Card Safety Tips**

- Memorize your PIN. Do not write it on any of your wallet materials.
- Never give your PIN or other account information to someone over the telephone.
- Do not allow anyone to use your ATM card.
- Remember that no bank representative, auditor or law enforcement person will ever ask you to withdraw money from an ATM.
- Immediately report lost or stolen cards and other ATM crimes to both your financial institution and police.
- Choose a well-lighted ATM and park close. Be aware of your surroundings. Have someone come with you when using the machine after dark.
- Fill out all forms in advance and have your card ready when you approach the ATM. If someone is using the machine, please stand back to allow privacy.
- Stand directly in front of the ATM to prevent others from seeing you enter your PIN.
- Cancel your transactions and return later if anything seems suspicious while you are using the ATM.
- Pocket your cash immediately and count it later. If followed after leaving an ATM, go to a public area.

**Special Disclosures for Accounts in Michigan:**

You may select a lower daily limit for ATM cash withdrawals by written request or limit access to one or more accounts.

Services obtained from a financial institution are governed by state and federal laws. If a violation occurs, you may contact: Office of the Comptroller of the Currency, One Financial Plaza, 440 South LaSalle, Suite 2700, Chicago, IL 60605.

If you have a dispute with a merchant about goods or services purchased through a POS transaction, you may request that we reverse the debit to your Account resulting from the POS transaction if all of the following occur:

a.   The amount of the transaction was $50.00 or more;

b.   You provide us with notice that you have made a good faith attempt to resolve the dispute with the merchant, and you assure us that you have returned to the merchant any returnable goods purchased from the merchant through the POS transaction;

c.   Within four (4) calendar days following the POS transaction, we receive from you during our normal business hours a written or oral request for reversal of the debit resulting from the POS transaction; and

d.   Within fourteen (14) calendar days of your oral notification under sections b and c above, you verify in writing such notifications on a form supplied by us.

If you fail to provide the required verifications, we will reinstate the original debit resulting from the POS transaction to the extent of your available account balance.

**For Checking Accounts Only:**
### YOUR ABILITY TO WITHDRAW FUNDS
Our policy is to make funds from your deposit available for withdrawal no later than the first Business Day after the day we receive your deposit. Electronic direct deposits will be available on the day we receive the deposit. At that time, you can withdraw the funds in cash and we will use the funds to pay checks that you have written.

For determining the availability of your deposits, every day is a Business Day, except Saturdays, Sundays, and federal holidays. If you make a deposit by 2:00 p.m. local time (3:00 p.m. Eastern Time for ATM deposits and 5:00 p.m. Eastern Time for telecommunicated deposits) on a Business Day we are open, we will consider that day to be the day of your deposit. However, if you make a deposit after those times on a Business Day we are open, or at any time on any other day, we may consider that the deposit was made on the next Business Day we are open. Some of our banking offices have Business Day hours that are later than those indicated above. These are posted in those offices.

**Longer Delays May Apply**
In some cases, we will not make all of the funds that you deposit by check available to you on the first Business Day after the day of your deposit. Depending on the type of check you deposit, funds may not be available until the fifth Business Day after the day of

your deposit. The first $100 of your deposits, however, will be available the first Business Day.

If we are not going to make all of the funds from your deposit available on the first Business Day, we will notify you at the time you make your deposit. We will also tell you when the funds will be available. If your deposit is not made directly to one of our employees, or if we decide to take this action after you have left the premises, we will mail you the notice by the day after we receive your deposit.

If you will need the funds from a deposit right away, you should ask us when the funds will be available.

In addition, funds you deposit by check may be delayed for a longer period under the following circumstances:
- We believe a check you deposit will not be paid.
- You deposit checks totaling more than $5,000 on any one day.
- You redeposit a check that has been returned unpaid.
- You have overdrawn your account repeatedly in the last six months.
- There is an emergency, such as failure of communications or computer equipment.

We will notify you if we delay your ability to withdraw funds for any of these reasons, and we will tell you when the funds will be available. They will generally be available no later than the seventh Business Day after the day of your deposit.

**Holds On Other Funds**

If we cash a check for you that is drawn on another bank, we may withhold the availability of a corresponding amount of funds that are already in your account. Those funds will be available at the time funds from the check we cashed would have been available if you had deposited it.

If we accept for deposit a check that is drawn on another bank, we may make funds from the deposit available for withdrawal immediately but delay your availability to withdraw a corresponding amount of funds that you have on deposit in another account with us. The funds in the other account would then not be available for withdrawal until the time periods that are described elsewhere in this disclosure for the type of check that you deposited.

**Special Rules For New Accounts**

If you are a new customer, the following special rules may apply during the first 30 days your account is open.

Funds from electronic direct deposits to your account will be available on the day we receive the deposit. Funds from deposits of cash, wire transfers, traveler's checks, and the first $5,000 of a day's total deposits of cashier's, certified, teller's, and federal, state and local government checks will be available on the first Business Day after the day of your deposit if the

deposit meets certain conditions. For example, the checks must be payable to you. The excess over $5,000 may not be available until the seventh Business Day after the day of your deposit.

Funds from all other check deposits will generally be available no later than the seventh Business Day after the day of your deposit.

This disclosure is mandated by the Expedited Funds Availability Act and Federal Reserve System Regulation CC.

## IMPORTANT INFORMATION ABOUT YOUR NATIONAL CITY ACCOUNT

### SUBSTITUTE CHECKS AND YOUR RIGHTS

**What is a substitute check?**
To make check processing faster, federal law permits banks to replace original checks with "substitute checks." These checks are similar in size to original checks with a slightly reduced image of the front and back of the original check. The front of a substitute check states: "This is a legal copy of your check. You can use it the same way you would use the original check." You may use a substitute check as proof of payment just like the original check.

Some or all of the checks that you receive back from us may be substitute checks. This notice describes rights you have when you receive substitute checks from us. The rights in this notice do not apply to original checks or to electronic debits to your account. However, you have rights under other law with respect to those transactions.

**What are my rights regarding substitute checks?**
In certain cases, federal law provides a special procedure that allows you to request a refund for losses you suffer if a substitute check is posted to your account (for example, if you think that we withdrew the wrong amount from your account or that we withdrew money from your account more than once for the same check). The losses you may attempt to recover under this procedure may include the amount that was withdrawn from your account and fees that were charged as a result of the withdrawal (for example, bounced check fees).

The amount of your refund under this procedure is limited to the amount of your loss or the amount of the substitute check, whichever is less. You also are entitled to interest on the amount of your refund if your account is an interest-bearing account. If your loss exceeds the amount of the substitute check, you may be able to recover additional amounts under other law.

If you use this procedure, you may receive up to $2,500 of your refund (plus interest if your account earns interest) within 10 business days after we received your claim and the remainder of your refund (plus

interest if your account earns interest) not later than 45 calendar days after we received your claim.

We may reverse the refund (including any interest on the refund) if we later are able to demonstrate that the substitute check was correctly posted to your account.

**How do I make a claim for a refund?**

If you believe that you have suffered a loss relating to a substitute check that you received and that was posted to your account, please contact us at: 877-459-3435 or write to us at: National City, Loss Prevention Department, Deposit Claims RJ2S54, 400 W. Fourth Street, Royal Oak, MI 48067-2557. You must contact us within 40 calendar days of the date that we mailed (or otherwise delivered by a means to which you agreed) the substitute check in question or the account statement showing that the substitute check was posted to your account, whichever is later. We will extend this time period if you were not able to make a timely claim because of extraordinary circumstances.

Your claim must include –
- A description of why you have suffered a loss (for example, you think the amount withdrawn was incorrect);
- An estimate of the amount of your loss;
- An explanation of why the substitute check you received is insufficient to confirm that you suffered a loss; and
- A copy of the substitute check or the following information to help us identify the substitute check: your name and account number, the check number, the name of the person to whom you wrote the check, and the amount of the check.

If you tell us orally, we may require that you send us a confirmation of your claim in writing within 10 business days. In that case, the day we receive your written claim will be the day your claim is considered received.

**ADDITIONAL DISCLOSURES FOR YOUR ACCOUNT ARE INCLUDED ON BANK'S RATE SHEET AND PRICING SCHEDULE FOR YOUR ACCOUNT**

**NATIONAL CITY PRIVACY NOTICE**

**I. Gramm-Leach-Bliley Act of 1999**

☑ _OPT-OUT: **We will not share your nonpublic personal information with others as defined below. National City, on your behalf, has exercised your right to opt-out under 12 CFR Part 40, Privacy of Consumer Financial Information.**_

The basis of each customer relationship at National City is built on trust. You have chosen to do business with National City, and we guard that relationship with great care, beginning with the information you have chosen to share with us. **That is why we have opted out for you as a matter of corporate policy. National City does not share information about you outside of our National City companies unless permitted by Title**

31

V of the Gramm-Leach-Bliley Act of 1999 and other applicable laws and regulations.

National City Corporation, its family of financial services companies ("affiliates") and employees, are dedicated to protecting the privacy of your nonpublic personal information. We maintain information about you in order to provide you with the most effective and convenient access to our broad range of financial products and services. We want you to understand what information we collect, and how we use and protect it. This notice serves as a standard for all National City employees for collection, use, retention and security of nonpublic personal consumer information.

**What Information We Collect**

"Nonpublic personal information" is information about you that we obtain in connection with providing a financial product or service. Such information includes for example, account balance, income, assets, insurance premiums, payment history and overdraft history.

We may collect nonpublic personal information about you from the following sources:

- Information that you provide to us, such as on applications or other forms
- Information about your transactions with us, our affiliates or others, or
- Information from others, such as credit bureaus, real estate appraisers, and employers

**Our Security Procedures**

To maintain security of customer information, we restrict access to your personal and account information to persons who need to know that information to provide you products or services. We maintain physical, electronic and procedural safeguards to guard information.

**What Information We Disclose**

National City does not disclose nonpublic personal information about you to any companies that are not members of our corporate family ("third parties"), except as permitted by federal law, specifically Title V of the Gramm-Leach-Bliley Act of 1999. The confidentiality of your nonpublic personal information will continue to be maintained consistent with this privacy notice even if you decide to close your account(s), your account becomes inactive, or when you otherwise cease to do business with us.

National City works with a variety of third parties to bring you financial services. We disclose information about you as necessary to fulfill these third party service agreements. For example, we may disclose information about you to third parties that assist us in servicing or maintaining your loan or deposit account, or other business relationship, such as printing checks or billing you for loan payments. We may also disclose information about you to governmental entities, such

as sending annual income statements to the IRS, and to other third parties such as credit bureaus, or in response to subpoenas.

We may disclose all of the information we collect, as described above, to third parties that perform marketing services on our behalf or to other financial institutions, such as insurance providers, with whom we have joint marketing agreements in order to make a variety of financial services available to you*. These third parties must agree to strict confidentiality provisions to assure the protection of your information. Because we already limit the sharing of your nonpublic personal information as outlined above, no action is necessary on your part to limit such sharing.

**National City's Pledge to You**
We believe that your privacy should never be compromised. At the same time, we want to offer you the array of financial products and services you need to accomplish your financial goals. We believe we can do both by adhering to the provisions of this privacy notice.

**National City Companies (Please visit NationalCity.com for a current list.):** National City Bank, NatCity Investments, Inc., National City Insurance Agency of Pennsylvania, Inc., Sterling Private Investments, Inc., National City Home Loan Services, Inc., First Franklin Financial Corporation, Allegiant Asset Management Company, Allegiant Insurance Services, National City Insurance Group, Inc., National City Mortgage Co., National City Mortgage, Inc., Alliance Title Agency, LLC, New England Trust Company, N.A., National City Abstract, LLC, Access Financial Corp., Red Capital Markets, Inc., Capstone Realty Advisers, LLC, Provident Auto Leasing Company, Provident Auto Rental Company, LLC, NatCity Trust Company of Delaware, NationalLink, LP., NationalLink, LLC, NationalLink of Alabama, L.L.C., Chippewa Valley Title Agency, Inc.

**II. FCRA Disclosure***
We share information about you with our affiliates. Under the Fair Credit Reporting Act you may direct us not to share certain credit information with our affiliates. Examples of the kind of credit information that you may direct us not to share include the nonpublic personal information you provide in your application or that we obtain about you from nonaffiliated third parties such as credit bureaus. If you don't want such information shared you may write to us at National City Corporation, Attention: Office of Consumer Privacy, P.O. Box 4068, Kalamazoo, MI 49009. Please provide your name, address, social security number and account number(s). **(NOTE: If you have previously requested that we restrict such sharing you do not need to make another request.)** Your request not to share credit information does not include information we are permitted to share by law, such as information related solely to our experiences or transactions with you. Your account balance and

payment history are examples of transaction and experience information that we are always permitted to share with our affiliates.

**\*Vermont Residents Only:** In Vermont the information we disclose under joint marketing agreements must be limited to your name, contact information, and information about our own transactions and experiences with you. Your consent is required before we can share certain credit information about you with our affiliates. We are permitted to share information which is not a credit report under Vermont law without your consent, such as information related solely to our transactions and experiences with you. **California Residents:** We will not disclose or share information about California residents without first providing you with a California Privacy Notice and honoring your choice unless such sharing or disclosure is permitted by applicable law.

34

**National City**®

71-0424-00 (Rev. 07/06)

NationalCity.com • Member FDIC • ©2006, National City Corporation®

Exhibit 12

# welcome

## A GUIDE TO YOUR NEW BANK
## ACCOUNTS AND SERVICES







MIDAMERICA BANK IS NOW
PART OF NATIONAL CITY

**For a copy of this information
in Polish or Spanish, please
visit your branch.**

**Aby otrzymać kopię tych
informacji w języku polskim,
prosimy odwiedzić najbliższy
oddział naszego banku.**

**Para recibir una copia de esta
información en español visite
una de nuestras sucursales.**

**National City.**



# welcome

As a National City customer, you will continue to receive the same friendly and trustworthy service, from many of the same familiar people. And you can expect the same high level of commitment to the individuals, families, businesses and communities we serve.

Plus, you'll have even more services and more conveniences to help keep banking simple, deliver great everyday value and meet your financial needs at every stage of your life or your business. In fact, the more you bank with us, the more you'll see that your needs, your goals and your interests always come first at National City. Like MidAmerica, National City has earned a reputation for customer satisfaction and community involvement.

We invite you to read this guide for more information about your accounts and services at National City. Keep in mind that what you see is just the start of how National City can help you get where you want to go.

**For current MidAmerica account information, call:**
1-877-MAB-8700 (622-8700)

**For information about National City personal accounts, call:**
1-866-844-0057*

**For information about National City business accounts, contact your business banker or call:**
1-888-NCB-4BIZ (622-4249)*

*Foreign language support is available with National City representatives.*

## Table of Contents

In this guide, you'll find helpful information about your accounts and services at National City.

Before reviewing this information, refer to the back of the accompanying letter for a personalized listing of your accounts at National City.

⊘ This symbol indicates action is needed or an important change.

|  | **Pages** |
|---|---|
| **ALL** | |
| Overview | 4 |
| *A summary of important information about the conversion of your accounts and services – for both our personal and business banking customers.* | |
| Rewards1 points from National City◦ | 15 |
| **PERSONAL** | |
| Personal Deposit Accounts and Services | 16 |
| • Checking Accounts | 16 |
| • Overdraft Protection | 24 |
| • Savings, Passbook and Money Market Accounts | 26 |
| • Retirement Accounts | 32 |
| Personal Lending | 34 |
| *Including home mortgages* | |
| Other Personal Services | 38 |
| **BUSINESS** | |
| Business Deposit Accounts and Services | 40 |
| • Checking Accounts | 40 |
| • Overdraft Protection | 46 |
| • Savings and Money Market Accounts | 48 |
| Business Lending | 52 |
| Other Business Services | 55 |
| **ALL** | |
| Certificates of Deposit (CDs) – for personal and business customers | 58 |
| Access Made Easy – for personal and business customers | |
| • National City Branches | 60 |
| • National City ATMs and Cards | 61 |
| • Visa® CheckCard, MoneyCard℠ (ATM Card) and Business CheckCard | 62 |
| • Telephone Banking | 64 |
| • Online Banking and Online Bill Payment | 66 |

## thank you
### for your input

Banking at National City is all about you. That's why we've made it a point to talk to so many MidAmerica customers to find out what you like most about your bank. And, we've made sure you'll enjoy all the same qualities at National City, including:

- Branches with many of the same great people and friendly service.
- Accounts and services with the same exceptional value and convenience.
- Local management with the same commitment to you and to the communities we serve.

- **New account numbers will be assigned to all personal and business installment loans, lines of credit, credit cards, Check Cards and personal home equity lines of credit.**

If you are one of the few customers with card access to your home equity line of credit, you will receive a replacement card shortly before conversion.

If you currently have check access to your line of credit, you will receive one free order of new checks. See pages 34 to 37 for personal lending information and pages 52 to 54 for business lending.

### New Visa Credit Card

**If you currently use a MidAmerica Visa® credit card, you will** receive a new National City credit card shortly before conversion. Activate your new card on February 11 after 8 a.m. CT. You should then destroy your current MidAmerica Visa credit card as it will no longer work after this time.



**We're committed** to helping our customers enjoy financial success.

## Overview

Over the weekend of February 9, 2008, your MidAmerica Bank accounts and services will become similar accounts and services at National City Bank. You'll see new names and features for some of your accounts, as described in this package.

### Access to Your Accounts

- **By Monday, February 11**, the bank name on the signs at the branches and ATMs you use today will have been changed to National City. You'll be able to access your accounts with the continued ease and convenience you've always enjoyed. And you'll find many of the same friendly people, ready to serve you at your branch.

- **If you have a Passbook account**, continue to use your current passbook just as you do today. When the pages in your passbook are full, you will receive a new passbook with the National City name.

### Account Numbers and Checks

- **Account numbers and checks will remain the same for most checking, savings, CD and IRA CD accounts.** If your deposit account has check access and your account number is one of the many staying the same, you can continue to use your current supply of checks until it's time to reorder. When you reorder through the bank, your new checks will be printed with the National City logo and Routing Transit Number – which is 071921891.

Deposit customers whose account number is changing will be mailed a letter with more information, as well as one free order of checks (if your account has check access).

If you order checks through an outside vendor, please visit your branch beginning February 11, to pick up a National City check order specification sheet before placing your order.

**New National City Visa CheckCard, Business CheckCard or MoneyCard (ATM Card)**

**If you currently use a MidAmerica Visa® Check Card, Business Check Card or ATM card to access your accounts:**

- You will receive a National City Visa CheckCard, Business CheckCard or MoneyCard℠ to replace your current card before your accounts convert.

- Your new card can be used beginning Friday, February 8, at 2:15 p.m. CT. Your current card will no longer work after this time.

- See page 61 for information about card access and your Personal Identification Number.

**Automated Deposits and Preauthorized Transfers and Payments**

- **Checking and Savings Accounts** – Your direct deposits and preauthorized transactions will be converted automatically and will continue with no interruption.

- **Payments to Loans and Lines** – If you have arranged an automatic payment from an account at another bank for a MidAmerica loan or line of credit, it will continue without interruption, provided it is for the payment amount specified in your agreement. Any automatic payments over this amount will need to be reestablished through National City.

- **Line of Credit, Check Card or Credit Card deductions** – If you have recurring deductions – such as for utility payments, mortgage payments, gym memberships or insurance premiums, etc. – take the following action on or after February 11.

  - Notify the third party initiating the deduction of your new 16-digit line of credit account number which will be printed on your first statement, or

  - Provide your new National City Visa CheckCard or credit card number and expiration date as embossed on the card.

**Convenient Online Access**

- **If you're a current MidAmerica personal or small business Bank-by-Internet user,** we'll send you a letter shortly before conversion with simple instructions for using our free Online Banking and free Online Bill Payment services. Customers enrolled in MidAmerica's personal or small business Bank-by-Internet before January 24, will automatically transition to the National City Online Banking system.

- Action items for Bank-by-Internet users:

  - Online bill payments scheduled on the MidAmerica Bank-by-Internet system with a process date of February 7, at 10:30 p.m. CT or BEFORE, will be processed.

  - Online bill payments scheduled with a process date of February 8 or later will not take place. You should reschedule these payments through National City Online Banking.

  - Online bill payment history will not transfer. We recommend you print out your bill payment history prior to February 8.

  - Your payee list will transfer automatically to National City.

  - Online banking transfers scheduled on the MidAmerica Bank-by-Internet system on February 8, at 5 p.m. CT or BEFORE will be processed.

- See pages 66 and 67 for more information about National City Online Banking.



*"We are here to listen and respond with solutions designed to simplify your financial life."*

Kinga D. Rekas, Calonnye Clay-Mims, LeRoy A. Chalmers and Angela Miller
Beverly Branch

7

## Wire Transfers

- **National City accepts in-branch (verbal with PIN) and Web-based wire instructions. For security reasons, fax, e-mail or phone initiations will not be accepted after February 8.** For information on how to initiate outgoing wires, please contact your business banker or visit your National City branch after February 11.

-  **Incoming wire transfers starting February 11.** If you receive wires, you will need to inform the originator of your new wire routing instructions.

  **Direct to:**   Routing Transit Number for Incoming Wires
  **072000915**

  **Bank Name:** National City Bank
  4100 West 150th Street
  Cleveland, OH 44135

- **International wire transfers.** The new SWIFT code for international wire transfers will be NATCUS33.

## Giving Back to the Community



We believe it's part of our corporate responsibility to give back to the communities we call home with our time, our talents and our money. National City is known for being a major community leader and contributor in each of the communities we serve.

### Your Mailing Address

- **If you have multiple mailing addresses,** such as a seasonal, special mailing or alternate address, you will need to call or visit your branch each time you'd like to change your address beginning February 11.

### Deposit Account Statements

- **Final statement from MidAmerica.** Your final MidAmerica deposit account statement will be mailed in February after the conversion to National City. It will reflect transaction activity from your last statement date through February 8.

- **First statement from National City.** Your first National City deposit account statement will be mailed approximately on the same schedule as before. This statement will reflect transaction activity from February 9 until your next regular statement date.

- **Online statements.** This service will continue at National City through Online Banking only. You can view monthly checking, savings and combined statements anywhere you have Internet access. To view check images, simply click on the link on the Online Banking Account Activity screen. See pages 66 and 67 for more information about Online Banking.

- **If you have elected not to receive paper copies of your statement from MidAmerica,** you will need to reestablish the paper suppression option through National City Online Banking beginning February 11. If you do not reestablish your selection, you'll receive paper statements from National City.

- **IRA statements.** National City issues semi-annual IRA statements as of June and December month-end for all of your IRA deposit accounts. Your first statement will reflect transaction activity from February 9 until your next regular statement date.

- **Free combined monthly statement.** If you currently receive a combined statement for your personal accounts, you will continue to receive the same information on your National City combined statement wherever possible. A National City combined statement can include detailed information about one checking account, overdraft protection, multiple savings accounts and CDs, plus summary information about IRAs, consumer loans and mortgages. To change accounts appearing on your combined statement, call us or visit your branch starting February 11.

  *Combined statements are not available for multiple checking accounts, including money market accounts with check access, or for business accounts. In these instances, you will receive separate monthly statements.*

  *You can get a combined view of your personal and small business accounts through online banking.*

- **Cancelled checks.** If you have check safekeeping or receive image statements, these services will continue. If your cancelled checks are currently returned in your checking account statement, you will continue to receive your checks. In some cases, checks are provided back to National City or processed by electronic image and these checks will be listed on your statement only.

*"You'll continue to be served by people who know you and who work and live in your community."*

Lupe Ramirez
Personal Banker, Oklahoma Branch

## Additional Information

- **Check posting.** At National City, checks and most other debits, including electronic transactions, are posted to your account each business day with the highest dollar amount paid first.

- **Returned deposited items.** At National City, checks deposited to your account are presented for payment one time only. If the deposited check is returned because of insufficient funds or for any other reason, the check or a substitute check will be returned to you unpaid. You will then have the option to redeposit the item at your convenience.

- **Inactive accounts.** Certain personal accounts will be considered inactive if there is no customer-initiated activity for a specified period of time.

  Please see the *Special Handling and Miscellaneous Service Fees* section of the *Personal Disclosure Booklet* for how this affects your account.

- **FDIC insurance.** Just as before, your deposits will continue to be insured under FDIC guidelines. If you currently have deposits at both MidAmerica and National City, your funds at each bank will continue to be separately insured for six months, through August 8, 2008. MidAmerica CDs will be separately insured until the first maturity date after February 8, 2008.

  Any MidAmerica CDs that mature during the six-month period ending August 8, 2008, and are renewed for the same term and in the same dollar amount (either with or without accrued interest), will continue to be separately insured until the next maturity date.

  If your total deposits in the combined bank will be more than $100,000 in the same category of legal ownership ($250,000 for self-directed retirement funds including traditional and Roth IRAs), please visit your branch to find out about the different ways your FDIC insurance coverage can be expanded.

# your satisfaction
## our top priority

We have taken great care to match your current account to the National City account that can offer the most similar benefits and value to you.

We want you to be satisfied with the service and value you receive at National City. So, if you feel another account would be a better match, let us know. Contact us starting February 11, and we'll help you make the switch.

- **Consumer privacy policy.** National City values and protects customer information and does not share information with third parties unless permitted to do so by law. National City respects your privacy preferences and will continue to honor any privacy elections that you requested at MidAmerica.

  One of the benefits of this merger is that the National City family of companies (affiliates) offers a wide range of financial products and services. Information about customers is shared within the family of companies in order to provide additional financial opportunities to customers. National City also provides information to third parties that perform marketing services on its behalf or to other financial institutions, such as insurance providers, with whom it has joint marketing agreements, in order to make a variety of financial services available to you.

  For further information about the sharing of information, refer to the *National City Privacy Notice* in the *Personal Disclosure Booklet.*

- **If you currently have accounts at both National City and MidAmerica** you will continue to receive communications about your accounts from each bank. After February 11, your communications will be from National City.

- **Deposit Posting.** MidAmerica posts deposits 6 days a week; Monday – Saturday (not including holidays). National City posts deposits 5 days a week; Monday – Friday (not including holidays). This difference could affect the availability of your funds depending on the type of items that make up your deposit. See the Funds Availability section on page 13.

  When you use your National City CheckCard or MoneyCard your purchases are deducted directly from your checking account. For some purchases a hold is placed on your account until the merchant settles the transaction. If a hold is placed on your account, it will reduce your available balance and will appear on National City Online Banking.

- **Your personal information.** National City is committed to protecting your personal information. If you are contacted by anyone claiming to be from National City by e-mail, pop-up window, phone or fax requesting personal information, do not respond to the request. We will never ask for your online banking Log-in ID, password, account information, or Social Security (Tax ID) number via e-mail, phone, pop-up window or fax. For more information on how you can protect yourself from financial identity theft and avoid online fraud, visit **NationalCity.com/about/privacy.**

## Funds Availability

- Funds from cash and checks you deposit at National City may be available to you on a different schedule than you're used to at MidAmerica. See the enclosed disclosure booklet for information on the funds availability policy and processes at National City.

- As a reminder, be sure that you do not make a transaction if the available balance in your account is not sufficient to cover the transaction.

- Direct deposit of funds may ensure immediate access to those funds. In addition, overdraft protection can provide coverage in case you overdraw your account.





making banking **more rewarding**

# points®
from National City

You deserve a few rewards. So **points from National City** rewards you for performing everyday banking activities, like using your CheckCard or certain credit cards, making online bill payments and even writing checks.

- **Free. And easy.** Upon enrollment, your points accumulate automatically.

- **Simple.** After February 8, sign up online at NationalCity.com/points or by phone at 1-866-NCB-points (622-7646). All you need is a National City checking account and CheckCard.

- **Rewarding.** The more you shop, save and borrow, the more you earn. Plus, you can earn rewards faster by combining points earned on your business and personal accounts.

- **Fast.** Set up automatic withdrawals for recurring payments with your CheckCard or combine points earned with your personal and small business accounts to earn points even faster.

- **Fun.** Air travel, gift cards from great stores, hotel stays, electronics and more – redeem your points for all kinds of great things.

The points pile up fast. Enroll in **points from National City** with your National City CheckCard. If you don't have a CheckCard, apply online or stop in any National City branch after February 8.

## Programs

If you are currently enrolled in any of the following, your benefits will automatically continue at National City:

- Advantage Checking and Advantage Family Checking account owners and Checking Extras Members: Same low monthly fee, same money-saving package of benefits.

- ComMUNITY Banking™ Program: National City will continue to offer this program for the benefit of non-profit organizations and their supporters.

- LifeStyle Advantage Club Members: You will continue to receive your exclusive newsletter and travel benefits.

## Questions?

For current MidAmerica account information, visit your branch or call 1-877-MAB-8700 (622-8700).

Customer Service Hours:
Monday – Friday    7 a.m. to 8 p.m. CT
Saturday               7 a.m. to 4 p.m. CT
Sunday                 10 a.m. to 2 p.m. CT

For information about National City, visit your branch, go to NationalCity.com/MidAmerica or
For personal accounts, call: 1-866-844-0057
For business accounts, call: 1-888-NCB-4BIZ (622-4249)

Customer Service Hours:
Monday – Friday    6 a.m. to 8 p.m. CT
Saturday               6 a.m. to 1 p.m. CT
Sunday                 9 a.m. to 3 p.m. CT

# Personal Checking Accounts

At National City, we offer a variety of checking accounts to suit your lifestyle, from accounts with no minimum balance requirements or fees to interest-earning accounts with competitive rates. Plus, your National City checking account automatically qualifies you for a Personal Savings account (a product available after conversion) with no opening deposit requirement, no monthly service fee and no minimum balance requirement.

*Refer to the back of the accompanying letter for your new account name.*

| Name of National City Account* | Balance and Fee Information |
|---|---|
| **FREE CHECKING** | • No minimum balance required.<br>• No monthly maintenance fee.<br>• No transaction fees. |
| **FREE CHECKING PLUS** | • No minimum balance required.<br>• No monthly maintenance fee.<br>• No transaction fees.<br>• Monthly ACH direct deposit, ACH payment or online bill payment required. |

*For detailed information about the terms and conditions and special handling and miscellaneous service fees that will govern these accounts, please refer to the *Personal Disclosure Booklet*.

## All National City Personal Checking Accounts Offer:

- Unlimited check writing
- Free use of over 2,200 National City ATMs
- Free National City Visa CheckCard
- Free banking rewards program, **points from National City**
- Free Online Banking and Online Bill Payment
- Free telephone banking
- Optional overdraft protection
- Automated transfers, payments and deposits

| Information and Highlights in Addition to Those Listed Above |
|---|
| • If you do not initiate activity on this account in any 180-day period and your balance is $500 or less, a $10 inactive account fee will be charged monthly. |
| • Free use of non-National City ATMs – we won't charge you for using ATMs at other banks.†<br>• Free checks in basic designs (duplicate checks not included); discount on other check designs.<br>• If you do not maintain a monthly ACH direct deposit, ACH payment, or online bill payment, your account will convert to Free Checking and be charged a one-time $12 product transfer fee. |

†The owner of the ATM may charge a fee. An ATM transaction fee will apply for use of ATMs in other countries.

*Refer to the back of the accompanying letter for your new account name.*

| Name of National City Account* | Balance and Fee Information | Information and Highlights in Addition to Those Listed on Page 17 |
|---|---|---|
| **WORK PERKS CHECKING** For converting accounts only – not available for new accounts. | • No minimum balance required. <br> • No monthly maintenance fee. <br> • No transaction fees. | Be sure to request these special benefits from your banker: <br> • Savings on new personal installment loans, lines of credit and mortgages;** <br> • Health Savings Account with no monthly maintenance fee; <br> • Periodic special CD offers; <br> • Discounts on credit cards** and National City gift cards. |
| **WORK PERKS PREFERRED INTEREST CHECKING** | **All of the following requirements will be waived for converting accounts:** <br> • Maintain $1,500 minimum daily balance in this account, or <br> • $3,000 average daily balance in this account, or <br> • $15,000 minimum daily balance in any combination of savings and CD accounts (except Flexible Access Money Market accounts and IRAs). <br> • Otherwise, $10 monthly maintenance fee. | • Variable interest rate. Simple interest on entire balance paid monthly. Higher rates may be paid at balance levels starting at $5,000, $10,000, $25,000, and $50,000. <br> • Free use of non-National City ATMs – we won't charge you for using ATMs at other banks.♦ <br> Be sure to request these special benefits from your banker: <br> • Free checks in basic designs (duplicate checks not included); discount on other check designs; <br> • No fee Official Checks and Money Orders; <br> • No monthly fee for Cash Reserve overdraft protection;** <br> • Savings on new personal installment loans and equity lines of credit;** <br> • Health Savings Account with no monthly maintenance fee; <br> • Periodic special CD offers; <br> • Free standard-size safe deposit box (upon request and subject to availability). |

*For detailed information about the terms and conditions and special handling and miscellaneous service fees that will govern these accounts, please refer to the *Personal Disclosure Booklet.*

**Subject to credit approval.
♦The owner of the ATM may charge a fee. An ATM transaction fee will apply for use of ATMs in other countries.

*Refer to the back of the accompanying letter for your new account name.*

| Name of National City Account* | Balance and Fee Information | Information and Highlights in Addition to Those Listed on Page 17 |
|---|---|---|
| **RELATIONSHIP INTEREST CHECKING**<br><br>For converting accounts only – not available for new accounts. | • Maintain $1,500 minimum daily balance in this account, or<br>• $3,000 average daily balance in this account, or<br>• $15,000 minimum daily balance in any combination of savings and CD accounts (except Flexible Access Money Market accounts and IRAs), or<br>• If you have an existing fee waiver on your converting account because you have a MidAmerica mortgage which is paid by ACH payments from this account.<br>• Otherwise, $10 monthly maintenance fee. | • Variable interest rate. Simple interest on entire balance paid monthly. Higher rates may be paid at balance levels starting at $5,000, $10,000, $25,000, and $50,000.<br>• Free use of non-National City ATMs – we won't charge you for using ATMs at other banks.*<br>Be sure to request these special benefits from your banker:<br>• Free select wallet or duplicate check styles or reduced fee for other styles;<br>• No monthly fee for Cash Reserve overdraft protection;**<br>• Savings on new personal loans and equity lines of credit.** |
| **INTEREST CHECKING** | **All of the following requirements will be waived for converting accounts:**<br>• Maintain $1,500 minimum daily balance in this account, or<br>• $3,000 average daily balance in this account, or<br>• $15,000 minimum daily balance in any combination of savings and CD accounts (except Flexible Access Money Market accounts and IRAs).<br>• Otherwise, $10 monthly maintenance fee. | • Variable interest rate. Simple interest on entire balance paid monthly. Higher rates may be paid at balance levels starting at $5,000, $10,000, $25,000 and $50,000. |

*For detailed information about the terms and conditions and special handling and miscellaneous service fees that will govern these accounts, please refer to the *Personal Disclosure Booklet.*

*The owner of the ATM may charge a fee. An ATM transaction fee will apply for use of ATMs in other countries.<br>**Subject to credit approval.

*Refer to the back of the accompanying letter for your new account name.*

| Name of National City Account* | Balance and Fee Information | Information and Highlights in Addition to Those Listed on Page 17 |
|---|---|---|
| **INTEREST CHECKING PLUS** | • Monthly ACH direct deposit, ACH payment or online bill payment required.<br><br>**All of the following requirements will be waived for converting accounts:**<br>• Maintain $1,500 minimum daily balance in this account, or<br>• $3,000 average daily balance in this account, or<br>• $15,000 minimum daily balance in any combination of savings and CD accounts (except Flexible Access Money Market accounts and IRAs), or<br>• Account holder is age 50 or older.<br>• Otherwise, $10 monthly maintenance fee. | • Variable interest rate. Simple interest on entire balance paid monthly. Higher rates may be paid at balance levels starting at $5,000, $10,000, $25,000 and $50,000.<br>• If you do not maintain a monthly ACH direct deposit, ACH payment or online bill payment, your account will convert to Interest Checking and be charged a one-time $12 product transfer fee.<br>• Free use of non-National City ATMs – we won't charge you for using ATMs at other banks.†<br>Be sure to request these special benefits from your banker:<br>• Free checks in basic designs (duplicate checks not included); discount on other check designs;<br>• No Fee Official Checks and Money Orders;<br>• No monthly fee for Cash Reserve overdraft protection;**<br>• Savings on new personal installment loans and equity lines of credit;**<br>• Free standard-size safe deposit box (upon request and subject to availability). |
| **CHECKING WITH INTEREST**<br>For converting accounts only – not available for new accounts. | • No minimum balance required.<br>• No monthly maintenance fee.<br>• No transaction fees. | • Variable interest rate. Simple interest on entire balance paid monthly. |

*For detailed information about the terms and conditions and special handling and miscellaneous fees that will govern these accounts, please refer to the *Personal Disclosure Booklet.*

†The owner of the ATM may charge a fee. An ATM transaction fee will apply for use of ATMs in other countries.

**Subject to credit approval.

**You'll enjoy free 24-hour access to your accounts online and by phone.**

# Personal Overdraft Protection

**If you have overdraft protection from a CheckLine overdraft protection line of credit account:**

- Your coverage will transfer automatically to a Cash Reserve overdraft protection line of credit at National City.

- After the weekend of February 9, your payment will be deducted automatically from your checking account on your statement ending date. The minimum monthly payment will be $10 or 3% of the outstanding balance – whichever is greater.

- Your overdraft protection account number will be the same as your linked checking account, and the account information will appear on your checking statement.

- The **Annual Percentage Rate (APR) will be 18%.** (The daily periodic rate of **Finance Charge is 0.04931%)***

- A $3 monthly fee will replace the annual fee and will be deducted from your account automatically starting the month following the anniversary of when the last annual fee was paid. The fee will be waived for customers converting to Interest Checking Plus, Relationship Interest Checking or Work Perks Preferred Interest Checking.

- Advances will be made in increments of $50.

- A notice will be sent each time you advance from a $0 balance on your line of credit and when you are at or near your credit limit.

- Understand that National City Bank is a national bank located in Ohio, and the decision to provide an overdraft line of credit to you was made in Ohio.

- Please review the *Cash Reserve Line Agreement* included in the *Personal Disclosure Booklet* for more information, including any changes in rates and fees.

**If you have overdraft protection from a linked savings, checking, money market or Home Equity Line of Credit account:**

- Your coverage will transfer automatically to National City and continue to be provided by your linked account.

- A fee* will be assessed to your checking account for each advance from your linked account. This fee will be waived for converting 50+ Interest Checking, Ultimate Checking and Great Rate accounts.

- For accounts linked to a savings or money market account, Federal regulations limit the number of monthly transfers from your account.** Once this limit is reached, no further overdraft advances will be made in that month and standard overdraft and non-sufficient funds (NSF) fees will apply to your checking account.

- For accounts linked to a savings, money market or checking account, advances will be made in the exact amount of any overdraft, plus the advance fee.

- For accounts linked to a Home Equity Line of Credit account, advances will be made in increments of $100 to cover the overdraft and the advance fee.

- A notice will be sent each time an advance is made from your linked account.

- Refer to the *Personal Account Agreement* and the *Special Handling and Miscellaneous Service Fees* section of the *Personal Disclosure Booklet* for more information.

**If you have overdraft protection from more than one source:**

- Only one linked account can be used to provide overdraft protection in addition to the protection provided by a Cash Reserve line of credit. Advances from the linked account will be made prior to advances from the Cash Reserve line of credit.

- An account that is protected by overdraft protection from a savings, checking, money market or Home Equity Line of Credit cannot provide overdraft protection to another account (this includes reciprocal arrangements between two checking accounts). We will contact you separately to discuss your overdraft protection options.

*Refer to the *Special Handling and Miscellaneous Service Fees* section of the *Personal Disclosure Booklet* for rate and fee changes occurring in April 2008.
**For all savings and money market accounts, federal Regulation D limits preauthorized, automatic, telephone, electronic (including ACH), online and other transfers and withdrawals not made in person or by ATM to six per month, of which no more than three can be by check, if applicable. Overdraft advances are the only type of transfer that National City will automatically stop if Regulation D limits are exceeded.

# Personal Savings, Passbook and Money Market Accounts

Whether you are just starting out or saving for something specific, National City can help you make the most of your money.



⚠ **Passbook customers** – *We suggest you update your passbook just prior to February 9. This will ensure your passbook is completely up to date when MidAmerica becomes National City.*

*Refer to the back of the accompanying letter for your new account name.*

| Name of National City Account* | Balance and Fee Information |
|---|---|
| PASSBOOK SAVINGS | • Maintain $100 minimum daily balance in this account, or<br>• Account holder under age 18 (upon request).<br>• Otherwise, $4 monthly maintenance fee.<br>• Unlimited in-branch withdrawals.<br>• $15 excess transaction fee under Regulation D*\*\* |

*For detailed information about the terms and conditions and special handling and miscellaneous fees that will govern these accounts, please refer to the *Personal Disclosure Booklet.*

---

## All National City Personal Savings Accounts Offer:

• Set up a savings plan with a free preauthorized transfer from any National City checking account
• Competitive rates
• Easy access to funds
• Ability to provide overdraft protection to linked checking account

| Information and Highlights in Addition to Those Listed Above |
|---|
| • Variable interest rate. Interest on entire balance compounded daily and paid monthly. Higher rates may be paid at balance levels starting at $10,000, $25,000 and $50,000.<br>• Balances may count toward waiver of monthly maintenance fees on certain National City checking accounts.<br>• Electronic withdrawals are not available with this account; however,<br>• This account can provide overdraft protection to a checking account and allows preauthorized transfers to another National City checking or savings account. |

*\*For all savings and money market accounts, federal Regulation D limits preauthorized, automatic, telephone, electronic (including ACH), online and other transfers and withdrawals not made in person or by ATM to six per month, of which no more than three can be by check, if applicable.

*Refer to the back of the accompanying letter for your new account name.*

| Name of National City Account* | Balance and Fee Information | Information and Highlights in Addition to Those Listed on Page 27 |
|---|---|---|
| **ACCESS PASSBOOK SAVINGS** For converting accounts only – not available for new accounts. | • Maintain $100 minimum daily balance in this account, or • Account holder under age 18 (upon request). • Otherwise, $4 monthly maintenance fee. • Unlimited ATM and in-branch withdrawals. • $15 excess transaction fee under Regulation D** | • Variable interest rate. Interest on entire balance compounded daily and paid monthly. Higher rates may be paid at balance levels starting at $10,000, $25,000 and $50,000. • Statements will be sent quarterly, beginning with the first business day of April. Monthly statement is issued if automated or electronic transactions occur or if combined with checking. • Balances may count toward waiver of monthly maintenance fees on certain National City checking accounts. |
| **MARKET RATE PASSBOOK SAVINGS** For converting accounts only – not available for new accounts. | • Maintain a $1,000 minimum daily balance in this account. Otherwise, $10 monthly maintenance fee. • Unlimited ATM and in-branch withdrawals. • $15 excess transaction fee under Regulation D** | • Variable interest rate. Interest on entire balance compounded daily and paid monthly. Higher rates may be paid at balance levels starting at $10,000, $25,000 and $50,000. • Statements will be sent quarterly, beginning with the first business day of April. Monthly statement is issued if automated or electronic transactions occur or if combined with checking. • Balances may count toward waiver of monthly maintenance fees on certain National City checking accounts. |
| **STATEMENT SAVINGS** For converting accounts only – not available for new accounts. | • Maintain $100 minimum daily balance in this account, or • Account holder under age 18 (upon request). • Otherwise, $4 monthly maintenance fee. • Unlimited ATM and in-branch withdrawals. • $15 excess transaction fee under Regulation D** | • Variable interest rate. Interest on entire balance compounded daily and paid monthly. Higher rates may be paid at balance levels starting at $10,000, $25,000 and $50,000. • Statements will be sent quarterly, beginning with the first business day of April. Monthly statement is issued if automated or electronic transactions occur or if combined with checking. • Balances may count toward waiver of monthly maintenance fees on certain National City checking accounts. |

*For detailed information about the terms and conditions and special handling and miscellaneous fees that will govern these accounts, please refer to the *Personal Disclosure Booklet.*

**For all savings and money market accounts, federal Regulation D limits preauthorized, automatic, telephone, electronic (including ACH), online and other transfers and withdrawals not made in person or by ATM to six per month, of which no more than three can be by check, if applicable.

*Refer to the back of the accompanying letter for your new account name.*

| Name of National City Account* | Balance and Fee Information | Information and Highlights in Addition to Those Listed on Page 27 |
| --- | --- | --- |
| **MONEY MARKET SAVINGS** | • Maintain $1,500 minimum daily balance in this account. Otherwise, $10 monthly maintenance fee.<br>• Four free National City ATM or in-branch withdrawals per month; $5 per additional withdrawal regardless of balance.<br>• $15 excess transaction fee under Regulation D** | • Variable interest rate. Interest on entire balance compounded daily and paid monthly. Higher rates may be paid at balance levels starting at $5,000, $10,000, $25,000 and $50,000.<br>• Statements will be sent quarterly, beginning with the first business day of April. Monthly statement is issued if automated or electronic transactions occur or if combined with checking.<br>• Balances may count toward waiver of monthly maintenance fees on certain National City checking accounts. |
| **FLEXIBLE ACCESS MONEY MARKET ACCOUNT**<br>For converting accounts only – not available for new accounts. | • Maintain $1,000 minimum daily balance in this account. Otherwise, $10 monthly maintenance fee.<br>• $15 excess transaction fee under Regulation D** | • Variable interest rate. Simple interest on the entire balance paid monthly. Higher rates may be paid at balance levels starting at $10,000, $25,000, $50,000 and $100,000.<br>• Statements will be mailed on approximately the same monthly schedule as before.<br>• Limited check access – images of paid checks can be viewed online.<br>• When accessing this account at ATMs, online and by automated telephone banking, choose the Checking category.<br>*This account cannot be used for online bill payments.* |
| **RETIREMENT MONEY MARKET** | • No minimum balance requirement.<br>• No monthly maintenance fee.<br>• No transaction fees. | • Variable interest rate. Interest on entire balance compounded daily and paid monthly. Higher rates may be paid at balance levels starting at $10,000, $25,000 and $50,000.<br>• Statements will be sent semi-annually, beginning with the first business day of July (account activity through June 30). See page 10 for information on combined statements. |

*For detailed information about the terms and conditions and special handling and miscellaneous service fees that will govern these accounts, please refer to the *Personal Disclosure Booklet.*

**For all savings and money market accounts, federal Regulation D limits preauthorized, automatic, telephone, electronic (including ACH), online and other transfers and withdrawals not made in person or by ATM to six per month, of which no more than three can be by check, if applicable.

**You'll continue to earn competitive interest rates.**

# Retirement Accounts

## IRA/SEP and KEOGH CDs

**At conversion:**

- Your Retirement CD accounts will continue with the same rates and terms until maturity.

- National City will become custodian of your retirement accounts, and the terms of your Individual Retirement Custodial Agreement will be amended as set forth in the *Amendment to Traditional and Roth Individual Retirement Custodial Agreements* section of the *Personal Disclosure Booklet*.

**Upon renewal:**

- Most IRA CDs will renew as the most similar fixed-rate, fixed-term IRA CD and at the then-current, non-promotional interest rate at National City.

- Interest will be compounded daily and paid monthly.

- After renewal, additional deposits will be allowed during the term on traditional fixed-rate, fixed-term IRA CDs. The interest rate for an additional deposit may differ from the original IRA CD rate. It will be based on the amount deposited and length of time remaining between the date of the additional deposit and the end of the original IRA CD term. Minimum deposit of $100 required.

- Maturity notices will be mailed 35 days prior to maturity.

- National City terms and conditions will govern your account. See the *Time Deposit Account Agreement and Pricing Schedule* section in the *Personal Disclosure Booklet* for details.

## If You Receive IRA Distributions

- **Distributions will continue to be made at the frequency you requested, within our IRA Distribution Schedule below.**

  Monthly: 1st day of the month
  Quarterly: 1st day of April, July, October and January
  Semi-annually: 1st day of July and January
  Annually: 1st day of month requested

- **If you are due to receive a monthly payment or interest-only distribution in February,** it will be processed by MidAmerica on February 1. If you have a quarterly or semi-annual payment and it is NOT paid in January, it will be processed by MidAmerica on February 1 and then will follow the schedule above at National City. National City will begin making interest payments and fixed distributions as of March 1. If you receive an interest-only distribution, the amount of your first payment may be different than usual, due to the number of days since the last distribution. However, please be assured you will receive all the interest due to you.

## Retirement Money Market

Retirement Money Market accounts will continue at National City. See pages 30 and 31 for more information about this account.



*"Retirement, college, wedding, new home — whatever is in your future, we can help make it happen for you."*

Jona Johnson
Branch Manager, Lincoln Park Branch

# Personal Loans, Lines of Credit and Mortgages

National City offers a wide range of credit and financing options to meet all your personal needs. Here's what you need to know about the conversion of your accounts to National City.

## Personal Loans

- **New Monthly Statement.** If you have a coupon book, it will be replaced by a monthly statement. Please make your payments by coupon until your first statement arrives, then destroy your current loan coupon book at that time. *No more than three borrowers can be listed on any personal loan statement. This does not change the liability of any other borrowers on the loan.*

- **New Account Number.** This number will appear on the first monthly statement you receive after February 9.

- **Fees.** Outstanding late fees, if any, will appear on your monthly statement.

- **Automated Payment.** If you have authorized MidAmerica to automatically charge a deposit account at any bank to make your loan payments, this automated payment will continue to be charged on the date authorized or within 1-2 days after that date. This date will become your new payment due date. The following changes will apply:

  - You must have the funds in your account on the day you authorized the payment to be charged. If funds are not available, no further attempts will be made and you will be responsible for making the payment yourself. Late charges will apply.

  - Only one scheduled automatic payment for the billed amount can be made each month per account. Additional payments to principal can be made at a branch, through online banking or by sending your payment to the address specified for principal-only payments on your monthly statement.

  - The scheduled automatic payments will continue even if you make a manual payment before the due date or if the account is paid ahead.

- After conversion, if your scheduled automatic payment date falls on weekends, payments will post on the next business day and your deposit account will be debited on **Monday** (National City account) or **Tuesday** (non-National City account). If the payment date falls on a holiday, payments will post on the next business day (National City account) or the second business day (non-National City account).

## Home Equity Line of Credit*

- **Monthly Statement**

  - Statements will be sent from MidAmerica until conversion weekend. After conversion, all statements will be sent from National City.

  - You may receive your statement on a different day than you did with MidAmerica. This is to align the statement cycle date with the appropriate mailing time and your due date, which will be the same as your current due date or within 1-3 days after. Because of this, you may experience more or less days within your first billing period.

  - The "Late Charge Date" will no longer appear on your statement. However, grace days before the late charge is assessed will remain the same as indicated in your MidAmerica agreement.

  - You will not receive a statement in months when there is no activity and your outstanding balance is $0.

- **New Account Number.** This number will appear on the first monthly statement you receive after February 9.

- **Payment**

  - You will be billed a minimum payment each month; however, you may pay any amount above the minimum monthly payment. This amount will be applied to the principal balance and not to the next month's required payment.

  - A minimum payment is required in any month there is a balance.

  - Automated payment: If you have authorized MidAmerica to automatically charge a deposit account at any bank to make your line of credit payment, this automated payment will continue to be charged on the date authorized or within 1-3 days after that date.

*Will be referred to as an Equity Reserve Line of Credit on your statement.

(continued)

## Home Equity Line of Credit (continued)

- Automatic payments can be increased to include additional funds by contacting Customer Service at 1-800-925-9259.

- After conversion, if your scheduled automatic payment date falls on:

  – Saturday – Payment will post to your account on Friday and your deposit account will be debited on Monday (National City account) or Tuesday (non-National City account).

  – Sunday – Payment will post to your account on Sunday and your deposit account will be debited on Monday (National City account) or Tuesday (non-National City account).

  – Holiday – Payment will post to your account on the due date and your deposit account will be debited on the next business day (National City account) or the second business day (non-National City account).

- **Balance/Interest Calculation**

  – If your MidAmerica account had more than one interest rate that could apply based on the outstanding balance of your account during the billing cycle, only one rate will be applied by National City. This rate will be the best or most favorable rate based on the highest balance during the billing cycle.

  – The available credit line is reduced by the sum of the principal balance, billed finance charges and fees owed as provided in your contract. This is a change from MidAmerica which only reduced the available balance by the principal balance owed. An overlimit situation may occur after conversion if the combination of these items exceeds your credit line. The amount overlimit will appear as a negative on the "Available Credit" line of your new statement. The overlimit fee will not be charged for overlimits caused by this change in procedure.

  – If the variable rate charged on your account changes during the billing cycle, finance charges for your entire billing period will be based on the lower of the two rates in effect during that period.

- **Miscellaneous Fees** covered in your current agreement for stop payments, returned payments and returned convenience checks will continue to apply.

- **Account Access.** You may access your available credit line by using free National City convenience checks (your first check package will be mailed to you), through online banking (if you have a deposit account) or at any National City branch. If you currently have a credit card to access your Home Equity Line of Credit, you will also be able to access funds at an ATM. You will receive a new National City Equity Visa® card (and a new PIN) as a replacement shortly before your account is converted. Activate your new card on February 11 after 8 a.m. CT. You should then destroy your current MidAmerica credit card as it will no longer work after this time.

To access your home equity line of credit online, visit NationalCity.com/homeequityonline after February 11 to enroll. With Home Equity Online, you can view account activity, make payments and transfer balances.

### Home Mortgages

Your MidAmerica mortgage will transfer to National City Mortgage Co., with no change to your current terms and conditions or interest rate. We will send you a letter with complete information shortly before the conversion. Here's what you may want to know now:

- Your new account number will be printed on your first National City billing statement or new National City coupon book.

- Payments are accepted at your branch or you can mail your payments to: National City Mortgage Co., P.O. Box 533510, Atlanta, GA, 30353-3510.

- If your payment is automatically deducted from a savings or checking account, National City will continue this service. Due to the transition, the February payment may be deducted later than your usual payment date. If this occurs, you will not incur a late charge.

  Please ensure you have sufficient funds to cover your payment. We will only attempt to deduct the payment one time.

- If your payment is drafted by a third party, please update your payment information with your new National City Mortgage account number as soon as you receive it.

- If you'd like to have the option of making your mortgage payment online, please visit www.ncmc.com and click on "More Information" under Pay Online and Other Payment Options or call us at 1-800-822-5626 after February 11.

# Other Personal Banking Services

As a National City customer, you'll find accounts and services to meet your financial needs at every stage of life ... and people to help you make the right choices along the way. For details, beginning Monday, February 11, visit your branch, go to NationalCity.com or call 1-866-844-0057.

- Personal checking accounts
- Personal savings, money market accounts, CDs and IRAs
- Health Savings Accounts
- Loans and lines* – including home equity loans and lines of credit, auto, marine, RV and motorcycle loans, personal lines of credit, overdraft protection lines of credit and student loans
- Mortgage and refinancing options* – As one of the strongest and largest mortgage lenders in the nation, National City offers a wide range of mortgage products backed by experienced professionals who can help tailor a program to meet your specific needs
- Wealth management services provided by the Private Client Group at National City
- Visa® credit cards*

*Subject to credit approval.

---

- Insurance protection**
- Investment and brokerage services including retirement and education planning services♦

**Insurance products and annuities are offered through National City Insurance Group, Inc., a licensed insurance agency.

♦Brokerage products and services are offered through NatCity Investments, Inc., a registered broker-dealer, member FINRA and SIPC and a subsidiary of National City Corporation.

Investment, annuity and insurance products are:

> • NOT A DEPOSIT • NOT FDIC INSURED
> • NOT INSURED BY ANY GOVERNMENT AGENCY
> • NOT GUARANTEED BY NATIONAL CITY
> • MAY GO DOWN IN VALUE



## Have Some Fun

National City makes it fun to teach your child about money, saving and banking. Check out our Web site for children at NationalCity.com/studentsavers. You'll find all kinds of activities including comic books, interactive games, coloring pages, even a virtual tour of the bank. It's all designed to help your child learn about the value of earning and saving money.



# Business Checking Accounts

National City knows that the checking accounts and services you use need to fit your type of business, cash flow model and goals. We provide the account choices, product features and supporting services to suit your business needs at every stage of your company's growth. The accounts listed on the following pages are just the beginning – whether your business is in the start-up stage or expanding internationally, we'll work with you to identify the appropriate business banking solutions.

*Refer to the back of the accompanying letter for your new account name.*

| Name of National City Account* | Balance Information |
|---|---|
| **FREE SMALL BUSINESS CHECKING** <br><br> *An ideal account for businesses with low to moderate transaction activity.* | • No minimum balance required. |

*For detailed information about the terms and conditions and special handling and miscellaneous service fees that will govern all business accounts, please refer to the Business Disclosure Booklet.*

## National City Business Checking Accounts Offer:

- Free use of over 2,200 National City ATMs
- Free National City Visa Business CheckCard**
- Free banking rewards program, **points from National City****
- Free Small Business Online Banking and Online Bill Payment**
- Free Small Business telephone banking
- Optional overdraft protection for small businesses**

| Fee Information | Information and Highlights in Addition to Those Listed Above |
|---|---|
| • No monthly maintenance fee. <br><br> • Includes first 200 checks and other withdrawals (debits), deposited items and other credits per month; $0.40 per additional debit or credit. | • Offers access to cash management services, such as Remote Deposit, Small Business Web ACH and ACH PLUS, Small Business Web Wire and Business Tax Manager. |

***You must have a qualifying National City checking account to obtain these services. A money market account does not qualify as a checking account.

## For More Information

Learn more about some of the additional accounts and services we can offer to help you improve cash flow, simplify everyday banking and make more of your everyday business cash.

Stop by your branch, contact a business banker, call us at 1-888-NCB-4BIZ (622-4249) or visit NationalCity.com after February 11.

Refer to the back of the accompanying letter for your new account name.

| Name of National City Account* | Balance Information | Fee Information | Information and Highlights in Addition to Those Listed on Page 41 |
|---|---|---|---|
| **BUSINESS INTEREST CHECKING** *An interest-earning checking account for sole proprietorships, nonprofit organizations, governmental agencies, and certain trusts.** | • No minimum balance required for converting accounts. <br> • For new accounts, maintain $25,000 average daily collected balance to avoid maintenance fee and the fees for first 50 checks and first 100 deposited items. | **All of the following requirements will be waived for converting accounts:** <br> • $12 monthly maintenance fee. <br> • Checks and other withdrawals (debits): $0.20 each. <br> • Deposited items and other credits: $0.11 each. <br> • ACH debits or credits: $0.10 each. <br> • Negative collected balance fee: Prime Rate +3%. | • Variable interest rate. Simple interest on entire balance paid monthly. <br> • Higher rates may be paid at balance levels starting at: $25,000, $50,000, $100,000 and $250,000. |
| **PREMIUM BUSINESS INTEREST CHECKING** *An interest-earning checking account for sole proprietorships, nonprofit organizations, governmental agencies, and certain trusts.** | • No minimum balance required. | • Pricing is competitive and is customized for your account, based upon the level of your use of treasury management services. | • An expanded range of global treasury management services is available with this account; see pages 56 and 57 for more information. <br> • Variable interest rate. Simple interest on entire balance paid monthly. <br> • Higher rates may be paid at balance levels starting at: $25,000, $50,000, $100,000 and $250,000. |

*For detailed information about the terms and conditions and special handling and miscellaneous service fees that will govern all business accounts, please refer to the *Business Disclosure Booklet.*

**Government regulations limit the availability of interest-bearing checking accounts to certain categories of businesses.

44 | business checking

*Refer to the back of the accompanying letter for your new account name.*

| Name of National City Account* | Balance Information | Fee Information | Information and Highlights in Addition to Those Listed on Page 41 |
|---|---|---|---|
| **COMMERCIAL CHECKING**<br>*An ideal account for businesses with moderate to high transaction activity.* | • No minimum balance required.<br>• The balances in your account (less reserve requirements) may qualify you for an earnings credit allowance which can be applied to your account to help offset any monthly service charges and fees. The earnings credit rate is set by the bank. This does not apply to converting accounts. | **All of the following requirements will be waived for converting accounts:**<br>• $12 monthly maintenance fee.<br>• Checks and other withdrawals (debits): $0.20 each.<br>• Deposit tickets processed: $0.50 each.<br>• Deposited items and other credits: $0.11 each.<br>• ACH debits or credits: $0.10 each.<br>• Negative collected balance fee: Prime Rate +3%. | • Unlimited check writing and deposit privileges. |
| **PREMIUM COMMERCIAL CHECKING**<br>*An analyzed account for businesses that use global treasury management services.* | • No minimum balance required.<br>• The balances in your account (less reserve requirements) may qualify you for an earnings credit allowance which can help offset monthly service charges and fees. The earnings credit rate is set by the bank. | • Pricing is competitive and is customized for your account, based upon the level of your use of treasury management services. | • An expanded range of global treasury management services is available with this account; see pages 56 and 57 for more information. |
| **IOLTA**<br>*Interest on Lawyers Trust Accounts* | • No minimum balance required. | • No monthly maintenance or transaction fees. | • Variable interest rate.<br>• Simple interest paid monthly to the appropriate legal entity. |
| **IBRETA**<br>*Interest Bearing Real Estate Trust Account (Available only in Wisconsin)* | • No minimum balance required. | • No monthly maintenance or transaction fees. | • Variable interest rate.<br>• Simple interest paid monthly to the appropriate legal entity. |

*For detailed information about the terms and conditions and special handling and miscellaneous service fees that will govern all business accounts, please refer to the *Business Disclosure Booklet.*

# Business Overdraft Protection

**If you have overdraft protection currently provided by a CheckLine overdraft protection line of credit account only:**

- You will receive a separate communication regarding the conversion of this product.

**If you have overdraft protection currently provided through a linked checking, savings or money market account only:**

- There is nothing you need to do — your coverage will transfer automatically to National City and continue to be provided by your linked account.

- A $15.00 fee will be assessed to your checking account for each advance from your linked account.

- For accounts linked to a savings or money market account, federal regulations limit the number of monthly transfers from your account.* Once this limit is reached, no further overdraft advances will be made in that month and standard overdraft and non-sufficient funds (NSF) fees will apply.

- We will advance the exact amount of any overdraft, plus the advance fee.

- A notice will be sent each time an advance is made from your linked account.

- Please refer to the *Business Account Agreement and the Special Handling and Miscellaneous Service Fees in the Business Disclosure Booklet* for more information.

**If you have overdraft protection currently provided through more than one source:**

- Only one linked account can be used to provide overdraft protection.

- An account that is protected by overdraft protection from a savings, checking, money market or Home Equity Line of Credit cannot provide overdraft protection to another account (this includes reciprocal arrangements between two checking accounts). We will contact you separately to discuss your overdraft protection options.

*For all savings and money market accounts, federal Regulation D limits preauthorized, automatic, telephone, electronic (including ACH), online and other transfers and withdrawals not made in person or by ATM to six per month, of which no more than three can be by check, if applicable. Overdraft advances are the only type of transfer that National City will automatically stop if Regulation D limits are exceeded.



# Business Savings and Business Money Market Accounts

We know you want to make every dollar go as far as you possibly can. That's why our savings and money market options are designed to keep your money at hand, but still keep it working until you need it.

*Refer to the back of the accompanying letter for your new account name.*

| Name of National City Account* | Balance Information |
|---|---|
| BUSINESS SAVINGS | • No minimum balance required for converting accounts.<br>• Maintain a $1,000 minimum daily ledger balance to avoid monthly maintenance fee. This does not apply to converting accounts. |

*For detailed information about the terms and conditions and special handling and miscellaneous service fees that will govern all business accounts, please refer to the *Business Disclosure Booklet.*

## All National City Business Savings and Business Money Market Accounts Offer:

- Free use of over 2,200 National City ATMs
- Free National City MoneyCard
- Free Small Business Online Banking
- Free Small Business telephone banking
- Automated transfers, payments and deposits

| Fee Information** | Information and Highlights in Addition to Those Listed Above |
|---|---|
| **All of the following requirements will be waived for converting accounts:**<br>• $5 monthly maintenance fee if below required balance level.<br>• First four withdrawals per month are free. Additional withdrawals are $0.95 each.<br>• First 35 deposited items or other credits per month are free. Additional items/credits are $0.11 each. | • Variable interest rate. Simple interest paid monthly on entire balance.<br>• When accessing this account at ATMs, online and by automated telephone banking, choose the Checking category. |

**For all savings and money market accounts, federal Regulation D limits preauthorized, automatic, telephone, electronic (including ACH), online and other transfers and withdrawals not made in person or by ATM to six per month, of which no more than three can be by check, if applicable.

*Refer to the back of the accompanying letter for your new account name.*

| Name of National City Account* | Balance Information | Fee Information | Information and Highlights in Addition to Those Listed on Page 49 |
|---|---|---|---|
| **BUSINESS MONEY MARKET SAVINGS** | • $10,000 average daily collected balance to avoid monthly maintenance fee. | • $10 monthly maintenance fee if below required balance level.<br><br>• First 35 deposited items or other credits per month are free. Additional items/credits are $0.11 each.<br><br>• Free, unlimited National City ATM and in-branch withdrawals. | • Limited check access continues.**<br><br>• Variable interest rate. Simple interest paid monthly on entire balance.<br><br>• Higher rates may be paid at balance levels starting at $10,000, $25,000, $50,000 and $100,000.<br><br>• When accessing this account at ATMs, online and by automated telephone banking, choose the Checking category. |

*For detailed information about the terms and conditions and special handling and miscellaneous service fees that will govern all business accounts, please refer to the *Business Disclosure Booklet.*

**For all savings and money market accounts, federal Regulation D limits preauthorized, automatic, telephone, electronic (including ACH), online and other transfers and withdrawals not made in person or by ATM to six per month, of which no more than three can be by check, if applicable.

Service that puts you first.
**That's the National City way.**

# Business Loans and Lines of Credit

National City offers a wide range of credit and financing options to meet all your business needs. Here's what you need to know about the conversion of your accounts to National City.

## General Information About Loans and Lines of Credit

- **Same Terms and Conditions.** There will be no change to the interest rate, fees or other terms stated in your contract as a result of the transfer of your accounts to National City.

- **Automated Payment.** If you have authorized MidAmerica to automatically charge a deposit account at any bank to make your loan or line of credit payments, this automated payment will continue to be charged on the date authorized. This date will become your new payment due date. The following changes will apply:

  – You must have the funds in your account on the day you authorized the payment to be charged. If funds are not available, no further attempts will be made and you will be responsible for making the payment yourself. Late charges will apply.

  – Only one scheduled automatic payment for the billed amount can be made each month per account. For additional payments to principal:

    ▪ Loan Payments: Can be made at a branch, through online banking or by sending your payment to the address on your monthly statement.

  – The scheduled automatic payments will continue even if you make a manual payment before the due date or if the account is paid ahead.

  – After conversion, if your scheduled automatic payment date falls on:

    ▪ Saturday – Payment will post on Saturday and the deposit account will be debited on Monday (National City account) or Tuesday (non-National City account)

    ▪ Sunday – Payment will post on Sunday and the deposit account will be debited on Monday (National City account) or Tuesday (non-National City account)

    ▪ Holiday – Payment will post on the due date and the deposit account will be debited on the next business day (National City account) or second business day (non-National City account)

- If your payments are made through an online bill payment system, including Bank-by-Internet bill payment at MidAmerica, please update your payee information with the National City name, new payment address and your new loan or equity line of credit account number.

For information about National City business loan and line of credit accounts, call 1-800-230-0304.

## Business Loans

- **Monthly Statement.** You will continue to receive a monthly statement. *No more than three borrowers can be listed on any business loan statement. This does not change the liability of any other borrowers on the loan.*

- **New Account Number.** This number will appear on the first monthly statement you receive after February 9.

- **Fees.** Outstanding late fees, if any, will appear on your monthly statement.

## Business Lines of Credit

- **New Account Name and Number.** This name and account number will appear on the first monthly statement you receive after February 9. Please visit your branch to obtain more information.

- If you have business overdraft protection, see pages 46 and 47 for more information.

- **Monthly Statements.**

  - Statements will be sent from MidAmerica until conversion weekend. After conversion, all statements will be sent from National City.

  - You will not receive a statement in months when there is no activity and your outstanding balance is $0.

- **Payment**

  - You will be billed a minimum payment each month; however, you may pay any amount above the minimum monthly payment. This amount will be applied to the principal balance and not to the next month's required payment.

    - A minimum payment is required in any month when there is a balance.



"Like MidAmerica, National City offers individual attention and trusted advice while delivering specialized financial solutions. We can help with financing for industrial, retail and office properties, and construction loans of all types."

Candie Fox
Commercial Real Estate Lender, Illinois

# Other Business Banking Services

As a National City business customer, you'll find accounts and services to save you time and money, and help you get a greater return on your excess cash. For details, contact your business banker, visit your branch or NationalCity.com beginning February 11.

- Financing*
  - Lines of credit, term loans and many other specialized lending programs
  - Auto/marine dealer finance and marine/RV lending
  - Equipment leasing
  - Real estate finance
- Global Treasury Management (see pages 56 and 57)
- Healthcare financial solutions for practices
- Institutional Asset Management
- International/Trade services
- Merchant services
- Payroll services
- Business Visa credit card*
- Investment Banking
  - M&A advisory
  - Capital raising
  - Financial restructuring

*subject to credit approval.

National City offers safe, secure and state-of-the-art Web-based solutions that enable you to stay connected to your company's financial position and manage working capital from anywhere you are. Access a variety of funds transfer, information reporting and transaction initiation services, easily and efficiently... all via the Internet.

**Services Offered Include:**

- Automated Clearing House (ACH)
- Lockbox Image Retrieval
- Account Reconcilement
- Positive Pay
- Commercial and Stored-Value Debit Cards
- Corporate Remote Capture
- Global Wire Transfers
- Automated Funds Manager
- Letters of Credit and Documentary Collections
- Check Management
- Global Information Reporting

For more information on Cash Management products and services, please contact your business banker, Cash Management officer, call us at 1-866-327-2209 or visit NationalCity.com/corporate.



*"With our comprehensive, cutting-edge treasury management solutions, we can help you manage working capital more effectively and streamline your receivables, payables, investment and information reporting activities."*

Santa Tejeda
Branch Manager, Cicero Branch

## Global Treasury Management

National City offers your business a full range of Global Treasury Management Services. Take advantage of these services to help maximize the earning power of your working capital... streamline your payment and receivables process... manage your daily cash flow and conduct business internationally with confidence.

- Receivables/Collection services
- Lockbox services
- Trade and Finance services
- Disbursement/Reconcilement services
- Payment services
- Commercial Card services





# Certificates of Deposit (CDs) for personal and business customers

- **Passbook CD customers: continue to update your current MidAmerica passbook just as you do now.**

- National City does not provide individual CD statements, however if you would like to continue receiving information about your CDs, we can provide this to you monthly when combined with your checking account statement. Beginning February 11, contact us and ask for this service. (This includes Home Savers CDs.)

### At conversion:

- CDs will have the same rates, terms and maturity date until the next maturity date.

- Interest will be paid with the same frequency (monthly, quarterly, semi-annually or annually) and in the same manner as today, *except:*

  – Interest payments will now be made based on the date your CD matures. This may change your payment day but not the frequency of your payments. It may also result in the first payment from National City being more or less than the amount you usually receive. Please rest assured you will receive all of the interest due to you.

- In a few cases, interest payments sent to a third party may not be able to be processed. If this occurs, we will notify you promptly and forward the interest payment to you.

### Upon renewal:

- Most CDs will renew as the most similar fixed-rate, fixed-term CD and at the then-current non-promotional interest rate at National City.

- Interest will be compounded daily and paid monthly.

- After renewal, additional deposits will now be allowed during the term on traditional and passbook fixed-rate, fixed-term CDs. The interest rate for an additional deposit may differ from the original CD rate. It will be based on the amount deposited and the length of time remaining between the date of the additional deposit and the end of the original CD term. Minimum deposit of $500 required.

- Maturity notices will be mailed 15 days prior to maturity for accounts with terms from 32 to 91 days; and 35 days prior to maturity for accounts with terms of 92 days or more.

- National City terms and conditions will govern your CD after maturity. See the *Time Deposit Account Agreement and Pricing Schedule* section of the disclosure booklet for details.

### HomeSavers CDs

Your HomeSavers CD will convert to a 6-month CD under the same terms. You can continue to make additional deposits at the 6-month CD rate being paid on your account on the day you make the deposit for the full 3-year term of your original account. Withdrawals with a valid real estate contract will not be subject to the early withdrawal penalty.



# Access Made Easy
## for personal and business customers

As a National City customer, you can access your accounts wherever it's most convenient for you ... at branches and ATMs, by telephone and online. Here's a guide to the services available to you.

### National City Branches

- For your convenience, branch hours will remain the same as they are today. Branches currently offering Sunday banking hours will be closed on Sunday, February 10 only. Normal Sunday banking hours will resume the following week.

- As of February 11, you can bank at more than 150 branches throughout Chicagoland, Milwaukee and the surrounding areas. Plus, you'll have a total of over 1,400 National City branches at your service in our nine-state network.



*"Making the transition easy for you – that's our goal at National City. If you have any questions ... or see a new account or service that interests you, please call or stop by a branch. We'll be happy to help."*

Rosa Ibarra
Branch Manager, Cermak Branch

### National City ATMs and Cards

- Right now, you can use your MidAmerica Visa Check Card or ATM card at any National City ATM.

- If you use a Visa Check Card, Business Check Card or ATM card to access your MidAmerica accounts, you will receive a replacement card from National City before your accounts are converted. Be sure to follow the instructions provided with your new card to activate it.

- Your new card can be used beginning Friday, February 8 at 2:15 p.m. CT. Your current card will no longer work after this time.

- Your four-digit Personal Identification Number (PIN) will remain the same in most cases. You'll be sent a separate mailer confirming your PIN just after you receive your new CheckCard, Business CheckCard or MoneyCard.

- Some customers may be upgraded from a MidAmerica ATM card to a National City CheckCard. You will be mailed more information with your card.



## National City Visa CheckCard



- A safe and easy way to pay for purchases at millions of locations that accept Visa® debit cards.

- Your CheckCard is also an ATM card and gives you free access to your checking account at more than 2,200 National City ATMs. In addition – your card can be used to make PIN-based purchases wherever the STAR network symbol is displayed.

- With the National City Zero Liability pledge, you are not liable for unauthorized transactions or purchases.

- Link up to 12 accounts (up to three checking, three savings, three credit and three loans) to your CheckCard.

- Make automatic payments such as cell phone, memberships, insurance premiums and more.

- After February 8, visit NationalCity.com/points to enroll your CheckCard in our free rewards program **points from National City.** Earn points for using your CheckCard, certain credit cards, online banking and even writing checks. Redeem your points for everything from gift cards at popular stores and restaurants, to air travel and home electronics. Best of all, it's free.

## National City MoneyCard

- Gives you free access to more than 2,200 National City ATMs.

- Can be used to make PIN-based purchases wherever the STAR network symbol is displayed. The purchase amount is deducted from your checking account and listed on your statement.



- Link up to 12 accounts (up to three checking, three savings, three credit and three loans) to your MoneyCard.

## National City Visa Business CheckCard



- A safe and easy way to pay for purchases at millions of locations that accept Visa cards.

- Your CheckCard is also an ATM card and gives you free access to your checking account at more than 2,200 National City ATMs. In addition – your card can be used to make PIN-based purchases wherever the STAR network symbol is displayed.

- With the National City Zero Liability pledge, you are not liable for any unauthorized transactions or purchases.

- Link up to 9 accounts (up to three checking/savings, three credit and three loans) to your Business CheckCard.

- Make automatic payments such as cell phone, memberships, vendor invoices and more.

- Additional benefits include purchase security, travel and emergency assistance program, auto rental insurance, emergency card replacement, cash disbursement and liability waiver program.

- After February 8, visit NationalCity.com/points to enroll your CheckCard in our free rewards program **points from National City.** As a business owner, you have the ability to earn rewards faster by combining points earned on your business and personal accounts.

- Deposit-Only Card Option for businesses with limited access for designated employees.

For information on funds availability, electronic funds transfers and any miscellaneous fees that may apply, please refer to the disclosure booklet.

Get rewarded for all your everyday banking
with **points from National City.**

See page 15 for details.

## Telephone Banking

**Beginning Sunday, February 10:**

**For personal telephone banking, call 1-866-844-0057**

**For business telephone banking, call 1-888-NCB-4BIZ (622-4249)**

Here's what you'll need to access your accounts:

- Your Social Security Number, Employer Identification Number or Tax Identification Number, a four-digit Personal Identification Number (PIN) of your choice and account information for one of the following:

  – If you have a checking account, your account number and the amount of your last deposit; or

  – If you do not have a checking account, your savings account number and the amount of your last deposit; or

  – If you do not have a checking or savings account, your loan number (mortgage numbers are acceptable) and home ZIP code. NOTE: You will need to speak to a customer service specialist until you receive your new loan number from National City.

- Going forward, you'll use just your Social Security Number, Employer Identification Number or Tax Identification Number and your PIN.

**Our 24-hour automated telephone banking system is easy and convenient.** Here are some of the many things you can do over the phone.

- Access information about your personal and business accounts, including checking, savings, loans and more.

- Verify checks, deposits and electronic transactions.

- Transfer funds between eligible accounts. Transfers and payments made by 6 p.m. CT will be credited or debited the same day.

- Make payments to your National City loans, lines of credit, credit cards or overdraft protection accounts.

**Personal Accounts and Services at 1-866-844-0057**

- **New service hours are:**
  Monday – Friday, 6 a.m. to 8 p.m. CT
  Saturday, 6 a.m. to 1 p.m. CT
  Sunday, 9 a.m. to 3 p.m. CT

- Our customer service specialists can assist you with questions about your personal accounts, opening a new account, applying for a loan, reporting a lost or stolen card and more.

- Foreign language support is available with National City representatives.

- **Hearing-impaired individuals with a TDD device may call 1-800-290-0211.**

**Business Accounts and Services at 1-888-NCB-4BIZ (622-4249)**

- **New service hours are:**
  Monday – Friday, 6 a.m. to 8 p.m. CT
  Saturday, 6 a.m. to 1 p.m. CT
  Sunday, 9 a.m. to 3 p.m. CT

- Our business banking specialists can assist you with questions about your business accounts, opening new accounts, applying for a loan, reporting a lost or stolen card and more.

- Foreign language support is available with National City representatives.

- **Hearing-impaired individuals with a TDD device can call 1-800-290-0211.**

**Service that puts you first.**
That's the National City way.

## Online Banking

At National City, Online Banking is the quick, secure way to manage your finances... and it's free for personal and small business customers. Our Web site is consistently rated as one of the best in the nation for ease of use and design.

- **If you currently use Bank-by-Internet or online bill payment at MidAmerica**, your service will convert automatically to National City. We will send a separate letter with detailed information about the transition of your online service.

- **For current online bill pay users:** We will automatically transfer your online bill payment payee list to National City Online Bill Payment.

- **Customers with a higher volume of checking transactions or who use some specialized products** will be contacted in person to discuss the Global Information Reporting Service available at National City.

- **If you do not currently bank or pay bills online**, go to NationalCity.com/onlinebanking (personal) or NationalCity.com/sbonlinebanking (small business) on or after February 11 to enroll.

**Here's what you can do with Free Online Banking:**

- Access National City for personal or business account information, including balances and account activity for your checking, savings, credit card, loan accounts and more.

- View your checking and savings account statements and check images.



*"You'll enjoy the same online service as before, plus a number of new features we think you'll find valuable."*

Antonia M. Angone
Personal Banker, Beverly Branch

- Get a combined view of your personal and business accounts with a single log-in.

- Schedule one-time or recurring (same day or future-dated) transfers between your National City accounts.

- New! View up to 90 days of National City transaction history.

- Make payments to National City installment loans, lines of credit, credit cards, mortgage loans and more.

- Select from a variety of online alert messages to help you manage account activity.

- Access your accounts through NationalCity.com, Quicken® for Windows®,* Quicken® for Mac,® QuickBooks® for Windows*, or Microsoft® Money*

- Set up multiple users and assign access levels to employees through Small Business Online Banking.

- Bank online with confidence with our Zero Liability pledge.

**With Free Online Bill Payment† You Can:**

- Schedule payments up to one year in advance.

- Set up recurring payments to be made automatically.

- View same-day or scheduled payments.

- Get a printable list of payees.

- Pay bills through NationalCity.com, Quicken for Windows*, Quicken for Mac*, Quickbooks for Windows*, or Microsoft® Money*

- Feel confident paying bills online with our Online Bill Payment guarantee. Call us or visit your branch for more information.

**Note:** The cutoff time for same-day processing of online bill payments will be 4 p.m. CT.† ** For same-day online funds transfers, the cutoff time will be 7 p.m. CT.

*You must have a qualifying National City checking account to obtain these services. Money Market accounts do not qualify as a checking account.

*National City does not supply Quicken, QuickBooks or Microsoft Money software. You may use any version of Quicken or QuickBooks that is currently supported by Intuit and any version of Microsoft Money that is currently supported by Microsoft.

Quicken and QuickBooks are registered trademarks of Intuit Inc. in the United States and other countries.

Microsoft and Windows are registered trademarks of Microsoft Corporation in the United States and/or other countries.

Mac is a registered trademark of Apple Computer, Inc.

**See online bill payment schedule for time frame for delivery of payments.

# thank you

**for trusting us to handle
your banking needs. We look forward
to serving you as National City.**

For current MidAmerica information,
visit your branch or call
1-877-MAB-8700 (622-8700).

| | |
|---|---|
| Monday – Friday | 7 a.m. to 8 p.m. CT |
| Saturday | 7 a.m. to 4 p.m. CT |
| Sunday | 10 a.m. to 2 p.m. CT |

If you have questions about National City
or the conversion, visit your branch,
go to NationalCity.com/MidAmerica or,

**For information about personal accounts,
call: 1-866-844-0057**

**For information about business accounts,
contact your business banker or
call: 1-888-NCB-4BIZ (622-4249)**

| | |
|---|---|
| Monday – Friday | 6 a.m. to 8 p.m. CT |
| Saturday | 6 a.m. to 1 p.m. CT |
| Sunday | 9 a.m. to 3 p.m. CT |

**National City.**

NationalCity.com
©National City Corporation®
Points from National City is a National City Corporation®
registered service mark.



Member FDIC
M-C/B