IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RAMONA TROMBLEY, et al. on behalf of themselves and all other similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br><br><br>NATIONAL CITY BANK,<br><br>Defendant. | Civil Action No. 1:10-CV-00232<br><br>Judge John D. Bates |

**PLAINTIFFS' UNOPPOSED RENEWED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT, CERTIFICATION OF SETTLEMENT CLASS, AND SETTING OF A FINAL FAIRNESS HEARING**

Pursuant to the December 17, 2010 telephone conference held before this honorable Court and the Notice filed by the Court on the same date, Plaintiffs Ramona Trombley, Jeff Doehner and Brian Wells, ("Plaintiffs" or "Representative Plaintiffs"), individually and on behalf of the Proposed Settlement Class, respectfully submit an unopposed Renewed Motion for Preliminary Approval of Class Action Settlement, Certification of Settlement Class, and Setting of a Final Fairness Hearing.  This renewed motion is accompanied by the Revised Settlement Agreement (and exhibits thereto) and a revised proposed order.

In support of this Renewed Motion, Plaintiffs state as follows:

1.     On July 28, 2010, Plaintiffs filed an unopposed Motion and incorporated Statement of Points and Authorities in support of their Motion for Preliminary Approval of Class Action Settlement, Certification of Settlement Class, and setting of a Final Fairness Hearing in this matter ("Plaintiffs' Original Preliminary Approval Motion").  Plaintiffs incorporate by

reference their Original Preliminary Approval Motion and reassert all of their arguments therein as if fully restated here.

2. On November 18, 2010, this Court conducted a hearing on Plaintiffs' Original Preliminary Approval Motion.

3. On December 17, 2010, this Honorable Court held a telephone conference with counsel for the Plaintiffs and counsel for the Defendant. During this telephone conference, the Court raised five specific concerns regarding the settlement.

4. After the December 17, 2010 telephone conference, counsel for Plaintiffs and counsel for Defendant conferred regarding the Court's stated concerns and agreed to enter into a Revised Settlement Agreement to address and ameliorate those concerns. Specific changes to the Revised Settlement Agreement and attached documents are as follows:

    a. The Revised Settlement Agreement amends paragraph 37 to clarify the scope of the release, and to make specific mention of the release of claims in the proposed National City national class and state subclass in the litigation currently pending in the U.S. District Court for the Southern District of Florida as part of *In re Checking Account Overdraft Litigation*, MDL No. 2036 ("MDL Litigation"). Conforming changes have also been made to the revised Proposed Final Judgment Order.

    b. The Revised Settlement Agreement amends paragraphs 1(m) and 4 to clarify that accounts originally opened at PNC Bank are not included in the settlement and, thus, no claims relating to such accounts are being released by the agreement.

    c. The Revised Settlement Agreement amends paragraph 39 to substitute an agreement not to sue in place of an injunction. Furthermore, the revised Proposed

Preliminary Approval Order and the revised Proposed Final Judgment Order no longer include language enjoining class members.

      d.      All notice documents have been revised to make reference to the MDL Litigation.

      e.      The Revised Settlement Agreement amends paragraph 27 to make clear that the two months for which class members may claim overdraft fee refunds need not be consecutive. The notices have also been amended to make that clear.

5.      The parties also made a few technical corrections to the Revised Settlement Agreement and attachments. For instance, the notices now explicitly state that each Settlement Class Member who submits a valid claim will receive $36 for each eligible Overdraft Fee unless the total amount needed to pay valid claims exceeds funds available in the Settlement Fund.

6.      So that the Court can see precisely what changes were made by the parties, the Revised Settlement Agreement and accompanying exhibits, together with black-lined versions of the same, are attached hereto:

      Exhibit 1:      REVISED SETTLEMENT AGREEMENT and all accompanying exhibits, including revised Proposed Order of Preliminary Approval and revised notices; and

      Exhibit 2:      Black-lined version of REVISED SETTLEMENT AGREEMENT and black-lined versions of all exhibits, including revised Proposed Order of Preliminary Approval and revised notices.

7.      Based on the foregoing, Representative Plaintiffs respectfully request that the Court enter an Order:

      a.      Preliminarily approving the settlement as set forth in the Revised Settlement Agreement;

    b.    Approving the notice required under the Revised Settlement Agreement;

    c.    Appointing Hilsoft Notifications as Notice Administrator;

    d.    Appointing the claims administrator agreed to by the Settling Parties as Claims Administrator;

    e.    Certifying the Settlement Class;

    f.    Appointing Ramona Trombley, Jeff Doehner, and Brian Wells as Representative Plaintiffs;

    g.    Appointing as Settlement Class Counsel Hassan A. Zavareei, Tycko & Zavareei LLP; and

    h.    Scheduling a Final Fairness Hearing in this matter.

Dated: December 22, 2010

*Proposed Settlement Class Counsel*,

  /s/ Hassan Zavareei
Hassan A. Zavareei
Jonathan K. Tycko
Jeffrey D. Kaliel
**Tycko & Zavareei LLP**
Suite 808
2000 L Street, N.W.
Washington, D.C. 20036
(202) 973-0900

## **CERTIFICATE OF SERVICE BY ELECTRONIC MEANS**

      I, Hassan A. Zavareei, one of the attorneys for Plaintiffs, hereby certify that the proceeding document was caused to be served electronically this 22nd day of December 2010, pursuant to ECF as to Filing users, and that I shall comply with LR 5.5 as to any party who is not a filing user or represented by a filing user.

                                              /s/ Hassan Zavareei