UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RAMONA TROMBLEY, et al., on behalf of herself and all others similarly situated,

Plaintiffs,

v.

NATIONAL CITY BANK,

Defendant.

Civil Action No. 10-00232 (JDB)

**ORDER GRANTING SETTLING PARTIES' JOINT MOTION FOR APPROVAL OF INCREASED CONTRIBUTION OF NATIONAL CITY TO NOTICE COSTS, REVISION TO MAILED NOTICE, AND FOR RESETTING OF FINAL FAIRNESS HEARING AND ASSOCIATED DATES**

Upon consideration of [39] Settling Parties' Joint Motion for Approval of Increased Contribution of National City to Notice Costs, Revision to Mailed Notice, and for Resetting of Final Fairness Hearing and Associated Dates, it is hereby **ORDERED** that:

1. The Final Fairness Hearing is rescheduled for July 15, 2011, at 9:15 a.m., in Courtroom 8 of the United States Courthouse, Washington, D.C.

2. The Court grants the Settling Parties' Joint Motion for Approval of Increased Contribution of National City to Notice Costs, Revision to Mailed Notice, and for Resetting of Final Fairness Hearing and Associated Dates.

3. The Court approves the terms of the Addendum to the Revised Settlement Agreement regarding the payment of notice and administration costs. National City has agreed to contribute up to an additional $1 million to Third Party Notice and Claim Administration Costs, should such costs exceed the $500,000 National City has already agreed to contribute.

4. The Court approves as to content and form the revised Mailed Notice.

5. The Court sets a deadline of April 18, 2011 for completion of mailing to potential settlement class members and completion of newspaper and internet notice.

6. The Court resets the dates in the Preliminary Approval Order as follows:

   (a) Representative Plaintiffs shall file their Motion for Final Approval, Motion for Attorneys' Fees, Costs and Expenses, and Motion for Incentive Award by no later than May 27, 2011.

   (b) Settlement Class Members must file any objections to the settlement, the Motion for Final Approval, the Motion for Attorneys' Fees, Costs and Expenses, and/or the Motion for Incentive Award by no later than June 27, 2011.

   (c) Settlement Class Members must file requests for exclusion from the settlement by no later than June 27, 2011.

   (d) Reply briefs may be filed in response to any objections by no later than July 11, 2011.

   (e) The deadline to file claims is no later than August 26, 2011.

**SO ORDERED.**

/s/
JOHN D. BATES
United States District Judge

Dated:  March 16, 2011