**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **RAMONA TROMBLEY, et al., on behalf** )<br>**of herself and all others similarly situated,** )<br>)<br>**Plaintiffs,** )<br>)<br>v. )<br>)<br>**NATIONAL CITY BANK** )<br>)<br>**Defendant.** )<br>) | **Civil Action No. 10-00232 (JDB)**<br><br>Judge John D. Bates |

## NOTICE OF APPEAL

Notice is hereby given this 8th day of December 2011 that Sam P. Cannata, non-named member of the Class who objected in this case, hereby appeals to the United States Court of Appeals for the District of Columbia Circuit from the Order and Final Judgment (Document 56) entered in this action on December 1, 2011.  A copy of the Order and Final Judgment is attached hereto.

                                                          Respectfully submitted,

                                                          */s/ Sam P. Cannata*
                                                          Sam P. Cannata (Ohio 0078621)
                                                          CANNATA PHILLIPS LPA, LLC
                                                          9555 Vista Way, Ste. 200
                                                          Cleveland, Ohio 44125
                                                          Tel: (216) 438-5091
                                                          Fax: (216) 587-0999
                                                          samcannata@cannataphillipslaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on December 8, 2011, I mailed and filed the foregoing document by Federal Express Overnight Mail to the **Clerk of Court of the United States District Court for the District of Columbia, 333 Constitution Avenue N.W., Washington, D.C. 20001**, and by U.S. Mail first class, postage prepaid, to the following participants at the mailing addresses listed:

**Gary C. Tepper**
**Darryl J. May**
**Mariah E. Murphy**
Ballard Spahr, LLP
601 13th Street, N.W.
Suite 1000 South
Washington, D.C. 20005-3807

**Hassan A. Zavareei**
**Jonathon K. Tyko**
Tyko & Zavareei LLP
2000 L St. NW, Ste. 808
Washington, D.C. 20036

**Theodore H. Frank**
Center for Class Action Fairness LLC
1718 M St. NW
No. 236
Washington D.C. 20036

**Roger M. Adelman**
Law Office of Roger Adelman
1100 Connecticut Avenue, NW
Suite 730
Washington, D.C. 20036

                                             */s/ Sam P. Cannata*
                                             Sam P. Cannata