# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 11-7149**  **September Term 2011**

1:10-cv-00232-JDB

Filed On: December 22, 2011 [1349213]

Ramona Trombley, et al.,

      Appellees

v.

National City Bank and John Does 1-50,

      Appellees

Sam P. Cannata,

      Appellant

## ORDER

Upon consideration of appellant's motion to dismiss the appeal, it is

**ORDERED** that the motion be granted, and this case is hereby dismissed.

The Clerk is directed to transmit forthwith to the United States District Court for the District of Columbia a certified copy of this order in lieu of formal mandate.

                **FOR THE COURT:**
                Mark J. Langer, Clerk

      BY:  /s/
              Mark A. Butler
              Deputy Clerk